JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@hawaii.rr.com

Co-Counsel for Qui Tam for Plaintiff
and the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.; <br><br> Defendants. | CIVIL NO. CV04 00596 ACK/LEK <br> (Federal and State - Qui Tam) <br><br><br><br><br><br> PLAINTIFF'S SCHEDULING <br> CONFERENCE STATEMENT; <br> CERTIFICATE OF SERVICE <br><br><br> DATE: May 15, 2006 <br> TIME: 9:00 a.m. <br> JUDGE: Leslie E. Kobayashi |

PLAINTIFF'S SCHEDULING CONFERENCE STATEMENT

Comes now Qui Tam Plaintiff JAMES LOCKYER, M.D., by and through his attorneys, Janice P. Kim, Arleen D. Jouxson and Rafael G. Del Castillo and hereby submits his Scheduling Conference Statement, pursuant to Local Rule 16.2(b):

1. STATEMENT OF THE NATURE OF THE CASE

Plaintiff has filed a Complaint on October 1, 2004, under seal on October 6, 2004, alleging violation of 31 U.S.C. § 3729, the False Claims Act, by the above-named Defendants. The complaint was unsealed. The U.S. has intervened. On February 23, 2006, all parties to this action met to discuss the case. As a result of that meeting, the U.S. Attorney and the parties agreed to allow the defense time to review the information gathered in the governments investigation and conduct their own fact finding. The defense was given 30 days to complete its fact finding and then reschedule another meeting of the parties. To date, no meeting has been scheduled.

2. STATEMENT OF CITED AUTHORITY FOR JURISDICTION AND VENUE

No parties have objected to the jurisdiction of this court.

3. JURY TRIAL

Demanded.

4. STATEMENT REGARDING DISCLOSURES

Plaintiff and his counsel met with the United States Attorney for the District of Hawaii and the Defendants in this case. The U. S. Attorney has intervened in this matter and after presenting the Defendants with the information to date has allowed the defense to engage in their own fact finding at present.

2

5.  DISCOVERY COMPLETED/IN PROGRESS; MOTIONS PENDING

    Please refer to above.

6.  SPECIAL PROCEEDINGS

    No special procedures are sought by Plaintiff.

7.  RELATED CASES

    None known.

8.  ADDITIONAL MATTERS

    No additional matters for the Plaintiff.


DATED: Honolulu, Hawaii, _____ MAY 03 2006 _____.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
Co-Counsel for Qui Tam Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.; <br><br> Defendants. | ) CIVIL NO. CV04 00596 ACK/LEK <br> ) (Federal and State - Qui Tam) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following named parties at their last known addresses, by means indicated below on MAY 0 4 2006.

                                                 U.S. MAIL          HAND DELIVERY

HARRY YEE, ESQ.                            X
Assistant U. S. Attorney
United States Attorney
District of Hawaii
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, _____MAY 03 2006_____

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
Co-Counsel for Qui Tam Plaintiff

2