EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>          Plaintiffs, <br>    vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br>          Defendants. | CIVIL NO. 04 00596 ACK/LEK <br> (Federal and State - Qui Tam) <br><br> SCHEDULING CONFERENCE STATEMENT FOR PLAINTIFF UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE <br><br><br><br><br> DATE:   May 15, 2006 <br> TIME:    9:00 a.m. <br> MAGISTRATE LESLIE E. KOBAYASHI |

SCHEDULING CONFERENCE STATEMENT
FOR PLAINTIFF UNITED STATES OF AMERICA

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b), Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiff United States of America, through its undersigned

attorneys, hereby submits the following scheduling conference statement:

1. <u>Nature of the Case</u>.

   This is a qui tam action filed by Plaintiff James Lockyer, M.D., on behalf of the United States of America and the State of Hawaii, alleging violations of the Federal False Claims Act, 31 U.S.C. § 3729, et seq. and Hawaii Revised Statutes Chapter 661. Plaintiff Lockyer claims that Defendants made false claims for payment and made and used false records and statements in support of their claims for payment from the Medicare and Medicaid programs under his provider identification number. Plaintiff Lockyer also claims that he was retaliated against in throughout the course of hi employment with Defendants for opposing and reporting such improper practices.

2. <u>Statement of Jurisdiction</u>.

   Jurisdiction is pursuant to 28 U.S.C. § 1346 as the United States is a party.

3. <u>Jury Trial</u>.

   No jury trial has been demanded.

4. <u>Appropriateness of Disclosures</u>.

   Disclosures not otherwise protected should be made as agreed upon by the parties or as set by court order.

5. <u>Discovery and Motions</u>.

   Discovery has not yet commenced but will not likely exceed the discovery allowed under the FRCP.  Parties have met on one occasion to discuss initial disclosures by the Relator and plan to meet again with Defendants regarding their response to Realtor's disclosure.

6. <u>Special Procedures</u>.

   In the Government's Notice of Election to Intervene filed January 27, 2006, the United States notified the Court that it would intervene in this lawsuit and requested that only the Complaint in this action be unsealed and served upon the defendants.  All other contents of the Court's file in this lawsuit were to remain under seal and protected from public review.  Pursuant to the Court's Order dated January 27, 2006 ("Order"), the Complaint was unsealed and served upon the Defendants by the Relator and all other contents of the Court's file in this matter will remain under seal and not be made public or served upon the defendants, except for the Order and United States' notice to intervene, which was served upon the defendants after service of the Complaint.

7. <u>Related Cases</u>.

   There are no related cases.

//

//

8.  <u>Additional Matters</u>.

There are no additional matters at this time.

Dated:  May 8, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Harry Yee
        By_____
         HARRY YEE
         Assistant U.S. Attorney

        Attorneys for Plaintiff
        United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Co-Counsel for Qui Tam Plaintiff

DATED:  May 8, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____