sched conf stmt

Of Counsel:

ROBBINS & ASSOCIATES

Attorneys at Law

A Law Corporation

KENNETH S. ROBBINS          1000-0
LEIGHTON M. HARA            7826-0
WENDY M. YAMAMOTO           8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D., and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) | CIVIL NO. 04-00596 ACK LEK (Federal and State - Qui Tam) DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL |
| Plaintiffs, | ) ) | HOSPITAL AND WILCOX HEALTH SYSTEM'S |
| v. | ) ) | **SCHEDULING CONFERENCE STATEMENT**; CERTIFICATE OF |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, | ) ) ) ) ) ) | SERVICE Scheduling Conference: DATE:      6/14/06 TIME:      9:00 A.M. |

M.D.,                                              )   JUDGE:    Leslie E. Kobayashi
                                                   )
                    Defendants.                    )
_____        )

### DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S SCHEDULING CONFERENCE STATEMENT

COME NOW Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and pursuant to Rule 16.2(b) of the Local Rules of the United States District Court for the District of Hawaii hereby submit the following Scheduling Conference Statement:

I.     STATEMENT OF THE CASE

This is a qui tam lawsuit in which Plaintiffs allege improper billing practices of HPH Defendants with regard to ordering and administering chemotherapy.  Plaintiffs claim that HPH Defendants, or some of them, submitted incorrect billings to Medicare to which Plaintiffs, or some of them, are entitled to repayment and payment of penalties.  Additionally, Plaintiff Dr. Lockyer claims damages in connection with allegations of employment improprieties as to him.

HPH Defendants deny liability as to all claims.

II.   STATEMENT OF JURISDICTION

Nothing at this juncture appears to suggest that this court lacks jurisdiction over the parties and subject matter.  However, discovery has not yet commenced and, therefore, HPH Defendants do not waive any defenses as to the jurisdiction of this court.

III.   JURY TRIAL

A jury trial has been demanded by Plaintiff.  HPH Defendants wish to have a jury trial as well.

IV.   A STATEMENT ADDRESSING THE APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES PURSUANT TO FED.R.CIV.P. 26 AND L.R. 26.1 THAT ARE NOT CONVERED BY THE REPORT(S) FILED PURSUANT TO FED.R.CIV.P. 26(f)

HPH Defendants will make ready any discoverable and relevant file materials for Plaintiffs' inspection and copying.

V.   A LIST OF DISCOVERY COMPLETED, DISCOVERY IN PROGRESS, MOTIONS PENDING AND HEARING DATES

No discovery has been conducted.  No discovery is in progress.  No motions are pending.  The parties have agreed to Clyde Matsui, Esq. as a Discovery Master for this matter.

VI.   A STATEMENT ADDRESSING THE APPROPRIATENESS OF ANY
      OF SPECIAL PROCEDURES OR OTHER MATTERS SPECIFIED IN
      THE FED.R.CIV.P. 16(c) AND L.R. 16.2 THAT ARE NOT COVERED
      <u>BY THE JOINT REPORT FILED PURSUANT TO FED.R.CIV.P. 26(f)</u>

        HPH Defendants are aware of no such matters at this time.


VII.  A STATEMENT IDENTIFYING ANY RELATED CASE
      <u>KNOWN TO BE PENDING IN ANY STATE OR FEDERAL COURT</u>

        HPH Defendants are not presently aware of any related cases pending

in state or federal court.


VIII. <u>ADDITIONAL MATTERS AT THE OPTION OF COUNSEL</u>

        None at this time.

        DATED:  Honolulu, Hawaii, June 7, 2006.



                          /s/ Kenneth S. Robbins
                          KENNETH S. ROBBINS
                          LEIGHTON M. HARA
                          WENDY M. YAMAMOTO

                          Attorneys for Defendants
                          HAWAI'I PACIFIC HEALTH, KAUAI
                          MEDICAL CLINIC, WILCOX
                          MEMORIAL HOSPITAL AND WILCOX
                          HEALTH SYSTEM

Civil No. 04-00596 ACK LEK; <u>USA, ex rel. Lockyer v. Hawai'i Pacific Health, et
al.</u>; DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S
SCHEDULING CONFERENCE STATEMENT