cos re sched conf stmt

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA          7826-0
WENDY M. YAMAMOTO         8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D., and JAMES LOCKYER, M.D., in his own behalf, <br><br>           Plaintiffs, <br><br>           v. <br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. | CIVIL NO. 04-00596 ACK LEK <br>(Federal and State - Qui Tam) <br><br>CERTIFICATE OF SERVICE <br><br>[RE: DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S SCHEDULING CONFERENCE STATEMENT] |

| | |
|---|---|
| EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com


Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

2

EDWARD H. KUBO, JR., ESQ.
United States Attorney
District of Hawaii
HARRY YEE, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard
Room 6-100, PJKK Federal Building
Honolulu, Hawaii 96850

Attorneys for Plaintiff
United States of America

DATED:  Honolulu, Hawaii, June 7, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. 04-00596 ACK LEK; <u>USA, ex rel. Lockyer v. Hawai'i Pacific Health, et al.</u>; CERTIFICATE OF SERVICE [RE: DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S SCHEDULING CONFERENCE STATEMENT]