IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, <br><br>  Plaintiffs, <br><br> v. <br><br> HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., <br><br>  Defendants. <br> _____ | CIVIL NO. CV04-00596 ACK LEK <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

EDWARD H. KUBO, JR., ESQ.
United States Attorney
District of Hawaii
HARRY YEE, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard
Room 6-100, PJKK Federal Building
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, June 7, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; CERTIFICATE OF SERVICE (RE: DEFENDANT HAWAI`I PACIFIC HEALTH'S F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT)

2