WMH 7.1 disclosure
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS 1000-0
LEIGHTON M. HARA        7826-0
WENDY M. YAMAMOTO       8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANT WILCOX MEMORIAL HOSPITAL'S F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## DEFENDANT WILCOX MEMORIAL HOSPITAL'S
## F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, WILCOX MEMORIAL HOSPITAL, which is a DEFENDANT, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   Answer:   NO

2. Does party have any parent corporations?

   Answer:   Yes

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   HAWAI`I PACIFIC HEALTH

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   Answer:   NO

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Answer:   NO

5. Is party a trade association?

2

Answer:    NO

DATED:  Honolulu, Hawaii, June 7, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANT WILCOX MEMORIAL HOSPITAL'S F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT