IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS,
ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

EDWARD H. KUBO, JR., ESQ.
United States Attorney
District of Hawaii
HARRY YEE, ESQ.
Assistant United States Attorney
300 Ala Moana Boulevard
Room 6-100, PJKK Federal Building
Honolulu, Hawaii 96850

   DATED:  Honolulu, Hawaii, June 7, 2006.


      /s/ Kenneth S. Robbins    
      KENNETH S. ROBBINS
      LEIGHTON M. HARA
      WENDY M. YAMAMOTO

      Attorneys for Defendants
      HAWAI`I PACIFIC HEALTH, KAUAI
      MEDICAL CLINIC, WILCOX MEMORIAL
      HOSPITAL AND WILCOX HEALTH
      SYSTEM


Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific
Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANT WILCOX
HEALTH SYSTEM'S F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT)