# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, et al. Vs. Hawaii Pacific Health Group Plan for the Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice P. Kim<br>Arleen D. Jouxson<br>Rafael G. Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Anderson Myer<br>Patrick H. Jones |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/14/2006 | TIME: | 9:00-9:10 |

COURT ACTION:  EP: Rule 16 Scheduling Conference held.

1.  Jury trial on March 20, 2007 at 9:00 a.m. before ACK
2.  Final Pretrial Conference on February 6, 2007 at 9:00 a.m. before LEK
3.  Final Pretrial Conference before District Judge N/A
4.  Final Pretrial Statement by January 30, 2007
5.  File motions to Join/Add Parties/Amend Pleadings by August **17**, 2006
6.  File other Non-Dispositive Motions by December 20, 2006
7.  File Dispositive Motions by October 18, 2006
8a. File Motions in Limine by February 27, 2007
8b. File opposition memo to a Motion in Limine by March 6, 2007
11a. Plaintiff's Expert Witness Disclosures by September 18, 2006
11b. Defendant's Expert Witness Disclosures by October 18, 2006
12. Discovery deadline January 19, 2007
13. Settlement Conference set for October 5, 2006 at 2:00 p.m. before LEK
14. Settlement Conference statements by October 13, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and

        Jury Instructions by March 6, 2007
21. File Final witness list by February 27, 2007
24. Exchange Exhibit and Demonstrative aids by February 20, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 27, 2007
26. File objections to the Exhibits by March 6, 2007
28a. File Deposition Excerpt Designations by February 27, 2007
28b. File Deposition Counter Designations and Objections by March 6, 2007
29. File Trial Brief by March 6, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00596ACK-LEK;
James Lockyer, et al. Vs. Hawaii Pacific Health Group Plan for the Employees of Hawaii Pacific Health, et al.;
Rule 16 Scheduling Conference Minutes
06/14/2006