**ORIGINAL**

JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@hawaii.rr.com

Co-Counsel for Qui Tam for Plaintiff
and the State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 15 2006

at __11__ o'clock and ____ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.; <br><br> Defendants. | CIVIL NO. CV04 00596 ACK/LEK <br> (Federal and State - Qui Tam) <br><br><br><br> RETURN OF SERVICE |

<u>RETURN OF SERVICE</u>

Service of Complaint; Summons and Plaintiff's Scheduling Conference Statement; Certificate of Service filed May 4, 2006 were made by me.

Name of Server   LIN T. LAU,

Title   Civil Process Server (authorized by State of Hawaii, Dept. of Public Safety)

Date   May 17, 2006

Check one box below to indicate appropriate method of service.

____   Served personally upon the defendants. Place where serve:

____   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

____   Returned unexecuted: ____

X   Other (specify): WILCOX MEMORIAL HOSPITAL, served thru its attorney KENNETH S. ROBBINS, at 841 Bishop Street, Suite 2200, Honolulu, Hawaii 96813

2

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICE | TOTAL |
|---|---|---|
| 3.00 (Prorated) | $50.00 | $53.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 17, 2006

_____
Signature of Server

94-871 Farrington Hwy., 2nd Floor, Waipahu, HI 96797
Address of Server

3