cos re req for admissions (USA)

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
LEIGHTON M. HARA            7826-0
WENDY M. YAMAMOTO           8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP

EDWIN D. RAUZI              4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) ) ) |
| | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF SERVICE (RE: DEFENDANT HAWAI`I |

|  |  |  |
|---|---|---|
| Plaintiffs, | ) | PACIFIC HEALTH, KAUAI |
|  | ) | MEDICAL CLINIC, WILCOX |
| v. | ) | MEMORIAL HOSPITAL, AND |
|  | ) | WILCOX HEALTH SYSTEM 'S |
| HAWAI`I PACIFIC HEALTH; KAUAI | ) | FIRST REQUEST FOR |
| MEDICAL CLINIC; WILCOX | ) | ADMISSIONS TO PLAINTIFF |
| MEMORIAL HOSPITAL; WILCOX | ) | UNITED STATES OF AMERICA) |
| HEALTH SYSTEM; and WILLIAM A. | ) | |
| EVSLIN, M.D. aka LEE A. EVSLIN, | ) | |
| M.D., | ) | JUDGE: ALAN C. KAY |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, a true and correct copy of DEFENDANT HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM 'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF UNITED STATES OF AMERICA was duly served on the following persons, at their last known addresses, by hand-delivery or U.S. Mail, postage prepaid.

    JANICE P. KIM, ESQ.    (VIA DELIVERY)
    3615 Harding Avenue, Suite 206
    Honolulu, Hawaii  96816-3735

    ARLEEN D. JOUXSON-MEYERS, ESQ.    (VIA U.S. MAIL)
    RAFAEL G. DEL CASTILLO, ESQ.
    Jouxson-Meyers & Del Castillo LLLC
    302 California Avenue, Suite 209
    Wahiawa, Hawaii  96786

    Co-Counsel for Qui Tam for Plaintiff
     and the State of Hawaii

HARRY YEE, ESQ. (VIA DELIVERY)
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff United States Of America


BARRY W. MARR, ESQ. (VIA DELIVERY)
PATRICK H. JONES, ESQ.
JAN M. BOIVIN, ESQ.
Marr Hipp Jones & Wang
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii  96813

Attorneys for Defendant
William A. Evslin, M.D. aka Lee A. Evslin, M.D.


DATED:  Honolulu, Hawaii,  August 28, 2006.


 /s/ Kenneth S. Robbins
 KENNETH S. ROBBINS
 LEIGHTON M. HARA
 WENDY M. YAMAMOTO

 Attorneys for Defendants
 HAWAI'I PACIFIC HEALTH, KAUAI
 MEDICAL CLINIC, WILCOX
 MEMORIAL HOSPITAL AND WILCOX
 HEALTH SYSTEM