cos re r eq for a&i

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA          7826-0
WENDY M. YAMAMOTO         8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) CIVIL NO. CV04-00596 ACK LEK<br>) (Federal and State - Qui Tam)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) (RE: DEFENDANTS HAWAI`I |

|  |  |  |
|---|---|---|
| Plaintiffs, | ) | PACIFIC HEALTH, KAUAI |
|  | ) | MEDICAL CLINIC, WILCOX |
| v. | ) | MEMORIAL HOSPITAL AND |
|  | ) | WILCOX HEALTH SYSTEM'S |
| HAWAI`I PACIFIC HEALTH; KAUAI | ) | **FIRST REQUESTS FOR** |
| MEDICAL CLINIC; WILCOX | ) | **ANSWERS TO** |
| MEMORIAL HOSPITAL; WILCOX | ) | **INTERROGATORIES TO** |
| HEALTH SYSTEM; and WILLIAM A. | ) | **PLAINTIFFS** |
| EVSLIN, M.D. aka LEE A. EVSLIN, | ) | **UNITED STATES OF AMERICA** |
| M.D., | ) | **AND JAMES LOCKYER, M.D.**) |
|  | ) |  |
| Defendants. | ) | JUDGE:  ALAN C. KAY |
| _____ | ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, a true and correct copy of FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES TO PLAINTIFFS UNITED STATES OF AMERICA AND JAMES LOCKYER, M.D. was duly served on the following persons, at their last known addresses, by hand-delivery or U.S. Mail, postage prepaid.

>JANICE P. KIM, ESQ.                                (VIA DELIVERY)
>3615 Harding Avenue, Suite 206
>Honolulu, Hawaii  96816-3735

>ARLEEN D. JOUXSON-MEYERS, ESQ.   (VIA U.S. MAIL)
>RAFAEL G. DEL CASTILLO, ESQ.
>Jouxson-Meyers & Del Castillo LLLC
>302 California Avenue, Suite 209
>Wahiawa, Hawaii  96786

>Co-Counsel for Qui Tam for Plaintiff
>  and the State of Hawaii

2

    HARRY YEE, ESQ.                (VIA DELIVERY)
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff United States Of America


    BARRY W. MARR, ESQ.        (VIA DELIVERY)
PATRICK H. JONES, ESQ.
JAN M. BOIVIN, ESQ.
Marr Hipp Jones & Wang
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii  96813

Attorneys for Defendant
William A. Evslin, M.D. aka Lee A. Evslin, M.D.


DATED:  Honolulu, Hawaii,  August 28, 2006.


    /s/ Kenneth S. Robbins
    KENNETH S. ROBBINS
    LEIGHTON M. HARA
    WENDY M. YAMAMOTO

    Attorneys for Defendants
    HAWAI'I PACIFIC HEALTH, KAUAI
    MEDICAL CLINIC, WILCOX
    MEMORIAL HOSPITAL AND WILCOX
    HEALTH SYSTEM