**ORIGINAL**

not of appear
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| LEIGHTON M. HARA | 7826-0 |
| WENDY M. YAMAMOTO | 8049-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 25 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

DAVIS WRIGHT TREMAINE LLP

EDWIN D. RAUZI      4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: edrauzi@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) CIVIL NO. CV04-00596 ACK LEK<br>) (Federal and State - Qui Tam)<br>)<br>) NOTICE OF APPEARANCE OF<br>) COUNSEL; CERTIFICATE OF |

|                                                                                                                                                                          |   |         |
|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|---------|
| Plaintiffs,                                                                                                                                                              | ) | SERVICE |
|                                                                                                                                                                          | ) |         |
| v.                                                                                                                                                                       | ) |         |
|                                                                                                                                                                          | ) |         |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,                        | ) |         |
|                                                                                                                                                                          | ) |         |
| Defendants.                                                                                                                                                              | ) |         |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the law firm of DAVIS WRIGHT TREMAINE LLP and hereby makes its appearance as co-counsel for Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM.

DATED: Seattle, Washington, August 24, 2006

_____
EDWIN D. RAUZI

Attorney for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, <br><br> Plaintiffs, <br><br> v. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., <br><br> Defendants. | CIVIL NO. CV04-00596 ACK LEK <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following persons, at their last known addresses, by U.S. Mail, postage prepaid on _August 24, 2006_:

JANICE P. KIM, ESQ.
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816

Attorney for Qui Tam for Plaintiff
and the State of Hawaii

RAFAEL G. DEL CASTILLO, ESQ.
ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Attorney for Qui Tam for Plaintiff
and the State of Hawaii

HARRY YEE, ESQ.
Assistant U.S. Attorney
U.S. Department of Justice
United States Attorney
District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for United States of America

BARRY W. MARR, ESQ.
PATRICK H. JONES, ESQ.
JAN M. BOVIN, ESQ.
Marr Hipp Jones & Wang
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

2

DATED: Seattle, Washington, _August 24, 2006_.

_____
EDWIN D. RAUZI

Attorney for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; CERTIFICATE OF SERVICE (RE: NOTICE OF APPEARANCE OF COUNSEL)

3