**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2006

at 3 o'clock and 05 min PM
SUE BEITIA, CLERK

LODGED

AUG 31 2006 2:40pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

pro hac vice silver
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| LEIGHTON M. HARA | 7826-0 |
| WENDY M. YAMAMOTO | 8049-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net


DAVIS WRIGHT TREMAINE LLP

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: edrauzi@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII


| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) |

| | |
|---|---|
| LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>             Plaintiffs,<br><br>v.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>             Defendants. | DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**; DECLARATION OF HARRY R. SILVER; DECLARATION OF KENNETH S. ROBBINS; ORDER GRANTING DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**; CERTIFICATE OF SERVICE |

DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**

COME NOW Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and move this Court for an order permitting Harry R. Silver of Washington, D.C., to appear in this matter pro hac vice for Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM, pursuant to L.R. 83.1(E) of the Local Rules of Practice for the United States District Court

2

for the District of Hawaii, and is supported by the Declaration of Harry R. Silver, Declaration of Kenneth S. Robbins, and the records and files herein.

DATED: Honolulu, Hawaii, AUG 31 2006                                   .

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**