# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice P. Kim<br>Arleen D. Jouxson<br>Rafael G. Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Harry R. Silver<br>Sharon Lovejoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/25/2006 | TIME: | 10:04-10:17 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.

Settlement Conference set for 10/5/06 at 2:00 p.m. is continued to **1/19/07 at 2:00 p.m.** before Magistrate Judge Leslie E. Kobayashi.  Confidential Settlement Conference Statements are now due 1/11/07.

Dispositive Motions deadline currently set for 10/18/06 is continued to **12/18/06**.
Plaintiffs' Expert Witness Disclosures are now due **11/30/06.**
Defendants' Expert Witness Disclosures are now due **1/2/07**.

Submitted by: Warren N. Nakamura, Courtroom Manager