**ORIGINAL**

stip unseal docs.doc
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| CLARISSA Y. MALINAO | 8486-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**LODGED**

SEP 2 0 2006
10:45 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

DAVIS WRIGHT TREMAINE LLP            CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: edrauzi@dwt.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM


PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH;
KAPI'OLANI MEDICAL CENTER FOR
WOMEN AND CHILDREN; and
KAPI'OLANI MEDICAL SPECIALISTS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>STIPULATION TO UNSEAL DOCUMENTS and ORDER<br><br>TRIAL: 03/20/07<br>JUDGE: Alan C. Kay |

## STIPULATION TO UNSEAL DOCUMENTS

IT IS HEREBY STIPULATED by and between Plaintiffs, UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., and JAMES LOCKYER, M.D., in his own behalf, and Defendants HAWAI'I PACIFIC

2

HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, WILCOX HEALTH SYSTEM, and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., through their undersigned counsel, and pursuant to a conference between counsel held on September 15, 2006, that all documents submitted under seal in the above-captioned matter which currently remain under seal shall be unsealed and delivered to Defendants upon entry of this Stipulation and Order.

    IT IS STIPULATED FURTHER that this Stipulation and the Contents thereto may be signed in counterparts. This Stipulation has been signed by all appearing parties.

    No other changes are made by this Stipulation.

    DATED: Honolulu, Hawaii, September 20, 2006.

_____
JANICE P. KIM
RAFAEL G. DEL CASTILLO
ARLEEN JOUXSON-MEYERS

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

_____
HARRY YEE

3

Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
~~SHARON V. LOVEJOY~~
PATRICK JONES

Attorney ~~for~~ Defendant
WILLIAM A. EVSLIN, M.D.

_____
KENNETH S. ROBBINS
CLARISSA Y. MALINAO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; STIPULATION TO UNSEAL DOCUMENTS and ORDER