EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

JANICE P. KIM   3436
Kaimuki Business Plaza
3615- Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
Email:  kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
Email:  rafa@hawaii.rr.com

Co-Counsel for Qui Tam Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>           Plaintiffs, <br>     vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. | CIVIL NO. 04 00596 ACK/LEK <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE <br> (PLAINTIFF UNITED STATES OF AMERICA'S RESPONSES TO DEFENDANTS HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS UNITED STATES OF AMERICA) |

```
EVSLIN, M.D.,                  )
                               )
            Defendants.        )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Plaintiff Untied States of America's Responses to Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's First Request for Admissions to Plaintiff United States of America, dated October 6, 2006, was served on the following at their last known address:

   Served by First Class Mail:

       Kenneth S. Robbins
       Leighton M. Hara
       Wendy M. Yamamoto
       Robbins & Associates
       Davies Pacific Center
       841 Bishop St., Suite 2200
       Honolulu, HI  96813

   DATED:  October 6, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                /s Harry Yee
                             By _____
                                HARRY YEE
                                Assistant U.S. Attorney