ORIGINAL

STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE THOMPSON     8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Substituting Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

OCT 0 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D. AND ORDER; CERTIFICATE OF SERVICE** |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D. AND ORDER**

Pursuant to Local Rule 83.6 of the Rules of Practice for the United States District

Court for the District of Hawaii, the law firm of MARR HIPP JONES & WANG hereby withdraws

59028

as counsel for Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D. and the law firm of STARN, O'TOOLE, MARCUS & FISHER hereby enters its appearance as counsel for Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D. in the above-captioned matter.

DATED: Honolulu, Hawaii, OCT - 4 2006.

_____
BARRY W. MARR
PATRICK H. JONES
JAN M. BOIVIN
Marr Hipp Jones & Wang
Withdrawing Attorneys for Defendant
WILLIAM A. EVSLIN, M.D.
aka LEE A. EVSLIN, M.D.

_____
SHARON V. LOVEJOY
STEPHANIE THOMPSON
Starn, O'Toole, Marcus & Fisher
Substituting Attorneys for Defendant
WILLIAM A. EVSLIN, M.D.
aka LEE A. EVSLIN, M.D.

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

---

*United States of America, ex rel. James Lockyer, M.D., State of Hawaii, ex rel. James Lockyer, M.D. and James Lockyer, M.D., in his own behalf vs. Hawaii Pacific Health; Kauai Medical Clinic; Wilcox Memorial Hospital; Wilcox Health System; William A. Evslin, M.D. aka Lee A. Evslin, M.D.;* Civil No. CV 04-00596 ACK LEK (Federal and State – Qui Tam); NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D. AND ORDER

59028

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.; <br><br> Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam) <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following parties at their last known address as follows:

JANICE P. KIM, ESQ.
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816-3760

ARLEEN D. JOUXSON-MEYERS, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Attorneys for Plaintiff James Lockyer, M.D.

59028

HARRY YEE, ESQ.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850

Attorney for Plaintiffs
United States of America and
State of Hawaii

KENNETH S. ROBBINS, ESQ.
LEIGHTON M. HARA, ESQ.
WENDY M. YAMAMOTO, ESQ.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
Hawaii Pacific Health Group Plan for Employees of
Hawaii Pacific Health, Kauai Medical Clinic,
Wilcox Memorial Hospital and Wilcox Health System

BARRY W. MARR, ESQ.
PATRICK H. JONES, ESQ.
JAN M. BOIVIN, ESQ.
Marr Hipp Jones & Wang
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813

Withdrawing Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.

DATED:     Honolulu, Hawaii,     OCT - 4 2006          .


SHARON V. LOVEJOY
STEPHANIE THOMPSON
Substituting Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

2

59028