cos re Lockyer.nod

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
CLARISSA Y. MALINAO       8486-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI        4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>            Plaintiffs,<br><br>      v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION]<br><br>[James Lockyer, M.D.]<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, a true and correct copy of Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital And Wilcox Health System's Notice Of Taking Deposition Upon Oral Examination [James Lockyer, M.D.] was duly served on the following persons, at their last known addresses, by hand-delivery or U.S. Mail, postage prepaid.

        JANICE P. KIM, ESQ.                           (VIA U.S. MAIL)
        3615 Harding Avenue, Suite 206
        Honolulu, Hawaii  96816-3735

2

ARLEEN D. JOUXSON-MEYERS, ESQ.     (VIA U.S. MAIL)
RAFAEL G. DEL CASTILLO, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

Co-Counsel for Qui Tam for Plaintiff
 and the State of Hawaii

HARRY YEE, ESQ.                              (VIA DELIVERY)
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Attorney for Plaintiff United States Of America

SHARON V. LOVEJOY, ESQ.          (VIA DELIVERY)
Starn, O'Toole, Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
William A. Evslin, M.D. aka Lee A. Evslin, M.D.

DATED:  Honolulu, Hawaii,  October 10, 2006.


        /s/ Kenneth S. Robbins
        KENNETH S. ROBBINS
        CLARISSA Y. MALINAO

        Attorneys for Defendants
        HAWAI'I PACIFIC HEALTH, KAUAI
        MEDICAL CLINIC, WILCOX
        MEMORIAL HOSPITAL AND WILCOX
        HEALTH SYSTEM