# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice P. Kim<br>Rafael G. Del Castillo |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>John-Anderson L. Meyer<br>Sharon V. Lovejoy<br>Stephanie E.W. Thompson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 11/27/2006 | TIME: | 2:05-2:22 |

COURT ACTION:  EP: Discovery Conference held.  All parties participated by phone.

Defendants are allowed an additional 4 and ½ hours to complete the Deposition of Dr. Lockyer.

Plaintiff's Expert Witness Disclosures previously due 11/30/06 are now due **1/2/07.**
Defendants' Expert Witness Disclosures previously due 1/2/07 are now due **2/5/07**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager