# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, et al. Vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/20/2006 | TIME: | |

COURT ACTION:  EO: COURT ORDER:  On December 18, 2006, this Court received correspondence dated December 15, 2006 from counsel for Defendant Hawaii Pacific Health in which stated that counsel met and conferred and have agreed to continue the deadline for the filing of dispositive motions from December 18, 2006 until after this Court rules upon the discovery dispute letter briefs which the Court did not receive until December 18 and 19, 2006.  No facsimile of this letter was received prior to December 18, 2006.

Given that trial in this matter is scheduled for March 20, 2007 before Senior District Judge Alan C. Kay, the deadlines previously set by the Court remain unchanged.  In the event that the parties should desire to amend the Rule 16 Scheduling Order, the appropriate motion should be filed.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager