Mtn amend Rule 16 Scheduling Order

Of Counsel:

ROBBINS & ASSOCIATES

Attorneys at Law

A Law Corporation

KENNETH S. ROBBINS         1000-0

JOHN-ANDERSON L. MEYER 8541-0

2200 Davies Pacific Center

841 Bishop Street

Honolulu, Hawaii  96813

Telephone:  (808) 524-2355

Facsimile:  (808) 526-0290

Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI         4292-0

1501 4th Avenue, Suite 2600

Seattle, Washington  98101

Telephone:  (206) 622-3150

Facsimile:  (206) 628-7699

Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER

2550 M Street NW

Washington, D.C.  20037

Telephone:  (202) 457-6453

Facsimile:  (202) 457-6315

Email:  hsilver@pattonboggs.com

Attorneys for Defendants

HAWAΓI PACIFIC HEALTH,

KAUAI MEDICAL CLINIC, WILCOX MEMORIAL

HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAIʻI PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>Defendants.<br><br>_____ | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER**; DECLARATION OF JOHN-ANDERSON L. MEYER; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE<br><br><u>HEARING</u><br>DATE:<br>TIME:<br>JUDGE:      Leslie E. Kobayashi<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S
<u>MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER</u>

COME NOW Defendants HAWAIʻI PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH

SYSTEM (collectively referred to as "HPH Defendants"), by and through their

attorneys, Robbins & Associates, and move the court to amend the Amended Rule

2

16 Scheduling Order entered on June 16, 2006, in the above-entitled action, a copy of which is attached as Exhibit "A", on the following grounds:

1.    On December 14th, Rafael G. del Castillo, Esq., counsel for Relator, and acting on behalf of all Plaintiffs, and Kenneth S. Robbins, Esq., counsel for HPH Defendants, and acting on behalf of all defendants, telephonically met and conferred.  Although agreement could not be reached with respect to whether a stipulated protective order is necessary, counsel agreed — in the spirit of civility and collegiality — that the dispositive motions deadline of December 18, 2006 should be extended briefly, to allow time for the court to rule on the simultaneous briefs submitted by Defendants and Relator on December 18, 2006, as the court's ruling may eliminate the necessity to file the entirety of dispositive motions under seal.[1]  It was agreed, subject to the Court's approval, the new deadline would be up to five business days after the posting date of the Court's ruling on the pending discovery conflict, simultaneous letter briefs regarding which were submitted by Defendants and Relator on December 18, 2006.

2.    The parties also agreed that, while the current trial date should not be moved, all parties will remain flexible regarding the present pre-trial filing dates for documents such as expert disclosures.  Further, counsel agreed that they

---

[1] The Court's Discovery Order, posted on December 20, 2006, at 1:30 p.m., has eliminated that necessity.

would meet and confer before requesting the court to approve any additional proposed amendments to the Amended Rule 16 Scheduling Order.

3.    HPH Defendants sent to the court via facsimile, a letter from John-Anderson L. Meyer, Esq., setting forth the parties' agreement and requesting the Court's approval; attached to this facsimile was a December 14, 2006 letter from Rafael G. del Castillo, Esq., describing his understanding of the agreement reached by the parties. A copy of this letter is attached hereto as Exhibit "B." (See Declaration of John-Anderson L. Meyer, Esq. and the attached record of the successful transmission via facsimile of Exhibit "C" to the Court, and to counsel for all parties.)

4.    Exhibit "B" was sent to the Court on December 15, 2006 via facsimile at 4:02 P.M.  (See Declaration of John-Anderson L. Meyer, Esq.).

5.    Exhibit "B" was also mailed to the Court on December 15, 2006. (See Declaration of John-Anderson L. Meyer, Esq.).

6.    As further evidence of the facsimile transmittal of Exhibit B to the Court, and to counsel for all parties, the Declaration of Sharon V. Lovejoy, Esq. is attached as Exhibit "D" with a copy of Exhibit "A" attached thereto, which evidences her office's receipt thereof on December 15, 2006 at 4:12 p.m.

Wherefore, HPH Defendants respectfully pray that the Amended Rule 16 Scheduling Order entered on June 16, 2006, be amended as set forth above, with

the deadline for submission of dispositive motions to be scheduled no later than

December 26, 2006.

It is further respectfully submitted that if the dispositive motions

deadline is not extended as requested, the parties and the Court will be denied the

opportunity to narrow or, indeed, dispose of all issues in this lawsuit.  Therefore,

manifest prejudice to the parties and the judicial process may result if this Motion is

not granted.

DATED:  Honolulu, Hawaii, December 20, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAIʻI PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific
Health, et al.; DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL
CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S
MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER.