IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF JOHN-ANDERSON L. MEYER |

DECLARATION OF JOHN-ANDERSON L. MEYER

I, JOHN-ANDERSON L. MEYER, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Amended Rule 16 Scheduling Order filed on June 16, 2006.

5. Attached as Exhibit "B" is a true and accurate copy of a letter, dated December 15, 2006 to Judge Leslie E. Kobayashi describing the agreement reached by Kenneth S. Robbins, Esq. and Rafael G. del Castillo, Esq. in their December 14, 2006 meet and confer teleconference.

6. Enclosed with Exhibit "B" is a true and accurate copy of a letter, dated December 14, 2006 from Rafael G. del Castillo, Esq. to Kenneth S. Robbins, Esq., describing the agreement reached by Kenneth S. Robbins, Esq. and Rafael G. del Castillo in their December 14, 2006 meet and confer teleconference.

7. Exhibit "B" was transmitted via facsimile to Judge Leslie E. Kobayashi's chambers at 808-541-1386 at 4:02 P.M. on December 15, 2006.

8. Attached as Exhibit "C" is a true and accurate copy of the Robbins and Associates fax machine's record of successful transmittal of Exhibit "B" to Judge Leslie E. Kobayashi's chambers at 808-541-1386 at 4:02 P.M. on December 15, 2006.

9. Exhibit "C" also shows the successful transmission of Exhibit "B" to Janice Kim, Esq., counsel for Plaintiffs at 735-0459 at 4:06 P.M.; to Rafael del Castillo, Esq., counsel for Plaintiffs at 422-8772 at 4:08 P.M.; to Harry Yee, Esq., counsel for the United States of America at 541-3752 at 4:10 P.M.; and to Sharon V. Lovejoy, Esq., counsel for Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D. at 537-5434 at 4:11 P.M.

10. Attached as Exhibit "D" is a true and accurate copy of the Declaration of Sharon V. Lovejoy, Esq. (with a copy of Exhibit "B" attached thereto and noted as Exhibit "A"), which evidences her office's receipt of Exhibit "B" on December 15, 2006 at 4:12 p.m.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 20, 2006.

_____
JOHN-ANDERSON L. MEYER

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF JOHN-ANDERSON L. MEYER