**ROBBINS & ASSOCIATES**
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
—
Rose M.P. Carter, Paralegal
Sandra H. Hishinuma, Legal Assistant

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

December 15, 2006

<u>VIA FACSIMILE</u> (original to follow)

The Honorable Leslie E. Kobayashi
United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:  USA/Lockyer v. Hawaii Pacific Health, et al.
     (Civil No. 04-00596 ACK LEK)
     <u>Agreement Among Counsel</u>

Dear Judge Kobayashi:

This letter is to inform you that on December 14th, Rafael del Castillo and Ken Robbins telephonically met and conferred regarding a separate, though related matter. As a result of this telephone conference, all parties have agreed that, in order avoid the necessity of filing dispositive motion documents (which necessarily will contain confidential patient, and proprietary business information) under seal, Defendants may file any dispositive motions up to five business days after the posting date of Your Honor's ruling on the Protective Order discovery dispute regarding which simultaneous letter briefs will be field on Monday, December 18. Additionally, we have agreed that, while the current trial date should not be moved, that all parties will remain flexible regarding the present pre-trial filing dates for documents such as expert disclosures. In the event parties are not subsequently able to agree among ourselves as to a workable schedule for the submission of such documents, we will seek the guidance of the Court at that time. Enclosed is a December 14, 2006 letter from Mr. del Castillo describing his understanding of the agreement reached by the parties, and as set forth herein. We all hope that this meets with Your Honor's satisfaction; should you desire further briefing on the parties' agreement, we will be more than happy to oblige.



EXHIBIT B

The Honorable Leslie E. Kobayashi
December 15, 2006
Page 2

    As the dispositive motions cut-off is otherwise scheduled for next Monday, December 18, in the event Your Honor does not approve of the parties' agreement outlined herein, and in Mr. del Castillo's enclosed letter, we would appreciate notice from the Court at its earliest convenience so that the Defendants may better be able to timely complete the necessary paperwork for a December 18 filing of dispositive motions.

                                     Very truly yours,

                                       John-Anderson L. Meyer

JALM\06-0564

cc w/ encl.:
    Janice P. Kim, Esq. (via fax)
    Arleen D. Jouxson-Meyers, Esq. (via fax)
    Rafael G. del Castillo, Esq. (via fax)
    Harry Yee, Esq. (via fax)
    Sharon Lovejoy, Esq. (via fax)

# *Jouxson-Meyers*
# *& del Castillo*
Attorneys at Law
a Limited Liability Law Company

December 14, 2006

Via facsimile

Kenneth S. Robbins, Esq.
John-Anderson L. Meyer, Esq.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Re: USA/Lockyer v. Hawaii Pacific Health, et al. Civil No: 04-00596 ACK LEK

Dear Ken:

Thank you for taking the time from your deposition trip to meet and confer about scheduling issues in the above-referenced case. I write to memorialize our discussion so that all parties have a clear understanding going forward.

We have agreed that, to avoid having to contend with documents filed under seal, Defendants may file any dispositive motions they may have 3-5 business days after the date Magistrate Kobayashi rules on whether Defendants may withhold discovery until Dr. Lockyer and the USA stipulate to Defendants' proposed protective order. We further agreed to advise Magistrate Kobayashi in our respective letter briefs on the SPO issue that all parties agree that the presently scheduled trial should not be postponed, but that they must be flexible with regards to the present filing deadlines for such things as the expert disclosures. In that regard, we expect that the existing deadlines for the expert disclosures may have to be continued again so that our experts have an opportunity to consider Defendants' production once we have it, and Defendants' experts have a reasonable time in which to respond to Plaintiffs' expert reports.

We will also advise Magistrate Kobayashi in our briefs that the parties will inform her whenever they have agreed that the existing schedule is unworkable so that she might enter orders or otherwise involve herself as she deems appropriate. Please call or write me if I have misstated or omitted any material point.

Very truly yours,

Rafael G. del Castillo

cc: Janice P. Kim, Esq.
Harry Yee, Esq.
Sharon Lovejoy, Esq.

302 California Ave.
Suite 209
Wahiawa, Hawai`i 96786
Phone: (808) 621-8806
Fax: (808) 422-8772
Email Arleen: ajouxson@physicianslawfirm.com
Email Rafael: rdelcastillo@physicianslawfirm.com

Rafael G. del Castillo, Member