| NO. | COMM. | PAGES | FILE | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|---|---|---|---|---|---|---|---|---|---|
| 042 | OK | 004 | 375 | 00:00:46 | XMT | 5411386 | DEC-15 | 16:02 | 0107A2000ADC0 |
| 043 | OK | 004/004 | 376 | 00:01:27 | XMT | 7350459 | DEC-15 | 16:06 | C007A2009A030 |
| 044 | OK | 004/004 | 376 | 00:01:18 | XMT | 4228772 | DEC-15 | 16:08 | 0107A20001070 |
| 045 | OK | 004/004 | 376 | 00:00:41 | XMT | 5413752 | DEC-15 | 16:10 | C107A2008BDD0 |
| 046 | OK | 004/004 | 376 | 00:00:52 | XMT | 5375434 | DEC-15 | 16:11 | 2107A2000BDB0 |

-ROBBINS & ASSOC.

\*\*\*\*\* UF-8000 v2 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -    - \*\*\*\*\* -   808 526 0290- \*\*\*\*\*\*\*\*\*


EXHIBIT C