STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State – Qui Tam)<br><br>DECLARATION OF SHARON V. LOVEJOY; EXHIBIT "A" |


EXHIBIT D

## DECLARATION OF SHARON V. LOVEJOY

I, SHARON V. LOVEJOY, hereby declare:

1. I am an attorney with the law firm of Starn O'Toole Marcus & Fisher, attorneys for Defendant William A. Evslin, M.D., a.k.a. Lee Evslin, M.D. in the above-entitled matter. I am licensed to practice law in the State of Hawai`i. I make this declaration on the basis of personal knowledge.

2. On December 15, 2006 at 4:12 p.m., I received a letter from John-Anderson Meyer of Robbins & Associates to the Honorable Leslie E. Kobayashi via facsimile, a copy of which is attached hereto as Exhibit "A".

I, Sharon V. Lovejoy, do declare under penalty or perjury that the foregoing is true and correct.

DATED:    Honolulu, Hawaii, December 20, 2006.

_____
SHARON V. LOVEJOY

## ROBBINS & ASSOCIATES
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
CLARISSA Y. MALINAO
Rose M.P. Carter, Paralegal
Sandra H. Hishinuma, Legal Assistant

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
EMAIL: defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

# FACSIMILE MESSAGE

TO:   Janice P. Kim, Esq.                        FAX: 735-0459

      Arleen D. Jouxson-Meyer, Esq.              FAX: 422-8772
      Rafael G. del Castillo, Esq.

      Harry Yee, Esq.                            FAX: 541-3752

      Sharon V. Lovejoy, Esq.                    FAX: 537-5434

FROM:             John-Anderson L. Meyer, Esq.

DATE:             December 15, 2006

TOTAL # OF PAGES: 4

CASE NAME:        USA, ex rel. Lockyer, et al. v. Hawai
                  Pacific Health, et al., Civil No. 04-00596
                  ACK LEK

NOTE:             Letter dated 12/15/06 from John-
                  Anderson L. Meyer, Esq. to The Honorable
                  Leslie E. Kobayashi

If you do not receive all the pages or if any portions of the transmission are illegible, please call (808)524-2355. Our fax number is (808)526-0290.

FACSIMILE OPERATOR: __Sandi Hishinuma__. Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by collect telephone, and return the original message to us at the above address via the U.S. Postal Service at our expense. Thank you.

EXHIBIT A

0371 001

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Rose M.P. Carter, Paralegal
Sandra H. Hishinuma, Legal Assistant

**ROBBINS & ASSOCIATES**
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

December 15, 2006

VIA FACSIMILE (original to follow)

The Honorable Leslie E. Kobayashi
United States Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: USA/Lockyer v. Hawaii Pacific Health, et al.
(Civil No. 04-00596 ACK LEK)
Agreement Among Counsel

Dear Judge Kobayashi:

This letter is to inform you that on December 14th, Rafael del Castillo and Ken Robbins telephonically met and conferred regarding a separate, though related matter. As a result of this telephone conference, all parties have agreed that, in order avoid the necessity of filing dispositive motion documents (which necessarily will contain confidential patient, and proprietary business information) under seal, Defendants may file any dispositive motions up to five business days after the posting date of Your Honor's ruling on the Protective Order discovery dispute regarding which simultaneous letter briefs will be field on Monday, December 18. Additionally, we have agreed that, while the current trial date should not be moved, that all parties will remain flexible regarding the present pre-trial filing dates for documents such as expert disclosures. In the event parties are not subsequently able to agree among ourselves as to a workable schedule for the submission of such documents, we will seek the guidance of the Court at that time. Enclosed is a December 14, 2006 letter from Mr. del Castillo describing his understanding of the agreement reached by the parties, and as set forth herein. We all hope that this meets with Your Honor's satisfaction; should you desire further briefing on the parties' agreement, we will be more than happy to oblige.

The Honorable Leslie E. Kobayashi
December 15, 2006
Page 2

     As the dispositive motions cut-off is otherwise scheduled for next Monday, December 18, in the event Your Honor does not approve of the parties' agreement outlined herein, and in Mr. del Castillo's enclosed letter, we would appreciate notice from the Court at its earliest convenience so that the Defendants may better be able to timely complete the necessary paperwork for a December 18 filing of dispositive motions.

                                       Very truly yours,

                                       John-Anderson L. Meyer

JALM\06-0564

cc w/ encl.:
    Janice P. Kim, Esq. (via fax)
    Arleen D. Jouxson-Meyers, Esq. (via fax)
    Rafael G. del Castillo, Esq. (via fax)
    Harry Yee, Esq. (via fax)
    Sharon Lovejoy, Esq. (via fax)

# Jouxson-Meyers
# & del Castillo
Attorneys at Law
a Limited Liability Law Company

December 14, 2006

Via facsimile

Kenneth S. Robbins, Esq.
John-Anderson L. Meyer, Esq.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813

Re: USA/Lockyer v. Hawaii Pacific Health, et al. Civil No: 04-00596 ACK LEK

Dear Ken:

Thank you for taking the time from your deposition trip to meet and confer about scheduling issues in the above-referenced case. I write to memorialize our discussion so that all parties have a clear understanding going forward.

We have agreed that, to avoid having to contend with documents filed under seal, Defendants may file any dispositive motions they may have 3-5 business days after the date Magistrate Kobayashi rules on whether Defendants may withhold discovery until Dr. Lockyer and the USA stipulate to Defendants' proposed protective order. We further agreed to advise Magistrate Kobayashi in our respective letter briefs on the SPO issue that all parties agree that the presently scheduled trial should not be postponed, but that they must be flexible with regards to the present filing deadlines for such things as the expert disclosures. In that regard, we expect that the existing deadlines for the expert disclosures may have to be continued again so that our experts have an opportunity to consider Defendants' production once we have it, and Defendants' experts have a reasonable time in which to respond to Plaintiffs' expert reports.

We will also advise Magistrate Kobayashi in our briefs that the parties will inform her whenever they have agreed that the existing schedule is unworkable so that she might enter orders or otherwise involve herself as she deems appropriate. Please call or write me if I have misstated or omitted any material point.

Very truly yours,

Rafael G. del Castillo

cc: Janice P. Kim, Esq.
    Harry Yee, Esq.
    Sharon Lovejoy, Esq.

302 California Ave.
Suite 209
Wahiawa, Hawai'i 96786
Phone: (808) 621-8806
Fax: (808) 422-8772
Email Arleen: ajouxson@physicianslawfirm.com
Email Rafael: rdelcastillo@physicianslawfirm.com

Rafael G. del Castillo, Member