ex parte Mn non hrg mtn amend Rule 16 scheduling order

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP            CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI        4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>              Plaintiffs,<br><br>    v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>              Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME FOR HEARING** ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER; DECLARATION OF KENNETH S. ROBBINS; CERTIFICATE OF SERVICE<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

2

DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **EX PARTE** MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME FOR HEARING** ON DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

COME NOW Defendants HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and move this Honorable Court, ex parte, for an order designating as a Non-Hearing Motion, HPH Defendants Motion to Amend Amended Rule 16 Scheduling Order, filed contemporaneously herewith, or in the alternative, for an order permitting HPH Defendants to shorten the time within which to have a hearing on HPH Defendants Motion to Amend Amended Rule 16 Scheduling Order.

The instant Motion is made pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 7.1 and 7.2(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Kenneth S. Robbins, and the record and files herein.

DATED: Honolulu, Hawaii, December 20, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME FOR HEARING** ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER.