IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS |

### DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

    1.    I am an attorney licensed to practice in all courts in the state of Hawaii.

    2.    I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the principal attorney for Defendants HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM ("HPH Defendants") in the above-captioned matter.

4. The hearing of this motion is not necessary, as all parties have agreed to the amendment of the Amended Rule 16 Scheduling Order, as evidenced by the letters of Rafael G. del Castillo, Esq. and John-Anderson L. Meyer, Esq., which are attached to the accompanying motion as Exhibit "B". If for some reason, the Court questions the agreement of all counsel with respect to the agreed-upon amendment, or for some other reason wishes to schedule a hearing of the accompanying motion, we respectfully request that the hearing be held as soon as practicable so that the parties can file their dispositive motions and give the Court and fellow counsel the earliest opportunity to receive and act upon the dispositive motions.

I declare under penalty of law that the foregoing statements are true and correct.

DATED:  Honolulu, Hawaii, December 20, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DECLARATION OF KENNETH S. ROBBINS

2