STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER**<br><br>DATE: _____<br>**TIME:** _____<br>**JUDGE: Hon. Leslie E. Kobayashi**<br><br>TRIAL DATE: March 20, 2007 |

61152

**DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER**

Defendant William A. Evslin, M.D., by and through his counsel Starn O'Toole Marcus & Fisher, here by joins in Hawai`i Pacific Health, Kauai Medical Clinic, And Wilcox Health System's Motion To Amend Pretrial Rule 16 Scheduling Order in this case ("Motion").

For the reasons set forth in the Motion, Defendant Evslin respectfully requests that Rule 16 Scheduling Order deadline for submission of dispositive motions be moved from January 18, 2006, to five days after the date on which the Court's ruling on the pending discovery dispute is entered.

Defendant Evslin has dispositive motions to file in this case that will cover each claim in Plaintiffs' Complaint. It is respectfully submitted that if the dispositive motions deadline is not extended as requested, that the parties and the Court will be denied the opportunity to dispose of, or at least narrow, the issues in this action. Therefore, manifest prejudice to the parties and the judicial process will result if this Motion is not granted.

DATED:   Honolulu, Hawaii, December 20, 2006.

       /s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
WILLIAM A. EVSLIN, M.D.
aka LEE A. EVSLIN, M.D.

61152