ORIGINAL

STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>            Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: Defendant William A. Evslin, M.D. Aka Lee A. Evslin, M.D.'S First Request For Admissions To Plaintiff United States of America) |

61075

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'S First Request For Admissions To Plaintiff United States of America in pdf format was duly served electronically via e-mail to:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

and also by depositing the same in the U.S. Mail, postage prepaid, upon the following parties at their last known address as follows:

>JANICE P. KIM, ESQ.
>Kaimuki Business Plaza
>3615 Harding Avenue, Suite 206
>Honolulu, Hawaii 96816-3760
>
>ARLEEN D. JOUXSON-MEYERS, ESQ.
>RAFAEL G. DEL CASTILLO, ESQ.
>Jouxson-Meyers & Del Castillo LLLC
>302 California Avenue, Suite 209
>Wahiawa, Hawaii 96786
>
>Attorneys for Plaintiff James Lockyer, M.D.

HARRY YEE, ESQ.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850

Attorney for Plaintiffs
United States of America and
State of Hawaii

KENNETH S. ROBBINS, ESQ.
LEIGHTON M. HARA, ESQ.
WENDY M. YAMAMOTO, ESQ.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
Hawaii Pacific Health Group Plan for Employees of
Hawaii Pacific Health, Kauai Medical Clinic,
Wilcox Memorial Hospital and Wilcox Health System

DATED:   Honolulu, Hawaii, December 20, 2006.

SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.