cos re joinder to Evslin 1st RFA to Lockyer

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS            1000-0
JOHN-ANDERSON L. MEYER        8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP            CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI                4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S JOINDER IN DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JAMES LOCKYER, M.D., DATED 12/20/06)<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, a true and correct copy of Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital And Wilcox Health System's Joinder In Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'S First Request For Admissions To Plaintiff James Lockyer, M.D., dated 12/20/06 was duly served electronically via e-mail on the following persons:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

      I further certify that a true and correct copy was duly served on the following persons, at their last known addresses, by hand-delivery or U.S. Mail, postage prepaid.

| | |
|---|---|
| JANICE P. KIM, ESQ.<br>3615 Harding Avenue, Suite 206<br>Honolulu, Hawaii 96816-3735 | (Via U.S. Mail) |
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>RAFAEL G. DEL CASTILLO, ESQ.<br>Jouxson-Meyers & Del Castillo LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii 96786<br><br>Co-Counsel for Qui Tam for Plaintiff<br>  and the State of Hawaii | (Via U.S. Mail) |
| HARRY YEE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff United States Of America | (Via U.S. Mail) |

SHARON V. LOVEJOY, ESQ.          (Via Hand-Delivery)
STEPHANIE THOMPSON, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
William A. Evslin, M.D. aka Lee A. Evslin, M.D.


DATED: Honolulu, Hawaii, December 21, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM


Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S JOINDER IN DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JAMES LOCKYER, M.D., DATED 12/20/06)