cos re joinder to Evslin 1st RPOD to USA

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP              CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S JOINDER IN DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF UNITED STATES OF AMERICA, DATED 12/20/06)<br><br>TRIAL: 3/20/07<br>JUDGE: Alan C. Kay |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, a true and correct copy of Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital And Wilcox Health System's Joinder In Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'S First Request For Production of Documents to Plaintiff United States of America, dated 12/20/06 was duly served electronically via e-mail on the following persons:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

      I further certify that a true and correct copy was duly served on the following persons, at their last known addresses, by hand-delivery or U.S. Mail, postage prepaid.

    JANICE P. KIM, ESQ.    (Via U.S. Mail)
    3615 Harding Avenue, Suite 206
    Honolulu, Hawaii 96816-3735

    ARLEEN D. JOUXSON-MEYERS, ESQ.    (Via U.S. Mail)
    RAFAEL G. DEL CASTILLO, ESQ.
    Jouxson-Meyers & Del Castillo LLLC
    302 California Avenue, Suite 209
    Wahiawa, Hawaii 96786

    Co-Counsel for Qui Tam for Plaintiff
     and the State of Hawaii

    HARRY YEE, ESQ.    (Via U.S. Mail)
    Office of the U.S. Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii 96850

    Attorney for Plaintiff United States Of America

SHARON V. LOVEJOY, ESQ.  (Via Hand-Delivery)
STEPHANIE THOMPSON, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
William A. Evslin, M.D. aka Lee A. Evslin, M.D.

DATED: Honolulu, Hawaii, December 21, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S JOINDER IN DEFENDANT WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF UNITED STATES OF AMERICA, DATED 12/20/06)