Supplemental Exhibits to Mn designate non-Hrg.doc

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER      8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>    Plaintiffs,<br><br>  v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>    Defendants.<br><br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL EXHIBITS TO EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME FOR HEARING** ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER FILED DECEMBER 20, 2006; DECLARATION OF KENNETH S. ROBBINS; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>TRIAL: 3/20/07 |

JUDGE:  Alan C. Kay

**DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S SUPPLEMENTAL EXHIBITS TO EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME  FOR HEARING** ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER FILED DECEMBER 20, 2006

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and file this their Supplemental Exhibits to Ex Parte Motion to Designate as Non-Hearing Motion HPH Defendants' Motion To Amend Pretrial Rule 16 Scheduling Order, or in the Alternative, to Shorten Time  for Hearing on HPH Defendants' Motion to Amend Pretrial Rule 16 Scheduling Order, Filed December 20, 2006.

In further support of HPH Defendants' December 20, 2006 Motion ex parte to Designate as Non-Hearing Motion HPH Defendants' Motion To Amend Pretrial Rule 16 Scheduling Order, or in the Alternative, to Shorten Time  for Hearing on HPH Defendants' Motion to Amend Pretrial Rule 16 Scheduling Order, HPH Defendants attach hereto as Exhibit "A," correspondence from counsel for

3

HPH Defendants to the Court, dated December 15, 2006, wherein is set forth the agreement among counsel upon which HPH Defendants' December 20, 2006 Motion to Amend Rule 16 Scheduling Order is based. (See Declaration of Kenneth S. Robbins, Esq.).

As evidenced by the attached Exhibit "A," HPH Defendants' December 20, 2006 Motion to Amend Rule 16 Scheduling Order is unopposed by any party to this action.

DATED:  Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL EXHIBITS TO EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER**, OR IN THE ALTERNATIVE, **TO SHORTEN TIME  FOR HEARING** ON DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO AMEND PRETRIAL RULE 16 SCHEDULING ORDER FILED DECEMBER 20, 2006