IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>    v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| JANICE P. KIM, ESQ.<br>kimj054@hawaii.rr.com | December 22, 2006 |
| RAFAEL G. DEL CASTILLO, ESQ.<br>rdelcastillo@physicianslawfirm.com | December 22, 2006 |

HARRY YEE, ESQ.                                December 22, 2006
harry.yee@usdoj.gov


Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.      December 22, 2006
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

SHARON V. LOVEJOY, ESQ.             December 22, 2006
STEPHANIE THOMPSON, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii  96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A.
EVSLIN, M.D.

         DATED:  Honolulu, Hawaii, December 22, 2006.

                              /s/ Kenneth S. Robbins
                              KENNETH S. ROBBINS
                              JOHN-ANDERSON L. MEYER

                              Attorneys for Defendants
                              HAWAI'I PACIFIC HEALTH, KAUAI
                              MEDICAL CLINIC, WILCOX
                              MEMORIAL HOSPITAL AND WILCOX
                              HEALTH SYSTEM

2