MSJ
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION FOR SUMMARY JUDGMENT**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5; DECLARATION OF KENNETH S. ROBBINS; EXHIBITS "1"-"21"; CERTIFICATE OF SERVICE<br><br><u>HEARING</u><br>DATE:<br>TIME:<br>JUDGE:   Alan C. Kay<br><br>TRIAL: 3/20/07<br>JUDGE: Alan C. Kay |

DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL
CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX
<u>HEALTH SYSTEM'S</u> **MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL

CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

(collectively referred to as "HPH Defendants"), by and through their attorneys,

2

Robbins & Associates, pursuant to Fed. R. Civ. P. 56 and Local Rule 7.1, and move this Court for summary judgment.

For the reasons fully set forth in the accompanying Memorandum, the HPH Defendants are entitled to judgment on all counts of the complaint as a matter of law and there are no material issues of fact in dispute.

DATED:  Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT