cert of compliance

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>    Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5

   In accordance with Local Rules 56.1(d), 7.5(d), and 7.5(e), I certify that a computer word count indicates that the Motion for Summary Judgment has 8,613 words and complies with the word count limit.

DATED: Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5