IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF<br>KENNETH S. ROBBINS |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

    1.    I am an attorney licensed to practice in all courts in the state of Hawaii.

    2.    I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Filed under seal as an attachment hereto as Exhibit "1" is an original of the Declaration of Lynne Joseph (with a copy of Exhibits "A" – "C" attached thereto), dated December 21, 2006.

5. Filed under seal as an attachment hereto as Exhibit "2" is an original of the Declaration of Beth Carlozzi, dated December 10, 2006.

6. Filed under seal as an attachment hereto as Exhibit "3" is an original of the Declaration of Beth Carter, dated December 12, 2006.

7. Filed under seal as an attachment hereto as Exhibit "4" are true and accurate copies of pages 34, 39, 41, 47, 51, 57, 62, 78, 83-85, 95, 97, 99, 106-108 of Volume I of the Deposition of James Lockyer, M.D., taken on October 12, 2006; and page 277 of Volume II of the Deposition of James Lockyer, M.D., taken on November 28, 2006.

8. Filed under seal as an attachment hereto as Exhibit "5" is an original of the Declaration of Sally Diana, dated December 12, 2006.

9. Filed under seal as an attachment hereto as Exhibit "6" is an original of the Declaration of Larry McKnight, M.D., dated December 12, 2006.

10. Filed under seal as an attachment hereto as Exhibit "7" is an original of the Declaration of Edwin D. Rauzi (with copies of Exhibits "A" and "B" attached thereto), dated December 11, 2006.

11. Filed under seal as an attachment hereto as Exhibit "8" is an original of the Declaration of Bernard W.D. Fong, M.D., dated December 11, 2006.

12. Filed under seal as an attachment hereto as Exhibit "9" is a true and accurate copy of the Declaration of Edward P. Gelmann, M.D., dated December 14, 2006. The original will be filed with the court upon receipt.

13. Filed under seal as an attachment hereto as Exhibit "10" is a true and accurate copy of the Vanderbilt University Center, Clinical Policy Manual regarding Cytotoxic Drug (CHEMOTHERAPY) Administration & Management, CL 30-06.09.

14. Filed under seal as an attachment hereto as Exhibit "11" is a true and accurate copy of a letter from Lee A. Evslin, M.D. to James Lockyer, M.D., dated August 23, 2002.

15. Filed under seal as an attachment hereto as Exhibit "12" is a true and accurate copy of portions of the medical records of G. P. (Dr. Lockyer's 10/12/06 deposition, Ex. 4).

16. Filed under seal as an attachment hereto as Exhibit "13" is a true and accurate copy of portions of the medical records of H.H. (Dr. Lockyer's 10/12/06 deposition, Ex. 6).

17. Filed under seal as an attachment hereto as Exhibit "14" is a true and accurate copy of portions of the medical records of T.D. (Dr. Lockyer's 11/28/06 deposition, Ex. 10).

18. Filed under seal as an attachment hereto as Exhibit "15" is a true and accurate copy of portions of the medical records of A.I. (Dr. Lockyer's 11/28/06 deposition, Ex. 14).

19. Filed under seal as an attachment hereto as Exhibit "16" is a true and accurate copy of portions of the medical records of L.S. (Dr. Lockyer's 11/28/06 deposition, Ex. 16).

20. Filed under seal as an attachment hereto as Exhibit "17" is a true and accurate copy of portions of the medical records of A.B. (Dr. Lockyer's 11/28/06 deposition, Ex. 17).

21. Filed under seal as an attachment hereto as Exhibit "18" is a true and accurate copy of portions of the medical records of R.L. (Dr. Lockyer's 11/28/06 deposition, Ex. 24).

22. Filed under seal as an attachment hereto as Exhibit "19" is a true and accurate copy of portions of the medical records of R.L. (Dr. Lockyer's 11/28/06 deposition, Ex. 25).

23. Filed under seal as an attachment hereto as Exhibit "20" is an original of the Declaration of Lisa Tachibana, dated December 15, 2006.

24. Filed under seal as an attachment hereto as Exhibit "21" is an original of the Declaration of Jonathan K. Cho, dated December 13, 2006.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS