EXHIBITS 1-21
(FILED UNDER SEAL PURSUANT TO ORDER FILED _____)