cert of compliance

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) ) | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5

In accordance with Local Rules 56.1(d), 7.5(d), and 7.5(e), I certify that a computer word count indicates that the Concise Statement of Facts has 1,447 words and complies with the word count limit.

DATED:  Honolulu, Hawaii, December 22, 2006.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific
Health, et al.; CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL
RULE 7.5