ex parte mtn to seal exhibits

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS            1000-0
JOHN-ANDERSON L. MEYER        8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>  Plaintiffs,<br><br>  v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>  Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE EXHIBITS "1" – "21" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL; DECLARATION OF KENNETH S. ROBBINS; EXHIBITS "1" – "21";; CERTIFICATE OF SERVICE<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE EXHIBITS "1" – "21" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and hereby move this Honorable Court for an Order *ex parte* to permit the filing of Exhibits "1" – "21" of their Motion for Summary Judgment under seal.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is based upon the Declaration of Kenneth S. Robbins attached hereto, and the record and files herein.

DATED:  Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM