IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, <br><br>        Plaintiffs, <br><br>      v. <br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., <br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) <br><br>DECLARATION OF KENNETH S. ROBBINS <br><br>(RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE EXHIBITS "1" – "21" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL) |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Attached as Exhibits "1" – "21" to HPH Defendants' Motion for Summary Judgment are copies of Declarations with patients' names identified in exhibits attached thereto, portions of deposition transcripts with names of patients identified therein, portions of patients' charts with patient identifying information, and sensitive and proprietary information, including communications to and from HPH Defendants.

5. Exhibits "1" – "21," contain sensitive information concerning the consideration offered by the parties for purposes of resolving the instant lawsuit.

6. The privacy interests of the individuals involved require the submission of Exhibits "1" – "21" to HPH Defendants' Motion for Summary Judgment under seal.

7. HPH Defendants are moving in good faith to file Exhibits "1" – "21" attached to their Motion for Summary Judgment under seal to protect the privacy interests of the individuals involved.

8. Exhibits "1" – "21," to the Motion contain sensitive privacy and confidentiality issues. Therefore, Exhibits "1" – "21" should be sealed and should not be made available to the public as said documents discuss protected information.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 22, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DECLARATION OF KENNETH S. ROBBINS (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE EXHIBITS "1" – "21" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL)