# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, et al. Vs. Hawaii Pacific Health Group Plan For Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 12/22/2006 | TIME: | |

COURT ACTION:  EO: MOTION to Amend/Correct Scheduling Order by Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, Wilcox Health System

and

Ex Parte MOTION to Shorten Time to hear Motion to Amend/Correct Scheduling Order by Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, Wilcox Health System

are Granted and terminated.

**Dispositive Motions Deadline is extended to 12/26/06.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager