STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE THOMPSON           8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**NOTICE OF HEARING OF MOTION; DEFENDANT LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5; CERTIFICATE OF SERVICE**<br><br>**DATE:** _____<br>**TIME:** _____<br>**JUDGE: The Honorable Alan C. Kay**<br><br>TRIAL DATE: March 20, 2007 |

## NOTICE OF HEARING OF MOTION

**TO:**     JANICE P. KIM, ESQ.
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816-3760

ARLEEN D. JOUXSON-MEYERS, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Attorneys for Plaintiff James Lockyer, M.D.

HARRY YEE, ESQ.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850

Attorney for Plaintiffs
United States of America and
State of Hawaii

KENNETH S. ROBBINS, ESQ.
LEIGHTON M. HARA, ESQ.
WENDY M. YAMAMOTO, ESQ.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
Hawaii Pacific Health Group Plan for Employees of
Hawaii Pacific Health, Kauai Medical Clinic,
Wilcox Memorial Hospital and Wilcox Health System

NOTICE IS HEREBY GIVEN that Defendant LEE A. EVSLIN, M.D.'s Motion for Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief shall come on for hearing before the Honorable Alan C. Kay, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 at _____ \_.m. on _____, _____, 2007, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, December 22, 2006.

  \_/s/Stephanie E. W.Thompson
SHARON V. LOVEJOY
STEPHANIE THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; NOTICE OF HEARING DEFENDANT LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF