# **TABLE OF CONTENTS**

I. INTRODUCTION ............................................................................................. 2

    1. Dr. Lockyer's investigatory actions regarding the accuracy of his compensation are not protected conduct afforded whistleblower protection under the relevant statutes. ........................................................................ 3

    2. The statutes embodying the public policy at issue in Plaintiff Lockyer's common law claim for wrongful termination/retaliation provide a sufficient remedy for violations of the statutes. ............................................................ 3

    3. Plaintiff Lockyer cannot present sufficient evidence to defeat this motion for summary judgment on his claims for wrongful termination and retaliation, and whistleblower protection. ........................................................ 4

    4. A separate claim for relief may not be maintained for punitive damages. .. 5

II. FACTUAL BACKGROUND ........................................................................... 5

  A. Dr. Lockyer Had Difficulty With the Compensation Formula from the Start of His Employment. ................................................................................... 7

III. STATEMENT OF THE CASE ....................................................................... 13

IV. STANDARD OF REVIEW ............................................................................ 13

V. ARGUMENT .................................................................................................. 16

  A. Plaintiff Cannot Prevail on His Federal Whistleblower Protection Claim, 31 U.S.C. §3730(h). ........................................................................................ 16

    1. Dr. Evslin was not Dr. Lockyer's "Employer" Under the FCA. ............... 17

    2. Dr. Lockyer Was Not Engaged in Activity Protected by § 3730(h). ......... 19

    3. Plaintiff Cannot Show That Defendants Knew He Was Engaged in Protected Conduct Under the FCA. ............................................................... 22

    4. Plaintiff Cannot Show Defendants' Actions Were "Because of" Dr. Lockyer's Alleged Protected Conduct. ......................................................... 24

  B. Plaintiff Cannot Prevail on His Claim Under the Hawai'i Whistleblower Protection Act ("HWPA"). .............................................................................. 25

    1. Dr. Evslin Was Not Plaintiff Lockyer's "Employer" under the HWPA... 26

    2. There Exists No Causal Connection Between Plaintiff's Alleged Protected Activity and the Alleged Retaliatory Conduct. .............................. 27

C. Plaintiff Cannot Prevail on His Common Law Claim for Wrongful Termination and Retaliation. ................................................................................ 28

    1. Dr. Evslin Was Not Dr. Lockyer's Employer. .......................................... 29

    2. Sufficient Statutory Remedies Exist For Violations Of The Public Policies Advanced By Plaintiffs. ................................................................... 29

D. Summary Judgment Should Be Granted to Defendants on Plaintiff's Claim for Punitive Damages. .................................................................................. 31

