STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY         5083-0
STEPHANIE THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5** |

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO LOCAL RULE 7.5

In accordance with Local Rule ("LR") 7.5(c), I certify that a computer word count indicates that this document has 7,453 words and complies with the word count limitation of L.R. 7.5(e).

DATED:   Honolulu, Hawaii, December 22, 2006.

                __/s/Stephanie E. W.Thompson_
                SHARON V. LOVEJOY
                STEPHANIE E. W. THOMPSON
                AttorneyS for Defendant
                LEE A. EVSLIN, M.D.

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al</u>.; CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5