STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY           5083-0
STEPHANIE THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE RE: DEFENDANT LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF** |

# CERTIFICATE OF SERVICE RE: DEFENDANT LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of Defendant Lee A. Evslin, M.D.'s Motion For Summary Judgment On Plaintiff Lockyer's Second, Third And Fourth Claims For Relief was served on the following at their last known address:

Served electronically through CM/ECF:

| | |
|---|---|
| JANICE P. KIM, ESQ. <br> kimjo54@hawaii.rr.com | December 22, 2006 |
| RAFAEL G. DEL CASTILLO, ESQ. <br> rdelcastillo@physicianslawfirm.com | December 22, 2006 |
| HARRY YEE, ESQ <br> harr.yee@usdoj.gov | December 22, 2006 |
| KENNETH S. ROBBINS <br> krobbins@robbinsandassociates.net | December 22, 2006 |
| HARRY R. SILVER <br> hsilver@pattonboggs.com | December 22, 2006 |

Served by First Class Mail:

Arleen D. Jouxson                                                December 26, 2006
Jouxson-Meryers & del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Attorney for Qui Tam for Plaintiff
and the State of Hawaii


KENNETH S. ROBBINS                                               December 26, 2006
CLARISSA Y. MALINAO
JOHN-ANDERSON L. MEYER
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

Attorneys for Defendants
HAWAII PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM


EDWIN D RAUZI                                                    December 26, 2006
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

Attorney for Defendants
HAWAII PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

DATED: Honolulu, Hawaii, December 22, 2006.

    /s/ Stephanie E. W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

_____

Civil No. CV04-00596 ACK LEK; USA ex rel v. Hawaii Pacific Health et. al.; CERTIFICATE OF SERVICE (RE: DEFENDANT LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF)

4