STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY        5083-0
STEPHANIE THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State – Qui Tam)<br><br>**DECLARATION OF KEN SHIMONISHI; EXHIBIT "A"** |

61126

## DECLARATION OF KEN SHIMONISHI

I, KEN SHIMONISHI, declare that:

1. I am over the age of twenty-one (21) years and am fully competent in all respects to make this Declaration. I have personal knowledge of all such facts stated herein, except as otherwise noted.

2. I am currently employed as the accounting manager for a real estate development company.

3. From December 2001 until March 2005, I was employed by Hawaii Pacific Health ("HPH") as the Financial Planning Manager at Kauai Medical Clinic ("KMC"). Prior to the acquisition of KMC by HPH, I worked as the head of the Accounting Department for KMC, beginning May 1, 1996. A large portion of my duties at KMC dealt with the compilation of physicians' billings, receipt and charges and the calculation of their salary draw under KMC's physician salary formula.

4. Attached hereto as Exhibit "A", and incorporated by reference, is a true and correct copy of the *Affidavit of Ken Shimonishi* which was sworn to and subscribed by me, on January 22, 2003.

5. My testimony, as set forth in Exhibit "A", was given in conjunction with the arbitration of Dr. Lockyer's issues regarding his compensation as calculated and compiled under the then prevailing salary formula at KMC.

2

6. From 1999 to mid-2002, the KMC Salary and Finance Committee made recommendations regarding physician compensation. After that time, Dr. Bill Evslin, Dr. Thomas Williamson, Ms. Diana Shaw and I discussed with Ms. Gail Lerch, Vice President of Human Resources, any potential deviations in the physician salaries from the salary levels calculated under the compensation formula. Ms. Lerch concurred and approved on all final decisions.

7. Attached hereto as **Exhibit 54** is a true and correct copy of Dr. Lockyer's charges, relative value units ("RVUs"), and receipts from December 1999 to June 2001. This chart shows that Dr. Lockyer never made his target productivity for the salary he was then drawing during those years.

8. At no time during my employ at KMC, did I understand, nor was it ever presented to me by Dr. Lockyer, or anyone, that the arbitration and Dr. Lockyer's investigations into his billing involved claims for fraud against the government.

9. If called to testify in this matter, I would testify as to the same facts, opinions, observations and exhibits as set forth in my affidavit.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, 12/21/2006

_____
Ken Shimonishi