STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY          5083-0
STEPHANIE THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**DECLARATION STEPHANIE E. W. THOMPSON** |

## DECLARATION OF STEPHANIE E. W. THOMPSON

I, STEPHANIE E. W. THOMPSON, do declare that:

1.      I am an associate in the law firm of Starn O'Toole Marcus & Fisher, attorneys for Defendant Lee Evslin, M.D. aka Bill Evslin in the above-entitled matter.  I make this declaration on the basis of personal knowledge.

2.      Attached hereto as Exhibit 53 is a true and correct copy of selected pages from the Deposition Transcript of Dr. James Lockyer, which deposition was taken on October 12, 2006, and November 28, 2006.

I, STEPHANIE E. W. THOMPSON, do declare under penalty of law that the foregoing  is true and correct.

DATED:    Honolulu, Hawaii, December 22, 2006.


/s/ Stephanie E. W. Thompson_____
STEPHANIE E. W. THOMPSON