AMENDED AND RESTATED BY-LAWS OF

KAUAI MEDICAL CLINIC

Section 7.2 · POWERS AND DUTIES OF OFFICERS.

(c) President/Chief Executive Officer. The Board shall appoint a competent experienced president/chief executive officer who shall be its direct executive representative in the management of the Corporation. The president/chief executive officer shall be a physician director. The Board may, if in its sole judgment it is deemed necessary or appropriate, appoint an acting president/chief executive officer to serve until a permanent president/chief executive officer can be appointed.

The president/chief executive officer shall have and exercise general charge and supervision of the affairs of the Corporation, shall promote the relationship between the Corporation and the multi-corporate health care delivery system (the "Wilcox Health Care Group") of which Corporation is a part and shall do and perform such other duties as may be assigned to him by the Board.

The president/chief executive officer shall have the necessary authority and be held responsible for the day-to-day administration, long-term planning and budget preparation and oversight of the Corporation in all its activities and departments, subject only to such policies as may be adopted and such orders as may be issued by the Board or by any of its committees to which it has delegated power for such action (including, but not limited to, the supervision, employment and termination of employment of the non-physician employees of the Corporation which shall include the Corporation's vice-presidents of operations, finances and human resources, but which shall not include the Corporation's vice-president/medical director), and shall negotiate, in conjunction with the president/chief executive officer of the other corporate affiliates of the Member and subject to the approval of the Board and the Parent Board, and administer, to the maximum legal and practical extent, prepared contracts entered into by the Wilcox Health Care Group. The president/chief executive officer shall act as the duly authorized representative of the Board in all matters in which the Board has not formally designated some other person for that specific purpose. The president/chief executive officer shall report and be accountable to the Board.

The president/chief executive officer may be removed by the Board, with the concurrence of the Parent Board. Removal from office of the president/chief executive officer shall not affect such person's status as a physician-employee of the Corporation.

Section 8.4   PROFESSIONAL AFFAIRS COMMITTEE. There shall be a professional affairs committee whose purpose shall be to advise the Board and to perform functions delegated by the Board on matters relating to the following areas:

(a)   Quality assurance and utilization review;

(b)   Physician credentialing and performance monitoring;

(c)   Approval of decisions related to the integration of the Corporati the operations of Wilcox Memorial Hospital for the period from May 1, 1996 to Apri. 1998;

(d)   Recommendations of individual physicians to serve on the Parent Board and the Board, as well as physicians to serve as the Corporation's chair, president/chief executive officer, and the vice-president/medical director;

Section 8.1   STANDING OR SPECIAL COMMITTEES. The Corporation shall implement its decisions either directly or through committees of the Board. Committees of the Board shall be standing or special. The chair shall appoint the chair(s) and members of all standing and special committees except the executive committee, if any, who shall be composed of officers of the Board, who shall serve for one year or until replaced. Except as otherwise provided, the president/chief executive officer of the Corporation shall serve as an ex officio member, without vote, on all standing and special committees of the Corporation. The majority of each committee's membership shall constitute a quorum. Vacancies on any committee shall be filled in the same manner as the original appointment.

Any person, whether or not a director of the Corporation or a director of any Affiliate of the Corporation shall be eligible to serve as a member of a committee, except where the members of a committee are limited to those specified.

Except as otherwise provided herein, the meetings of any standing or special committee shall be at the call of its chair, the chair of the Board, or a majority of its members.