**AMENDED AND RESTATED
BYLAWS OF
KAUAI MEDICAL CLINIC**

**Section 4.1   Composition of Board.** The Board shall be comprised of seven (7) voting directors consisting of three (3) community directors, three (3) physician directors, and the President/Chief Executive Officer of the Member who shall serve ex officio. The President/Chief Executive Officer of the Corporation shall serve ex officio without vote. In the event that none of the community or physician directors on the Board are directors of the Member Board, the two (2) physician directors representing the Corporation on the Member Board shall serve ex officio without vote on the Board.

(a)   **Community Directors.** The community directors shall consist of persons who are not physicians, are not employees of the Corporation or any Affiliate, and are residents of Kauai (the "**Community Directors**").

(b)   **Physician Directors.** The physician directors shall consist of persons licensed to practice medicine in the State of Hawai`i (the "**Physician Directors**").

Section 7.1   **Standing and Special Committees.**

(a)   **Standing Committees.** The standing committees of the Board shall be the Nominating Committee and the Med. Staff Executive Committee. All other committees authorized by the Board shall be special committees. The Board shall appoint the chairman and members of all standing committees. Members of standing committees shall serve for one (1) year.

(b)   **Special Committees.** Special committees may be created and authorized by the Board for special tasks. Such special committees shall limit their activities to the accomplishment of the task for which they are created, and shall have no power to act except as specifically conferred to the committee by the Board. Upon completion of the task for which appointed, such special committees are automatically discharged.

(c)   **Vacancies on Committees.** Vacancies on any committee shall be filled in the same manner as the original appointment.

(d)   **Powers.** Each committee shall have whatever powers as are reasonably necessary to accomplish its purposes, subject to any limitations imposed by the Board or the applicable provisions of the laws of the State of Hawai`i. All committees shall be subject to control by the Board and shall have the authority delegated to them by the Board.

(e)   **Meeting.** Each committee shall meet at least quarterly, unless otherwise specified by the Board or the Chairman of the Board.

(f)   **Calling Committee Meetings.** The meetings of any standing or special committee shall be held at the call of such committee's chairman, the Chairman of the Board, or a majority of such committee members.

(g)   **Quorum and Voting.** The majority of each committee's membership shall constitute a quorum. Unless otherwise specified by the Board, the act of the majority of the members of a committee present at a meeting at which a quorum is present shall be the act of the committee. Action may be taken by any committee without a meeting by unanimous consent in writing setting forth the action so taken signed by each member entitled to vote.

(h)   **Telephone Conference.** Committee members may participate in a meeting of their committee by means of a telephone or similar communication equipment provided that all persons participating in the meeting can simultaneously hear each other.

Section 7.2   **Nominating Committee.** The Nominating Committee shall be composed of the President/Chief Executive Officer of the Member, two (2) Community Directors, and one (1) Physician Director. The Nominating Committee shall be responsible for nominating qualified Community Directors nominees for election to the Board, in accordance with the terms of these Bylaws.

Section 7.3   **Medical Staff Executive Committee.** The Med. Staff Executive Committee shall be composed of the chair of each department in the Corporation's clinical facility. The Med. Staff Executive Committee shall be responsible for nominating the Physician Director nominees for the Board and the physician director nominees who will represent the Corporation on the Member Board. In addition, the Med. Staff Executive Committee shall advise the Board on physician compensation issues, advise the Wilcox Memorial Hospital Board on clinical and quality management and risk management issues, and consult with the Wilcox Memorial Hospital Board in an effort to express physician concerns and protect physician interests in the following areas, without limitation: IT, administration, staffing, facilities, scheduling, equipment selection, number of physicians and physician extenders on the medical staff of Wilcox Memorial Hospital, and marketing.