EXHIBIT 3

### Salary Calc. for the 12 Months Ending January 31, 2001

| | (A) Actual Receipts | (B) Less Addtl Cost | (C) Less Chemo Rcpt | (D) Receipts less Cost | (E) Chemo Share | (F) Salary per Scale | (G) Salary per Formula 95% | (H) Salary @ PPE 01/27 | (I) Adj to 95th Percentile | (J) Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Dr. A | 382,375 | | 6,052 | 376,323 | 204 | 187,049 | 177,697 | 189,322 | (2,273) | |
| Dr. B | 122,284 | 2,879 | 866 | 118,539 | | 59,270 | 59,270 | 54,922 | 4,347 | |
| Dr. C | 504,186 | 36,468 | 1,564 | 466,154 | | 227,269 | 215,906 | 232,648 | (5,379) | |
| Dr. D | 287,990 | (4,378) | 40,128 | 252,240 | | 126,120 | 119,814 | 125,944 | o.k | |
| Dr. Lockyer | 188,151 | (1,766) | 18,978 | 170,939 | 2,148 | 87,618 | 87,618 | 124,987 | (37,370) | 1st yr 10/02/01 |
| Dr. E | 48,019 | 4,799 | 176 | 43,044 | | 21,522 | 21,522 | 130,000 | | |

### Salary Calc. for the 12 Months Ending March 31, 2001

| | (A) Actual Receipts | (B) Less Addtl Cost | (C) Less Chemo Rcpt | (D) Receipts less Cost | (E) Chemo Share | (F) Salary per Scale | (G) Salary per Formula 95% | (H) Salary @ PPE 04/07 | (I) Adj to 95th Percentile | (J) Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Dr. A | 372,369 | | 6,052 | 366,317 | 204 | 182,547 | 173,419 | 187,034 | (4,487) | |
| Dr. B | 122,327 | 2,879 | 866 | 118,582 | | 59,291 | 59,291 | 54,922 | 4,369 | |
| Dr. C | 454,113 | 36,468 | 1,564 | 416,081 | | 204,736 | 194,500 | 227,261 | (22,525) | |
| Dr. D | 289,084 | (4,378) | 40,128 | 253,334 | | 126,667 | 120,334 | 125,944 | o.k | |
| Dr. Lockyer | 186,551 | (1,766) | 18,978 | 169,339 | 2,148 | 86,818 | 86,818 | 124,987 | (38,170) | 1st yr 10/02/01 |
| Dr. E | 115,266 | 4,799 | 176 | 110,291 | | 55,146 | 55,146 | 130,000 | | |