**Wilcox Health System**

☐ Hospital  ☐ Clinic  ☐ Health Services  ☒ Kaua'i Medical Clinic

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept: _____ Position: Physician  Date: 3/6/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 2/26/01

Change Status From: _____ To: _____  Reason: Salary Roll - 12 mos. 1/01

New Work Dept: _____ ( ____ ) New Position: _____
                        4 digit code

New Shift: _____  New Rate: $ 187,049/yr. 89.92
                    Old Rate: $ 189,728/yr.

Reason for Transfer: _____

RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER

---

**Type of Termination (check one):**

☐ Voluntary (Quit, resigned, 3 days no show)   ☐ Laid Off (Lack of work)   ☐ Illness (Disability)
☐ End of Temporary Employment                   ☐ Discharge for Cause       ☐ Other _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?  ☐ Yes   Is Associate recommended for re-employment   ☐ Yes
(See policy or labor agreement requirements)  ☐ No                                            ☐ No
Required of all resignations and quits.         Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed
                         ☐ Sent to Dept.
Address changes needed for W-2 distribution in January.   Checks not picked up by the next paydate will be returned to payroll for mailing.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

____ Name Badge                                      ____ Uniforms
____ Keys (for doors, lockers, cabinets, etc.)       ____ Associate Forms
____ Hospital Equipment                              ____ Other _____

RECOMMENDATION FOR TERMINATION OF EMPLOYMENT

---

**SUPERVISOR'S COMMENTS:** _____

Date: 3/29/01   Associate's Signature: _____

* An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

input 3/7/01

(Two approvals are required):

_____    _____    _____    _____
Immediate Supervisor   Department Director   Administrative Staff   Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

EXHIBIT 4