## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician  Date: 4/26/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER

Effective Date: 4/8/01

Change Status From: _____ To: _____ Reason: Salary adj. Salary roll - 3/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____ New Rate: $182,947/yr. 87.7%

Reason for Transfer: _____ Old Rate: $187,049/yr.

---

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.

Address changes are needed for W-2 distribution in January.

Checks not picked up by the next pay date will be returned to payroll for mailing.

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge  ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)  ___ Associate Forms
___ Hospital Equipment  ___ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

Input 5/25/0

(Two approvals are required)

Immediate Supervisor | Department Director | Administrative Staff | Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

EXHIBIT 5