## Wilcox Health System

☐ Hospital    ☐ Clinic    ☐ Health Services    ☒ Kaua'i Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept: _____ Position: Physician    Date: 3/6/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 2/25/01

Change Status From: _____ To: _____ Reason: Salary Roll - 12 mos. 1/01

New Work Dept: _____ ( ____ ) New Position: _____
(4 digit code)

New Shift: _____ New Rate: $227,269/yr, 109.25

Reason for Transfer: _____ Old Rate: $232,667/yr

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER**

---

**Type of Termination (check one):**

☐ Voluntary (Quit, resigned, 3 days no show)    ☐ Laid Off (Lack of work)    ☐ Illness (Disability)
☐ End of Temporary Employment                   ☐ Discharge for Cause        ☐ Other _____

Last Day Worked: __/__/__    Reason: _____

Was proper written notice submitted?   ☐ Yes    Is Associate recommended for re-employment   ☐ Yes
(See policy or labor agreement requirements)    ☐ No                                              ☐ No
Required of all resignations and quits.    Explain: _____

*Terminating Associate Complete the Following:*

Forwarding Address: _____

Have my Final Paycheck:   ☐ Mailed
                          ☐ Sent to Dept.
Address changes needed for W-2 distribution in January.    Checks not picked up by the next paydate will be returned to payroll for mailing.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

____ Name Badge                                    ____ Uniforms
____ Keys (for doors, lockers, cabinets, etc.)     ____ Associate Forms
____ Hospital Equipment                            ____ Other _____

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT**

---

SUPERVISOR'S COMMENTS: _____

Date: 3/19/01    Associate's Signature: _____

\* An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

Input 3/7/01

(Two approvals are required):

_____         _____         _____         H. Oyama
Immediate Supervisor    Department Director    Administrative Staff    Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

**DOCUMENT REVIEW**

EXHIBIT 6

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician  Date: 5/21/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

*RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER*

Effective Date: 5/6/01

Change Status From: _____ To: _____ Reason: Salary Adj.  12 mos. ending 3/31/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____ New Rate: $210,000/yr. 100.%

Reason for Transfer: _____  Old Rate: $227,269/yr.

*RECOMMENDATION FOR TERMINATION OF EMPLOYMENT*

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)  ☐ Laid Off (Lack of Work)  ☐ Illness (Disability)
☐ End of Temporary Employment  ☐ Discharge for Cause  ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted?  ☐ Yes  ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment?  ☐ Yes  ☐ No
Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed  ☐ Sent to Dept.

*Checks not picked up by the next pay date will be returned to payroll for mailing.*

*Address changes are needed for W-2 distribution in January.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge                    ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)   ___ Associate Forms
___ Hospital Equipment            ___ Other: _____

SUPERVISOR'S COMMENTS: _____

*DOCUMENT REVIEW*

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

Input 5/21/01

(Two approvals are required)

Immediate Supervisor    Department Director    Administrative Staff    Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: **Physician** Date: **6/2/01**

COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER**

Effective Date: **5/20/01**

Change Status From: _____ To: _____ Reason: **Salary roll - 4/01**

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____ New Rate: **$235,000/yr.** ~~112.98~~

Reason for Transfer: _____ Old Rate: **$238,487/yr.**

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT**

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.

*Address changes are needed for W-2 distribution in January.*

*Checks not picked up by the next pay date will be returned to payroll for mailing.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)
___ Hospital Equipment
___ Uniforms
___ Associate Forms
___ Other: _____

SUPERVISOR'S COMMENTS: _____

**DOCUMENT REVIEW**

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

(Two approvals are required)

Input 6/11/01

Immediate Supervisor | Department Director | Administrative Staff | Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

## Wilcox Health System

☐ Hospital   ☐ Health Services   ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician   Date: 6/2/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER

Effective Date: 5/20/01

Change Status From: _____ To: _____ Reason: Salary roll – 4/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____ New Rate: $122,073/yr. 58.69

Reason for Transfer: _____ Old Rate: $125,959/yr.

---

RECOMMENDATION FOR TERMINATION OF EMPLOYMENT

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)   ☐ Laid Off (Lack of Work)   ☐ Illness (Disability)
☐ End of Temporary Employment   ☐ Discharge for Cause   ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?   ☐ Yes  ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment?   ☐ Yes  ☐ No
Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck:   ☐ Mailed   ☐ Sent to Dept.

