

# Kaua'i Medical Clinic

3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax (808) 246-1625

January 11, 2000

James Lockyer, M.D.
c/o Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii 96766-1098

RE: **EMPLOYMENT OFFER**

Dear Dr. Lockyer:

I am pleased to make you a formal offer of employment for a full-time position with the Kauai Medical Clinic (KMC) as an Internist effective December 1, 1999. This offer is valid for 30 days from the date of this letter. Due to currently ongoing modifications of our Clinic's Physician Employment Agreement, an employment agreement will be forwarded to you as soon as the board approves the final draft (we expect to receive it in about 1½ months). Salient points of your employment with us include the following:

1. Your first year annual salary will be $125,000. After the first year, you will be placed on our production formula. Currently, our production formula is based on receipts, It compensates at a rate of 50% of the first $350,000 of receipts, 45% of receipts between $350,000 and $500,000, 40% or receipts above $500,000. Salaries and production are monitored by our Salary and Finance Committee and salary "reconciliations" are considered monthly on a rolling twelve (12) month average to make adjustments that might be due for those physicians who clearly are doing far better or worse than projected. To avoid overpayment once on the production formula, 5% of one's projected salary is withheld. At the end of each six-month period there is a reconciliation of amounts due so as to insure that physician payment for the preceding six months matches production. This salary formula may be subject to modification in the future with Clinic Board approval. Any such modification would not affect your first year starting salary.

2. A six (6) month performance evaluation will be done to insure adequate orientation have been provided to you as well as providing our department with a mutually cohesive working environment.

3. A relocation allowance for actual and reasonable expenses of up to $10,000 will be available to you. Please keep your moving expense receipts and submit them to Administration upon your arrival, for you will be reimbursed only for actual and reasonable moving expenses incurred.

4. Malpractice Insurance coverage is currently an occurrence based policy with not less than $2 million/occurrence and $5 million aggregate/year coverage using Farmers and Truck Insurance.

5. You will be eligible for 36 days of Paid Time Off (PTO) in accordance with the terms of our PTO policy.

ANESTHESIOLOGY · CARDIOLOGY · CRITICAL CARE · DERMATOLOGY · EMERGENCY · FAMILY PRACTICE · GASTROENTEROLOGY · GERIATRIC MEDICINE · INFECTIOUS DISEASES · INTERNAL MEDICINE · NEUROLOGY
OBSTETRICS / GYNECOLOGY · ONCOLOGY / HEMATOLOGY · OPHTHALMOLOGY · ORTHOPEDICS · OTOLARYNGOLOGY (ENT) · PEDIATRICS · PULMONOLOGY · RADIOLOGY · SURGERY URGENT CARE · UROLOGY

LOCATION: LIHUE (Main Clinic) · KAPAA CLINIC · KOLOA CLINIC · KUKUI GROVE (Eye Care Ctr./Optical Shop) · NORTH SHORE CLINIC · ELEELE CLINIC

James Lockyer, M.D.
January 11, 2000
Page 2 of 3

6. Physicians are entitled to two weeks of CME per year. CME expenses are currently reimbursable up to $4,000 per year.

7. You will be eligible for Group Life Insurance at two and one half (2 ½) times your annual salary ($500,000 maximum) and Accidental Death and Dismemberment after three (3) consecutive months of employment. Insurance is effective the first of the month following eligibility.

8. You will be eligible for the Flexible Spending Plan currently in place at KMC on the first of the month following employment.

9. You and your family will be eligible for Medical, Dental, Drug and Vision Insurance at marginal costs to you on the first of the month following employment with KMC. There are a variety of Health Plans to choose from. Please check with Administration to enroll when you become eligible.

10. You will be eligible for Long Term Disability Insurance after three (3) consecutive months of employment. Coverage will be effective the first of the month following eligibility.

11. You may participate in KMC's 401-k Retirement Savings Plan after one (1) year of employment and one thousand (1,000) hours of service with KMC. You may also roll-over any funds you may have from another qualified plan at that time. Information about the 401-k Plan will be sent to you prior to your eligibility.

12. A non-qualified deferred compensation plan is available on an elective basis.

13. Employment with KMC will be contingent upon holding and maintaining an unrestricted and unconditional license to practice medicine under the laws of the State of Hawaii and an unrestricted and unconditional DEA number and/or any other authorization to prescribe and administer controlled substances required by applicable law.

14. Your duties will include providing full spectrum Internal Medicine Services at Wilcox Memorial Hospital (WMH) in Lihue, so you will be expected to obtain and maintain active hospital privileges in Internal Medicine at WMH to fulfill your employment responsibilities with KMC.

15. This agreement will remain effective until thirty (30) days after you are offered the opportunity to become covered by the Kauai Medical Clinic standard physician employment agreement.

All benefits are subject to change with the approval of the Executive Committee and/or Clinic Board.

James Lockyer, M.D.
January 11, 2000
Page 3 of 3

I am very excited about the many positive contributions you will add to our Medical Clinic and to Kauai. This is my 20th year of practice here on Kauai and I thoroughly enjoy it. Kauai is truly a wonderful place to live, raise a family, and practice medicine. An outline of KMC Benefits is also enclosed for your review. If you agree to the terms of this Employment Offer, please sign below and return it to me. Consider this letter as your contract of employment until the standard employment agreement is finalized. Should there be any further questions that I may assist you with, please do not hesitate to call me at (808) 246-1620.

Sincerely,                                  Agreed to and accepted by,

_____                     _____   1/11/00
Lee A. Evslin, M.D.                         James Lockyer, M.D.       Date
CEO

cc:   Helene Oyama
      Ken Shimonishi
      Dr. Pixler