**Kaua'i Medical Clinic**


1/5/01  cc Netzer
        Bailey


3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax(808) 246-1625

**CONFIDENTIAL**

January 5, 2001

James Lockyer, M.D.
c/o Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii 96766-1098

Dear Dr. Lockyer:

The Executive Committee reviewed the following data:

1. Your RVU's based on a twelve month time period.
2. Your RVU's for this fiscal year, which is July 1, 2000 through June 30, 2001.

The following results were noted for your:

**RVU's the last 12 months**
| | |
|---|---|
| Your RVU's: | 2,189 |
| Target RVU: | 3,814 |
| Variance: | (1,625) |

**RVU's for this fiscal year only (5 months)**
| | |
|---|---|
| Your RVU's: | 1,003 |
| Target RVU: | 1,589 |
| Variance: | (586) |

As you know, the new salary formula pays 45% of receipts to those physicians who do not match or exceed the median RVU's for their specialty. The first full year of data will conclude June 30, 2001.

It is possible that you will not meet your target by that date.

Currently, we are paying at 50% of receipts to allow time for individual practices to achieve their targets. The Executive Committee has decided that March will be the first month that payments on the salary draw will decrease to 45% of receipts for those practices who may end up in that category. The 45% actually applies to the entire fiscal year, but has not been applied yet to allow time to meet the targets.

Please speak to Drs. Evslin, Netzer, or Bailey if you have questions about this.

Sincerely,

Kauai Medical Clinic's Salary & Finance Advisory and Executive Committees

ANESTHESIOLOGY · CARDIOLOGY · CRITICAL CARE · DERMATOLOGY · EMERGENCY · FAMILY PRACTICE · GASTROENTEROLOGY · GERIATRIC MEDICINE · INFECTIOUS DISEASES · INTERNAL MEDICINE · NEUROLOGY
OBSTETRICS / GYNECOLOGY · ONCOLOGY / HEMATOLOGY · OPHTHALMOLOGY · ORTHOPEDICS · OTOLARYNGOLOGY (ENT) · PEDIATRICS · PULMONOLOGY · RADIOLOGY · SURGERY URGENT CARE · UROLOGY

LOCATION: LIHUE (Main Clinic) · KAPAA CLINIC · KOLOA CLINIC · KUKUI GROVE (Eye Care Ctr./Optical Shop) · NORTH SHORE CLINIC · ELEELE CLINIC