**MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND
SALARY & FINANCE ADVISORY COMMITTEE
OF
KAUAI MEDICAL CLINIC**

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Tuesday, January 30, 2001 at 12:15 P.M.

Those Present: Drs.

Absent: Drs.

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:25P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of December 26, 2000 were reviewed and passed unanimously.

FINANCIAL REPORT

SALARY ROLL

The monthly salary roll was reviewed. Motion was made to accept the salary roll as stated. That motion was passed. A follow up motion was made that the salary roll should be automatically adhere to by the Accounting Department on a monthly basis, that the duty of the Salary and Finance Committee would be to report any exceptions to this roll to the Accounting Department immediately following this meeting on a monthly basis. If no exceptions were reported to the Accounting Department, their instructions would be to roll the salary as it is called for.

Then there was discussion about Dr. Lockyer and they need to set his first year salary. His annualization of receipts which show a salary around $104,000. Discussion was had that his template continued quite limited despite discussions with him about the effect this may have on his salary approximately 3 months ago. It was decided that his salary should be set at $110,000, which is a decrease in salary. If his volume increases dramatically, there could be an increase in this draw as we are only estimating the salary going forward.

████████ salary was then discussed. It was noted that he is also due for a fairly substantial decrease ███████████████████████████ perhaps being less this year. It was decided that the floor for the ███████ should be $100,000 and that an attempt should be made to try and increase his specific volume.

OLD BUSINESS