

**Kaua'i Medical Clinic**

2/13/01 cc: Pixler
orig → Lockyer

3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax (808) 246-1625

**CONFIDENTIAL**

February 13, 2001

James Lockyer, M.D
c/o Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii 96766-1098

Dear Dr. Lockyer:

Thank you for meeting with me on February 9, 2001. At that time, we discussed the fact that your salary was due to be decreased to $110,000 secondary to projections of your receipts for the next year. You asked me to request that your salary remain where it is as you felt you could meet the standards necessary for a salary of $125,000. I discussed with you that your template would need to be opened immediately to allow you to see at least 22 patients a day. I reviewed with you how the RVU system worked and the approximately numbers of patients needed to achieve receipts which would allow a salary of $125,000. We further discussed your start time. You went over with me how difficult it is to start at our usual start time in the morning due to your need to get your children to school. You specifically stated, though, that you felt you could rearrange your schedule so as to arrive here between 8:30 AM and 9 AM.

Because you committed yourself to these changes, I said that I was willing to speak to Mary Pixler, Chairperson of your department, and Dave Patton, CEO of the Hospital System and member of the Board/Salary Committee. I agreed to ask for permission to give you more time to show that this receipt level was obtainable for you.

You agreed to make the changes and thanked me for my efforts in attempting to maintain your salary level. We also had a brief conversation about documentation. You said that you were trying very hard to document extremely well and I encourage you in those efforts. I offered to give you a portion of the CPT book, which well describes the documentation necessary for proper coding. You said you had those guidelines available to you.

I spoke to you again several days later. I informed you that I had preliminary permission to leave the salary draw where it is. I mentioned that I would pass the concept by the Salary committee when they next meet.

ANESTHESIOLOGY · CARDIOLOGY · CRITICAL CARE · DERMATOLOGY · EMERGENCY · FAMILY PRACTICE · GASTROENTEROLOGY · GERIATRIC MEDICINE · INFECTIOUS DISEASES · INTERNAL MEDICINE · NEUROLOGY
OBSTETRICS / GYNECOLOGY · ONCOLOGY / HEMATOLOGY · OPHTHALMOLOGY · ORTHOPEDICS · OTOLARYNGOLOGY (ENT) · PEDIATRICS · PULMONOLOGY · RADIOLOGY · SURGERY URGENT CARE · UROLOGY

LOCATION: LIHUE (Main Clinic) · KAPAA CLINIC · KOLOA CLINIC · KUKUI GROVE (Eye Care Ctr./Optical Shop) · NORTH SHORE CLINIC · ELEELE CLINIC



**Kaua'i Medical Clinic**

3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax (808) 246-1625

I did not specifically review your contract with you, but this letter will also serve to remind you that if we overestimate a salary draw we reclaim the monies owed over the following six months.

If I can be of any help in your practice changes please let me know. Thank you for the conscientious care you have been providing.

Sincerely,

Lee A. Evslin, M.D.
CEO

LAE:dm

ANESTHESIOLOGY · CARDIOLOGY · CRITICAL CARE · DERMATOLOGY · EMERGENCY · FAMILY PRACTICE · GASTROENTEROLOGY · GERIATRIC MEDICINE · INFECTIOUS DISEASES · INTERNAL MEDICINE · NEUROLOGY
OBSTETRICS / GYNECOLOGY · ONCOLOGY / HEMATOLOGY · OPHTHALMOLOGY · ORTHOPEDICS · OTOLARYNGOLOGY (ENT) · PEDIATRICS · PULMONOLOGY · RADIOLOGY · SURGERY URGENT CARE · UROLOGY

LOCATION: LIHUE (Main Clinic) · KAPAA CLINIC · KOLOA CLINIC · KUKUI GROVE (Eye Care Ctr./Optical Shop) · NORTH SHORE CLINIC · ELEELE CLINIC