**MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC**

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Tuesday, February 27, 2001 at 12:15 P.M.

Those Present: Drs. Bailey, Jackson, Netzer, Pierce, Evslin, Ratliff and Murray

Absent: Drs. McKnight, Pixler, Wotring, McDonald, Nickmeyer, Williamson, Grajo, and Zina

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:25P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of January 30, 2001 were circulated and approved.

SALARY ROLL

The salary roll was reviewed. The salary roll was accepted as written except for the items that are mentioned below.

1. It was noted that [redacted] salary is due to be decreased. There was a conversation about the inability to hire [redacted] physicians for salaries in the $100,000 range, which the formula would lead to. Decision was made to table the decision for one month while we came up with a joint [redacted] proposal, which might include base salaries and other hourly wage scales more appropriate for [redacted]. This motion was made, seconded and passed unanimously.

2. It was discussed that the projection for Dr. Lockyer's salary over the next year was thought to be in the $110,000 range. He felt, though, by making a serious attempt to changing his template and his schedule that he could get to the $125,000. He asked us for the ability to try to improve his number over the next 45 days from the time I spoke to him, which would mean that we would re-examine this at the end of the month of March. A motion was made to accept this proposal, seconded and passed unanimously.

3. Pediatricians were looked at. There were some discussion of the effect of the new Pneumococcal vaccine on their cost. No decision, though, was made to change what the formula presented.

4. It was decided that we would hold off docking [redacted] An expectation of some recovery from Business Interruption Insurance, that we do need to decrease his salary, although we would remove the space cost that he currently holds. This motion was made and passed unanimously.