# MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital's Conference Room A, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Tuesday, May 29, 2001 at 12:15 P.M.

**Those Present:** Drs. Evslin, Jackson, Wotring, Netzer, Yee (Ratliff), McDonald, Pierce, Nickmeyer, Rapaport, Williamson, Zina, Bailey, McKnight, Murray and Patton

**Absent:** Dr. Pixler

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 P.M. by Dr. Lee Evslin, CEO.

## APPROVAL OF MINUTES

The minutes of the meeting of April 24, 2001 were reviewed and approved.

## FINANCIAL REPORT

The financials were presented by Ken Shimonishi.

## SALARY ROLL

The roll was presented. It was passed as presented. Discussion of the amounts due to and from secondary to the drug credits and these were accepted.

Dr. Lockyer was continued at his salary of $125,000 with continual monitoring.

[redacted] it might have on Drs. [redacted] was an explanation given that there will be a reconciliation to the move of the equipment to the Hospital to be budget neutral to a physician affected by such equipment.

## OLD BUSINESS

<u>Leave of Absence (LOA) Policy</u>. There was a discussion of the LOA Policy. It was moved and seconded that our LOA Policy should be on a case-by-case basis and it should be clearly said to all physicians that LOA's will be granted based on necessity, not merely to prolong vacations as the cost of increased vacation needs to be borne by everybody in the Clinic. It was further resolved [redacted] would be allowed on this year's request for LOA, but it would be pointed out to him that LOA would need to be for significant cause in the future.