# MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital's Conference Room A, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Tuesday, June 26, 2001 at 12:15 P.M.

**Those Present:** Drs. Murray, DeNigris (Jackson), Wortmann (Pierce), Nickmeyer, Zina, Bailey, Netzer, Pixler, Rapaport, Williamson, Evslin, Wotring, and McKnight

**Those Absent:** Drs. McDonald, and Ratliff

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 P.M. by Dr. Lee Evslin, CEO.

## APPROVAL OF MINUTES

The minutes of the meeting of May 29, 2001 were accepted.

## SALARY ROLL

The roll was presented. It was also accepted with the exception of Dr. Lockyer. There was a discussion of Dr. Lockyer and the numbers as presented on the roll. If we annualized his last three months, his salary would only be $101,000 and he currently is being paid $125,000. It was discussed that he had been told that we would review this over this six month time period on a regular basis, giving him an opportunity to bring his salary up, but should that not happen, his salary would be decreased. Motion was made that we decrease his salary to approximately $120,000 and review again in one month, as his volume may increase as Dr. Duvauchelle moves his patients over. Motion was made, seconded and passed. There was no votes against the motion.

[redacted]

## FAMILY PRACTITIONERS CARING FOR SATELLITE PHYSICIAN'S PATIENTS

There was a discussion by Dr. Williamson concerning the desire for a more fair system to reward the family practitioners taking care of the satellite physician's patients during hospitalization and the inequity of payment per RVU's by family practitioners. There was a fairly long discussion concerning this entire issue. The final results of this was a decision for the Department of Internal Medicine and Department of Family Practice to meet, at least Drs. Williamson and Pixler, to further discuss this entire issue and perhaps bring proposals back to this committee.