12/4/01

 Kaua'i Medical Clinic

3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax (808) 246-1625

**CONFIDENTIAL**

November 29, 2001

James Lockyer, M.D.
c/o Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii 96766-1098

Dear Dr. Lockyer:

The Salary & Finance Committee met in its monthly meeting on November 27, 2001. We reviewed your salary potential as you come off of the salary floor January 1, 2002. If we annualize your last four month's receipts, your projected salary is about $96,000. Please feel free to further discuss this with me or Drs. Bailey or Netzer, who are co-chairs of the Salary & Finance Committee. I am sorry that I do not have better news.

Sincerely,

Lee A. Evslin, M.D.
CEO

/lae

ANESTHESIOLOGY • CARDIOLOGY • CRITICAL CARE • DERMATOLOGY • EMERGENCY • FAMILY PRACTICE • GASTROENTEROLOGY • GERIATRIC MEDICINE • HOSPITALIST • INTERNAL MEDICINE • NEPHROLOGY • NEUROLOGY
OBSTETRICS / GYNECOLOGY • ONCOLOGY / HEMATOLOGY • OPHTHALMOLOGY • ORTHOPEDICS • OTOLARYNGOLOGY (ENT) • PEDIATRICS • PODIATRY • PULMONOLOGY • RADIOLOGY • SURGERY • WALK-IN CLINIC • UROLOGY

LOCATIONS:   CENTRAL CLINIC   •   LIHUE (Main Clinic)   •   KAPAA CLINIC   •   KOLOA CLINIC
KUKUI GROVE (Eye Care Ctr./Optical Shop/Dermatology/Podiatry)   •   NORTH SHORE CLINIC   •   ELEELE CLINIC