# AMENDMENT TO EMPLOYMENT AGREEMENT

THIS AMENDMENT TO EMPLOYMENT AGREEMENT (the "**Amendment**"), is entered into as of the date appearing adjacent to the signatures hereto, to be effective as of the Effective Time (as such term is defined below), by and between Kauai Medical Clinic, a Hawai`i nonprofit corporation (the "**Clinic**"), and JAMES LOCKYER, M.D., an individual ("**Physician**") (each, a "**Party**" or, collectively, the "**Parties**").

## RECITALS

A.  The Clinic and Physician previously entered into an employment agreement (the "**Employment Agreement**"), pursuant to which Physician provides professional medical services on behalf of the Clinic to the Clinic's patients.

B.  Pursuant to and in connection with the merger of Wilcox Health System, a Hawai`i nonprofit corporation ("**Wilcox**"), with and into Hawai`i Pacific Health, a Hawai`i nonprofit corporation ("**Parent**"), on the terms set forth in an agreement of merger by and between the Clinic, Parent, Wilcox, and the Wilcox Health Foundation, a Hawai`i nonprofit corporation (the "**Merger Agreement**"), the Parties hereby desire to amend the terms of the Employment Agreement, to be effective as of the Effective Time (as such term is defined in the Merger Agreement).

## AGREEMENT

THE PARTIES AGREE AS FOLLOWS:

1. **Amendment**.

    (a)  Section 5 of the Employment Agreement is hereby deleted in its entirety and is amended to read as follows:

    "5. **Professional Liability**. Subject to the applicable policy terms and eligibility requirements, Physician shall be named as an additional insured under the professional liability policy maintained by the Clinic on behalf of Physician in such amounts as the Clinic deems to be appropriate to protect the Clinic and its employees. Such coverage will be limited to the duties and responsibilities of Physician set forth in Sections 1 and 2 of this Agreement. The Clinic will indemnify and defend Physician for any amount in excess of the limits of liability maintained by the Clinic for Physician's duties and responsibilities to the Clinic hereunder. Such defense will include all attorney and legal costs. Any deductible payable in connection with a claim covered by such policy or plan shall be paid by the Clinic. The Clinic shall provide Physician with copies of relevant policy documents upon request. If the Clinic's professional liability insurance is provided on a claims made basis, upon the termination of Physician's employment under

this Agreement for any reason, the Clinic shall continuously maintain or cause to be maintained such insurance or purchase extended reporting endorsement (i.e., "tail") coverage to ensure that Physician continues to have professional liability insurance coverage in accordance with this Section 5 for claims which arise from professional medical services provided by Physician during the term of this Agreement.

Physician will actively participate and cooperate in the investigation and resolution of any claim involving Physician, however the Clinic retains the ultimate authority on all settlements and litigation."

      **(b)** If Physician is a full-time, non-hospital based physician employee of the Clinic (as indicated adjacent to Physician's signature below), Section 2.1(a) of Exhibit A to the Employment Agreement, "Compensation for Full-Time Physician (Non-Hospital Based)," shall be amended pursuant to **Attachment A** hereto.

      **2. Continuation.** Except as specifically amended by this Amendment, the Employment Agreement shall continue in full force and effect in accordance with its terms as in existence on the date of this Amendment.

      **3. Conflicts.** In the event of any conflict between the terms and provisions of this Amendment and the terms and provisions of the Employment Agreement, the terms and provisions of this Amendment shall control.

      **4. Reference.** The terms and provisions of this Amendment are incorporated by this reference into the Employment Agreement as though fully set forth in the Employment Agreement. After the date of this Amendment, any reference to the Employment Agreement shall mean the Employment Agreement as amended by this Amendment.

      The Parties have executed this Amendment on the date written below.

Date: 12/15/01

**CLINIC**

Kauai Medical Clinic,
a Hawai'i nonprofit corporation

By: _[signature]_
Its: CEO

**PHYSICIAN**

Name: JAMES LOCKYER, M.D.

Physician is:
✓ full-time non-hospital based physician
   (see also **Attachment A**)
___ Other

2

SF_DOCS\319238.2 [W97]

## ATTACHMENT A

Section 2.1(a) of Exhibit A to the Employment Agreement shall be amended to read as follows:

> " 2.1   **Method of Calculating Annual Compensation.**
>
>    (a)   The Clinic shall pay Physician, and Physician agrees to accept as payment in full for all duties and obligations of Physician pursuant to this Agreement, base annual compensation in an amount determined in accordance with the following formula:
>
>       (i)  Fifty percent (50%) of receipts up to Three Hundred and Fifty Thousand Dollars ($350,000) which are actually collected and received by the Clinic for professional services furnished by Physician ("**Physician's Receipts**"); plus
>
>       (ii) Forty-five percent (45%) of Physician's Receipts over Three Hundred and Fifty Thousand Dollars ($350,000)."

INITIALS _____     DATE _____

3

SF_DOCS\319238.2 [W97]