**MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND
SALARY & FINANCE ADVISORY COMMITTEE
OF
KAUAI MEDICAL CLINIC**

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Friday, December 28, 2001 at 12:15 P.M.

Those Present: Drs. Evslin, Patton, Pierce, Nickmeyer, Netzer, Ratliff, Pixler, Thomas, McKnight, Denigris, Williamson, Murray, Ken Shimonishi, Julie Ako and Helene Oyama

Absent: Drs. McDonald, Zina, Bailey, Jackson and Rapaport

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:35 P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the Joint Meeting of the Executive and Salary & Finance Advisory Committee of November 27, 2001 were approved as circulated.

FINANCIAL REPORT

Ken Shimonishi presented the November 2001 financial report (see attached).

SALARY ROLL

The salary roll was presented. A motion was made to accept the motion, seconded and passed with the exception of Dr. Lockyer and general surgeons.

Dr. Lockyer. According to the November 30, 2001 salary roll, Dr. Lockyer's salary is supposed to be reduced to $98,000 as he goes off his fixed salary. Dr. Evslin explained that his patient volume is more than Dr. Pixler's and less than Dr. Braun's (see attached). Dr. Pixler's receipts are substantiated by her immunizations and Dr. Braun's by his EKG's. Dr. Evslin added that Dr. Lockyer has shown significant improvement trends and therefore made the recommendation that his salary not be reduced to $98,000 and rather it be set at $115,000. A motion was made, seconded and approved unanimously to reduce his salary to $115,000.

General Surgery. According to the November 30, 2001 salary ▮▮▮▮▮▮ salary is to be reduced. Dr. Evslin explained that there are circumstances happening in this area that warrants consideration. These are:

1) General surgeons salary and RVU is 70% of median.
2) 30% of general surgeries are done off-island.
3) Dr. Shankel turned in his resignation as of February 1, 2002 but is willing to work as an employee versus locums to help the clinic with cost factors.

Minutes of a Joint Meeting of the Executive and Salary & Finance Advisory Committees
December 28, 2001
Page 2 of 3

4) General surgeons support the ENT/Urology department coverage wise.

Dr. Evslin recommended 1) leaving ▮▮▮▮ at his current salary and not decreasing it; 2) establishing a salary ▮▮▮▮ for all three general surgeons once a locum tenens is hired; and 3) increasing the general surgeons salary ▮▮▮▮ when the new general surgeon is hired. A motion was made, seconded and approved to accept Dr. Evslin's recommendations.

PRIORITY AREAS

Dr. Goodman. Dr. Evslin informed the Committee that Dr. Goodman requested a LOA as he was asked by the government to set up and supervise a medical facility in Afghanistan. Considering Dr Brownstein's interest in working for KMC, Dr. Evslin did not anticipate coverage being an issue. However, Dr. Brownstein's Medicare application was denied. This resulted in the need to pursue locum tenens coverage. Despite this hardship, the Committee moved, seconded and approved unanimously to grant Dr. Goodman's leave of absence.

HPH Leadership Retreat. Jack Silversin, DMD, DrPH was recommended by Ken Robbins to run the HPH Leadership Retreat that will be held in late February. This retreat will be for all Executive Committee members of all entities. This retreat will start on a Friday and will run through Saturday. Dr. Evslin requested that the Committee review Dr. Silversin's resume (attached) and he will discuss this retreat further in the future.

Hospitalist Schedule. Recruitment for a night-time Hospitalist has begun. However, Dr. Hough suggested that KMC run a hospitalist service for the day hours and to take call from home during the evening hours. Dr. Evslin suggested that the Internal Medicine and Family Practice departments discuss this further amongst themselves and bring a recommendation to him.

OLD BUSINESS

Dr. Bjornskov's Costs. Dr. Bjornskov has been erroneously charged for transcription services and asked to retroactively pay her between $5,000-$6,000 for these charges. A motion was made to retroactively pay her for the transcription services that she was charged, it was seconded and passed.

CME for Part-Time Physicians. It was discussed that a physician whose status is less than 20 hours a week be qualified for CME as education is encouraged for all physicians. A motion was made to pro-rate any hours less than 20 hours a week, it was seconded and passed.

Saturday Guidelines. A problem with Saturday coverage in the Internal Medicine department was brought to the Executive Committee. Following a discussion about the need for primary care to be consistent as possible despite nuances with specialty departments, the Committee moved, seconded and passed unanimously to have the Department Chairperson of Family Practice, Internal Medicine and the Pediatrics departments schedule members of their department to work every other Saturday with at least 2 physicians and that they insure open access for patients.

Minutes of a Joint Meeting of the Executive and Salary & Finance Advisory Committees
December 28, 2001
Page 3 of 3

NEW BUSINESS

Acupuncture. Dr. Menezes asked that acupuncture services be excluded from her non-compete clause in her employment contract. The committee was not in favor of this request because of precedent and it was moved, seconded and approved to deny her request.

Breast Services – Women's Health. Dr. Evslin informed the Committee that Kapiolani has a woman breast surgeon and that this may be a potential for this type of service on Kauai. He will speak with her about future services for Kauai.

Mid Level Providers Schedules. Dr. Evslin asked the Committee if they had any objections to having mid level providers rotate weekends on a regular basis in the Walk-In Clinic.

Vacation. Dr. Denigris suggested that when a physician is on-call on a company holiday, that he/she be credited an 'x' amount of hours of vacation. A motion to recommend a 4 hour credit of vacation for being on-call on a holiday was made, with the exception of Radiology and ER, seconded and passed.

ADJOURNMENT

There being no further business, the meeting was adjourned at 1:50 P.M.

Respectfully Submitted,


Lee A. Evslin, M.D.
CEO


H. Roger Netzer, M.D.
Co-Chairman, Salary & Finance Advisory Committee


Joseph C. Bailey, M.D.
Co-Chairman, Salary & Finance Advisory Committee