## MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

Place of Meeting:   Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time:   Tuesday, March 26, 2002 at 12:15 P.M.

Those Present:   Drs. McKnight, Nickmeyer, Netzer, Thomas, Ratliff, Pixler, Murray, Evslin, and Gail Lerch, Ken Shimonishi, and Dave Patton

Absent:   Dr. Pierce, Bailey, McDonald, Zina, Jackson, Williamson, and Rapaport

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 pm by Dr. Lee Evslin, CEO.

FINANCIAL REPORT

Financials were presented and a short discussion ensued.

SALARY ROLL

Salary Roll for the twelve months ending February 28, 2002 was reviewed and approved. There were small decreases for two physicians and the decision to continue the fixed salary for the two general surgeons. There was then a lengthy discussion regarding Dr. Lockyer's performance and inability to generate the volume to cover his salary draw. It was noted that there have been several discussions spanning back over a year with Dr. Lockyer on the above issue and that there has not been any sustained improvement in terms of being able to match the amount that is being paid to him. Also noted that he runs a somewhat inefficient practice and that there are not infrequent complaints about returned phone calls, missing pages, completing documentation in a timely fashion. It is also noted that he is a caring and conscientious physician and has some highly complex patients, which he attempts to care for. After much discussion and various scenarios being presented, two options were presented. One was to craft a 90-day exit strategy because in general the relationship with the Clinic had too many problems embedded in it and we should not continue to treat him differently on the salary formula. Second option was to provide Dr. Lockyer an opportunity to reach a certain efficiency in his practice, which would include the use of an open access system to allow him to see enough patients to cover the salary that is being paid to him. A vote was taken on these two issues and the vote was 6 to 4 in favor of option one which was to craft an exit strategy which was graceful and did our best to allow Dr. Lockyer to leave the Group during the summer vacation time period.