*Kaua'i Medical Clinic*

3420B Kuhio Highway • Lihue, HI 96766

(808) 245-1500 • wilcoxhealth.org

April 2, 2002

James Lockyer, M. D.                    **Hand Delivered**
KAUAI MEDICAL CLINIC
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii  96766-1098

Dear Jim

This letter will serve to put in writing our conversations over the past week.  We discussed on March 26, 2002 that the Combined Executive/Salary & Finance Committees had voted to give you 90 days notice for the termination of your employment.  I told you at that time that you could request an appeal of this decision and if you would like to appeal, you should request this appeal in writing.  You told me on April 1, 2002 that you would like to make an appeal to the Combined Executive/Salary & Finance Committees and that you would give me such a request in writing.  A meeting has been scheduled for April 4, 2002 at 12:30 p.m. in the Mauka Board Room.

We have also discussed, and several times on previous occasions, that there have been problems with us continuing to pay the salary you currently draw as you are not making this amount on the clinic salary formula.  You currently are on a salary draw of $115,000 and your calculated payment should be about $90,000.  We have also received complaints from hospital personnel about your lack of responsiveness to pages and documentation requirements.  In our review of complaints received concerning the department of medicine in the clinic, it was brought to my attention yesterday that five of the nine complaints received were about you or your office.  These complaints also were mostly about office procedures such as returning phone calls and difficulty getting in to see you.

Jim, we also discussed that despite the problem areas identified above that we value you as a person and a physician and understand that you have provided some very good care to some very complicated patients.  I hope that your appeal is successful.  If it is to be successful though, it will have to contain plans to address the concerns that were raised and listed above.

Sincerely,

Lee A. Evslin, M. D.
President/CEO

*An affiliate of Hawaii Pacific Health*