**Kaua'i Medical Clinic**

3420B Kuhio Highway • Lihue, HI 96766                    (808) 245-1500 • wilcoxhealth.org

April 9, 2002

James Lockyer, M.D.
3-3420 Kuhio Hwy. Suite B
Lihue, HI

Dear Dr. Lockyer,

Over the last 12 months you have been counseled on a regular basis regarding your lack of productivity compared to your pay and on difficulties in managing your practice. Additionally, you have been notified that you are delinquent in your documentation, charting and have been reported as slow in answering pages. We have asked you to take steps to improve your family situation such that you have time to see patients and complete your work. Although these problems have been brought to your attention on numerous occasions, it is clear that you have not effectively eliminated these problems. Please let this letter serve as your final notice as it relates to your failure to meet the required standards of practice and productivity as a physician for the Kauai Medical Clinic.

In response to your appeal and in a final effort to correct your performance, KMC will implement the following work improvement plan. This plan must be heeded and you are required not only to make immediate but sustained improvements as stated below. Failure to make such improvements will result in the termination of your employment with the Kauai Medical Clinic.

The plan is as follows:

1. Effective as soon as possible (but before April 15th) you will be relieved from seeing patients for 1 day. You have that time to accurately complete all patient documentation and charting and get your office in general order as well as meet with Julie Ako, me, Sandi and Chris to discuss general work flow. At the end of this day, your office will be cleaned of all charts and they will be returned to the medical records department for filing.

2. We will remove all debt due to KMC (as calculated by the salary formula) through April 1st 2001. We will monitor your production to insure that it is covering the annual salary of $115,000 which you have informed us is the absolute minimum that you can live on here on Kauai. It is a little hard to say exactly what production is necessary to produce receipts equal to $230,000 per year, but if we use Mary Pixler's practice as an equivalent type of practice it would seem that monthly charges of at least $37,500, monthly RVUs of 220 and outpatient visits in excess of 250 per month should come close. (Median number of outpatient visits for a general internist is 307 per month according to national data.)

*An affiliate of Hawaii Pacific Health*

3. For all charts going forward, all documentation will be completed no later than 24 hours from the time you have seen the patient. This is considered a reasonable standard.

4. You will attend a session with Boyd Murayama to review the appropriateness of your coding of patient charts. This session must occur by April 19th.

5. You are required to seek counseling and assistance with the Employee Assistance Program through Straub. You will meet with Gail Lerch, Vice President, Human Resources, Hawaii Pacific Health to determine the course of this assistance. You must provide us assurance in writing that you are actively working to resolve your home situation and have made arrangements for childcare coverage such that you are available to meet the requirements of this work plan.

6. You will seek out and attend a Time Management Program. Such a program would be for the purpose of helping you to organize your day's activities. You will provide documentation of attendance no later than June 30, 2002.

7. For the next 90-days we agree to hold your annual salary floor at $115,000. (One Hundred and Fifteen Thousand and no/100s). This salary is based on full time work and full time availability to patients. At the end of the 90 days you will agree to abide by the salary formula, understanding that your compensation will be adjusted down or up accordingly. If your receipts during this 90-time period allow increased pay, that adjustment will be made per our usual adjudication of the salary formula.

8. You have requested a total of four weeks off starting June. The executive Committee requests that you shorten that request to one week of CME and a week of vacation.

I will meet with you every two weeks to assess your progress and determine whether you are meeting the above stated plan. Additionally, at 45 days, we will have a full assessment and I will give you indication at that time as to whether we see your employment continuing past the initial 90-day period.

In any event the duration of this work improvement plan will be 12 months and should your performance fall back even after the initial 90 day period, KMC will be forced to end your employment.

We will re-evaluate the need to continue this plan based on the demonstration of efforts on your part to sustain improvement at the end of 12 months.

Jim, the group would very much like your practice on Kauai to be successful, and you and your peers have spoken quite clearly about what steps will be necessary to make that happen. I hope that you will continue to view this matter in the way that you presented to

the Executive Committee and that you will produce the changes that you proposed to the group.

Sincerely,

*[signature]*

Lee A. Evslin, M.D.
CEO


I have read and agree to the above stated work improvement plan. I understand the ramifications should I not successfully fulfill the requirements stated above.


Dr. James Lockyer          date