April 20, 2002

Dear Dr. Evslin,

I appreciate your patience with regard to my response to the letter from the executive committee. As I mentioned, I needed the opportunity to discuss the various components of the letter with my attorney, and he only returned to Kauai this morning.

I am very appreciative of the committee's willingness to work with me regarding the issues at hand, and I agree with the general intent of the letter. I cannot sign the letter drafted by you regarding the terms for my continued employment at the Kauai Medical Clinic for the following reasons.

I believe that the request for me to surrender my scheduled vacation as punitive. It is also of note that the vacation begins at the very last week or two of the ninety day period, and will have little impact upon the overall picture.

More importantly are the very serious and completely unfounded accusations that I do not answer my pages. I take pride in my professional conduct as a physician and feel that the accusations are completely with-out any justification. I have never been shown any evidence to suggest that I do not answer my pages in a responsible fashion. Alternatively there is ample evidence to support the idea that there is a very real problem with the paging system. I am told that many of the ancillary staff are frustrated regarding similar accusations and that there appear to be abnormally long intervals from the time the page is initiated to the time in which the beeper in question is activated.

This very situation was conveniently demonstrated earlier this afternoon when my pager indicated that I was being paged to the ER. I had already been in the ER for about thirty minutes and the clerk stated that it had been seventeen minutes since she had placed the page to me before my pager was activated. The clerk and other people who were present at the time indicated that they would be willing to corroborate this statement.

I do not agree with the suggestion that I should seek counseling. While I welcome the opportunity to continue improving my work performance by meeting with various people, the term counseling implies that there has been some impropriety and I respectfully request that this terminology be amended.

Finally, I am not entirely clear as to what is meant by my "family situation" and would like more specific information in that regard. At the very least it is offensive to me to have my family mentioned as a "problem that needs to be eliminated".

In summary, the only issue that was cited that is actually true is that I am a single parent and have three children I am raising by myself. I have always acted responsibly in that regard. I have always taken steps to have provision for childcare for them when I am on call. They are always taken care of during work hours. In accordance with the terms of my employment agreement, I show up for work on time at 8 AM and I remain on the premises until 5 or 5:30 PM each day. I believe the actions being taken to terminate me are discriminatory on the grounds that I am a single parent.

Again, I wish to express my sincere appreciation for your support in this issue and I thank you for allowing me the time to confer with several people regarding the requested response.

I am already responding in accordance with the spirit of the committee's recommendations. I have taken steps to ensure that my clinic schedule remains open to walk in patients, I have come in on my weekend days off to complete charting work, and I continue to provide quality health care for my patients as well as being committed to working well with my colleagues.

It is my hope that you will understand my response to the letter in question as both a parent and as a physician. Further, it is my hope that the committee will see fit to allow me to continue my work as a member of Kauai Medical Clinic.

With kindest regards, please know me to be

Sincerely ,

James R. Lockyer, MD

Cc: Pat Childs