# *Jouxson-Meyers*
# *& del Castillo*
a Limited Liability Law Company

June 13, 2002

*Via facsimile*

Leo A. Evslin, M.D.,
President & CEO
Kauai Medical Clinic
3-34208 Kuhio Highway
Lihue, HI 96766

Re:   James Lockyer, M.D.

Dear Dr. Evslin,

      I write to confirm Dr. Lockyer's understanding of your letter dated June 12, 2002, and the method of computing compensation incorporated into his employment contract with KMC.

      Based on Exhibit A to Dr. Lockyer's contract, he will continue to receive compensation during his vacation based at the rate he is presently receiving. In general, under the contract time taken for vacation has no impact on the computation of base annual compensation, as the base annual compensation is computed from the physician's receipts over the immediately preceding 12-month period.

      During a leave of absence, the physician does not receive compensation. However, based on the contract, once the physician returns to work, his compensation resumes based on the receipts over the immediately preceding 12-month period, including the leave period. Exhibit A provides:

> (f) If a Physician takes a leave of absence without pay which is approved by the Clinic, all receipts collected during that leave will be tracked. When this Physician returns to practice in the clinic, such receipts will be used to set the base compensation for this Physician.

      Thus, a leave of absence is similar to a vacation in the respect that the physician is not producing, which will have the net effect of reducing the receipts during the period after the physician returns to work. The diminished receipts can be expected to be reflected in the forward-looking base annual compensation computation, whether the absence was a vacation or a leave. Apparently, the only difference between a leave and a vacation is that the physician

Arleen Jouxson-Meyers, M.D., M.P.H.
Rafael G. del Castillo
Century Square
Suite 2304
1188 Bishop Street

Phone: 808-531-8505
Fax: 808-423-8772
Email Arleen: jmeyers@prodigy.net
Email Rafael: Rafs@hawaii.rr.com

Lee A. Evslin, M.D.
June 14, 2002
Page 2

does not receive regular paychecks during the leave, but *does receive credit* for receipts collected during the leave of absence in his future base annual compensation computations.

The foregoing appears to me to be consistent with the contract and with the statements in your letter of June 12. Please advise me immediately if that is not correct.

Dr. Lockyer appreciates your attention and cooperation in this matter. Please contact Dr. Meyers or me if you have any questions.

Very truly yours,

Rafael G. del Castillo

cc: James Lockyer, M.D.