June 10, 2002

Dr. James Lockyer
3-3420-B Kuhio Hwy.
Lihue, HI 96766

Dear Jim,

Your Leave of Absence for the dates of June 27, 2002 to July 12, 2002 has been approved by your department chairperson. As the request is properly approved there will be no adverse action in terms of your employment with us except as stated below.

This is a Leave of Absence without pay and will affect your paychecks. The hours included in the Leave of Absence will be deducted from the paychecks covering those periods. In addition a month off will most likely decrease your production and therefore may decrease your compensation in the next fiscal year.

I would like to clarify that I never urged you to take a leave of absence. The Executive Committee had requested in the initial work plan that you shorten the projected lengthy vacation you were planning. I suggested that you write back requesting that your vacation request be granted for the full time you were requesting as you said this was important to you and your children. You had not formally requested vacation at that time and I was not aware of the fact that you did not have enough time in your vacation bank to cover the time you were requesting. When you did present the paperwork for the time off you were informed by our staff and me that if you took the full time, some of it would be a Leave of Absence without pay. You told me at that time that you were probably going to shorten the request for financial reasons.

I hope this letter sufficiently addresses the issues raised. If I do not hear back from you by your first day of vacation (June 13, 2002), I will assume the contents of this letter were accepted by you as sufficient clarification. I know that this has been a difficult time period for you and I hope you have a great vacation.

Sincerely


Lee A. Evslin M.D.
CEO

e-mail is protected by the [att]orney-client privilege and the [at]torney's work-product doctrine. Do not release or distribute this e-mail to third parties. Copies of this e-mail should not be kept in your regular files. If [you] print a copy of this e-mail, place it in a separate file labeled "[Att]orney-Client Privilege". DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

> -----Original Message-----
> From:    Lee Evslin
> Sent:    Monday, June 10, 2002 12:11 PM
> To: Gail Lerch; Phillip Moon
> Subject: Dr Lockyer  Next draft
>
> <<LOA.doc>>
>
> Confidentiality Notice: This e-mail message, including any attachments, is
> for the sole use of the intended recipient (s) and may contain
> confidential and privileged information. Any unauthorized review, use,
> disclosure or distribution is prohibited. If you are not the intended
> recipient, please contact the sender by reply e-mail and destroy all
> copies of the original message.
>
>

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential
and privledged
information.  Any unauthorized review, use disclosure or distribution is
prohibited.  If [you]
are not the intended recipient, please contact the sender by reply
[e]mail and
destroy all copies of the original message.