# Jouxson-Meyers & del Castillo
Attorneys at Law
a Limited Liability Law Company

July 8, 2002

Via facsimile and 1st class mail

Lee A. Evslin, M.D.,
President & CEO
Kauai Medical Clinic
3-34208 Kuhio Highway
Lihue, HI 96766

Re:   James Lockyer, M.D.

Dear Dr. Evslin:

      You have not responded to our request, sent June 16, 2002, that you provide Dr. Lockyer with copies of certain information relating to his production and compensation, and/or revise the Executive Committee's plan to provide adequate time for us to receive and evaluate the information. Kauai Medical Clinic previously unilaterally reduced Dr. Lockyer's compensation from $125,000 per annum, and has threatened to make further reductions, and has unreasonably and unjustifiably failed to provide Dr. Lockyer with the source data from which he may verify that the reductions were proper and based on adequate grounds.

      Accordingly, Dr. Lockyer **hereby demands arbitration** pursuant to section 16 of his employment agreement of March 1, 2000. We will contact Keith Hunter and advise him that Dr. Lockyer has submitted a demand for arbitration to KMC under the agreement, and request that DPR provide the parties with a list of possible arbitrators from among which the parties may be able to agree upon a single arbitrator. Please contact me concerning the date, time, and applicable procedures for the arbitration.

Very truly yours,

Rafael G. del Castillo

cc:   James Lockyer, M.D.

Arleen Jouxson-Meyers, M.D., M.P.H.
Rafael G. del Castillo
Century Square
Suite 2304
1188 Bishop Street

Phone: 808-621-8806
Fax: 808-422-8772
Email Arleen: bosman@prodigy.net
Email Rafael: Rafa@hawaii.rr.com