# Jouxson-Meyers
# & del Castillo
### Attorneys at Law
a Limited Liability Law Company

July 12, 2002

Via HAND DELIVERY

Keith Hunter
President/C.E.O.
Dispute Prevention and Resolution
1001 Bishop Street
Pauahi Tower
Suite 1155
Honolulu, HI 96813

**RECEIVED**
**JUL 15 2002**
**DP&R, INC.**

Re:    James Lockyer, M.D. v. Kauai Medical Clinic

Dear Keith:

Please find enclosed a copy of Dr. Lockyer's demand for arbitration pursuant to his employment agreement.  I have also enclosed a copy of the relevant section of his employment agreement.

Evelyn has already provided us with the relevant list of neutrals and copies of the DPR Arbitration Rules and Protocols.  I will follow up with your office as soon as the parties decide on potential dates and location, and choose an arbitrator.  Please contact me if you have any questions.  Arleen and I look forward to working with you in this matter.

Very truly yours,

Rafael G. del Castillo

Encl.
cc:    Lee A. Evslin, M.D. (w/out enclosures)

Arleen Jouxson-Meyers, M.D., M.P.H.
Rafael G. del Castillo
Century Square
Suite 2304
1188 Bishop Street

Phone: 808-621-8806
Fax 808-422-8772
Email Arleen: josmun@prodigy.net
Email Rafael: Rafa@hawaii.rr.com