*Copy*

*orig in Exec Comm file*

# MINUTES OF MEETING OF THE EXECUTIVE COMMITTEE
## OF
## KAUAI MEDICAL CLINIC

**Place of Meeting:**   Wilcox Memorial Hospital Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:**   Friday, July 26, 2002, at 12:15 P.M.

**Those Present:**   Drs. Evslin, Jackson, Netzer, Nickmeyer, Pierce, Pixler, Ratliff, Williamson, Young, Gail Lerch, Julie Ako, and Helene Oyama. Guests: Drs. Braun, McKnight, and Sutherland

**Those Absent:**   Drs. McDonald, Mertz, and Zina

These are the minutes of a meeting of the Executive Committee of the Kauai Medical Clinic. A formal notice was given of this meeting and the date, time, place and those present are indicated above.

Dr. Evslin called the meeting to order at 12:30 p.m.

## PEER REVIEW

The issues and concerns regarding Dr. Lockyer's practice were discussed.

- charts not completed in a timely manner and left in office
- untimely follow-up with patients
- poor organization and timeliness in running efficient clinic
- patient complaints
- lack of insight in accepting responsibility or improvement
- lower productivity and continual requests for salary subsidy

Dr. Lockyer has continually disregarded all counseling and corrective action plans with regard to the issues and concerns brought up to him. Dr. Evslin and the Department of Internal Medicine and other have supported Dr. Lockyer both financially and emotionally at numerous meetings and counseling sessions without any success. Dr. Pixler also noted that despite having a daytime hospitalist to alleviate hospital rounds and being advised to report to clinic at 9:00 a.m. (instead of 9:30 a.m.), Dr. Lockyer showed up late this morning (July 26, 2002) for his 9:30 a.m. appointment.

Executive Committee Meeting Minutes
July 26, 2002
Page 2

Options discussed by the Executive Committee included:

1.    Terminate for cause and offer a 3-month severance if he opted to resign and sign a separation agreement.
2.    Provide Dr. Lockyer with a probationary period with clear expectations and option to resign with 3-month severance and separation agreement.

Following a lengthy discussion, a motion was made and seconded to write a stronger final letter placing Dr. Lockyer on probation for 90 days for his practice deficiencies and the consequences for non-compliance. Dr. Lockyer will also be offered the option to resign with a 90-day severance package and separation agreement. The motion was carried with a vote of 6 for, 0 against and 2 abstaining.

**ADJOURNMENT**

There being no further business, the meeting was adjourned at 2:05 PM

Respectfully Submitted,

Lee A. Evslin, M. D.
President & CEO