**Kaua'i Medical Clinic**

3420B Kuhio Highway • Lihue, HI 96766                    (808) 245-1500 • wilcoxhealth.org

July 26, 2002

Dr Jim Lockyer
3-3420-B Kuhio Hwy.
Lihue, HI 96766

*[Handwritten note: Hand delivered July 26 by Dr. Peters + me. Brief discussion of issues involved. 2. C]*

Dear Jim,

The Executive Committee met today, July 26, 2002. We reviewed your deficiencies in regards to returning phone calls to patients, incomplete charts, and taking responsibility for the charts brought to your office. We discussed the documentation on these subjects and your recent appearances before the Executive Committee and the Quality Assurance Committee. Our conclusions are as follows:

1. Although you have been counseled in written and verbal forms, your lack of improvement in these areas is unacceptable to us.
2. You have not shown any willingness to accept responsibility for your lack of improvement and continue to blame your deficiencies on clinic systems or nursing coverage.
3. We have found your description of nursing coverage to be incorrect. Other than one specific day when you had a nurse in the morning and a different nurse for afternoon hours, all other days were covered by only one nurse (other than during her break period).
4. Although there are six physicians in the Internal Medicine department 45 % of all Internal Medicine patient complaints (since 7/1/01) are attributed to your practice.

Based on these findings we must move to the next step in your corrective action process. Effective immediately we are placing you on a 90-day probation effective immediately with the following conditions:

1. You will be in the clinic ready to see your first patient no later than 9am. You will see patients at least from 9am to 12noon and 1:30 pm to 5:00pm. You will not be allowed to block a patient slot unless it is for a prolonged patient consult.
2. You frequently have significant delays in seeing your scheduled patients. This has generated a large number of complaints. You are required to see patients in a timely fashion and regularly having your patients wait more than 20 minutes will not be tolerated.
3. You will complete all documentation no later than 24 hours from the time you have seen the patient and a given chart will not be allowed to remain in your office past that 24-hour period.
4. We will not tolerate further complaints from patients. The Quality Assurance Committee will review all patient complaints for validity

*An affiliate of Hawaii Pacific Health*

5. We will not tolerate further complaints from staff. Human Resources and myself will review any staff complaints.
6. Preliminary reports from a recent internal audit indicate that you may be under coding up to 10% of your charts. Medicare considers under coding to be problematic and you must meet with Boyd Murayama, Director of Billing, for a review of the audit and the issues raised no later than 14 days from the date of this letter.
7. We will schedule a meeting with the Executive Committee in the near future which you will be required to attend. The agenda of this meeting is to discuss this probationary period and the concerns of the KMC physicians in general regarding your practice deficiencies.
8. The ninety-day probationary period may be extended due to absences by you during this time period.
9. We expect you to practice in a professional manner, which includes not making negative statements to patients and staff about these issues and not speaking in public areas to your peers about these issues as this behavior is disruptive.

We consider this probation the final step in a corrective action process and therefore the above stated requirements are not negotiable. You must meet each of the requirements or you will face termination of employment.

Sincerely

Lee A. Evslin M.D.
CEO