

**Kaua'i Medical Clinic**

3-3420B Kuhio Highway • Lihue, HI 96766          (808) 245-1500 • wilcoxhealth.org

*Put in his mailbox 8/23/02*

August 23, 2002

James Lockyer, M.D.
3-3420-B Kuhio Hwy.
Lihue, HI 96766

Dear Jim,

We have completed our year-end financial reports for KMC. Please find below an explanation of your salary draw for your upcoming pay periods. Also enclosed is a summary of your professional charges, receipts, etc.

1. If we based your salary draw on the previous twelve-month rolling average of receipts, your estimated annual salary draw would be $102,203.
2. If we based your salary draw on your professional charges since April 1, 2002 and used your percentage of collections from the past twelve months to estimate your anticipated receipt generation for the next twelve months, your estimated annual salary draw would be $100,236.
3. If we annualized your production for the time period between April 1, 2002 to June 30, 2002 as if you did not take any vacation and then subtract out the six (6) weeks of time off you have available to you, your salary draw would calculate out to $113,167.

Given the closeness of the calculation in No. 3 above to your current draw of $115,000, your current draw will be remain the same but subject to the resolution of the following issue.

It appears that you have scheduled yourself off for the last several Fridays and for other Fridays into the future. In addition, although you are now working on Thursdays, you have not changed your template to reflect this change in your schedule. Taking a full day off each week is classified as part-time employment and such a change needs to be approved by the Clinic. Any part-time work would also call for a modification of the salary draw. If these extra one half days off are vacation time, than proper paperwork should be submitted. Please discuss your schedule with Dr. Braun in the next several days to allow us a better understanding of the situation.

In addition, you will be receiving payments for time which you have spent helping with the chemo unit while Dr. Sutherland and Dr. Hayward were not available.

*An affiliate of Hawaii Pacific Health*

Exhibit "A" of your employment contract explains that your salary draw is an estimate of your earnings. Should you actually earn less than estimated, you will owe money back to the Clinic. However, should you earn more than was estimated, the Clinic will owe you.

Deferred compensation payments are made after every six months of accounting, but salary adjustments can potentially be performed monthly. If you have any questions, please feel free to contact me.

Sincerely,

Lee A. Evslin, M.D.