DEC 3 - 2002

## Wilcox Health System

☐ Hospital ☐ Health Services ☒ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: __Lockyer, J.__   Dept.: __IM__   Position: __Physician__   Date: __11/29/02__

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

**CHANGE IN STATUS/TRANSFER**

Effective Date: __11/24/02__ *(DATE MUST BE BEGINNING OF PAY PERIOD)*

Change Status From: _____ To: _____

New Work Dept.: _____ Dept. No.: _____ New Position: _____ /[illegible] 12/9/0

New Rate: $90,000/yr. (43.27)

KEY RETURNED TO DIRECTOR: ☐ Yes ☐ No ☐ N/A   Old Rate: $115,000/yr.

---

**KRONOS EXPANDED WAGES:** Employee will occasionally work the following:

Job Title: _____
Job Title: _____
Job Title: _____

*Director* called the IS Department regarding transfer on: _____ Date

---

**TERMINATION**

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)   ☐ Laid Off (Lack of Work)   ☐ Illness (Disability)
☐ End of Temporary Employment                  ☐ Discharge for Cause       ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted? ☐ Yes ☐ No   Is Associate recommended for re-employment? ☐ Yes ☐ No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.   Explain: _____

Terminating Associate Complete the Following:

Forwarding Address: _____   Have my Final Paycheck: ☐ Mailed ☐ Sent to Dept.

*Checks not picked up by the next pay date will be returned to payroll for mailing.*

*Address changes are needed for W-2 distribution in January.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.

____ Name Badge                                    ____ Uniforms
____ Keys (for doors, locker, cabinets, etc.)      ____ Associate Forms
____ Hospital Equipment                            ____ Notified IS of Termination
____ Other: _____

---

**DOCUMENT REVIEW**

SUPERVISOR'S COMMENTS: _____
_____
_____

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

(Two approvals are required)

_____  _____  _____  _____
Immediate Supervisor      Department Director     Administrative Staff    Human Resources

*Incomplete forms will not be accepted as proper documentation for file purposes.*

\* \* \* EMPLOYEE SALARY CHANGE NOTICE \* \* \*

EMPLOYEE NO:     11609      LOCKYER, JAMES
DEPARTMENT NO:   7320       INTERNAL MEDICINE
JOB NO:          N0008      Physician MD

| | OLD RATE | NEW RATE | DIFF | % | EFFECTIVE | CD | REASON |
|---|---|---|---|---|---|---|---|
| BASE RATE: | 55.2900 | 43.2700 | 12.0200 | 21.74 | 11/24/02 | 14 | Salary Adjustment |
| ALT A RATE: | | | | | | | |
| ALT B RATE: | | | | | | | |
| ALT C RATE: | | | | | | | |
| ALT D RATE: | | | | | | | |

AUTHORIZED BY:

_____        12/10/02
                                DATE