**Kauaʻi Medical Clinic**

3-3420 Kuhio Highway • Lihue, HI 96766    (808) 245-1500 • wilcoxhealth.org

April 3, 2003

Dear Dr.

I wanted to make sure all of you knew the latest call stipend plan. Since Dr. Braun is on vacation and hasn't told you yet, I'm leaving you this note.

Starting April 1, all the KMC doctors taking IM call will receive an additional $12,500 per year (or a portion of this if they take limited call). This is the same as the FP's get now for covering satellite patients. It does mean that FP's and IM's will share admissions for satellite patients (i.e., Murray, Goodale etc.) as well as unassigned patients. The details of this will need to be discussed. In the future, we hope to have a salary differential between those taking call and those not taking call, but for now this stipend will be given.

Sincerely,

Thomas B. Williamson, M. D.
Medical Director

*An affiliate of Hawaii Pacific Health*