APR 15 2003

*Wilcox Health*

*An affiliate of Hawaii Pacific Health*

*4/4 → 4/4*    *cc: Provider*
*Barbara*

[ ] Hospital    [X] Kauai Medical Clinic    (Revised 4/14/03)

## ASSOCIATE CHANGE OF STATUS FORM

Associate Name: James Lockyer    Dept: Internal Med    Position: Physician    Date: 4/3/03

### COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE

Effective Date: 3/31/03 (DATE MUST BE BEGINNING OF PAY PERIOD)

**CHANGE IN STATUS/TRANSFER**

Change Status From: _____  To: _____
New Work Dept.: _____  Dept. No.: _____
New Position: 45.73 ✓   12,000   *Rich 4/16/03*
New Rate: $83,132/yr + $12,500/yr
New Shift: = $95,632/yr   $95,132/y

**KRONOS EXPANDED WAGES:** Employee will occasionally work the following:

Job Title: _____
Job Title: _____
Job Title: _____

*Director called the IS Department regarding transfer on...*

**TERMINATION**

Type of Termination (check one):
[ ] Voluntary (Quit, resigned, 3 days no show)   [ ] Laid Off (Lack of Work)   [ ] Illness (Disability)
[ ] End of Temporary Employment   [ ] Discharge for Cause   [ ] Other: _____

Last Day Worked: ___/___/___   Reason: _____

Was proper written notice submitted?  [ ] Yes  [ ] No   Is Associate recommended for re-employment?  [ ] Yes  [ ] No
*(See policy or labor agreement requirements)*
Required of all resignations and quits.   Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____   Have my Final Paycheck:  [ ] Mailed  [ ] Sent to Dept.
_____
*Checks not picked up by the next pay date will be returned to payroll for mailing.*
*Address changes are needed for W-2 distribution in January.*

**HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.**

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

_____ Name Badge    _____ Uniforms
_____ Keys (for doors, locker, cabinets, etc.)    _____ Associate Forms
_____ Hospital Equipment    _____ Notified IS of Termination
_____ Other: _____

**DOCUMENT REVIEW**

SUPERVISOR'S COMMENTS:  Implement call stipend for IM
4/14 - Call stipend incorrectly listed; should be $12,000/yr

Date: ___/___/___   **Associate's Signature:** _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.*

*(Two approvals are required)*

_____   _____   _____   _____
Immediate Supervisor    Department Director    Administrative Staff    Human Resources

*Incomplete forms will not be accepted as proper documentation for file purposes.*

* * * EMPLOYEE SALARY CHANGE NOTICE * * *

EMPLOYEE NO:     11609     LOCKYER,JAMES
DEPARTMENT NO:   7320      INTERNAL MEDICINE
JOB NO:          N0008     Physician MD

|  | OLD RATE | NEW RATE | DIFF | % | EFFECTIVE | CD | REASON |
|---|---|---|---|---|---|---|---|
| BASE RATE: | 45.9700 | 45.7300 | -.2400 | -.52 | 03/31/03 | 14 | Salary Adjustment |
| ALT A RATE: | | | | | | | |
| ALT B RATE: | | | | | | | |
| ALT C RATE: | | | | | | | |
| ALT D RATE: | | | | | | | |

AUTHORIZED BY:

_____          4-16-03
                                 DATE