

## Kaua'i Medical Clinic

3420B Kuhio Highway • Lihue, HI 96766        (808) 245-1500 • wilcoxhealth.org

2-26-04

To: Dr. James Lockyer
Fr: Dr. Williamson, Dr. Jackson
Re: Numerous complaints

Dear Dr. Lockyer:

The Quality Management Committee met on February 19, 2004 and discussed a number of complaints made about you. The Committee has found problems in several areas as noted below.
1. You have repeatedly failed to respond to long term care phone calls and medical issues regarding your patients.
2. You have not been seeing your long term care patients on a timely basis.
3. Your clinic patients are not getting their prescriptions filled on a timely basis.
4. You have been starting clinic late and rescheduling patients to the point that they are making complaints to administration.
5. You've made changes in your practice without consulting or considering the effect on your department.
6. There have been numerous reports that you have been complaining to staff and patients about your financial issues during working time, which is disruptive to the provision of patient care.

The Committee feels that these are serious issues. The most glaring problem is the failure to respond to your patients needs in long term care and with regards to timely filling of prescriptions. These are quality of care problems that can not be ignored. The other issues were felt to be disruptive behavior that is adversely affecting your practice and the function of your department. Please note that you have been warned in the past about similar issues and we refer you to the letter dated July 26, 2002 from Dr. Evslin.

The Quality Management Committee requires you to address these problems immediately and make the necessary changes to provide good medical care to your patients and allow for a more functional clinical practice. Failure to make these changes will result in disciplinary action up to or including termination.

Sincerely,

Thomas B. Williamson, MD
Medical Director

Tad Jackson, MD
Quality Management Chairman

Received 2-26-04      *Given to him a copy.*
*He refused to sign.*
*— TBW*

James Lockyer, MD

*An affiliate of Hawaii Pacific Health*