# Kaua'i Medical Clinic

3420B Kuhio Highway • Lihue, HI 96766                    (808) 245-1500 • wilcoxhealth.org

3-9-04

Dear Dr. Lockyer:

I have enclosed copies of the recent complaints made about you.

I have also received your letter, dated 2-27-04, stating your response to our meeting with Dr. Jackson and the Quality Management Committee's recommendations outlined in the letter we gave you. I feel I should respond to some of your comments. First, I agree with you that the Quality Management Committee's job "is to identify quality issues and address them before they become serious problems." That is precisely why we gave you that letter of warning. Serious quality issues have been identified and a similar trend has been noted.

I am glad you have a back-up plan for times when staff can not reach you by our usual paging system. Please note that your lack of response is not only when you are paged but also when staff call your office, and that other doctors do not have a problem responding to pages or phone calls. Also, you should be responsible in implementing this back-up paging plan with your nursing staff, instead of asking KMC administration to do it for you. I trust that you will do this.

A "receipt" process for your nursing staff, to help you fill your prescriptions in a timely manner, is fine. Again, I would request that you work this out with your staff.

As we discussed in our meeting, KMC has considered options to try to provide day care help for our employees but this is not possible due to operational issues. Therefore, you will need to find day care options in the community. We could help you find these resources.

We also discussed the issue regarding your children staying overnight or unattended in your clinic office. Because of issues with confidentiality, liability, safety and security, I am asking that you no longer do this.

Regarding our concerns that you are discussing confidential information in front of patients: if you feel that the current use of nurse intake cubicles is the problem, then a simple solution would be to do all patient intake in the exam rooms. Please discuss this with Dr. Braun.

Finally, I am very disturbed by the fact that you seem to take no responsibility for these problems. In fact, you consistently blame others. You are in charge of your practice and in making sure your patients get the quality of care they deserve. The letter of warning shows that the Quality Management Committee feels the same.

Sincerely,

Thomas B. Williamson
Medical Director

An affiliate of Hawaii Pacific Health