**Kaua'i Medical Clinic**

3420B Kuhio Highway • Lihue, HI 96766     (808) 245-1500 • wilcoxhealth.org

4-12-04

Dear Dr. Lockyer,

I received your letter dated March 31, 2004. I appreciate your effort to improve your response time for pages and prescription refills. I do want to reply to some of your comments, though.

Diane Costales was dismissed from the IM department because the IM physicians decided to eliminate her prescription refill nurse position. According to Donna Wichimai, she did not have any performance issues. Ms. Costales is a float, not your permanent nurse and therefore you would not have seen her resume or interviewed her. She is assigned to you until we hire you a permanent nurse. We have given you a "permanent float" to help you with your paperwork and prescription refills.

We are still recruiting for your nursing position. Because of the nursing shortage, we've had few qualified applicants throughout the clinic. At this time, there is only one applicant for your nursing position and she has not contacted us to set-up an interview.

KMC does not control every decision and action of its physicians, but does provide support both indirectly and directly, usually through the coordinators. I feel that you have placed all the responsibility for your recent quality issues on administration. To run a good practice it takes a collaborative effort between the physician and administration.

Ensuring privacy in your clinic is possible by doing intakes in the exam rooms. In our Eleele Clinic we do this and flow is manageable even when we have only two exam rooms each. I suggest you reconsider this.

I understand your difficulty with child care and being on call. I am sorry I can not allow you to let them stay overnight in the clinic, but as I stated before, there are safety, confidentiality, liability and security issues that preclude this. I do know there are babysitting services and they are listed in the phone book.

You mentioned that there were reasons for the complaints you received, but what alerted the Quality Management Committee was the large number in just a few months, compared to other doctors. The Committee was primarily concerned about quality issues like not responding to long term care patients' needs and not refilling prescriptions on time.

Please note that the Quality Management Committee's goal is to ensure quality medical and clinical practice care. The Committee monitors complaints and when it finds a physician with a large number of them, and particularly quality of care ones like these, it must take action. This is why you have been given this warning.

Sincerely

Thomas B. Williamson, MD
Medical Director

bcc: 

Gail Lerch, VP-HPH-HR