*Received on June 7th*

May 9, 2004

Dear Dr. Williamson,

    With this letter I wish to acknowledge the receipt of the documents you and Dr. Evslin offered on the 7th of May, 2004, as "proof" of my earnings and in support of the latest reduction in my pay. At the very outset it must be noted that it should not take three full weeks to provide information to me that you by definition would already have compiled in order to make the additional pay cut you have imposed upon me and my family. It should only amount to printing up an additional copy of the information that you claim to have used in imposing the further reduction in my pay.

    Far more compelling are the woefully inadequate documents you have offered in response. Regrettably, it is now apparent that I have no alternative but to point out what should be regarded as some very basic financial concepts. I am paid according to how many patients I see. For each one of them I submit a billing slip with a designated billing code to our business office. They then collect the billings. Based upon the competency of our billing department, a certain amount of money is paid to our group by the various insurance and governmental agencies. You have already acknowledged that my pay is subject to proof. This proof would obviously then require that you provide the actual lists of the patients that I have seen on any given date, accompanied by the amount of money that has been collected for each billing slip. This constitutes the core of money generated in any medical system.

*usual per eye rpts.*

    There is not a single document indicating any proof of this information among the materials that you have provided. You were clearly aware of my expectation in this regard on the basis of our conversation two weeks ago when we spoke in the Doctor's Dining Room. At that time you stated that you were "working on getting the information" for me. I then clearly indicated that I expected the information to include the actual lists of patients I have seen. This is particularly important since Dr. Evslin has made claims on numerous occasions in front of my colleagues to the effect that I do not work hard and am not seeing very many patients. Not only has this damaged my reputation with my colleagues, but also the numbers of patients he suggests that I see are far below that which I know to be true.

    The other elements of your response are every bit as inadequate. For the third time you have failed to provide any real response to my request for measurements of the space for which I am being charged rent. As an example, you are suggesting that my colleagues and I simply divide the designated floor plan evenly which overlooks a number of inconsistencies. For example, there are thirteen examination rooms in our

pod, and yet there are only five members in our department. I have always used only two exam rooms yet you are unfairly charging each of us for the additional space. Once again you have failed to provide any real measurements of any of the allotted space but still insist on basing the rent on square footage.

Among the many other inconsistencies in your accounting is the fact that I am also being charged $860.00 for one gram of Rocephin when the standard wholesale cost is $51. This amounts to profiting from your employees by charging them 16 times the going rate. This action on your part is all the more shocking when one recognizes that we are a private non-profit organization.

In summary, the only "proof" that you have provided to me is that my latest reduction in pay is nothing more than one more instance of retaliation in a long series of actions taken by Dr. Evslin against me for my having exercised my right to see my billing slips.

Sincerely,

James R. Lockyer, MD

Cc: Michael Braun, MD
    Diana Shaw, Ph.D.
    Lee Evslin, MD