March 31, 2004

Dear Dr. Williamson,

In response to your letter dated March 9, 2004, I have implemented the back-up plan for long-term care staff to be able to reach me through Doctors and Nurses Answering service when they are experiencing difficulty reaching me through our paging system. Since implementing the service, the answering service has received no calls at all. I have also implemented a receipt process for my nurse to fill requests for prescriptions more efficiently. That will also identify whether a pile of charts has been left somewhere without my knowledge as occurred for at least a three day period on around February 18, 2004. These charts were left for some reason in Dr. Noyes' clinic area after she had left KMC's employ.

However, I believe it is unrealistic to expect a major improvement because administration has seen fit to assign Ms. Diane Costales, LPN to work with me. As you are aware she was recently dismissed from the department of Internal Medicine after a unanimous vote by all the physicians in our department on the basis of her unacceptable performance. Furthermore, I have never been given any opportunity to formally interview her, nor have I been provided a copy of her resume or her application for the position. Although I am being told by administration that no one else has applied for the position as my nurse, several other more qualified nurses have personally stopped by my office to inform me of their interest in applying for the position. In fact, one of these people has told me that she submitted an application, and one other person has indicated her interest but stated that when she tried to apply for the position, there was no listing for the position. Although my former nurse, Ms. Geraldine Miguel gave her notice back in December of last year, I have yet to see any listing for the job position.

Your allegation that I seem to take no responsibility for ensuring that my patients receive quality care and that you believe I am in charge of my practice is absurd. Quite the contrary, KMC controls every decision and action of the physicians it employs and gives very little help or support in building up a practice. For months now administration has failed even to advertise for my nursing position, despite knowing that the nurse they have assigned to me is unacceptable. Your suggested solution for the lack of privacy in the Internal Medicine Clinic is equally absurd. You know that it is not feasible to both do intake and see patients in the examination rooms unless there were many more examination rooms available without substantially reducing the numbers of patients we would be able to see. Under our new practice model your suggestion to compensate for the current violations of patient privacy would presumably result in charging me even more for the additional rental of office space.

Similarly, I have received no accommodations with regard to my child care issues. Since Dr. Noyes quit, KMC has increased my on-call coverage obligations while allowing certain other members of our department to be exempt altogether from any on-call duties. As you are well aware my pay has been cut to the extent that I cannot afford to pay someone to care for my children during the many nights each month that I am now required to be on-call. I have taken every effort to fulfill my professional obligations while on call and have also done my very best as a single parent to ensure the safety and welfare of my children. Recently this involved going to the extra effort to make a safe, comfortable sleeping arrangement for my children in the clinic office space for which you are now charging me rent. Since you now forbid me to even allow my children to enter my office space I am no longer allowed to creatively compensate for the harsh pay cuts that have been imposed upon me.

I did review the complaints from patients that you provided and I checked with a number of them to confirm their accuracy. There was one complaint in December 2003. One in January 2004 and two on February 3, 2004 when I was delayed at the hospital and the nurse you have forced me to work with refused to convey any messages to the patients who were waiting for me. There were three complaints from February 18, 2004 when the charts of patients requesting refills were left unattended in Dr. Noyes' clinic area. While I would prefer to have no complaints from patients under my care, it seems that none of these were solely my fault, and they could have been avoided by an efficiently run organization.

Finally, I have heard from several different very reliable sources that Dr. Evslin is anxious to move on terminating me, and he is obviously seeking grounds on which he can construe some wrongdoing on my part to justify his action. Therefore, my attempts to address the complaints you have made against me will be to no avail no matter how hard I try. Is this retaliation against me for my demanding to see my billing records?

Sincerely,

*[signature]* MD

James R. Lockyer, MD