APR 2 9 2004

T. Helena
For File

4/26/04

To: James Lockyer, MD

Re: Reassignment of patients on Longterm Care

Dear Dr. Lockyer,

As communicated to you verbally and by e-mail over the past several months, the Medical Practice Agreement for the Wilcox Memorial Hospital Longterm Care Unit needs to be signed in order for you to have privileges to see patients on the LTCU of Wilcox Memorial Hospital. Unfortunately, you have elected not to sign this agreement after numerous delays and reminders. Your patients will therefore need to be reassigned to physicians with privileges to practice on the LTCU of WMH.

I have spoken with physicians in your department and family representatives of your five patients on LTC and received input on their choice of physicians. Your patients will be reassigned as follows effective 5/1/04:

| Patient | Room | Physician |
| --- | --- | --- |
| [redacted] | 369 | Dr. Braun |
| | 353 | Dr. Sutherland |
| | 264 | Dr. McKnight |
| | 212 | Dr. Braun |
| | 221 | Dr. McKnight |

Should you have any questions regarding the reassignment of your LTCU patients, please feel free to contact me at 245-1538.

Sincerely,

Eric K.S. Yee, MD, CMD
Medical Director, WMH-LTCU

Cc: Arnulfo Diaz, MD
    Lee Evslin, MD
    Cathy Adams, RN
    Kathie Taylor, RN
    Michael Braun, MD
    Larry McKnight, MD
    Neal Sutherland, MD