

3420B Kuhio Highway • Lihue, HI 96766         (808) 245-1500 • wilcoxhealth.org

May 18, 2004

Dear Dr. Lockyer,

I received your letter dated April 22, 2004. You questioned why you were reprimanded. Again, the reason you were reprimanded by the QM Committee was that there had been a number of complaints by long term care staff that you were not responding to your patients' medical needs.

Sincerely,

Thomas B. Williamson