

**MARR HIPP
JONES & PEPPER**
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

April 11, 2003

*For Pick Up*

Arleen Jouxson-Myers, M.D., M.P.H.
Rafael G. del Castillo, Esq.
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

      Re:    James Lockyer, M.D. and Kauai Medical Clinic
             DPR Case No. 02-0178-A

Dear Ms. Jouxson-Myers and Mr. del Castillo:

      This letter is in response to your March 27, 2003 letter. Enclosed herewith is an updated version of the 300+ page report for the period of time of December 1, 1999 to March 31, 2003 (KMC # 02378 - 02727). We have also enclosed a CD rom with a PDF version of this report (KMC # 02728). Please note that the 300+ page report now contains a number in the far left column for each line item. Below are the responses to each of your questions on the document numbers listed in your letter.

    1)    KMC # 00378:    All payments received are reflected at line # 13726 on KMC # 02592.

    2)    KMC # 00385:    All payments received are reflected at line # 13744 on KMC # 02592.

    3)    KMC # 00413:    All payments received are reflected at line # 14783 on KMC # 02608.

    4)    KMC # 00416:    All payments received are reflected at line # 13797 on KMC # 02593.

50515.1/276.010

1001 Bishop Street • Suite 1550, Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: mkakos@marrhipp.com

Arleen Jouxson-Myers, M.D., M.P.H.
Rafael G. del Castillo, Esq.
April 11, 2003
Page 2

    5)    KMC # 00424:    All payments received are reflected at line # 13806 on KMC # 02593.

    6)    KMC # 00426:    All payments received are reflected at lines ## 13808 and 13809 on KMC # 02593.

    7)    KMC # 00437:    All payments received are reflected at line # 13819 on KMC # 02593.

    8)    KMC # 00443:    All payments received are reflected at line # 13830 on KMC # 02594.

    9)    KMC # 00444:    All payments received are reflected at lines # 13844 and 13845 on KMC # 02594.

    10)    KMC # 00445:    All payments received are reflected at line # 13861 on KMC # 02594.

    11)    KMC # 00449:    All payments received are reflected at line # 13849 on KMC # 02594.

    12)    KMC # 00458:    All payments received are reflected at lines # 13851, 13852 and 13853 on KMC # 02594.

    13)    KMC #00464:    All payments received are reflected at line # 13867 on KMC # 02594.

    14)    KMC # 00482:    All payments received are reflected at line # 13890 on KMC # 02595.

    15)    KMC # 00512:    All payments received are reflected at line # 13924 on KMC # 02595.

    16)    KMC # 00558:    All payments received are reflected at line # 14001 on KMC # 02596.

    17)    KMC # 00559:    All payments received are reflected at line # 14011 on KMC # 02596.

50515.1/276.010

Arleen Jouxson-Myers, M.D., M.P.H.
Rafael G. del Castillo, Esq.
April 11, 2003
Page 3

18) KMC # 00565:   All payments received are reflected at line # 14029 on KMC # 02597.

19) KMC # 00597:   All payments received are reflected at line # 14091 on KMC # 02598.

20) KMC # 00602:   All payments received are reflected at line # 14634 on KMC # 02606.

21) KMC # 00607:   All payments received are reflected at line # 15378 on KMC # 02618.

22) KMC # 00610:   All payments received are reflected at line # 14095 on KMC # 02598.

23) KMC # 00614:   All payments received are reflected at line # 14123 on KMC # 02598.

24) KMC # 00627:   All payments received are reflected at line # 14608 on KMC # 02606.

25) KMC # 00630:   All payments received are reflected at line # 14136 on KMC # 02598.

26) KMC # 00636:   All payments received are reflected at line # 14111 on KMC # 02598.

The best way to search the 300+ page report for payments received is to first look at the date above the "Line Detail" on the screen prints. That date represents the posting period. Search the posting period in Column A of the 300+ page report for the month and year that the payment was received. Next, look at the date just below the "Line Detail" on the screen prints. That date reflects the date of service. Search Column B of the 300+ page report, within the posting period, for that date of service (note -- the dates of service are not necessarily in chronological order). Next, search Column D of the 300+ page report, within the posting period and date of service, for the patient's name and you will locate the payments received. Please note that each payment amount on the 300+ page report may not be identical to each amount on the screen prints, however, when the payment amounts on either the 300+ page report or the screen prints are

50515.1/276.010

Arleen Jouxson-Myers, M.D., M.P.H.
Rafael G. del Castillo, Esq.
April 11, 2003
Page 4

added together, the amount totals will match. You can also search the CD version of the 300+ page report by patient name to find all of the payments.

Sincerely,

*Patrick H. Jones*

Patrick H. Jones
Malia E. Kakos

PHJ/MEK:ltt
Enclosures

50515.1/276.010

Arleen Jouxson-Myers, M.D., M.P.H.
Rafael G. del Castillo, Esq.
April 11, 2003
Page 5


bcc:   Dr. Lee Evslin w/o encs.
       Ms. Gail Lerch w/o encs.
       Mr. Ken Shimonishi w/o encs.
       Mr. Boyd Murayama w/o encs.

50515.1/276.010