# MARR HIPP
# JONES & PEPPER
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

January 29, 2003

*Via Facsimile (422-8772) and U.S. Mail*

Rafael G. del Castillo, Esq.
Jouxson-Meyers & del Castillo
A Limited Liability Law Company
302 California Avenue
Suite 209
Wahiawa, Hawaii  96786

> Re:     James Lockyer, M.D. and Kauai Medical Clinic

Dear Mr. del Castillo:

This letter is in response to your January 24, 2003 letter requesting documents.  It is our understanding that you are seeking two documents that reflect the following information:

1)     A report reflecting the amounts credited to Dr. James Lockyer for seeing Quest patients; and

2)     A report reflecting the total amounts credited to Dr. Lockyer for HMO patients, Quest Patients and fee-for-service patients.

In response to request number one, the report attached as exhibit 4 to our December 10, 2002 letter to you (the "HMO/Quest Report") contains the equivalent fee-for-service amounts for both HMO and Quest patients that were credited to Dr. Lockyer.[1]  This report can be read in conjunction with the 300+ page report, attached as exhibit 3 to our December 10, 2002 letter, by comparing the posting period columns and the cpt code columns.

For example, at the bottom of page 10 of the 300+ page report in the posting period of 2000-01, on January 6, 2000, patient number 54734 was a Kapiolani Quest Capitated

---

[1]     As you know, physicians are credited 61% (or 58% since July 1, 2002) of the equivalent fee-for-service amount for HMO and Quest patients towards the salary formula.  Again, if a co-payment was collected from an HMO patient, physicians are credited 100% of the co-payment amount.

49239.1/276.010

1001 Bishop Street • Suite 1550, Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: mkakos@marrhipp.com

Rafael G. del Castillo, Esq.
January 29, 2003
Page 2

patient who received two services from Dr. Lockyer, one service with the cpt code of 90782 and the second service with the cpt code of Q9928. Since this was a Quest patient, no charges are reflected on the 300+ page report. The equivalent fee-for-service charges for both of those services are instead reflected in the HMO/Quest Report. Page 1 of the HMO/Quest Report under the posting period of 2000-01 reflects that Dr. Lockyer was credited for performing the cpt code 90782 service and for the cpt code Q9928 service.

In response to your second request, it is unclear what is meant by "[t]his report is also 10 pages, and appears to have been printed from the same spreadsheet, as all pages bear the legend, 'H:\KENS\DATA\WK\STATS\DRGP0112.W.'" We are uncertain as to what report you are referring. Could you please send or fax to us a copy of this report so that we may better understand your request.

In response to your request, however, attached hereto as exhibit 1 are three spreadsheets covering the period of time from December 1999 to April 2002. The first row of each spreadsheet entitled "HMO Charges" reflects the fee-for-service equivalent amount for the HMO and Quest patients seen by Dr. Lockyer for each month of each fiscal year. The second row of each spreadsheet entitled "FFS Payments" reflects the payments received by Kauai Medical Clinic for the services performed by Dr. Lockyer for fee-for-service type patients for each month of that fiscal year. The third row of each spreadsheet entitled "Receipts (FFS Payments + 61% HMO Charges)" reflects the Actual Receipts credited to Dr. Lockyer for all patients seen by him.

Please provide a copy of the "H:\KENS\DATA\WK\STATS\DRGP0112.W" report you referenced in your January 24, 2003 letter to us by February 5, 2003. If you have any questions, please do not hesitate to email or fax us at the contact information listed on the first page of this letter.

Sincerely,

Patrick H. Jones
Malia E. Kakos

PHJ/MEK:ltt
Enclosures

49239.1/276.010

Rafael G. del Castillo, Esq.
January 29, 2003
Page 3


bcc:    Dr. Lee Evslin (w/o encls.)
        Ms. Gail Lerch (w/o encls.)
        Mr. Ken Shimonishi (w/o encls.)

49239.1/276.010