

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

*Labor and Employment Law*

**FILE COPY**

December 12, 2003

**For Pick Up**

Rafael G. del Castillo, Esq.
Jouxson-Meyers & del Castillo
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

      Re:    **James Lockyer, M.D. and Kauai Medical Clinic**

Dear Mr. del Castillo:

      As requested in Ms. Jouxson Meyers' letter dated August 27, 2003, Kauai Medical Clinic ("KMC") is providing the enclosed copy of Report #3, the appointment book covering the period from 6/28/02 to 9/30/03, numbered KMC 08093 through KMC 08494.

      This letter will also confirm that you reviewed and scanned the following KMC documents, produced in response to Ms. Jouxson Meyers' letter dated August 27, 2003, at our office on Friday, November 14, 2003:

      Report #4, Charge/Reimbursement Screen Prints
      KMC02891 through KMC07540

      Report #5, HMO/Quest Charge Spreadsheet Report
      KMC07541 through KMC07637

      Report #6, Charge Reimbursement Spreadsheet Report
      KMC07640 through KMC08083

      Report #7, Salary Calculation Report
      KMC08084 through KMC08092

1001 Bishop Street • Suite 1550, Pauahi Tower • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: mkakos@marrhipp.com

Rafael G. del Castillo, Esq.
December 12, 2003
Page 2

       Report #8, Financial Report
       KMC07638 through KMC07639

Sincerely,

*Malia E. Kakos*

Malia E. Kakos

MEK:ltt
Enclosure
54947.1/276.010

Rafael G. del Castillo, Esq.
December 12, 2003
Page 3

bcc:  Dr. Lee Evslin w/o enc.
　　　Ms. Gail Lerch w/o enc.