

**Dispute Prevention and Resolution**

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

Telephone
808 . 523 . 1234

Facsimile
808 . 537 . 1377

President / CEO
Keith Hunter

Managers
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

January 18, 2005

***U.S. MAIL***

Patrick Jones, Esq.
Marr Hipp Jones & Wang
1550 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

RE:  02-0178-A:  Arbitration of:
James Lockyer, M.D.  -  and  -  Kauai Medical Clinic

*FINAL INVOICE*

*For Arbitration Services Rendered by Louis Chang, Esq.*

| | |
|---|---|
| Hours: | 10.85 |
| Rate: | $250.00/hr |
| Subtotal Hours: | $2,712.50 |
| GET: | $113.00 |
| SUBTOTAL: | $2,825.50 |
| Expenses (Conference Call): | $24.39 |
| TOTAL DUE: | $2,849.89 |

*$2,849.89/2 Parties = $1,424.95 Due Per Party*

| | |
|---|---|
| Initial Per Party Deposit: | $4,700.00 |
| Amount Due Per Party: | - $1,424.95 |
| **REFUND:** | $3,275.05 |

A refund check is enclosed.

Thank you and should you have any questions or concerns, please feel free to call Evelyn Johnson.

Emails
keithhunter@dpr4adr.com          patrickjm@dpr4adr.com          evelynjohnson@dpr4adr.com
jimhoenig@dpr4adr.com            kellybryant@dpr4adr.com         kathybryant@dpr4adr.com

**7840**

DISPUTE PREVENTION & RESOLUTION, INC.
CLIENT'S ACCOUNT

VENDOR ID: KMC          CHECK NO.:   7840          DATE: 01/20/05
PAYEE:    Kauai Medical Clinic        MEMO:  02-0178-A/refund

ACCOUNT:      AMOUNT:              ACCOUNT:        AMOUNT:
2120          3,275.05

CHECK TOTAL:    *****$3,275.05

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**7840**

DISPUTE PREVENTION & RESOLUTION, INC.
1001 BISHOP STREET
PAUAHI TOWER, SUITE 1155
HONOLULU, HAWAII 96813
PHONE: (808) 523-1234  FAX: (808) 537-1377

Bank of Hawaii  Main Branch
Honolulu, Hawaii

59-102/1213        CHECK NO. 7840

PAY:   THREE THOUSAND TWO HUNDRED SEVENTY-FIVE AND 5/100 DOLLARS

DATE              AMOUNT
01/20/05          *****$3,275.05

TO THE    Kauai Medical Clinic
ORDER     3-3420 Kuhio Hwy., Suite B
OF:       Lihue, Hawaii 96766

DISPUTE PREVENTION & RESOLUTION, INC.
CLIENT'S ACCOUNT

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007840⑈ ⑆121301028⑆ 0001⑈063758⑈