July 16, 2002

Dear Dr. Evslin:

Thank you for your letter dated July 15, 2002, and for the invitation to meet with you and Dr. Johnston. I am not declining to meet with you and Dr. Johnston, but I ask you to remove the impediments to my agreement and attendance. First, as I understand the purpose for the meeting, it is to negotiate the conditions for my continuing employment with KMC, and that you have in mind 3 conditions you wish to discuss. I am not prepared to negotiate without having access to my attorneys, as it appears that you have in mind amending my employment agreement, and that may involve modifications in the parties' obligations on which I should ask their advice. I am open to your suggestions about how we may accommodate my need to have access to my attorneys' advice during the proposed negotiation.

Second, I am prevented from negotiating any additional conditions to my employment by KMC's failure to provide me with the documentation I require in order to verify whether KMC has paid me all of the compensation due under my employment agreement, and is not in default. Unless I am able to verify that KMC is not in default of its obligations under my employment agreement, I may be charged with waiver of any such default if I agree to the negotiation. I am sure you agree that the circumstances place me in an untenable position, and only KMC has the power to resolve the problem by providing the documentation requested. I feel certain that you will also agree that I am always entitled to know whether I have received all of the compensation KMC promised to pay me under my employment agreement, and that I am not required to accept your simple assurances that it is so. Therefore, I would appreciate your scheduling the negotiation at a mutually convenient time after KMC has fulfilled my document request.

Sincerely,

James R. Lockyer, MD