2-26-04

Memo to File – CONFIDENTIAL

Re: Dr. James Lockyer

Dr. Jackson and I met with Dr. Lockyer today. We told him about the recent Quality Management Committee meeting, 2-20-04, and their recommendations regarding the number of complaints that have been made about him. These complaints and recommendations were outlined in the letter we gave Dr. Lockyer today. He accepted the letter but refused to sign it.

We told him that the Committee was concerned about the increasing number of complaints regarding quality of care issues. In particular, the Committee was worried about the lack of response to pages and phone calls about his nursing home patients and not filling prescriptions in a timely manner. On one day this month, he had three patient complaints. It was noted that he had been counseled about this before and it has gotten worse over the last several months. He has, by far, the most complaints of anyone in his department. The Committee took these problems seriously and the letter stated he must remedy the points made or risk disciplinary action.

We also discussed the fact that recently it was brought to my attention that his children were sleeping in his clinic office and left alone at times when he is on call. Because of issues with safety, confidentiality, security and liability, I told him this had to stop immediately. Dr. Jackson also discussed a recent incident he had heard in which Dr. Lockyer was talking loudly about a patient's medical problems and another patient overheard the conversation. We reminded him to be careful about patient confidentiality.

We talked about ways that he could change these problems. We noted that he had wanted a part-time nurse, to decrease his costs, and that he really needed a full-time one, even if he only worked half a day. This would help get prescriptions done and he agreed to this. We talked about day care options for his kids, as this is an issue for him and the reason he only works half a day. He said he can't afford to pay for day care or a nighttime sitter. He asked about day care options through KMC and I told him there were none.

Throughout the conversation, Dr. Lockyer never seemed to take any kind of responsibility for the problems we addressed. He always said it was not true or it was not his fault. He was pleasant, but not sorry for the problems surrounding him.

Submitted,


Thomas B. Williamson