**\*\*\* PERSONAL AND CONFIDENTIAL \*\*\* REVIEW BY PHYSICIAN ONLY \*\*\***

## Dr. LOCKYER, J.

| PHYSICIAN # | | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3816 | | | | | | | | | | | | | | |

### TOTAL CHARGES

| | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999-2000 | 314,581 | 401,900 | 126,263 | 231,070 | 285,525 | 231,755 | 231,309 | 322,340 | 222,448 | 322,957 | 273,814 | 116,816 | 3,097,416 |
| 2000-2001 | | | | | | | | | | | | | |
| Rolling 12 Months | 204,296 | 245,196 | 271,459 | 294,626 | 317,696 | 304,054 | 301,702 | 320,257 | 323,857 | 324,367 | 320,178 | 306,536 | |

### RVU'S

| | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999-2000 | 2133 | 2815 | 222 | 1680 | 86 | 1212 | 1707 | 2170 | 1991 | 1763 | 1705 | 1370 | |
| 2000-2001 | | | | | | | | | | | | | |
| Rolling 12 Months | 1,485 | 1,800 | 2,022 | 2,189 | 2,355 | 2,390 | 2,349 | 2,416 | 2,392 | 2,383 | 2,297 | 2,182 | |
| MGMA TARGET | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | 3,814 | |
| Over/(Under) Target | (2,329) | (2,014) | (1,792) | (1,625) | (1,459) | (1,424) | (1,465) | (1,398) | (1,422) | (1,431) | (1,517) | (1,632) | |

### TOTAL RECEIPTS

| | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999-2000 | 157,919 | 173,197 | 122,162 | 152,242 | 141,894 | 111,407 | 132,261 | 127,777 | 141,540 | 147,907 | 139,087 | 142,771 | 1,618,853 |
| 2000-2001 | | | | | | | | | | | | | |
| Rolling 12 Months | 102,518 | 119,837 | 141,999 | 157,243 | 172,137 | 181,967 | 188,151 | 188,168 | 186,551 | 189,908 | 190,886 | 187,853 | |
| | 50.18% | 48.87% | 52.31% | 53.37% | 54.18% | 59.85% | 62.36% | 58.76% | 57.60% | 58.55% | 59.62% | 61.28% | |
| Met RVU Target? | No | No | No | No | No | No | No | No | No | No | No | No | |
| Receipts >=$350K? | No | No | No | No | No | No | No | No | No | No | No | No | |