## Wilcox Health System

☐ Hospital     ☐ Health Services     ☐ Kauai Medical Clinic

### ASSOCIATE CHANGE OF STATUS FORM

Associate Name: __Lockyer, J.__   Dept.: __IM__   Position: __Physician__   Date: __1/7/02__

**COMPLETE AND SUBMIT TO HUMAN RESOURCES AT LEAST ONE (1) WEEK PRIOR TO CHANGE**

Effective Date: __12/23/01__

Change Status From: _____   To: _____   Reason: __Salary roll 12/01__

New Work Dept.: _____   Dept. No.: _____   New Position: _____

New Shift: _____   New Rate: __$115,000/yr.__

Reason for Transfer: _____   old Salary: $120,000/yr.

---

Type of Termination (check one):

☐ Voluntary (Quit, resigned, 3 days no show)   ☐ Laid Off (Lack of Work)   ☐ Illness (Disability)
☐ End of Temporary Employment                 ☐ Discharge for Cause       ☐ Other: _____

Last Day Worked: __/__/__   Reason: _____

Was proper written notice submitted?   ☐ Yes   Is Associate recommended for re-employment?   ☐ Yes
(See policy or labor agreement requirements)   ☐ No                                               ☐ No
Required of all resignations and quits.   Explain: _____

**Terminating Associate Complete the Following:**

Forwarding Address: _____              Have my Final Paycheck:   ☐ Mailed
_____                                                              ☐ Sent to Dept.

*Checks not picked up by the next pay date will be returned to payroll for mailing.*

*Address changes are needed for W-2 distribution in January.*

HAND DELIVER THIS COMPLETED DOCUMENT, TOGETHER WITH HEALTH SYSTEM ITEMS LISTED BELOW AND COMPLETED TIMECARD DIRECTLY TO HUMAN RESOURCES IMMEDIATELY AFTER THE ASSOCIATE'S LAST DAY OF WORK.

*Supervisor: You are responsible for retrieving Health System property on the associate's last day of work. You are also responsible for submitting any documents that belong in the associate's terminated file. Please initial item(s) below and note "N/A" when not applicable.*

____ Name Badge                                    ____ Uniforms
____ Keys (for doors, locker, cabinets, etc.)     ____ Associate Forms
____ Hospital Equipment                            ____ Other:

---

SUPERVISOR'S COMMENTS: _____

Date: __/__/__   Associate's Signature: _____

**An Associate's signature does not constitute an admission or concurrence; it only verifies that this form has been discussed and that the associate is aware of its content.

1.7.02

(Two approvals are required)

_____   _____   _____   _____
Immediate Supervisor   Department Director    Administrative Staff   Human Resources

**Incomplete forms will not be accepted as proper documentation for file purposes.**

G:\HR\MASTERS\Change of Status - 1st sheet (3-2001).doc