Kaua'i Medical Clinic



5/15/01 cc: Evslin
Pixler
hand delivered to Lock

3-3420 Kuhio Highway, Suite B
Lihue, Kauai
Hawaii 96766-1098
(808) 245-1500
Fax (808) 246-1625

**CONFIDENTIAL**

May 15, 2001

James Lockyer, M.D.
c/o Kauai Medical Clinic
3-3420 Kuhio Highway, Suite B
Lihue, Hawaii 96766-1098

Dear Dr. Lockyer:

It has come to my attention that there are a large number of charts in your office. This is creating a problem for access to these records by Medical Records and other physicians in the Clinic. I also have reviewed some of these records, and have found that many of them have incomplete or missing chart notes. Some of these notes date back as long as six weeks.

I feel that this poor charting constitutes poor documentation, creates a liability risk, does not allow for proper communication with other physicians, and is a violation of policy as stated in our Physicians' Handbook. I expect this situation will be rectified by the end of this week.

Jim, I apologize for the tough nature of this letter, but not charting in a very timely fashion is a very dangerous practice. It also could have the consequence of suspension or termination for you. Thank you for your prompt attention to this matter.

Sincerely,

Mary G. Pixler, M.D.
Chairperson, Department of Internal Medicine

ANESTHESIOLOGY • CARDIOLOGY • CRITICAL CARE • DERMATOLOGY • ... • FAMILY PRACTICE • GASTROENTEROLOGY • ...
OBSTETRICS/GYNECOLOGY • ONCOLOGY • HEMATOLOGY • OPHTHALMOLOGY • ORTHOPEDICS • OTOLARYNGOLOGY • ...

LOCATIONS:   CENTRAL CLINIC   •   LIHUE (Main Clinic)   •   KAPAA CLINIC   •   KOLOA CLINIC
KUKUI GROVE (Eye Care Ctr./Optical Shop/Dermatology/Podiatry)   •   NORTH SHORE CLINIC   •   ELEELE CLINIC