### MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Tuesday, May 28, 2002 at 12:15 P.M.

**Those Present:** Dr. Evslin, Dr. Netzer, Dr. McDonald, Dr. Murray, Gail Lerch, Dr. Jackson, Dr. Pixler, Dr. Pierce, Dr. Williamson, Dr. Nickmeyer, Dr. Thomas, Dr. Ratliff, Dr. Bailey and Ken Shimonishi

**Those Absent:** Dr. Rapaport, Dr. Zina, and Dr. McKnight

The meeting was called to order at 12:30 pm by Dr. Lee Evslin, CEO.

The minutes of the April 26th meeting were approved; the Financial Report was delivered by Ken Shimonishi and the monthly Salary Roll was reviewed and approved.

### NEW BUSINESS

Approval was given to a stipend for the supervising physician for PA supervision with details to be worked out with Gail Lerch.

Second item of business was week-end Hospitalist stipend and it also was approved at the level of $145,00 out of residency, $150,000 with job experience as a Hospitalist and $155,000 as critical care job experience.

Following this, there was a prolonged discussion about procedure for decision making in the future. First concept under discussion was the voting on issues, particularly quality issues in the Executive Committee. Recommendation was that there no longer be votes for termination, suspension, etc., but instead that the Executive Committee be used as a forum for giving opinions on various issues. The final decision on an issue like termination or suspension would be made by the chairman of the department, CEO of the clinic and the VP for Human Resources of the Hawaii Pacific Health System and legal counsel if necessary. It was further agreed that we would no longer take minutes in these meetings and that the attempt of this whole issue is to make our organization more business-like, to spend less time on these quality issues in terms of having to formulate a vote, and to be able to spend more time on items of interest to the entire clinic such as new programs and other issues that are vital to our future success. There was a fair amount of discussion around this issue. The majority of the discussion was quite positive in terms of attempting to focus our energies on areas where the Executive Committee could better help the company run. It was reemphasized, at the time of approval of this recommendation, that this is not an attempt to decrease the input from the Executive Committee but merely to decrease the numbers of items needing to be carried all the way to a vote. It was also recognized that the appeal processes, which are currently present, would remain in effect and they would be by voting, particularly appeal on salary issues and appeal on suspensions or terminations. The recommendation was accepted by the entire Executive Committee with no dissenting voices.

Minutes of a Joint Meeting of the Executive and Salary & Finance Committee
May 28, 2002
Page 2

Second discussion had to do with Salary and Finance Committee. The recommendation is that we adopt a style similar to Straub's which is that the salary formula roll is checked monthly by the CEO of the clinic, head of accounting and the head of Human Resources of HPH. The occasional deviation from the salary formula, which is generally to hold a salary floor for business reasons for some specialty, be decisions that are made by the chairman of a department, the CEO of the clinic and the VP of Human Resources for Hawaii Pacific Health. It was specifically recommended that the Salary Committee no longer meet monthly and that instead there be a biannual review of the reconciliation performed by the Executive Committee and other functions will be performed as described above. This recommendation also was discussed at length. The majority of those in the discussion were in favor of the idea following the guidelines, which had been agreed to in the prior motion. The question was then asked to the panel if there was anybody in opposition to this new plan for the Salary & Finance Committee. There was a single vote in opposition. It was accepted as our new policy.

The third concept, which was brought up, was how chairpersons are picked for the Executive Committee. It was discussed that the chairpersons from the hospital side are picked by the Chief Medical Officer at the hospital and that perhaps we should adopt such a policy. The strong feeling of the room was that that would not be a good idea. There was agreement that we would table this idea for now and perhaps discuss it over the coming year but there would be no action at this time; chairmanships would continue to be picked by members of the department. We also discussed the concept of having an inner-Executive Committee for more streamlined decision-making, which might be composed of the Chairman of Specialty Care, Chairman of Surgery, a representative from Primary Care and a representative from the Hospitalists. This idea also was not favored by most of the members of the Executive Committee and it was dropped as a concept for discussion.

The meeting closed with a final discussion of the fact that the intent of all of this is not to limit input by the physicians on a variety of issues nor to decrease the ability of the physicians to play a significant role in the future of our Clinic. The entire attempt of this is to streamline our manner of conducting business and to be able to run the Kauai Medical Clinic in as effective a manner as possible.

The meeting was adjourned at 1:50 P.M.

Respectfully submitted,

Lee A. Evslin, M.D.; CEO

*Signed by
Dr Evslin
Dr Netzer

hold for return by
Dr Bailey*

H. Roger Netzer, M.D.
Co-Chairman, Salary & Finance
Advisory Committee

Joseph C. Bailey, M.D.
Co-Chairman, Salary & Finance
Advisory Committee