STARN•O'TOOLE•MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY        5083-0
STEPHANIE THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State–Qui Tam)<br><br>**DEFENDANT LEE A. EVSLIN, M.D.'S SUBSTANTIVE JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT, FILED ON DECEMBER 22, 2006; CERTIFICATE OF SERVICE**<br><br>**DATE:** _____<br>**TIME:** _____<br>**JUDGE: Honorable Alan C. Kay**<br><br>TRIAL DATE: March 20, 2007 |

**DEFENDANT LEE A. EVSLIN, M.D.'S SUBSTANTIVE JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT FILIED ON DECEMBER 22, 2006**

Defendant Lee A. Evslin, M.D., by and through his counsel Starn O'Toole Marcus & Fisher, and pursuant to Local Rule 7.9, hereby substantively joins in, adopts, and incorporates by reference the arguments, authorities, factual assertions, declarations and exhibits of Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System's Motion for Summary Judgment, filed in this case on December 22, 2006. ("HPH Motion").

For the reasons set forth in the HPH Motion and in Defendant Evslin's Motion for Summary Judgment ("Evslin Motion"),[1] Defendant Evslin respectfully requests that summary judgment be granted in favor of **all Defendants** as to **all counts** of Plaintiffs' Complaint as no genuine issues of material fact exist that Defendants (1) knowingly presented, caused to be presented, and conspired to present false claims to the government (First Claim); and (2) wrongfully discharged or retaliated against Plaintiff Lockyer for his alleged protected acts under either the common law or federal and

---

[1] Defendant Evslin has concurrently filed his own motion for summary judgment relating to Plaintiff Lockyer's Second, Third and Fourth Claims of his Complaint.

state whistleblower protection statutes (Second and Third Claims). Therefore, as a matter of law, Defendants are entitled to summary judgment. Likewise, Plaintiffs' Fourth Claim for Relief for punitive damages, as an independent cause of action and unsupported by an underlying claim, also fails as a matter of law and should be summarily dismissed.

Based on the foregoing, and the arguments, authorities, factual assertions and exhibits contained in both the HPH Motion and Evslin Motion, Defendant Evslin asks this Honorable Court to grant the Motions for Summary Judgment.

DATED:    Honolulu, Hawaii, December 27, 2006.

　　　　　　　　　　　　　　　　  /s/  Stephanie Thompson
　　　　　　　　　　　　　　　　SHARON V. LOVEJOY
　　　　　　　　　　　　　　　　STEPHANIE E.W. THOMPSON
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　LEE A. EVSLIN, M.D.