STARN●O'TOOLE●MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State–Qui Tam)<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: Lee A. Evslin, M.D.'s Substantive Joinder in Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, And Wilcox Health System's Motion For Summary Judgment, Filed December 22, 2006) |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of Defendant Lee A. Evslin, M.D.'S Substantive Joinder in Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System's Motion for Summary Judgment, filed December 22, 2006 was duly served on the following at their last known addresses and in the manner indicated below:

**Served electronically through CM/ECF:**

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

HARRY R. SILVER
hsilver@pattonboggs.com

**Served by First Class Mail:**

ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Attorney for Plaintiff James Lockyer,
M.D., and State of Hawaii

CLARISSA Y. MAINAO, ESQ.
JOHN-ANDERSON L. MEYER, ES1.
Robbins & Assoc.
Davies Pacific Center
841 Bishoop St. Ste. 2200\
Honolulu, HI 96813

Attorneys for Defendants HAWAII
PACIFIC HEALTH; KAUAI MEDICAL
CLINIC; WILCOX MEMORIAL
HOSPITAL; WILCOX HEALTH
SYSTEM

EDWIN D. RAUZI, ESQ.
Davis Wright Tremaine LLP
1501 4th Ave. Suite 2600
Seattle, WA 98101

Attorneys for Defendants HAWAII
PACIFIC HEALTH; KAUAI MEDICAL
CLINIC; WILCOX MEMORIAL
HOSPITAL; WILCOX HEALTH
SYSTEM

DATED:   Honolulu, Hawaii, December 27, 2006.

     /s/ Stephanie Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.