IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>　　　　Defendants.<br>_____ | Civ. No. 04-00596 ACK-LEK |

**ORDER REGARDING EX PARTE MOTION TO SEAL DOCUMENTS**

On December 22, 2006, Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System filed an Ex Parte Motion to File Exhibits "1" - "21" of their Motion for Summary Judgment Under Seal ("Motion to Seal"). The Motion to Seal seeks to seal all 21 exhibits to the motion for summary judgment based on the declaration of Defendants' counsel, Kenneth S. Robbins. In his declaration, Defendants' counsel states that Exhibits "1" - "21" contain confidential and private information regarding patients and their medical records.

1

The Motion to Seal does not appear to meet (or even recognize) the standards set forth by the Ninth Circuit Court of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006) ("documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy"; a "good cause" showing is not sufficient); see also Madsen v. Fortis Benefits Ins. Co., No. CV 04-1959-PHX-JAT, 2006 WL 1981785 (D. Ariz. July 13, 2006). Accordingly, leave to file an amended Motion to Seal is granted. Defendants ought to identify the specific exhibits, if any, for which "compelling reasons" exist to keep under seal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 27, 2006.



_____
Alan C. Kay
Sr. United States District Judge