JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

HARRY YEE                3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex ) | CIVIL NO. CV 04-00596 ACK LEK |
| rel. JAMES LOCKYER, M.D. AND ) | (Federal and State - Qui Tam) |

| | |
|---|---|
| JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH;<br>KAUAI MEDICAL CLINIC;<br>WILCOX MEMORIAL HOSPITAL;<br>WILCOX HEALTH SYSTEM; AND<br>WILLIAM A. EVSLIN, M.D. AKA<br>LEE A. EVSLIN, M.D.<br>　　　　　Defendants.<br>_____ | ) PLAINTIFFS' MOTION TO AMEND<br>) AMENDED RULE 16<br>) SCHEDULING ORDER;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) RAFAEL DEL CASTILLO;<br>) EXHIBITS 1-11; CERTIFICATE OF<br>) SERVICE<br>)<br>) Date: _____<br>) Time: _____<br>) Judge: Hon. Leslie E. Kobayashi<br>)<br>) Trial Date:　March 20, 2007<br>) Judge:　　　Honorable Alan C. Kay |

PLAINTIFFS' MOTION TO AMEND
AMENDED RULE 16 SCHEDULING ORDER

COME NOW Plaintiffs the UNITED STATES OF AMERICA and JAMES LOCKYER, M.D., by and through their respective counsel, and move this Court for an order amending the Amended Scheduling Order which was amended September 25, 2006 and again on November 28, 2006, to continue the deadline for Plaintiffs to file their expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) from January 2, 2007 until February 5, 2007. As Defendants have previously advised the Court by letter and in the HPH Defendants Motion to Amend Amended Rule 16 Scheduling Order, the parties conferred about providing additional time for Plaintiffs' expert disclosures. Defendants were not opposed and conceded that the continuance Plaintiffs seek is not lengthy, and good cause exists for a continuance because Plaintiffs cannot possibly meet the present

2

deadline.

This Motion is submitted in accordance with this Court's Order Re: Dispositive Motions Deadline, filed December 20, 2006, and pursuant to Federal Rule of Civil Procedure 16(b). This Motion is based upon the Memorandum in Support of Motion, the Declaration of Rafael del Castillo, Exhibits 1-11, and the records and files herein.

DATED: Honolulu, Hawaii, December 27, 2006.

          // Rafael del Castillo

JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.