## Arleen Jouxson-Meyers

**From:** Ken Robbins [krobbins@robbinsandassociates.net]
**Sent:** Friday, February 24, 2006 4:07 PM
**To:** kimj054@hawii.rr.com; harry.yee@usdoj.gov
**Cc:** Bob Ching; Barry Marr; Rauzi, Edwin; bosman@prodigy.net; rdelcastillo@physicianslawfirm.com; Leighton Hara
**Subject:** FW: USA/Lockyer v. HPH, et al

Janice and Harry,

First, and most important, thanks, Harry, for locating my umbrella and leaving it with your receptionist. I have left that poor thing at so many places and like a wayward cat she always manages to return home.

More seriously, the HPH contingent appreciated your presentation yesterday in both its tone and content. We look forward to our continued discussions with you in the hope that they will be productive.

I will attempt to confirm our various agreements. The materials we requested yesterday, as confirmed below, will facilitate and expedite our response to what you set forth yesterday. Please let me know if what follows does not comport to your recollection.

   Power Point Presentation: Janice will send me a copy of the power point presentation. That would certainly give us a more accurate version of what you presented yesterday than our attempting to pool our notes and recollections.

   Copies of Day Sheets: You will share a copy of all pertinent day sheets, an example of which is included as Exhibit 3 in the packets you kindly shared with us.

   Other Documents Pertinent to the Approximately 650 claims You Have Identified: Janice, whatever else you have with respect to these claims that will assist us in evaluating what you have presented and our response thereto, we would appreciate very much.

   Records of the 359 Claims Verified/Certified by the US Attorneys Office: Harry, we're frankly not certain of what you meant yesterday when you referred to the "verified/certified claims". We should have asked you to clarify that. Could you explain what you meant and transmit to us pertinent documents for those claims? If those documents duplicate whatever else you/Janice will send to us, please let us know with some specificity where those documents are so as not to create any duplication of effort. If it's simpler for you to make available to us 2 sets of documents for Janice's 650 claims and your 359 verified/certified claims, we would be happy to receive 2 sets of documents.

   The Rule 16 Scheduling Conference on 3/13/06, at 9:00 am: I believe Mag. Judge Leslie Kobayashi would be amenable to continuing the conference, if we approached her jointly, advising her of our discussions. In that connection, I would be happy to draft a proposed letter or stipulation for your review and approval.

   Not knowing how long it will take for you to assemble the documents we have requested and not wishing to hurry you in that process or hurry us in reviewing and evaluating them, I propose that we schedule our next meeting for approximately 30 days from our receipt of them.

   It was good to see you yesterday. My colleagues and client join me in thanking you for facilitating yesterday's meeting.

Ken

*************************************************************************

2/26/2006

*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*