From: hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
Sent: Monday, March 06, 2006 11:45 AM
To: hawaii_cmecf@hid.uscourts.gov
Subject: Activity in Case 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al "Set Hearings"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from wnn, entered on 3/6/2006 at 11:44 AM HST and filed on 3/6/2006
**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** 22

**Docket Text:**
EO: Rule 16 Scheduling Conference for 3/13/2006 at 09:00AM is continued to 5/15/2006 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn )

The following document(s) are associated with this transaction:


**1:04-cv-596 Notice will be electronically mailed to:**

Rafael G. del Castillo     rdelCastillo@physicianslawfirm.com

**1:04-cv-596 Notice will be delivered by other means to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Janice P. Kim
Kaimuki Business Plaza
3615 Harding Ave Ste 206
Honolulu, HI 96816-3760

# EXHIBIT 2