-----Original Message-----
**From:** Yee, Harry (USAHI) [mailto:Harry.Yee@usdoj.gov]
**Sent:** Saturday, March 25, 2006 11:11 AM
**To:** Rauzi, Edwin; Ken Robbins; Barry Marr; Patrick Jones
**Subject:** KMC/HPH case-Update

Ken, Ed, and Barry,

Since it has been 30 days, I thought I check to see if you had an update on your efforts or your response to our intial meeting.  Otherwise, I will request that my staff and HHS proceed with the pending interviews and data collection and analysis as to the qui tam claims and other matters.  I look forward to prompt response.

HARRY YEE
AUSA
Civil Chief
USAO
District of Hawaii

# EXHIBIT 3