**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Tuesday, May 09, 2006 10:42 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al "Set Hearings"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from wnn, entered on 5/9/2006 at 10:41 AM HST and filed on 5/9/2006
**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** 25

**Docket Text:**
EO: Rule 16 Scheduling Conference set for 5/15/2006 at 09:00AM is continued to 6/14/2006 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, )

The following document(s) are associated with this transaction:

**1:04-cv-596 Notice will be electronically mailed to:**

Janice P. Kim     kimj054@hawaii.rr.com

Rafael G. del Castillo     rdelCastillo@physicianslawfirm.com

**1:04-cv-596 Notice will be delivered by other means to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

# EXHIBIT 4