**ROBBINS & ASSOCIATES**
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

John-Anderson L. Meyer, Law Clerk
Rose M.P. Carter, Paralegal
Sandra H. Hishinuma, Legal Assistant

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

June 6, 2006

VIA E-MAIL

Harry Yee, Esq.
Assistant U.S. Attorney
U.S. Department of Justice
United States Attorney
District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Re: USA/Lockyer v. Hawaii Pacific Health, et al.
    Civil No. 04-00596 ACK LEK

Dear Harry:

Thank you for your kokua in agreeing to a 14-day extension of time within which to file our Answer to Complaint in this case, which extends our filing deadline to June 20th. As I discussed with you, we have prepared our Answer to Complaint, but I need to obtain approval of our Answer at various levels of authority before I can file it. I have not yet begun that process.

We are filing our Scheduling Conference Statement tomorrow and will transmit a letter to you shortly to satisfy the spirit of the "meet" requirement of the federal rules prior to our scheduling conference with Magistrate Judge Kobayashi.

Again, thanks.

Very truly yours,

Kenneth S. Robbins

KSR\06-0296
cc: Janice P. Kim, Esq. (via e-mail)
    Arleen D. Jouxson-Meyers, Esq. (via e-mail)
    Rafael G. del Castillo, Esq. (via e-mail)

**EXHIBIT 5**