## Minute Entries
### 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from wnn, entered on 9/25/2006 at 1:26 PM HST and filed on 9/25/2006
**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** 47

**Docket Text:**
EP: Status Conference Re: Trial Date and Deadlines held on 9/25/2006. Motions are now due 12/18/2006. Settlement Conference set for 10/5/2006 at 02:00 PM is continued to 1/19/2007 at 02:00 PM before JUDGE LESLIE E KOBAYASHI. (Court Reporter Courtroom 7-No Record) (Judge LESLIE E KOBAYASHI )(wnn, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/25/2006] [FileNumber=156449-0]
[b3673b650cf83e5bc9e5a3d5de806b3ba4fbd2364efce7799d5b3eaa69266624de48
f99e748f5154cd61454b646c299d385c3235536bc84c7fa5ce48f915da9e]]

**1:04-cv-596 Notice will be electronically mailed to:**

Leighton M. Hara    lhara@robbinsandassociates.net, agor@robbinsandassociates.net; rcarter@robbinsandassociates.net; shishinuma@robbinsandassociates.net

Patrick H. Jones    pjones@marrhipp.com, bchang@marrhipp.com; MHJW_Efiling@marrhipp.com

Janice P. Kim    kimj054@hawaii.rr.com, myraf@hawaii.rr.com; gailh@hawaii.rr.com; colleens@hawaii.rr.com

Kenneth S. Robbins    krobbins@robbinsandassociates.net, shishinuma@robbinsandassociates.net; rcarter@robbinsandassociates.net; agor@robbinsandassociates.net; ameyer@robbinsandassociates.net

Wendy M. Yamamoto    wyamamoto@robbinsandassociates.net, agor@robbinsandassociates.net; rcarter@robbinsandassociates.net; shishinuma@robbinsandassociates.net

**EXHIBIT 7**

Harry Yee    harry.yee@usdoj.gov, jan.yoneda@usdoj.gov; ann.yuuki@usdoj.gov

Rafael G. del Castillo    rafa@hawaii.rr.com

**1:04-cv-596 Notice will be delivered by other means to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Edwin D. Rauzi
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

Harry R. Silver
Patton Boggs LLP
2550 M Street NW
Washington, DC 20037

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice P. Kim<br>Arleen D. Jouxson<br>Rafael G. Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Harry R. Silver<br>Sharon Lovejoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/25/2006 | TIME: | 10:04-10:17 |

COURT ACTION:   EP: Status Conference Re: Trial Date and Deadlines held.

Settlement Conference set for 10/5/06 at 2:00 p.m. is continued to **1/19/07 at 2:00 p.m.** before Magistrate Judge Leslie E. Kobayashi. Confidential Settlement Conference Statements are now due 1/11/07.

Dispositive Motions deadline currently set for 10/18/06 is continued to **12/18/06**. Plaintiffs' Expert Witness Disclosures are now due **11/30/06**. Defendants' Expert Witness Disclosures are now due **1/2/07**.

Submitted by: Warren N. Nakamura, Courtroom Manager