```
-----Original Message-----
From: Ken Robbins [mailto:krobbins@robbinsandassociates.net]
Sent: Thursday, November 16, 2006 3:18 PM
To: Arleen Meyers, M.D.; Rafael del Castillo; Janice P. Kim; Yee, Harry (USAHI)
Cc: Sharon Lovejoy; Silver, Harry; Rauzi, Edwin
Subject: Lockyer: proposed SPO
Importance: High
```

Arleen, Rafael, Janice and Harry,

While I await the feedback of one of my colleagues, I think it a good idea to transmit to you now the proposed SPO with which our team is currently working. I am hoping that the defense team will not edit the document beyond its current form, but that is a possibility, particularly in the HIPAA portion, as that's the review we are awaiting. As I mentioned to Arleen, the attached SPO tracks the SPO she, Rafael and defense counsel have agreed to in another lawsuit, except that we have combined HIPAA and non-HIPAA documents in one SPO.

We have received the disk from the mainland and we are reviewing it now to make certain it contains nothing which should be withheld for any legitimate reason. As soon as we have concluded that process (hopefully, no later than noon tomorrow) and we have the SPO signed by counsel, we will release the disk.

As a heads up, we aren't quite ready on the production of portions of Dr. Evslin's file or medical records. I hope you appreciate the sensitivity in releasing documents from a personnel file and the need to produce only those medical records which are responsive and necessary for the litigation.

I am trying to move the process along as quickly as I can, while being as careful as I can.

As for the length of Dr. Lockyer's deposition, Harry Silver and Sharon have told me they can live with an additional 1.5 hours beyond the time remaining within the 7 hour limit. Plus, I will transmit to you in a moment a memo which addresses the point raised by Rafael: as Harry Silver said he had no further questions at the time Sharon began her questioning, that precludes him from asking anymore questions at Dr. Lockyer's deposition.

I hope we can agree on these issues, eliminating the necessity of burdening Judge Kobayashi with them.

Thanks.

Ken

**EXHIBIT 2**