**From:** Ken Robbins [mailto:krobbins@robbinsandassociates.net]
**Sent:** Wednesday, November 22, 2006 11:10 AM
**To:** Yee, Harry (USAHI)
**Cc:** Janice P. Kim; Arleen Meyers, M.D.; Rafael del Castillo
**Subject:** Lockyer/SPO/HIPAA/Expedited Briefing

Harry,

I don't mean to be a pest, but I need your authority as to the USA's exemption from HIPAA in this matter. The SPO must remain in its current form until we see your authorities and we agree.

We have documents to produce, but cannot do so until the SPO is signed. We are particularly concerned about producing medical records in the absence of a signed SPO.

On another note, I trust everyone is advised of, and on board with, the simultaneous expedited briefing schedule of Friday, at 4:00 pm via the fax number I sent out yesterday. I haven't heard back from anyone and want to make sure you're advised of the schedule Warren Nakamura set forth.

I hope you and all other recipients have a happy Thanksgiving.

Ken

> -----Original Message-----
> **From:** Ken Robbins
> **Sent:** Tuesday, November 21, 2006 4:35 PM
> **To:** 'Yee, Harry (USAHI)'
> **Subject:** Lockyer/SPO/HIPAA
>
> Harry,
>
> My sources tell me that when the USA is a litigant in a case such as this, HIPAA applies to the USA as well as the other parties. Thus, I would appreciate your checking that out.
>
> If you disagree, could you give me a cite I can refer my folks to?
>
> Thanks.
>
> Ken

**EXHIBIT 9**