**Arleen Jouxson-Meyers**

| | |
|---|---|
| **From:** | Rafael del Castillo [rafa@hawaii.rr.com] |
| **Sent:** | Wednesday, November 29, 2006 5:13 PM |
| **To:** | Arleen Jouxson-Meyers |
| **Subject:** | FW: Activity in Case 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al "Discovery Hearing" |

**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Tuesday, November 28, 2006 10:38 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al "Discovery Hearing"


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from wnn, entered on 11/28/2006 at 10:37 AM HST and filed on 11/27/2006
**Case Name:**    Lockyer v. Hawaii Pacific Hea, et al
**Case Number:**    1:04-cv-596
**Filer:**
**Document Number:** 55

**Docket Text:**
EP: Discovery Hearing held on 11/27/2006. All parties participated by phone. Defendants are allowed an additional 4 and 1/2 hours to complete the Deposition of Dr. Lockyer. Plaintiff's Expert Witness Disclosures previously due 11/30/2006 are now due 1/2/2007. Defendants' Expert Witness Disclosures previously due 1/2/2007 are now due 2/5/2007. (Court Reporter Corutroom 7-No Record) (Judge LESLIE E KOBAYASHI )(wnn, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/28/2006] [FileNumber=188830-0
] [1f89bb8c0c46b9c16a4c92b3e51f3e2dbc9ede338a7b77015e70a10c96e1b51fb26
e514f1da02945934bcab8eef6febcad30045d4c84d3d47d7835d10ce3d3cb]]

# EXHIBIT 10

11/29/2006

**1:04-cv-596 Notice will be electronically mailed to:**

Janice P. Kim    kimj054@hawaii.rr.com, myraf@hawaii.rr.com; gailh@hawaii.rr.com; colleens@hawaii.rr.com

Kenneth S. Robbins    krobbins@robbinsandassociates.net, shishinuma@robbinsandassociates.net; rcarter@robbinsandassociates.net; agor@robbinsandassociates.net; ameyer@robbinsandassociates.net; cmalinao@robbinsandassociates.net

Harry R. Silver    hsilver@pattonboggs.com

Stephanie E.W. Thompson    sthompson@starnlaw.com, forsewth@aol.com; tfuyumuro@starnlaw.com; sakim@starnlaw.com; slovejoy@starnlaw.com

Harry Yee    harry.yee@usdoj.gov, jan.yoneda@usdoj.gov; ann.yuuki@usdoj.gov

Rafael G. del Castillo    rafa@hawaii.rr.com !

**1:04-cv-596 Notice will be delivered by other means to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Sharon V. Lovejoy
Starn O'Toole Marcus & Fisher
Pacific Guardian Center Makai Tower
733 Bishop St Ste 1900
Honolulu, HI 96813

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

Edwin D. Rauzi
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

11/29/2006