JANICE P. KIM                3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON            7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

HARRY YEE                    3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) CIVIL NO. CV 04-00596 ACK LEK<br>) (Federal and State - Qui Tam) |

| | | |
|---|---|---|
| JAMES LOCKYER, M.D., in his own behalf, | ) ) ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D. Defendants. | ) ) ) ) ) ) ) ) ) | Trial Date:  March 20, 2007<br>Judge:  Honorable Alan C. Kay |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | December 28, 2006 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | December 28, 2006 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | December 28, 2006 |

<u>Served via First Class Mail</u>

Edwin D. Rauzi, Esq.                                         December 28, 2006
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101


DATED:     Honolulu, Hawaii, December 27, 2006.


                                          // Rafael del Castillo

                                          JANICE P. KIM
                                          ARLEEN D. JOUXSON
                                          RAFAEL G. DEL CASTILLO

                                          Attorneys for Plaintiff
                                          JAMES LOCKYER, M.D.