JANICE P. KIM                3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON            7223
RAFAEL G. DEL CASTILLO       6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

HARRY YEE                    3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Co-Counsel for Qui Tam Plaintiffs

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own | ) ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) |

| | |
|---|---|
| behalf,<br><br>        Plaintiffs,<br><br>vs.<br><br><br>HAWAI'I PACIFIC HEALTH;<br>KAUAI MEDICAL CLINIC;<br>WILCOX MEMORIAL HOSPITAL;<br>WILCOX HEALTH SYSTEM; AND<br>WILLIAM A. EVSLIN, M.D. AKA<br>LEE A. EVSLIN, M.D.<br><br>        Defendants.<br>_____ | ) PLAINTIFFS' EX PARTE MOTION<br>) TO DESIGNATE AS NON-<br>) HEARING MOTION PLAINTIFFS'<br>) MOTION TO AMEND AMENDED<br>) RULE 16 SCHEDULING ORDER,<br>) OR IN THE ALTERNATIVE, TO<br>) SHORTEN TIME FOR HEARING<br>) ON PLAINTIFFS' MOTION TO<br>) AMEND AMENDED RULE 16<br>) SCHEDULING ORDER;<br>) DECLARATION OF RAFAEL DEL<br>) CASTILLO; ORDER SHORTENING<br>) TIME FOR HEARING ON<br>) LAINTIFFS' MOTION TO AMEND<br>) AMENDED RULE 16<br>) SCHEDULING ORDER;<br>) CERTIFICATE OF SERVICE<br>)<br>) Trial Date:  March 20, 2007<br>) Judge:       Honorable Alan C. Kay |

PLAINTIFFS' EX PARTE MOTION TO DESIGNATE AS
NON-HEARING MOTION PLAINTIFFS' MOTION TO AMEND
AMENDED RULE 16 SCHEDULING ORDER, OR IN THE
ALTERNATIVE, TO SHORTEN TIME FOR HEARING ON PLAINTIFFS'
<u>MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER</u>

COME NOW Plaintiffs the UNITED STATES OF AMERICA and

JAMES LOCKYER, M.D., by and through their respective counsel, and move this

Court, *ex parte*, for an order designating PLAINTIFFS' MOTION TO AMEND

AMENDED RULE 16 SCHEDULING ORDER a non-hearing motion.

Defendants have previously acknowledged the impossibility of Plaintiffs'

compliance with the deadline for filing their expert disclosures, and the urgency of

this request.

2

Alternatively, Plaintiffs request an order shortening the time for a hearing on PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER.

Plaintiffs submit this Ex Parte Motion pursuant to Rules 6(d) and 7, Federal Rules of Civil Procedure, Rules 7.1 and 7.2(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Declaration of Rafael del Castillo, and the record and files herein.

DATED: Honolulu, Hawaii, December 27, 2006.

                                                     //s Rafael del Castillo

JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

3