IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>　　　　　Plaintiffs,<br>vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF RAFAEL DEL CASTILLO<br><br><br><br><br><br>Trial Date: March 20, 2007<br>Judge: Honorable Alan C. Kay |

## DECLARATION OF RAFAEL DEL CASTILLO

I, RAFAEL DEL CASTILLO, hereby declare:

　　　　1.　　I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

　　　　2.　　I am one of the attorneys for Qui Tam Plaintiff James Lockyer, M.D.

　　　　3.　　Plaintiffs urgently require the Court's decision on PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING

ORDER because the present deadline for Plaintiffs' expert disclosures is January 2, 2007, pursuant to this Court's Order of November 28, 2006.

    4.    Defendants' Motion to Amend Amended Scheduling Order filed December 21, 2006, and the exhibits attached thereto, indicate that Defendants have acknowledged that it is impossible for Plaintiffs to file their expert disclosures by January 2, 2007, due to the unavailability of documents Defendants have withheld until Plaintiffs acquiesce to their proposed stipulated protective order.

    5.    Defendants have not alleged that Plaintiffs failed to prosecute their case diligently or that good cause does not exist for amending the Amended Scheduling Order to extend the date for Plaintiffs to file their expert disclosures.

    6.    If this Court deems it necessary to hear the parties on Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, Plaintiffs respectfully request that a hearing be held as soon as possible to afford Plaintiffs a sufficient opportunity to act on the outcome.

I, RAFAEL DEL CASTILLO, do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, December 27, 2006

    //s  Rafael del Castillo
    RAFAEL DEL CASTILLO