JANICE P. KIM                 3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON         7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

HARRY YEE                      3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) CIVIL NO. CV 04-00596 ACK LEK<br>) (Federal and State - Qui Tam) |

| | |
|---|---|
| JAMES LOCKYER, M.D., in his own behalf, | ) ORDER GRANTING PLAINTIFFS' |
| | ) EX PARTE MOTION TO |
| Plaintiffs, | ) DESIGNATE AS NON-HEARING |
| vs. | ) MOTION PLAINTIFFS' MOTION |
| | ) TO AMEND AMENDED RULE 16 |
| | ) SCHEDULING ORDER, OR IN THE |
| HAWAI'I PACIFIC HEALTH; | ) ALTERNATIVE, TO SHORTEN |
| KAUAI MEDICAL CLINIC; | ) TIME FOR HEARING ON |
| WILCOX MEMORIAL HOSPITAL; | ) PLAINTIFFS' MOTION TO AMEND |
| WILCOX HEALTH SYSTEM; AND | ) AMENDED RULE 16 |
| WILLIAM A. EVSLIN, M.D. AKA | ) SCHEDULING ORDER |
| LEE A. EVSLIN, M.D. | ) |
| Defendants. | ) |
| | ) Trial Date: March 20, 2007 |
| _____ | ) Judge: Honorable Alan C. Kay |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
TO DESIGNATE AS NON-HEARING MOTION PLAINTIFFS' MOTION
TO AMEND AMENDED RULE 16 SCHEDULING ORDER, OR IN THE
ALTERNATIVE, TO SHORTEN TIME FOR HEARING ON PLAINTIFFS'
MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion To Amend Amended Rule 16 Scheduling Order, or in the Alternative, to Shorten Time for Hearing on Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, and the records and files herein, and the Court otherwise being apprised of the record, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Plaintiffs' Motion To Amend Amended Rule 16 Scheduling Order, or in the Alternative, to Shorten Time for Hearing on Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order shall come on before the Honorable Leslie E.

Kobayashi, United States Magistrate Judge of the above-entitled Court, in her courtroom at 300 Ala Moana at _____ o'clock __.m., on January __, 2007, or as soon thereafter as counsel can be heard.

      Dated:  Honolulu, Hawai`i, _____

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*United States of America ex rel. James Lockyer, M.D., et al., v. Hawai`i Pacific Health, et al.*; CIVIL NO. CV 04-00596 ACK LEK; PLAINTIFFS' *EX PARTE* TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, OR IN THE ALTERNATIVE, TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

3