IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>          Plaintiffs,<br><br>    v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>          Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS |

DECLARATION OF KENNETH S. ROBBINS

    I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

    1.    I am an attorney licensed to practice in all courts in the state of Hawaii.

    2.    I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. On December 22, 2006, I, on behalf of HPH Defendants, submitted a Motion to Seal Documents which precipitated the Court's order, dated December 27, 2006, entitled Order Regarding Ex Parte Motion to Seal Documents.

5. In view of the said order, we have retrieved from the court clerk the packet of documents requested to be filed under seal heretofore and resubmit under seal Exhibits "11"-"20".

6. My review of the exhibits suggest to me that Exhibits "11" through "20" should be filed under seal, as they contain sensitive and personal information from the personnel files of Relator James Lockyer, M.D., who has not authorized the HPH Defendants to make such records public and confidential health information of patients who are not parties to this litigation and who have not authorized the release of their confidential health information.

7. For the reasons set forth above, I have concluded that there are compelling reasons to file the said exhibits under seal.

8. The privacy interests of the individuals involved require the submission of Exhibits "11" – "20" to HPH Defendants' Motion for Summary Judgment under seal.

9. HPH Defendants are moving in good faith to file Exhibits "11" – "20" attached to their Motion for Summary Judgment under seal to protect the privacy interests of the individuals involved.

10. Exhibits "11" – "20" to the Motion contain sensitive privacy and confidentiality issues. Therefore, Exhibits "11" – "20" should be sealed and should not be made available to the public as said documents discuss protected information.

11. Attached hereto as Exhibits "A" and "B" are true and accurate copies of the Acknowledgement of receipt of Exhibits "1" through "21," signed by Harry Yee, Esq. and Rafael G. del Castillo, Esq., respectively.

12. Exhibit "C," attached hereto is a true and accurate copy of Magistrate Judge Leslie E. Kobayashi's Discovery Order, filed December 20, 2006, wherein Judge Kobayashi granted HPH Defendants' request for a protective order and directed HPH Defendants to prepare the order for the Court's execution and filing.

13. The public does not have any apparent right to or interest in the disclosure of the highly personal information contained in the personnel records,

medical records, or patient identifying information contained in Exhibits "11" through "20."

      14.    Filed under seal as an attachment hereto as Exhibit "11" is a true and accurate copy of a letter from Lee A. Evslin, M.D. to James Lockyer, M.D., dated August 23, 2002.

      15.    Filed under seal as an attachment hereto as Exhibit "12" is a true and accurate copy of portions of the medical records of G. P. (Dr. Lockyer's 10/12/06 deposition, Ex. 4).

      16.    Filed under seal as an attachment hereto as Exhibit "13" is a true and accurate copy of portions of the medical records of H.H. (Dr. Lockyer's 10/12/06 deposition, Ex. 6).

      17.    Filed under seal as an attachment hereto as Exhibit "14" is a true and accurate copy of portions of the medical records of T.D. (Dr. Lockyer's 11/28/06 deposition, Ex. 10).

      18.    Filed under seal as an attachment hereto as Exhibit "15" is a true and accurate copy of portions of the medical records of A.I. (Dr. Lockyer's 11/28/06 deposition, Ex. 14).

      19.    Filed under seal as an attachment hereto as Exhibit "16" is a true and accurate copy of portions of the medical records of L.S. (Dr. Lockyer's 11/28/06 deposition, Ex. 16).

20. Filed under seal as an attachment hereto as Exhibit "17" is a true and accurate copy of portions of the medical records of A.B. (Dr. Lockyer's 11/28/06 deposition, Ex. 17).

21. Filed under seal as an attachment hereto as Exhibit "18" is a true and accurate copy of portions of the medical records of R.L. (Dr. Lockyer's 11/28/06 deposition, Ex. 24).

22. Filed under seal as an attachment hereto as Exhibit "19" is a true and accurate copy of portions of the medical records of R.L. (Dr. Lockyer's 11/28/06 deposition, Ex. 25).

23. Filed under seal as an attachment hereto as Exhibit "20" is an original of the Declaration of Lisa Tachibana, dated December 15, 2006.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 29, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS