This acknowledges that I have received a copy of the declarations with exhibits filed under seal with HPH Defendants' Motion for Summary Judgment and will not use the same outside the scope of Civil No. CV04-00596 ACK LEK.

_____
*[signature]*

Date  12/22/06

EXHIBIT A