This acknowledges that I have received 2 copies of the declarations with exhibits filed under seal with HPH Defendants' Motion for Summary Judgment and will not use the same outside the scope of Civil No. CV04-00596 ACK LEK. I will so advise Janice Kim, Esq., to whom I am giving one of the copies.

_____

Date  12/23/2006

EXHIBIT B