# EXHIBITS 11-20
# (FILED UNDER SEAL PURSUANT TO ORDER FILED _____)