IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>     Plaintiffs,<br><br>    v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>     Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS |

DECLARATION OF KENNETH S. ROBBINS

  I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

  1.  I am an attorney licensed to practice in all courts in the state of Hawaii.

  2.  I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the principal attorney for Defendants HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM ("HPH Defendants") in the above-captioned matter.

4. Attached hereto as Exhibit "1" is the Declaration of Lynne Joseph (with a copy of Exhibits "A" – "C" attached thereto), dated December 21, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

5. Attached hereto as Exhibit "2" is a true and accurate copy of the Declaration of Beth Carlozzi, dated December 10, 2006 , the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

6. Attached hereto as Exhibit "3" is a true and accurate copy of the Declaration of Beth Carter, dated December 12, 2006 , the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

7. Attached hereto as Exhibit "4" are true and accurate copies of pages 34, 39, 41, 47, 51, 57, 62, 78, 83-85, 95, 97, 99, 106-108 of Volume I of the Deposition of James Lockyer, M.D., taken on October 12, 2006;  and page 277 of

Volume II of the Deposition of James Lockyer, M.D., taken on November 28, 2006.

8. Attached hereto as Exhibit "5" is a true and accurate copy of the Declaration of Sally Diana, dated December 12, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

9. Attached hereto as Exhibit "6" is a true and accurate copy of the Declaration of Larry McKnight, M.D., dated December 12, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

10. Attached hereto as Exhibit "7" is a true and accurate copy of the Declaration of Edwin D. Rauzi (with copies of Exhibits "A" and "B" attached thereto), dated December 11, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

11. Attached hereto as Exhibit "8" is a true and accurate copy of the Declaration of Bernard W.D. Fong, M.D., dated December 11, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

12. Attached hereto as Exhibit "9" is a true and accurate copy of the Declaration of Edward P. Gelmann, M.D., dated December 14, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

13. Attached hereto as Exhibit "10" is a true and accurate copy of the Vanderbilt University Center, Clinical Policy Manual regarding Cytotoxic Drug (CHEMOTHERAPY) Administration & Management, CL 30-06.09.

14. Attached hereto as Exhibit "21" is true and accurate copy of the Declaration of Jonathan K. Cho, dated December 13, 2006, the original of which shall be maintained at the offices of Robbins & Associates, pursuant to procedure 5.4 of the CM/ECF Procedural Order of February 1, 2006.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, December 29, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS