# Exhibit 1

Case 1:04-cv-00596-ACK-KSC   Document 95-3   Filed 12/29/2006   Page 2 of 12

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA   7826-0
WENDY M. YAMAMOTO        8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>)<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>) | CIVIL NO. 04-00596 ACK LEK<br><br>(Federal and State – Qui Tam) |

|                        |   |
|------------------------|---|
| Plaintiffs,            | ) |
|                        | ) |
| v.                     | ) |
|                        | ) |
| HAWAI'I PACIFIC HEALTH, et al. | ) |
|                        | ) |
| Defendants.            | ) |
|                        | ) |

## DECLARATION OF LYNNE JOSEPH

I, Lynne Joseph, do hereby swear and affirm under the penalties of perjury that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1.  I am Corporate Compliance Officer of Wilcox Health, which encompasses both Wilcox Memorial Hospital and Kauai Medical Clinic. I have served in that capacity from February 16, 2000 to June 30, 2005, and from April 8, 2006 to the present. I first started working for Wilcox Memorial Hospital in 1989.

2.  KMC is a small outpatient medical clinic, adjacent to Wilcox Memorial Hospital, in Lihue, Kauai. The population of Kauai is only approximately 60,000, and cannot support more than one oncologist. While the clinic has employed several oncologists over the last decade, there has never been more than one oncologist employed by the clinic at one time. The clinic employs an oncologist so that the residents of Kauai do not have to fly to Honolulu for cancer treatment.

3.  The clinic's oncologist is a member of KMC's Internal Medicine department. Chemotherapy is administered in a large room that is used for

infusion therapy generally, although it is generally referred to as the chemo suite. The chemo suite is located within the internal medicine suite on the second floor of the clinic, where the offices of all of the internists are located. The internists' offices are all approximately 30 to 50 feet from the chemo suite.

4. I sought information from the personnel files of all of the oncology nurses employed by KMC from January 1999 through December 2006. Based upon the information in those personnel files, provided to me by the Wilcox Health Human Resources Supervisor and Human Resources Specialist – Recruitment, I prepared the chart titled "KMC Chemotherapy Nurses January 1999 – December 2006," attached hereto as Exhibit A.

5. In the course of searching KMC's files for documents responsive to Dr. Lockyer's discovery request, KMC employees located a copy of an email dated June 3, 2002, from Dr. Pixler to Dr. Evslin, with handwritten notations on it, attached hereto as Exhibit B. It was immediately given to me. Previously, KMC employees had located a copy of an email dated August 16, 2002, from Terri Oshiro to Ken Shimonishi, attached hereto as Exhibit C. This document was also given to me as soon as it was discovered. I gave both of these documents to our attorneys as soon as I received them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2006

*Lynne Joseph* (signature)
Lynne Joseph

# Exhibit A

KMC Chemotherapy Nurses January 1999 – December 2006
Prepared by Lynne Joseph Compliance Officer

| Name | Job Title as of 1999 | Dates of Employment | Certification | Notes | Current or last known address |
|---|---|---|---|---|---|
| Beth Carlozzi | RN II, IV Specialist/Oncology Nurse | 07/18/1995 - 05/04/2005 | Certified by the Oncology Nursing Certification Corporation (ONS) 09/98 | Currently works as research oncology nurse and instructor at hospital in Santa Fe, New Mexico | 29 Calvin Road Santa Fe, NM 87508 505-474-0758 (hm) bethcarlozzi@aol.com |
| Beth Sharpe Carter | RN II, IV Specialist/Oncology Nurse | 01/09/1997 - 11/29/2005 | Certified by the Oncology Nursing Certification Corporation (ONS) 04/2004 | Currently works half time for KMC | 5238 Heilio Road Kapaa, HI 96746 808-821-9418 |
| Debra Dannog | RN II, IV Specialist/Oncology Nurse | 12/15/1989 - 09/09/2005 | Certified by the Oncology Nursing Certification Corporation (ONS) 10/03 | Currently works as oncology nurse in free-standing chemotherapy clinic in Las Vegas | 1408 Swanbrooke Dr. Las Vegas, NV 89144 707-838-9318 |
| Sally Diana | RN II, IV Specialist/Oncology Nurse | 05/01/1996 - 09/09/2005 | Sally Diana Completed 7.2 CEU's "Chemotherapy Review and Update." (11/98) | Currently working as per diem nurse on Kauai | PO Box 693 Anahola, HI 96703 808-822-9313 (hm) 808-652-1737 (cell) hinanokeale@yahoo.com |
| Margaret Itami | RN II, IV Specialist/Oncology Nurse | 11/15/04 – Present | Received ONS Cancer Chemotherapy Provider card effective February 8, 2005; additional training and education in pediatric | Currently works on call for KMC | 2391 Akoki Street Lihue, HI 808-245-6873 |

| | | | oncology; APON member since 2002 | | |
|---|---|---|---|---|---|
| Michelle "Mickey" MacMillian | RN II, IV Specialist/Oncology Nurse | 08/31/05 – Present | Received ONS Cancer Chemotherapy Provider card effective November 5, 2004 | Currently works full time for KMC | 4030 Kaiana Place Princeville, HI 808-826-7913 |

Source: Wilcox Health Human Resources Department Personnel Records
Email from Teri Gomez, HR Supervisor
Information provided verbally from Lori Uyeda, HR Specialist - Recruitment

# Exhibit B

Lee Evslin

| | |
|---|---|
| From: | Mary Pixler |
| Sent: | Monday, June 03, 2002 4:54 PM |
| To: | Lee Evslin |
| Subject: | RE: Schedule for covering Sutherland |

RECEIVED 6/3/02

June 6 - McKnight  $30
June 7 - Lockyer    "
June 10 - Braun     "
June 12 - Pixler    "
June 13 - McKnight  "
June 14 Braun       "

For Pay

-----Original Message-----
From: Lee Evslin
Sent: Monday, June 03, 2002 2:17 PM
To: Mary Pixler
Subject: Schedule for covering Sutherland

Do you have a schedule for us for Dr Sutherland/Hayward coverage for the next ten days? We will use it to calculate the payments also. thanks

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

*Handwritten notes:*

Braun covered on 6/10 as planned, also
Braun covered for Pixler on 6/12.
Pixler covered for McKnight on 6/13.
McKnight covered for Braun on 6/14.

R 5/24/02

Diary left to the time ~~time~~
end of June    (eff 5/16/02)

Pixler     $60/day for one hour of extra
Lockyer    work
Braun

LMC - LAE to see if when he returns
he'll be participating
~~already for~~ (10 days) when Suth
6-5 thru 6-14 - will give sched
& Hayward gone to cover oncology pts.

# Exhibit C

### Ken Shimonishi

**From:** Terri Oshiro
**Sent:** Friday, August 16, 2002 7:59 AM
**To:** Ken Shimonishi
**Subject:** RE: re: Chemo Stipend

That's correct. The dates (below) are the dates that I have.

-----Original Message-----
**From:** Ken Shimonishi
**Sent:** Thursday, August 15, 2002 2:41 PM
**To:** Terri Oshiro
**Subject:** re: Chemo Stipend

Could you please confirm these were docs were paid the daily stipends? Or provide me what data you have. Thanks.

i.e.
McKnight cov. 06/06 - $300
Lockyer cov. 06/07 - $300
Braun cov. 06/10 & 06/12 - $600
Pixler cov . 06/13 - $300
Mcknight cov. 06/14 - $300

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Ken M. Shimonishi
Hawaii Pacific Health
phone: (808) 245-1415
fax: (808) 246-2910

1