# Exhibit 3

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA    7826-0
WENDY M. YAMAMOTO        8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email:  hsilver@pattonboggs.com


Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM


Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII


4832430

UNITED STATES OF AMERICA   )
ex rel. JAMES LOCKYER, M.D.,   )
STATE OF HAWAII, ex rel. JAMES )   CIVIL NO. 04-00596 ACK LEK
LOCKYER, M.D., and JAMES   )   (Federal and State – Qui Tam)
LOCKYER, M.D., in his own behalf )
   )
            Plaintiffs,   )
   )
      v.   )
   )
HAWAI'I PACIFIC HEALTH, *et al.* )
   )
        Defendants.   )
_____)

## DECLARATION OF BETH CARTER

I, Beth Carter, do hereby swear and affirm under the penalties of perjury that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I was employed by the Kauai Medical Clinic ("KMC") from 1997 through 2001 as a Registered Nurse and worked in the chemotherapy suite on occasion during that time. I worked in the ER from 2001 through 2003.

2. I returned to KMC in 2003 where I have worked as a nurse in the chemotherapy suite, except for approximately one year that I spent on maternity leave.

3. As a nurse in the chemotherapy suite, I received on-the-job training from other oncology nurses and attended a two-day course on treatment of chemotherapy patients. After completing the required hours of on-the-job training,

4832430

I was eligible to become certified as an oncology nurse. I passed the certification test in 2004.

4. During the time I worked at KMC's chemotherapy suite it was the normal procedure for the oncologist to provide a written order for a chemotherapy patient setting forth the required blood tests before administration of chemotherapy, the parameters of the blood test results for administration of chemotherapy, and the types and amounts of chemotherapy to be administered.

5. I would normally draw blood and send the blood to the lab for testing within 24 hours of treatment. Once the results came back, I reviewed the results and compared them with the parameters provided by the oncologist in the order. I am very familiar with the appropriate parameters from my training and my experience. If the blood tests results fell within the appropriate range, I did not need to consult a physician before proceeding with chemotherapy. If the results were borderline, I would check with the oncologist or covering physician before administering chemotherapy.

6. Once the blood tests confirmed that a patient was eligible for chemotherapy that day, I prepared the chemotherapy drugs as specified in the oncologist's order.

7. It was the normal procedure at KMC's chemotherapy suite for an oncologist to be in the office at the time a chemotherapy patient received

treatment. If the oncologist was not available, an internist from the Clinic covered the chemotherapy suite. The Internal Medicine suite is on the same floor as the chemotherapy suite.

8. The oncologist or a covering internist was always available when the we administered chemotherapy.

9. I recall Dr. Lockyer covering the chemotherapy suite.

10. The most common side effect of chemotherapy is hypersensitivity to a drug. I do not recall ever having to seek a physician for any kind of emergency reaction as a result of the chemotherapy.

11. If the blood results were within the appropriate parameters and no emergency occurred, a physician may not ever see a chemotherapy patient when supervising.

12. Patient care was never compromised in administering chemotherapy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2006.

_____
Beth Carter

4832430