# Exhibit 6

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA    7826-0
WENDY M. YAMAMOTO        8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>)<br>Plaintiffs, ) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

|  | ) |
| --- | --- |
| v. | ) |
|  | ) |
| HAWAI'I PACIFIC HEALTH, *et al.* | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## DECLARATION OF LARRY MCKNIGHT, M.D.

I, Larry McKnight, M.D., do hereby swear and affirm under the penalties of perjury that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I was a physician working in Kauai Medical Center's ("KMC") Internal Medicine Department for 31 years until I retired at the end of November 2006.

2. On occasion, I was asked to cover the chemotherapy suite when the oncologist was not available. Whenever I was asked to cover, the oncologist would make an informal verbal request. Specifically, Dr. Inouye asked me to cover and I agreed to do so during her absence. I was not asked often to cover the chemotherapy suite and estimate that I did so less than ten times since 2000.

3. When I was covering the chemotherapy suite, the oncology nurses working in the chemotherapy suite were aware that I was covering that day.

4. While I was covering the chemotherapy suite, I was available either in the suite or in the office down the hall should the nurses need to consult me about

2

any services being provided to the patients, for example if a patient had an allergic reaction.

5.   I remember Drs. Braun, Sutherland and Lockyer covering the KMC chemotherapy suite on occasion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2006.

_____
Larry McKnight, M.D.