# Exhibit 9

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS 1000-0
LEIGHTON M. HARA 7826-0
WENDY M. YAMAMOTO 8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2440 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

Plaintiffs, )
)
v. )
)
HAWAI'I PACIFIC HEALTH, *et al.* )
)
Defendants. )
)

**DECLARATION OF EDWARD P. GELMANN, M.D.**

I, Edward P. Gelmann, M.D., do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I received my M.D. in 1976 from the Stanford University School of Medicine. I received my training in Internal Medicine at the University of Chicago from 1976-1978 and my training in Medical Oncology at the Medicine Branch, National Cancer Institute, National Institutes of Health, from 1978-1980. I was also a Medical Staff Fellow at the Laboratory of Tumor Cell Biology, National Cancer Institute, from 1979 to 1983.

2. I have been Board Certified in Medical Oncology since 1982. I am a Fellow in the American College of Physicians, and a member of the American Association for Cancer Research and the American Society of Clinical Oncology. I have served as a Senior Investigator, Medical Branch, National Cancer Institute; Chief of the Division of Medical Oncology at Georgetown University School of Medicine; and Director of the Lombardi Cancer Center Urologic Oncology

Program and Prostate Cancer Programs. I have been a Professor of Medicine at Georgetown since 1988 and I have served as Chief of the Division of Clinical Sciences in the Department of Oncology since 1999. I have received numerous research grants for cancer research, written and co-authored numerous articles on the subject, and I have served on review committees to peer review the research of others. I have been a practicing oncologist at Georgetown University Hospital since 1988.

3. When a patient is referred to me, I review the patient's medical records, conduct an examination, and order any tests I believe to be necessary. After I evaluate the test results and all of the other relevant information, I will prescribe a course of treatment if indicated. When that treatment involves chemotherapy, I review the course of treatment with the patient and obtain written informed consent. I then write in the patient's charts (a) the name of the chemotherapy drug I have prescribed; (b) the strength at which the drug is to be administered; (c) how often the chemotherapy is to be administered; (d) the range of the white cell count for chemotherapy to be administered; (e) the height, weight and body surface area; (f) the source for the chemotherapy regimen; and (g) information regarding follow up and the patient's return.

4. Chemotherapy administration is done by trained nursing staff. I am almost never present when the chemotherapy I have prescribed is administered and

I am not aware of any oncologist who makes it a practice to be present when chemotherapy is administered. The recognized standard of care in oncology does not require the presence of an oncologist when chemotherapy is being administered.

5. Oncology nurses who administer chemotherapy should have undergone special training to qualify as oncology nurses. This training may come from a local institution or a national society such as the Oncology Nursing Society. Nurses certified to deliver chemotherapy are qualified to read the medical record and review parameters for the administration of chemotherapy, and are qualified to review the laboratory results in order to determine whether or not to proceed with chemotherapy administration. They are also qualified to monitor the patient for adverse events and generally have standing physician orders for treatment of many adverse events. Should there be a medical problem or emergency, the nurses know how to initiate treatment and to call a nearby physician.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14 , 2006.

Edward P. Gelmann, M.D.