# Exhibit 10

# Cytotoxic Drug (CHEMOTHERAPY) Administration & Management, CL 30-06.09

| | |
|---|---|
| manual: | Clinical Policy Manual |
| categories | none listed |
| section: | none listed |
| review responsibility: | Clinical Practice Committee |
| effective date: | May, 1987 |
| last revised date: | February, 2006 |
| team members performing: | Care Partner, Patient Care Technician |
| guidelines applicable to: | none listed<br>Exceptions: none listed<br>(*VMG includes satellite sites unless otherwise noted) |
| specific education requirements: | See body of policy for education requirements. |
| Physician Order requirements: | Yes |

## Cytotoxic Drug (Chemotherapy) Administration and Management

I. **Outcome Goal:**

Safe administration and management of cytotoxic agents.

II. **Policy:**

Chemotherapy is only administered in designated areas of Vanderbilt University Medical Center (VUMC) by staff who have demonstrated competency as defined herein.

III. **Specific Education Requirements:**
   A. Only nurses who have attended Patient Care Services orientation and have completed unit-based orientation administer cytotoxic drugs. Course completion and annual critical skills review documentation (where applicable) is maintained in the home department. Practicum is documented according to Chemotherapy Administration Course Guidelines. These are kept in the employee's file along with cytotoxic policy and procedure acknowledgment.
   B. Chemotherapy given Intravenously (IV), Intra-arterially, Intraperitoneally, Inhalational or by any other Investigational route as required by protocol is administered only by Registered Nurses (RNs) who have completed the required training described in this policy.
      1. Newly hired RN staff with no previous chemotherapy administration skills must complete the following:
         a. Successful completion of venipuncture and central venous catheter

            check-off is required prior to Intravenous Chemotherapy check-off.
- b. The skills for Intravenous Chemotherapy include administration, central line administration and/or peripheral line administration. RNs must be observed to safely administer three (3) chemotherapeutic treatments for the central venous catheter administration and/or the peripheral administration practicum. One of the three peripheral IVs in the Peripheral course Practicum must be started by the RN administering the chemotherapy. At least one drug administered during the skills check-off for either type of chemotherapy training should be a vesicant.
- c. RNs qualified to administer Intravenous chemotherapy are required to complete an annual review process which consists of:
  - i. A review of current chemotherapy administration guidelines or selected literature or of a video relating to chemotherapy administration; and
  - ii. One observation by a chemotherapy trained peer of a chemotherapy administration according to VUMC performance criteria. (The Peer must have demonstrated and documented competency.)
2. When the Chemotherapy Course will not be offered within five weeks of a new hire, staff with no prior experience in administering chemotherapy must, prior to administering chemotherapy intravenously:
   - a. Complete Patient Care Services orientation;
   - b. Complete unit-based orientation;
   - c. Successfully complete venipuncture check-off;
   - d. Complete the central venous catheter check-off;
   - e. Pass the chemotherapy course written exam;
   - f. Complete the practicum with a minimum of 12 patients;
   - g. Complete the chemotherapy course within 6 months.
3. Newly hired RN staff with previous chemotherapy administration skills may challenge this instruction process by completing the following requirements:
   - a. Pass the written examination;
   - b. Review VUMC chemotherapy administration guidelines;
   - c. Provide documentation of former instruction process in chemotherapy administration;
   - d. Complete the practicum according to VUMC requirements;
   - e. Demonstrate competency during orientation with documented validation by a preceptor.
C. Intramuscular, Subcutaneous, Topical and Oral Chemotherapy may be administered by RNs and Licensed Practical Nurses (LPNs) after:
1. The chemotherapy course exam is completed and documented in the employee's file.
2. Completing yearly, clinic based reviews of administration, patient teaching and proper disposal, storage, and handling of chemotherapy. This information is documented in the staff member's personal file.
D. Intrathecal Chemotherapy may be administered only by Pediatric Oncology RNs

or Pediatric Hem/Oncology Nurse Practitioners who have completed the required training and demonstrated competency to administer Intrathecal chemotherapy and to perform lumbar punctures. Attending physicians and fellows under the direct supervision of an attending physician may also administer intrathecal chemotherapy.
E. Intra-Ocular, Intra-tumoral or any other route that may be investigational as specified by protocol is administered by physicians only.
F. Under the supervision of the RN, LPNs, care partners, and patient care technicians may care for patients receiving chemotherapy. These staff members must have documentation of reading policies "Handling of Cytotoxic Drugs" and "Cytotoxic Drug Administration and Management." (See Web References.)

