# Exhibit 21

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
LEIGHTON M. HARA   7826-0
WENDY M. YAMAMOTO        8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2440 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com


Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

4846542

|              Plaintiffs,     | ) |
|-----------------------------|---|
|                             | ) |
|         v.                  | ) |
|                             | ) |
| HAWAI'I PACIFIC HEALTH, *et al.* | ) |
|                             | ) |
|              Defendants.    | ) |
|                             | ) |

## DECLARATION OF JONATHAN K. CHO, M.D.

I, Jonathan K. Cho, M.D., do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I am a board certified medical oncologist engaged in the private practice of medicine in Hawaii. I am also an assistant clinical professor with the John A. Burns School of Medicine. I completed my fellowship training at the City of Hope National Medical Center.

2. In our community, oncology nurses who administer cancer chemotherapy have undergone special training to perform such tasks. As is common practice, they review the patient's medical records and laboratory data prior to administering the cancer chemotherapy. When the criteria, as determined by the treating medical oncologist, are met, the chemotherapy orders are carried out by the oncology nurses.

3. It is common practice in our community for patients who are treated in cancer chemotherapy infusion centers, which are part of the hospital, not to have

4846542

the treating oncologist physically present during the time that chemotherapy is being administered. Instead, the oncology nurses monitor the patient during the treatment session. Should there be a medical emergency, the nurses are trained to initiate appropriate treatment measures and to call physicians, such as, hospitalists or emergency room physicians, who are physically present in the hospital. The oncology nurses who administer chemotherapy are capable in identifying less severe side effects that may be the result of the treatments. They in turn will notify the treating oncologist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2006.

*[signature]*
Jonathan K. Cho, M.D.