jdr pls mtn amend rule 16 sch order

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI        4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S SUBSTANTIVE JOINDER IN PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 28, 2006; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE:　Hon. Leslie E. Kobayashi<br><br>TRIAL: 3/20/07<br>JUDGE: Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL
CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S
SUBSTANTIVE JOINDER IN PLAINTIFFS' MOTION TO AMEND
AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 28, 2006

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH

SYSTEM (collectively referred to as "HPH Defendants"), by and through their

attorneys, Robbins & Associates, and hereby substantively join in Plaintiffs' Motion

2

to Amend Amended Rule 16 Scheduling Order, filed on December 28, 2006. This substantive joinder is made pursuant to Local Rule 7.9 of the United States District Court for the District of Hawaii.

      While neither adopting nor supporting the Factual Background or Discussion sections of Plaintiffs' Memorandum in support of the instant Motion, HPH Defendants nevertheless support Plaintiffs' Motion to Amend the Amended Rule 16 Scheduling Order, filed December 28, 2006 to the extent that Plaintiffs request a continuance of the deadline by which Plaintiffs must file expert witness disclosures to February 5, 2007, pursuant to F.R.C.P. Rule 26(a)(2). In order to avoid undue prejudice to all Defendants, HPH Defendants further respectfully request that, in the event Plaintiffs' instant Motion is granted, the deadline for Defendants' expert disclosures be likewise continued from February 5, 2007 to March 7, 2007 — pursuant to F.R.C.P. Rule 26(a)(2)(C) — to allow HPH Defendants sufficient time to review, evaluate, and respond to Plaintiffs' expert disclosures.

DATED: Honolulu, Hawaii, January 3, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S JOINDER IN PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 28, 2006