STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| SHARON V. LOVEJOY | 5083-0 |
| STEPHANIE THOMPSON | 8399-0 |

Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 28, 2006; CERTIFICATE OF SERVICE**<br><br>**HEARING:**<br>**DATE:** _____<br>**TIME:** _____<br>**JUDGE: Hon. Leslie E. Kobayashi**<br><br>TRIAL DATE: March 20, 2007<br>JUDGE: Hon. Alan C. Kay |

61355
1/3/2007

**DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN
PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16
SCHEDULING ORDER, FILED DECEMBER 28, 2006**

Defendant Lee A. Evslin, M.D., ("Defendant Evslin") by and through his counsel Starn O'Toole Marcus & Fisher, and pursuant to Local Rule 7.9, hereby substantively joins in Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, filed on December 28, 2006. ("Plaintiffs' Motion").

Defendant Evslin supports Plaintiffs' Motion to the extent that Plaintiffs' deadline for the filing of expert witness disclosure be continued to February 5, 2007.  However, Defendant Evslin does not join in, adopt, or support the Factual Background and Discussion presented by Plaintiffs in their Memorandum in Support as a valid basis for the granting of Plaintiffs' Motion. Instead, Defendant Evslin argues that Plaintiffs' Deadline for Expert Witness Disclosures having passed;[1] it is in the interest of fair play and substantial justice that this Court grants Plaintiffs Motion.  Moreover, Defendant Evslin respectfully requests that to the extent that this Court grants Plaintiffs' Motion and extends the deadline of expert witness disclosures, that this Court also extend Defendants' deadline for expert witness disclosures from February 5, 2007 to March 7, 2007. Such a mutual granting of the extension by this Court would not unduly prejudice

---

[1] Pursuant to Court Minutes, filed September 25, 2006, Plaintiffs' Expert Witness Disclosures were due November 30, 2006.  *See* Court Minutes, Case 1:04-cv-00596-ACK-LEK, Document 47, filed 09/25/2006.

2

either party as all parties would be afforded sufficient time to review and prepare an appropriate response.

DATED: Honolulu, Hawaii, January 3, 2007.

/s/ Stephanie Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK LEK; *USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.;* DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED DECEMBER 28, 2006.