STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: Defendant Lee A. Evslin M.D.'s Joinder to Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, Filed December 28, 2006) |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of Defendant Lee A. Evslin, M.D.'s Joinder in Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, filed on December 28, 2006, duly served on the following at their last known addresses and in the manner indicated below:

**Served electronically through CM/ECF:**

| | |
|---|---|
| JANICE P. KIM, ESQ.<br>kimj054@hawaii.rr.com | **January 3, 2007** |
| RAFAEL G. DEL CASTILLO, ESQ.<br>rdelcastillo@physicianslawfirm.com | **January 3, 2007** |
| HARRY YEE, ESQ.<br>harry.yee@usdoj.gov | **January 3, 2007** |
| KEN ROBBINS, ESQ.<br>krobbins@robbinsandassociates.net | **January 3, 2007** |
| HARRY R. SILVER<br>hsilver@pattonboggs.com | **January 3, 2007** |

**Served by First Class Mail:**

ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786                                **January 3, 2007**

Attorney for Plaintiff James Lockyer,
M.D., and State of Hawaii

CLARISSA Y. MAINAO, ESQ.
JOHN-ANDERSON L. MEYER, ES1.
Robbins & Assoc.
Davies Pacific Center
841 Bishop St. Ste. 2200\
Honolulu, HI 96813
                                                     **January 3, 2007**

Attorneys for Defendants HAWAII
PACIFIC HEALTH; KAUAI MEDICAL
CLINIC; WILCOX MEMORIAL
HOSPITAL; WILCOX HEALTH
SYSTEM

EDWIN D. RAUZI, ESQ.
Davis Wright Tremaine LLP
1501 4th Ave. Suite 2600
Seattle, WA 98101
                                                     **January 3, 2007**
Attorneys for Defendants HAWAII
PACIFIC HEALTH; KAUAI MEDICAL
CLINIC; WILCOX MEMORIAL
HOSPITAL; WILCOX HEALTH
SYSTEM

DATED:   Honolulu, Hawaii, January 3, 2007.

     /s/ Stephanie Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.