JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@hawaii.rr.com

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE 3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Co-Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs, | ) CIVIL NO.CV04 00596 ACK/LEK<br>) (Federal and State - Qui Tam)<br>)<br>) PLAINTIFF JAMES LOCKYER, M.D.'S<br>) REPLY TO DEFENDANTS HAWAI'I<br>) PACIFIC HEALTH'S, KAUAI MEDICAL<br>) CLINIC'S, WILCOX MEMORIAL<br>) HOSPITAL'S AND WILCOX HEALTH |

|  |  |
|---|---|
| vs. | ) SYSTEM'S AMENDED EX PARTE |
|  | ) MOTION TO FILE EXHIBITS "11" - "20" |
| HAWAI'I PACIFIC HEALTH; KAUAI | ) OF DEFENDANTS HAWAI'I PACIFIC |
| MEDICAL CLINIC; WILCOX | ) HEALTH, KAUAI MEDICAL CLINIC, |
| MEMORIAL HOSPITAL; WILCOX | ) WILCOX MEMORIAL HOSPITAL AND |
| HEALTH SYSTEM; and WILLIAM A. | ) WILCOX HEALTH SYSTEM'S MOTION |
| EVSLIN, M.D., aka LEE A. EVSLIN, | ) FOR SUMMARY JUDGMENT UNDER |
| M.D., | ) SEAL; DECLARATION OF JANICE P. |
|  | ) KIM; CERTIFICATE OF SERVICE |
| Defendants. | ) |
|  | ) TRIAL: March 20, 2007 |
|  | ) JUDGE: Alan C. Kay |

PLAINTIFF JAMES LOCKYER, M.D.'S REPLY TO
DEFENDANTS HAWAI'I PACIFIC HEALTH'S, KAUAI MEDICAL CLINIC'S,
WILCOX MEMORIAL HOSPITAL'S AND WILCOX HEALTH SYSTEM'S
AMENDED EX PARTE MOTION TO FILE EXHIBITS "11" - "20" OF
DEFENDANTS HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND
<u>WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL</u>

COMES NOW Plaintiff JAMES JOCKYER, M.D., by and through his attorneys JANICE P. KIM, ARLEEN D. JOUXSON and RAFAEL G. DEL CASTILLO, and hereby files this *Reply to Defendants Hawai'i Pacific Health's, Kauai Medical Clinic's, Wilcox Memorial Hospital's and Wilcox Health System's Amended Ex Parte Motion to File Exhibits "11" - "20" of Defendants Hawai'i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's Motion for Summary Judgment Under Seal.*

This Reply is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and

the Court's Order Regarding Ex Parte Motion to Seal Documents, filed December 27, 2006, and is based upon the Declaration of Janice P. Kim attached hereto, and the records and files herein.

Dated: Honolulu, Hawaii, January 5, 2007.

/s/ Janice P. Kim
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
Attorneys for Plaintiff
JAMES LOCKYER, M.D.

---

CIVIL NO. CV04-00596 ACK LEK; USA, ex rel, Lockyer, et al. v. Hawaii Pacific Health, et al.; PLAINTIFF JAMES LOCKYER, M.D.'S REPLY TO DEFENDANTS HAWAI'I PACIFIC HEALTH'S, KAUAI MEDICAL CLINIC'S, WILCOX MEMORIAL HOSPITAL'S AND WILCOX HEALTH SYSTEM'S AMENDED EX PARTE MOTION TO FILE EXHIBITS "11" - "20" OF DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

3