IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>         Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>         Defendants. | ) CIVIL NO.CVO4 00596 ACK/LEK<br>) (Federal and State - Qui Tam)<br>)<br>) DECLARATION OF JANICE P. KIM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JANICE P. KIM

I, JANICE P. KIM, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1.    I am an attorney licensed to practice in all courts in the state of Hawaii.

2.    I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3.    I am one of the attorneys for Plaintiff JAMES JOCKYER, M.D. (referred to as "Plaintiff Dr. Lockyer").

4.    On December 22, 2006, Defendants HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH

SYSTEM (collectively referred to as "HPH Defendants") submitted a Motion to Seal Documents

which precipitated the Court's order dated December 27, 2006 entitled *Order Regarding Ex*

*Parte Motion to Seal Documents.*

      5.      My review of the exhibits suggest to me that Exhibit "11" should be filed

under seal as it contains sensitive and personal information from the personnel files of Relator

James Lockyer, M.D.

      6.      For the reasons set forth above, I have concluded that there are compelling

reasons to file the said exhibit under seal.

      The privacy interests of Plaintiff Dr. Lockyer require the submission of

Exhibit "11" to HPH Defendants' Motion for Summary Judgment under seal.

      7.      Exhibit "11" to the Motion contains sensitive privacy and confidentiality

issues. Therefore, Exhibit "11" should be sealed and should not be made available to the public

as said document discusses protected information.

      8.      The public does not have any apparent right to or interest in the disclosure

of the highly personal financial information contained in the alleged personnel records of

Plaintiff Dr. Lockyer in Exhibit "11".

      I declare under penalty of law that the foregoing statements are true and correct.

      Dated: Honolulu, Hawaii, January 5, 2007.


                        /s/ Janice P. Kim
                        JANICE P. KIM

---

CIVIL NO. CV04-00596 ACK LEK; USA, ex rel, Lockyer, et al. v. Hawaii Pacific Health, et al.; DECLARATION OF JANICE P. KIM