IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | ) CIVIL NO.CVO4 00596 ACK/LEK<br>) (Federal and State - Qui Tam)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

| | |
|---|---|
| KENNETH S. ROBBINS, ESQ.<br>JOHN-ANDERSON L. MEYER<br>defend@robbinsandassociates.net | January 5, 2007 |
| EDWIN D. RAUZI<br>edrauzi@dwt.com | January 5, 2007 |
| HARRY R. SILVER<br>hsilver@pattonboggs.com | January 5, 2007 |

Served by First Class Mail:

SHARON V. LOVEJOY, ESQ.                January 5, 2007
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Attorney for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A.
EVSLIN, M.D.

Dated: Honolulu, Hawaii, January 5, 2007.

/s/ Janice P. Kim
JANICE P. KIM

---

CIVIL NO. CV04-00596 ACK LEK; USA, ex rel, Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF SERVICE