EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

JANICE P. KIM   3436
Kaimuki Business Plaza
3615- Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
Email:  kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
Email:  rafa@hawaii.rr.com

Co-Counsel for Qui Tam Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>          Plaintiffs, <br>     vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. | CIVIL NO. 04 00596 ACK/LEK (Federal and State - Qui Tam) <br><br> PLAINTIFF'S MOTION TO AMEND COMPLAINT; DECLARATION OF HARRY YEE; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE |

```
EVSLIN, M.D.,                    )
                                 )
            Defendants.          )
_____)
```

<u>PLAINTIFF'S MOTION TO AMEND COMPLAINT</u>

The United States of America, through its undersigned attorneys, hereby moves the Court for leave to amend the complaint to include a newly disclosed cause of action in violation of 31 U.S.C. § 3729.

This motion is made pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3729, and is based upon the Declaration of Harry Yee and exhibits which are attached to and made a part hereof and the Complaint filed in this action.

DATED:  January 8, 2007, at Honolulu, Hawaii.

```
                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        /s/Harry Yee

                        By_____
                           HARRY YEE
                           Assistant U.S. Attorney

                        Attorneys for United States of
                           America
```