IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br>      vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. 04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF HARRY YEE |

DECLARATION OF HARRY YEE

I, HARRY YEE, declare that:

1.  I am the Assistant United States Attorney and assigned to the above case.

2.  Plaintiff has filed a Complaint on October 1, 2004, under seal on October 6, 2004, alleging violation of 31 U.S.C. §3729, the False Claims Act, by the above-named Defendants.

3.  On May 16, 2006 Defendant HPH's counsel, Kenneth Robbins, Edward Rauzi, and Robert Ching met with me to discuss this pending case. During the course of our meeting, Defendant HPH's counsel disclosed that Defendant HPH had discovered possible inappropriate billing by nurses for office visits in violation of 31 U.S.C. § 3729 (nurses are not authorized to bill

for office visits). Defendant HPH's counsel requested the opportunity to research and investigate further this discovery of possible false billing with the representation that they would provide me with further information.

    4. On December 5, 2006, Defendant HPH's counsel Mr. Robbins and Mr. Ching along with new counsel Larry Freeman and Harry Silver of Patton & Boggs of Washington, D.C. met with me again to discuss this pending case. At that meeting, they disclosed that after further investigation and review the possible false billing by nurses for office visits was in fact related to the false billings already the subject of the pending case. They further disclosed that these billings for office visits by nurses were inappropriate and duplicative of the alleged false billings for services, which the United States and the relator were pursuing in this pending action. I requested that Mr. Freeman provide me written statement of this disclosure.

    5. On January 5, 2007, over a month later, I received the attached e-mail (Exhibit"A") from Mr. Freeman. His e-mail confirms that there have been duplicate false billings for office visits by nurses in violation of the Federal False Claims Act for the same dates, times, patients that were already billed for services provided by other HPH personnel. Prior to this e-mail, there was insufficient confirmation of the alleged false claim since Defendant HPH has continued to delay providing discovery to

the United States on the causes of action in the pending complaint.

      6.   I have drafted the attached amended complaint (Exhibit "B") to include the cause of action based on Defendant HPH's recent disclosure of false billings in violation of 31 U.S.C. § 3729 for nurses billing for office visits and duplicate billings for an office visit where there is already a billing for medical services provided.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

      DATED: January 8, 2007, at Honolulu, Hawaii.

                                     /s/ Harry Yee

                                       _____
                                       HARRY YEE