Yee, Harry (USAHI)
___

**From:** Freedman, Laurence [lfreedman@pattonboggs.com]
**Sent:** Friday, January 05, 2007 2:07 PM
**To:** Yee, Harry (USAHI)
**Subject:** HPH

Harry,

Thanks again for meeting with us on December 5. At that meeting we raised the issue of billings for CPT code 99211 for services in the Kauai Medical Clinic chemotherapy suite submitted to Medicare. We indicated that these billings were not necessarily appropriate if billed for services provided by an oncology-nurse in the course of chemotherapy administration when the same patient-encounter also generated billings for the chemotherapy administration itself. You encouraged us at that meeting, and subsequently, to provide you with a letter to ensure that it be treated as a self disclosure.

Just to give you an update, we are working hard on this issue. It is way more complicated than I anticipated to identify and apply the complex Medicare payment rules applicable to CPT code 99211 claims for outpatient services in the infusion suite. Please accept our apologies for the delay in communicating to you on this issue. We expect to provide you with our analysis soon.
Best regards,
LJF
Laurence J. Freedman, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
Phone: 202.457.6138
Fax: 202.861.6482
Cell: 202.294.4218

DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.

Exhibit "A"