VI. CONCLUSION ................................................................................................. 32

# **TABLE OF AUTHORITIES**

**Cases**

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ............................................. 14
*Batacan v. Reliant Pharmaceuticals*, 324 F. Supp. 2d 1144 (D. Haw. 2004) ........ 32
*Cabinet for Families and Children v. Cummings,* 163 S.W. 3d 425 (Ken. 2005) . 19
*California Architectural Bldg. Products, Inc. v. Franciscan Ceramics, Inc.,*
   818 F.2d 1466 (9th Cir. 1987) ............................................................................ 15
*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ................................................. 13, 15
*Crosby v. State of Hawai`i*, 76 Hawai`i 332, 876 P.2d 1300 (Haw. 1994) ...... 29, 30
*Dorsett-Felicelli, Inc. v. Co. of Clinton*, 2006 WL 2792746 *2 (N.D N.Y. 2006) 35
*First Nat'l Bank v. Cities Serv. Co.,* 391 U.S. 253 (1968) ...................................... 15
*Franciscan Ceramics*, 818 F.2d at 1468 ................................................................ 16
*Hew-Len v. F. W. Woolworth*, 737 F.Supp. 1104 (D. Haw. 1990) .................. 31, 32
*Howard v. Daiichiya-Love's Bakery, Inc.,* 714 F.Supp. 1108 (D. Haw. 1989) ...... 33
*Karvelas v. Melrose-Wakefield Hospital*, 360 F.3d 220 (1st Cir. 2004) ..... 18, 22, 24
*Lapinad v. Pacific Oldsmobile-GMC, Inc.,* 679 F.Supp. 991 (D. Haw. 1988). 31, 33
*Lopes v. Kapiolani Med. Ctr. for Women & Children,*
   410 F.Supp. 2d 939 (D. Haw. 2005) ................................................................... 29
*Luckey v. Baxter Healthcare Corp.,* 2 F.Supp.2d 1034 (N.D. Ill. 1998) ................ 22
*Lui v. Intercontinental Hotels Corp.*, 634 F.Supp. 684 (D. Haw. 1986) ................ 33
*Lynn v. Sheet Metal Workers Int'l Assn*, 804 F.2d 1472 (9th Cir. 1986) ............... 14
*Maizner v. State of Hawaii*, 405 F.Supp. 2d 1225 (D. Haw. 2005) ....................... 29
*Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.,*
   475 U.S. 574 (1986) ..................................................................................... 14, 16
*Moore v. California Inst. Of Tech. Jet Propulsion Lab.,*
   275 F.3d 838 (9th Cir. 2002) ............................................................................ 17, 21
*Mruz v. Caring Inc.*, 991 F. Supp. 701 (D.N.J. 1998) ............................................ 19
*Nelson v. Nat'l Car Rental System, Inc.*, WL 1814341 (D. Haw. June 30, 2006).. 28
*Nor-Cal Plumbing*, 48 F.3d at 1471 ....................................................................... 16
*Otani v. City and County of Haw.*, 126 F.Supp. 2d 1299 (D. Haw. 1998) ............. 35
*Parnar v. Americana Hotels, Inc.*, 65 Haw. 370, 652 P.2d 625 (1982) ....... 2, 31, 32
*Robertson v. Bell Helicopter Textron, Inc.*, 32 F.3d 948 (5th Cir. 1994) ............... 25
*Slattery v. Swiss Reinsurance America Corp.*, 248 F.3d 87 (2d Cir. 2001) ........... 27
*T.W. Elec. Serv. v. Pacific Elec. Contractors Assoc.,*
   809 F.2d 626 (9th Cir. 1987) ............................................................................. 15
*Takaki v. Allied Machinery Corp.,* 87 Hawai'i 57, 951 P.2d 507, 513 (1998) ....... 32
*Thrifty Oil Co. v. Bank of America Natl Trust & Sav. Assn,*
   310 F.3d 1188 (9th Cir. 2002) ............................................................................ 14

*U.S. ex rel. Hinden v. UNC/Lear Services, Inc.*,
   362 F.Supp. 2d 1203 (D. Haw. 2005) ............................................................... 17
*U.S. ex rel. Hopper v. Anton*, 91 F.3d 1261 (9th Cir. 1996) ............ 18, 21, 22, 24, 25
*U.S. ex rel. Kent v. Aiello*, 836 F.Supp. at 723 ...................................................... 19
*U.S. ex rel. Lamar v. Burke*, 894 F.Supp. 1345 (E.D. Mo. 1995) .......................... 18
*U.S. ex rel. Yesudian v. Howard University*, 153 F.3d 731 (D.C. Cir. 1998) ......... 24
*U.S. ex. rel. Palladino v. VNA of Southern New Jersey, et. al.*,
   68 F.Supp. 2d 455 (D. N.J. 1999) .................................................................... 18
*Villiarmo v. Aloha Island Air, Inc.*, 281 F.3d 1054 (9th Cir. 2002) ........................ 16
*Welch v. Hawaii Medical Service Ass'n*,
   2002 WL 31028641, *11 (D. Haw. 2002) ....................................................... 35
*Zahodnick v. International Business Machines Corp.*,
   135 F.3d 911 (4th Cir. 1998) ............................................................................ 24

**Statutes**
31 U.S.C. § 3730(h) ................................................................................ 17, 21, 25, 27
Haw. Rev. Stat. § 28 ................................................................................................ 34
Haw. Rev. Stat. § 346 ........................................................................................ 33, 34
Haw. Rev. Stat. § 378 ..................................................................... 17, 27, 28, 29, 33
Haw. Rev. Stat. § 661 ........................................................................................ 33, 34

**Other Authorities**
Age Discrimination in Employment Act .................................................................. 30
Civil Rights Act ........................................................................................................ 30
Hawaii's Whistleblower Protection Act ................................................................... 16
Hse. Stand. Com. Rep. No. 25 ................................................................................. 27
S.Rep. No. 345, 99th Cong., 2d Sess. 34 (1986), ............................................. 20, 24
S.Rep. No. 99-345 .................................................................................................... 17