*Address changes are needed for W-2 distribution in January.*

*Checks not picked up by the next pay date will be returned to payroll for mailing.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge                        ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)   ___ Associate Forms
___ Hospital Equipment                ___ Other: _____

SUPERVISOR'S COMMENTS: _____

---

DOCUMENT REVIEW

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

input 6/11/01

(Two approvals are required)

_____   ~~Department Director~~   _____   _____
Immediate Supervisor.                        Administrative Staff   Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician  Date: 8/6/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER

Effective Date: 7/29/01

Change Status From: _____ To: _____ Reason: Salary roll - end 6/30/0

New Work Dept.: _____ Dept. No.: ____ New Position: _____

New Shift: _____ New Rate: $53,000/yr.  $__.__

Reason for Transfer: _____ Old Rate: $54,928/yr.

---

TERMINATION OF EMPLOYMENT

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

**Terminating Associate Complete the Following:**
Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.
Checks not picked up by the next pay date will be returned to payroll for mailing.

*Address changes are needed for W-2 distribution in January.*

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

____ Name Badge
____ Keys (for doors, locker, cabinets, etc.)
____ Hospital Equipment
____ Uniforms
____ Associate Forms
____ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

(Two approvals are required)

Input 8/7/01

Immediate Supervisor   ~~Department Director~~   Administrative Staff   Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

## Wilcox Health System

☐ Hospital     ☐ Health Services     ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician   Date: 8/6/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER**

Effective Date: 7/29/01

Change Status From: _____ To: _____ Reason: Salary roll - end 6/30/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____                        New Rate: $ 225,000/yr

Reason for Transfer: _____             Old Rate: $ 235,000/yr

---

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT**

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)   ☐ Laid Off (Lack of Work)   ☐ Illness (Disability)
☐ End of Temporary Employment                  ☐ Discharge for Cause       ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?   ☐ Yes   Is Associate recommended for re-employment?   ☐ Yes
(See policy or labor agreement requirements)   ☐ No                                          ☐ No
Required of all resignations and quits.   Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed   ☐ Sent to Dept.

Address changes are needed for W-2 distribution in January.
Checks not picked up by the next pay date will be returned to payroll for mailing.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge                                    ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)      ___ Associate Forms
___ Hospital Equipment                            ___ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

(Two approvals are required)                                  input 8/7/01

Immediate Supervisor   Department Director   Administrative Staff   Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

# Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician  Date: 9/25/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER**

Effective Date: 9/23/01

Change Status From: _____ To: _____ Reason: Salary roll end 8/01.

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____  New Rate: $120,473/yr.

Reason for Transfer: _____  Old Rate: $122,072/yr.

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT**

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)  ☐ Laid Off (Lack of Work)  ☐ Illness (Disability)
☐ End of Temporary Employment  ☐ Discharge for Cause  ☐ Other: _____

Last Day Worked: ___/___/___  Reason: _____

Was proper written notice submitted?  ☐ Yes  ☐ No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.

Is Associate recommended for re-employment?  ☐ Yes  ☐ No

Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed  ☐ Sent to Dept.

*Address changes are needed for W-2 distribution in January.*  *Checks not picked up by the next pay date will be returned to payroll for mailing.*

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)  ___ Uniforms
___ Hospital Equipment  ___ Associate Forms
 ___ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: ___/___/___ Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

Input 10/1/01

(Two approvals are required)

Immediate Supervisor  Department Director  Administrative Staff  Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☑ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept: _____ Position: Physician  Date: 11/9/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER**

Effective Date: 10/28/01

Change Status From: _____ To: _____ Reason: Salary roll ending 9/20/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____

Reason for Transfer: _____ New Rate: $118,225/yr. + $4,250/yr. C$ = $122,475/yr.

Old Rate: $124,723/yr. (incl. Chair Stipend)

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT**

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted?  ☐ Yes  ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment?  ☐ Yes  ☐ No
Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed  ☐ Sent to Dept.
Checks not picked up by the next pay date will be returned to payroll for mailing.

Address changes are needed for W-2 distribution in January.

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)
___ Hospital Equipment
___ Uniforms
___ Associate Forms
___ Other: _____

**DOCUMENT REVIEW**

SUPERVISOR'S COMMENTS: _____

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

11-9-01

(Two approvals are required)

Immediate Supervisor _____ Department Director _____ Administrative Staff [signature] Human Resources H. Ozawa [signature]

Incomplete forms will not be accepted as proper documentation for file purposes.