IV. **Transfer Requests Related to Cytotoxic Drug Administration**
  A. Pregnant or lactating women, male or female staff who are actively trying to conceive a child, and employees with a medical condition that may preclude them from handling cytotoxic drugs may decide whether or not they will handle or administer cytotoxic drugs. (See Web References.)
  B. Prior to employment and during initial orientation to an area which administers cytotoxic agents, staff are given written and verbal information regarding potential risks associated with handling cytotoxic agents. Those nurses who decide not to administer cytotoxic agents may request:
   1. To be relieved of responsibility for caring for those patients and remain on that unit;
   2. To apply for a transfer to another unit following established procedures for such transfers; or
   3. To apply for a temporary transfer.
  C. If a staff member requests in writing not to be assigned for a specific time period to patients receiving cytotoxic agents, the manager on that unit reviews the workload and staffing, and if possible, grants the request.
  D. If the request is not granted, then the staff member may apply for a transfer to another unit following established procedures for transfers, or for a temporary transfer as follows:
   1. The individual requesting temporary transfer negotiates with his/her manager for a time-limited transfer to a minimum cytotoxic agent use unit. Such requests are considered based on:
     a. Current staffing situation;
     b. Anticipated future staffing situations;
     c. Previous-attendance records; and
     d. Amount of orientation required.

     **Note:** Staff on Performance Improvement Counseling (PIC) would be transferred with the understanding that they remain in the same step and that the same expectations would apply for resolving any disciplinary problems. Current guidelines regarding clinical advancement status would also apply.
   2. Failure to comply with the terms of the temporary transfer agreement may result in loss of employment (e.g., if agreed-upon time limit is exceeded).

  E. Staff negotiating temporary transfers and not taking medical leave are not guaranteed reinstatement of former shift or schedule assignments upon return to the "home" unit.

V. **Equipment/Supplies:**
  A. Chemotherapy waste container and/or chemotherapy trash can liner
  B. Spill kit
  C. Eyewash station
  D. Luer-lock fittings on syringes and tubings
  E. Disposable, non-permeable gowns (available from the Service Center)
  F. Non-powdered latex, polyvinylchloride or nitrile gloves. (available from the Service Center)
  G. Eye shields

VI. **Protocol:**
  A. Pre-Administration Procedures:
   1. Chemotherapy orders require a signature by an Attending Physician or an Oncology fellow prior to administration.
   2. The patient's current height and weight on the patient's chart.
   3. Calculate Body Surface Area (BSA) on all patients:
    a. For adults by an RN;
    b. For pediatric patients by two RNs.
   4. An RN verifies and documents an Absolute Neutrophil Count (ANC) on all patients.
   5. The Attending Physician, Oncology Fellow, or an RN reviews, documents, and approves the patient's labs.
   6. An RN verifies the orders for any chemotherapy prerequisites (e.g., urine specific gravity, urine Ph level, hydration, pre-medications, home medications, audiogram, MUGAs, ECHO, etc.).
   7. The treating RN verifies the patient's treatment plan as specified by the ordering physician or by protocol.
   8. Two RNs document verification of chemotherapy dosing and patient order with initials.
   9. The chemotherapy dose ordered must be within ten percent of the calculated dose unless otherwise noted by the physician.
   10. The patient is identified using two acceptable means of identification.
  B. Administration of Cytotoxic Drugs
   1. All cytotoxic drugs are labeled as such.
   2. Wear latex (powder free) gloves when administering cytotoxic drugs. Persons with latex allergies should use double polyvinylchloride or nitrile gloves.
   3. It is recommended that staff wear disposable, non-permeable gowns when administering cytotoxic drugs.
   4. It is recommended that staff wear an eye shield when administering cytotoxic drugs where splashing may occur.
   5. An eyewash station must be available in areas administering cytotoxic drugs.
   6. Spill kits must be available in all areas that administer cytotoxic drugs.

7. Use only infusion sets and syringes with luer-lock fittings to administer these drugs.
8. Give medications in accordance with the physician's order and all medication administration procedures.