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician Date: 10/10/01

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 11/1/01

Change Status From: _____ To: _____ Reason: $4,250/yr. stipend for Dept. Chair.

New Work Dept.: note: this change was Dept. No.: _____ New Position: _____

New Shift: made prior to the salary

Reason for Transfer: roll effective 10/28/01. New Rate: $120,473/yr + $4,250/yr = $124,723/yr.

Pls. refer to salary change effective 10/28/01. Old Rate: $120,473/yr.

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)  ☐ Laid Off (Lack of Work)  ☐ Illness (Disability)
☐ End of Temporary Employment                ☐ for Cause                 ☐ Other: _____

Last Day Worked: __/__/__

59.96

Was proper written notice submit... (See policy or labor agreement requirements) Required of all resignations and c...

Associate recommended for re-employment? ☐ Yes ☐ No

Terminating Associate Complet... in: _____

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed  ☐ Sent to Dept.

*Address changes are needed for W-2 distribution in January.* *Checks not picked up by the next pay date will be returned to payroll for mailing.*

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

_____ Name Badge
_____ Keys (for doors, locker, cabinets, etc.)        _____ Uniforms
_____ Hospital Equipment                              _____ Associate Forms
                                                      _____ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__ Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

Input 11/1/01

(Two approvals are required)

Immediate Supervisor | Department Director | Administrative Staff | Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician   Date: 1-7-02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 12/23/01

Change Status From: _____ To: _____ Reason: Salary roll 12/01

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____ New Rate: $220,169/yr.

Reason for Transfer: _____ Old Salary: $225,000/yr.

RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?
(See policy or labor agreement requirements)
Required of all resignations and quits.
☐ Yes  ☐ No

Is Associate recommended for re-employment?  ☐ Yes  ☐ No
Explain: _____

Terminating Associate Complete the Following:
Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed  ☐ Sent to Dept.
Checks not picked up by the next pay date will be returned to payroll for mailing.

Address changes are needed for W-2 distribution in January.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)
___ Hospital Equipment
___ Uniforms
___ Associate Forms
___ Other: _____

RECOMMENDATION FOR TERMINATION OF EMPLOYMENT

SUPERVISOR'S COMMENTS: _____

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

(Two approvals are required)

1-7-02

Immediate Supervisor   Department Director   Administrative Staff   Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

# Wilcox Health System

☐ Hospital ☐ Health Services ☒ Kauai Medical Clinic

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician Date: 2-14-02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 2/3/02

Change Status From: _____ To: _____ Reason: Salary roll ending 12/31/01

New Work Dept.: _____ Dept. No.: ____ New Position: _____

New Shift: _____ New Rate: $202,200/yr.

Reason for Transfer: _____

Old Salary: $220,109/yr.

**Type of Termination (check one):**
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__  Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.
Checks not picked up by the next pay date will be returned to payroll for mailing.

Address changes are needed for W-2 distribution in January.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge          ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)   ___ Associate Forms
___ Hospital Equipment   ___ Other: _____

**SUPERVISOR'S COMMENTS:** _____

Date: __/__/__ Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

2-14-02

(Two approvals are required)

Immediate Supervisor    Department Director    Administrative Staff    Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

☐ Hospital          **Wilcox Health System**
                    ☐ Health Services
                    ASSOCIATE CHANGE OF STATUS FORM          ☒ Kauai Medical Clinic

Associate Name: _____ Dept.: _____ Position: Physician       Date: 4/2/02

COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE

Effective Date: 3/17/02

Change Status From: _____ To: _____ Reason: Sal. adj. r/b 1/2/02

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____

Reason for Transfer: _____         New Rate: $51,727/yr.
                                                    Old Salary: $53,000/yr.

**RECOMMENDATION FOR CHANGE IN STATUS/TRANSFER** (left margin)

Type of Termination (check one):
☐ Voluntary (Quit, resigned, 3 days no show)      ☐ Laid Off (Lack of Work)       ☐ Illness (Disability)
☐ End of Temporary Employment                      ☐ Discharge for Cause            ☐ Other: _____

Last Day Worked: __/__/__      Reason: _____

Was proper written notice submitted?
(See policy or labor agreement requirements)       ☐ Yes    Is Associate recommended for re-employment?   ☐ Yes
Required of all resignations and quits.            ☐ No     Explain: _____                ☐ No

Terminating Associate Complete the Following:

Forwarding Address: _____
                                                   Have my Final Paycheck:   ☐ Mailed
                                                                             ☐ Sent to Dept.
Address changes are needed for W-2 distribution in January.   Checks not picked up by the next pay date will be returned to payroll for mailing.