C. Specimen Collection and Handling of Excreta
   1. All blood and excreta from patients who have received cytotoxic drugs within 48 hours are considered potentially hazardous.
   2. When handling linen from patients receiving chemotherapy, latex (powder free) gloves are required and disposable, non-permeable gowns are recommended. Persons with latex allergies should wear double polyvinylchloride or nitrile gloves. Linen of patients receiving chemotherapy is considered hazardous.

D. Waste Disposal
   1. Place all waste from the administration of cytotoxic drugs (IV tubing, bags, vials, etc.) in trash cans with cytotoxic waste liners or cytotoxic waste receptacles. Dispose of needles and syringes in the needle receptacles or in hard plastic cytotoxic waste receptacles.
   2. Patient care staff place a cytotoxic waste receptacle in the room when a patient begins a course of chemotherapy administration. Environmental Technicians then change the trash can liners and keep the appropriate liners in place until the door tag has been removed. Each unit determines its needs for special waste containers to be maintained at strategic areas.
   3. Any cytotoxic drug not administered to patients due to excess or contamination is returned to Pharmacy for disposal. Only empty bags can be placed in the disposal containers.

E. Intraperitoneal IP Chemotherapy
   1. Access external catheter directly after a thorough providone-iodine scrub of the external hub using aseptic technique, or
   2. Access implanted port using aseptic technique and a large-gauge, 90° needle of appropriate length (usually 1-1.5 inches); anesthetize the skin surface prior to access, if desired, with 2% Xylocaine or ice.
   3. Flush catheter with 10-20 milliliters (ml) of nonbacteriostatic sterile saline; catheter should flush easily.
   4. Administer antiemetics, if ordered.
   5. Drug administration:
      a. Position patient comfortably in a Semi-Fowler's position (elevate head of bed [HOB]).
      b. Open the clamp on the tubing and infuse the warmed IP chemotherapy at the prescribed rate (usually over 30 minutes to several hours).
      c. Stop infusion immediately if severe pain is experienced and check for catheter migration (usually with x-ray verification).
      d. Slow the rate of infusion if the patient experiences shortness of breath or discomfort.
      e. Administer analgesics as prescribed, if necessary.
      f. Apply blankets if patient feels chilled.
      g. Close the clamp on the tubing when the infusion is complete, and

   encourage repositioning from side to side every 15 minutes for a maximum of 2 hours. (Dwell time may exceed 2 hours).
   h. Monitor patients' comfort level and observe for shortness of breath, abdominal discomfort, or diarrhea.
   i. If ordered by a physician, after the prescribed dwell time, open the clamp to the drainage bag and allow the solution to drain. If flow is sluggish, check tubing for kinks and help patient use the Valsalva maneuver. If these are not effective, call physician.
   j. Clamp tubing on drainage bag after fluid has drained (usually 30 minutes to 2 hours) and send specimen, properly labeled as cytotoxic, to Cytology or dispose of in proper hazardous waste containers.
   k. Document amount drained, description, and catheter site appearance.
  6. Post-Administration Care
   a. Flush catheter or port with nonbacteriostatic sterile saline, if using port follow with heparinized saline.
   b. Secure site using standard technique (i.e., cap and secure catheter or remove needle from port, and cover site with a small dressing, if necessary).
 F. Intrathecal Chemotherapy
  1. Intrathecal administration of chemotherapy should take place in a treatment room or procedure room whenever possible.
  2. Intrathecal chemotherapy must be transported to the clinic or treatment site by the pharmacy (e.g., intrathecal chemotherapy administered in fluoroscopy will be delivered by the Oncology Pharmacy directly to radiology fluoroscopy rather than to the inpatient unit or clinic to then be transferred). If, after medications are delivered to a clinic or inpatient treatment unit the intrathecal procedure must be relocated, the pharmacy retrieves the intrathecal medication and delivers it to the new location. Medications are not transferred by the nursing staff.
  3. No other injectable drugs are allowed in the treatment/procedure room, with the exception of anesthesia drugs (which must be under the control of a practitioner other than the person doing the intrathecal procedure) until after the intrathecal procedure is completed.
  4. A timeout must be performed before the intrathecal procedure takes place. Two licensed practitioners independently verify the patient's name, drug name, and drug dose by reading out loud the information contained on the actual dose label. This information is also compared to the order.
  5. Once the intrathecal procedure is complete, if additional injectable drugs are to be given while the patient is under anesthesia, perform another timeout. Two licensed practitioners verify the drug name, dose, and the route the drug(s) is (are) to be administered.