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)         ___ Uniforms
___ Hospital Equipment                                ___ Associate Forms
                                                      ___ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__ Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.
                                                                                                    4/2/02
(Two approvals are required)

Immediate Supervisor    Department Director    Administrative Staff [signature]    Human Resources [signature]

Incomplete forms will not be accepted as proper documentation for file purposes.

**RECOMMENDATION FOR TERMINATION OF EMPLOYMENT** (left margin)

## Wilcox Health System

☐ Hospital    ☐ Health Services    ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician   Date: 8/27/02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 8/18/02

Change Status From: _____ To: _____ Reason: Salary roll - 6/02

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____  New Rate: $ 46,894/yr.

Reason for Transfer: _____

Old Salary: $ 48,919/yr.

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)  ☐ Laid Off (Lack of Work)  ☐ Illness (Disability)
☐ End of Temporary Employment  ☐ Discharge for Cause  ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?  ☐ Yes  ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment?  ☐ Yes  ☐ No
Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed  ☐ Sent to Dept.

Address changes are needed for W-2 distribution in January.   Checks not picked up by the next pay date will be returned to payroll for mailing.

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

____ Name Badge                          ____ Uniforms
____ Keys (for doors, locker, cabinets, etc.)   ____ Associate Forms
____ Hospital Equipment                  ____ Other: _____

SUPERVISOR'S COMMENTS: _____

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

8-30-02

(Two approvals are required)

_____   _____   _____   _____
Immediate Supervisor   Department Director   Administrative Staff   Human Resources

Incomplete forms will not be accepted as proper documentation for file purposes.

## Wilcox Health System

☐ Hospital   ☐ Health Services   ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician   Date: 8/27/02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 8/18/02

Change Status From: _____ To: _____ Reason: Salary roll - 6/02

New Work Dept.: _____ Dept. No.: _____ New Position: _____

New Shift: _____

Reason for Transfer: _____ New Rate: $ 134,181/yr. + call stipend

Old Salary: $145,993/yr. + call stipend

Type of Termination (check one):
- ☐ Voluntary (Quit, resigned, 3 days no show)
- ☐ End of Temporary Employment
- ☐ Laid Off (Lack of Work)
- ☐ Discharge for Cause
- ☐ Illness (Disability)
- ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
(See policy or labor agreement requirements)
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.

Checks not picked up by the next pay date will be returned to payroll for mailing.

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)   ___ Uniforms
___ Hospital Equipment   ___ Associate Forms
___ Other: _____

SUPERVISOR'S COMMENTS: $134,181/yr. + $12,000/yr. for call stipend = $146,181/yr.

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

(Two approvals are required)

Immediate Supervisor _____ Department Director _____ Administrative Staff [signature]   Human Resources [signature] 8.30.02

Incomplete forms will not be accepted as proper documentation for file purposes.

NOV 19 2002

☐ Hospital

**Wilcox Health System**
☐ Health Services
☒ Kauai Medical Clinic

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician  Date: 11/11/02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: 10/27/02  *(DATE MUST BE BEGINNING OF PAY PERIOD)*

Change Status From: _____ To: _____

New Work Dept.: _____ Dept. No.: _____ New Position: $106.09 RVU 11/12

KEY RETURNED TO DIRECTOR: ☐ Yes ☐ No ☐ N/A    New Rate: $219,174/yr + $1500/chn

KRONOS EXPANDED WAGES: Employee will occasionally work the following:    $220,674/y

CHANGE IN STATUS/TRANSFER

Job Title: _____
Job Title: _____
Job Title: _____

Director called the IS Department regarding transfer on: ____/____  Date

**Type of Termination (check one):**
☐ Voluntary (Quit, resigned, 3 days no show)
☐ End of Temporary Employment
☐ Laid Off (Lack of Work)
☐ Discharge for Cause
☐ Illness (Disability)
☐ Other: _____

Last Day Worked: ___/___/___   Reason: _____

Was proper written notice submitted?  ☐ Yes  ☐ No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.