VII. **Procedures:**
  A. Exposure Logs

   Any exposure defined as contact of a cytotoxic agent with the employee outside normal administration practice must be tracked by Occupational Health.

Occupational Health keeps an Exposure Log of any such exposure for thirty years after the ending of employment at VUMC.

B. Cleaning Spills
1. Remove patient, family members, visitors, and hospital personnel from immediate area where cytotoxic agent was spilled.
2. Small spills: spills involving no more than 5 ml of a cytotoxic agent:
    a. Wear two pairs of latex (powder free) gloves;
    b. Wipe liquids with absorbent gauze pads;
    c. Clean spill area three times using a detergent solution followed by clean water;
    d. Place used absorbent pads and any non-cleanable contaminated items in chemotherapy disposal bag.
3. Large spills: spills involving more than 5 ml of a cytotoxic agent. Use Spill Kit and follow kit instruction.

C. Clearing Air From IV Tubing
1. Priming Technique
    a. Wear latex (powder free) gloves (polyvinylchloride or nitrile gloves for persons with latex allergies).
    b. Remove cap covering spike on tubing to be used for chemotherapy.
    c. Prime tubing with chemotherapy compatible fluids and replace cap.
    d. Remove caps and attach tubing to chemotherapy bags.
2. Backflow Technique for Pediatrics
    a. Spike bag of normal saline or compatible fluid and prime the line.
    b. Spike secondary bag at waist level with clamp closed.
    c. Attach to buretrol.
    d. Give the chemotherapy as directed.
    e. After completion, close clamp to secondary bag.
    f. Drop 20 ml of compatible fluid and run.
    g. Drop another 5-10 ml of compatible fluid and close clamp to the fluids.
    h. Open clamp to the secondary bag and drop this bag below waist level.
    i. Invert buretrol allowing the fluid to flush back through the line into the empty bag.
    j. Close clamp to bag of fluids.
    k. Remove bag.
    l. Add additional medications, if needed.
3. Backflow Technique for Adults
    a. Prime primary tubing with compatible fluids.
    b. With clamp closed, attach tubing to be used for chemotherapy to smartsite of primary tubing.
    c. Lower chemotherapy tubing below the level of the fluids, unclamp and fill tubing with fluid. Clamp when air is removed.
    d. Attach chemotherapy to newly primed tubing and administer medication as ordered.

D. Vesicant Chemotherapy Extravasation Management
1. Adhere to administration guidelines described in the Chemotherapy

Administration Course.
2. Upon recognition of the signs of extravasation, stop injection of the drug.
3. Explain the event and procedure to patient and/or patient's representative.
4. Leave the needle in place and aspirate any residual drug and blood from the tubing, needle, and suspected infiltration site.
5. Notify the pharmacy of extravasation and order the necessary antidote, as prescribed. (See chart, below.)
6. If nitrogen mustard extravasation, instill the intravenous antidote, as prescribed.
7. Remove the needle.
8. When subcutaneous antidote prescribed, inject clockwise into the infiltrated area using a 25 gauge needle. Change the needle with each new injection. (See chart, below.)
9. When topical ointment prescribed, apply to the suspected infiltration area.
10. Avoid applying pressure to the suspected infiltration site.
11. Cover lightly with an occlusive sterile dressing.
12. Apply cold compresses for 30 minutes every 2 hours or warm compresses as prescribed for 24 hours.
13. Elevate the extremity.
14. Observe or teach the patient/patient's representative to observe the site for erythema, indurations or ulceration and to report these symptoms to the physician or nurse as necessary.

VIII. **Extravasation Prescriptions:**

A.

| Drug | Antidote | Action | Compresses |
|---|---|---|---|
| Nitrogen Mustard | Sodium thiosulfate IV & SQ* | Chemical neutralization | Cold |
| Mitomycin | (topical Dimethyl Sulfoxide [DMSO]) | Carrier solvent & oxygen radical scavenger | Cold |
| Doxorubicin | (topical DMSO)** | Carrier solvent & oxygen radical scavenger | Cold |
| Daunorubicin | (topical DMSO)** | Carrier solvent & oxygen radical scavenger | Cold |
| Dactinomycin | (topical DMSO)** | Carrier solvent & oxygen radical scavenger | Cold |
| Vincristine | No antidote available | Drug absorption & dispersion | Warm |
| Vinblastine | No antidote available | Drub absorption & dispersion | Warm |
| Vindesine | No antidote | Drub absorption & | Warm |

| A. |  | available |  | dispersion |  |  |  |
|---|---|---|---|---|---|---|---|

*5-6ml of 1/6 molar solution (0.2-0.24 gm).
**The first treatment is topical cooling. The physician may also prescribe topical DMSO.