Is Associate recommended for re-employment?  ☐ Yes  ☐ No
Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____

Have my Final Paycheck:  ☐ Mailed  ☐ Sent to Dept.

*Address changes are needed for W-2 distribution in January.*  *Checks not picked up by the next pay date will be returned to payroll for mailing.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)
___ Hospital Equipment
___ Other: _____
___ Uniforms
___ Associate Forms
___ Notified IS of Termination

SUPERVISOR'S COMMENTS: Salary adj.

Date: ___/___/___  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

(Two approvals are required)

Immediate Supervisor   Department Director   Administrative Staff [signature]   Human Resources [signature]

*Incomplete forms will not be accepted as proper documentation for file purposes.*

NOV 19 2002

## Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____  Dept.: _____  Position: Physician  Date: 11/11/02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**CHANGE IN STATUS/TRANSFER**

Effective Date: 10/27/02  *(DATE MUST BE BEGINNING OF PAY PERIOD)*

Change Status From: _____  To: _____

New Work Dept.: _____  Dept. No.: _____  New Position: _____

KEY RETURNED TO DIRECTOR:  ☐ Yes  ☐ No  ☒ N/A   New Rate: $95,908/yr. #7685 ✓

KRONOS EXPANDED WAGES: Employee will occasionally work the following:  New Shift: ___  RH 11/12/02

Job Title: _____
Job Title: _____
Job Title: _____

Director called the IS Department regarding transfer on: ____ Date

**TERMINATION**

Type of Termination (check one):
☐ Voluntary (Quit, resigned, 3 days no show)
☐ End of Temporary Employment
☐ Laid Off (Lack of Work)
☐ Discharge for Cause
☐ Illness (Disability)
☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

Terminating Associate Complete the Following:
Forwarding Address: _____
*Address changes are needed for W-2 distribution in January.*

Have my Final Paycheck: ☐ Mailed  ☐ Sent to Dept.
*Checks not picked up by the next pay date will be returned to payroll for mailing.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

___ Name Badge
___ Keys (for doors, locker, cabinets, etc.)
___ Hospital Equipment
___ Other: _____
___ Uniforms
___ Associate Forms
___ Notified IS of Termination

SUPERVISOR'S COMMENTS: Salary adj.

Date: __/__/__  Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

*(Two approvals are required)*

Immediate Supervisor ___  Department Director ___  Administrative Staff ___  Human Resources ___

*Incomplete forms will not be accepted as proper documentation for file purposes.*

NOV 1 2002

# Wilcox Health System

☐ Hospital  ☐ Health Services  ☒ Kauai Medical Clinic

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: _____ Dept.: _____ Position: Physician Date: 11/11/02

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**CHANGE IN STATUS/TRANSFER**

Effective Date: 10/27/02 *(DATE MUST BE BEGINNING OF PAY PERIOD)*

Change Status From: _____ To: _____

New Work Dept.: _____ Dept. No.: _____ New Position: _____

KEY RETURNED TO DIRECTOR: ☐ Yes ☐ No ☐ N/A    New Rate: $262,981/yr. $126.43

KRONOS EXPANDED WAGES: Employee will occasionally work the following:    New Shift: _____  RH 11/12/02

Job Title: _____
Job Title: _____
Job Title: _____

*Director called the IS Department regarding transfer on: _____ Date*

**Type of Termination (check one):**
☐ Voluntary (Quit, resigned, 3 days no show)    ☐ Laid Off (Lack of Work)    ☐ Illness (Disability)
☐ End of Temporary Employment                    ☐ Discharge for Cause         ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.

Is Associate recommended for re-employment? ☐ Yes ☐ No
Explain: _____

**Terminating Associate Complete the Following:**
Forwarding Address: _____

Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.
*Checks not picked up by the next pay date will be returned to payroll for mailing.*

*Address changes are needed for W-2 distribution in January.*

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

___ Name Badge                                  ___ Uniforms
___ Keys (for doors, locker, cabinets, etc.)    ___ Associate Forms
___ Hospital Equipment                          ___ Notified IS of Termination
___ Other: _____

SUPERVISOR'S COMMENTS: Salary adj.

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

*(Two approvals are required)*

Immediate Supervisor   Department Director   Administrative Staff   Human Resources

*Incomplete forms will not be accepted as proper documentation for file purposes.*