### IX. Patient/Family Education:

Educate patient/family at the level of their understanding of the following:
  A. Specific chemotherapy agent information: mechanism of action, administration procedures, side effects, circumstances for which to notify/consult health care team.

  **Note**: For each admission, review this content with the patient/significant other prior to the administration of the first dose of chemotherapy.
  B. Chemotherapy handling precautions.
  C. Signs/symptoms of chemotherapy extravasation and circumstances for which to notify/consult the health care team.
  D. Recognize that the volume of drained fluid may be less than that infused, and reassure patient that the fluid will be reabsorbed and metabolized.

### X. Documentation:

  A. Drug Administration
     1. Document chemotherapy administration in the patient record according to VUMC and unit-specific guidelines. Include the name, dose, route, date, time, patency of IV (when applicable), and any patient outcomes.
     2. Document infusional chemotherapy administration according to IV medication guidelines with the addition of vein patency verification (e.g., blood return, site without redness or swelling) at the beginning of the infusion and every two (2) hours.
  B. Patient Education
     Document education in Notes or Teaching Record, as applicable to area.
  C. Verification of Patient and Correct Medication
     1. The treating nurse documents verification of the correct patient as applicable to area.
     2. Two RNSs document verification of the correct medication, dosing, and patient as ordered, as applicable to area.

### XI. Cross References:

Patient Education Materials
Section HC-43-92, "Chemo or Radiation Therapy"

Section HC-25-87, "Safe Handling of Chemotherapy Drugs and Wastes"
MC#1985, Admission Teaching Record – Adult
MC#1986 Admission Teaching Record – Pediatric

Chemotherapy Administration Course Manual (available from The Learning Center).

Pediatric Chemotherapy Administration Course Manual (available from the Learning Center).

## XII. References:

Chemotherapy and Biotherapy Guidelines and Recommendations for Practice, 1999, Pittsburg: Oncology Nursing Society.

Occupational Safety and Health Administration. Controlling occupational exposure to hazardous drugs. Washington, DC, Most recent monographs.

## XIII. Web References:

Comprehensive Accreditation Manual for Hospitals. Retrieved on March 13, 2006.
*Provision of Care, Treatment, and Services standard PC 6.10*
*Management of the Environment of Care standard EC.3.10*

VUMC Policy Manuals.
Clinical Policy Manual
Section 30-06 Medication Administration
Section 30-07 Infusion and Blood Product Therapy

Operations Policy Manual
OP 30-10.10 Request for Excuse from Staff Assignment for Religious, Cultural Values, Ethics, or Physical Accommodation

Safety and Disaster Manual
SA 20-10.04 Handling of Cytotoxic Drugs

## XIV. Endorsement:

Clinical Practice Committee – January 2006

## XV. Approval:

/s/ Marilyn Dubree, Director, Patient Care Services & Chief Nursing Officer 1-17-06

/s/ James R. Knight, Director, Pharmacy Support Services 02-09-06

/s/ David H. Johnson, MD, Director, Division of Medical Oncology 02-17-06

/s/ James E. Shmerling, CEO, Vanderbilt Children's Hospital 01-30-06

**Copyright/Reprint Permission**
This policy ©2006 by Vanderbilt University. All rights reserved. Requests for republication should be faxed on company letterhead with the requestor's email address to the following:
*Department of Accreditation & Standards*
*1161 21st Avenue South*
*A-1223 MCN*
*Nashville, TN 37232-2183*
*Office # 615-322-1117*
*Fax # 615-343-3398*

Site design and content copyright © 2003 - 2006, Vanderbilt University Medical Center
URL: **http://vumcpolicies.mc.vanderbilt.edu**
For More Information: **jana.cross@vanderbilt.edu**
Design Last Modified: 11 December 2006