EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

JANICE P. KIM   3436
Kaimuki Business Plaza
3615- Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
Email:  kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
Email:  rafa@hawaii.rr.com

Co-Counsel for Qui Tam Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br> vs. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM | CIVIL NO. 04 00596 ACK/LEK <br> (Federal and State - Qui Tam) <br><br> ERRATA TO EXHIBIT "B" TO PLAINTIFF'S MOTION TO AMEND COMPLAINT; EXHIBIT "B"; CERTIFICATE OF SERVICE |

```
A. EVSLIN, M.D. AKA LEE A.     )
EVSLIN, M.D.,                  )
                               )
            Defendants.        )
_____)
```

## ERRATA TO EXHIBIT "B" TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

The United States of America, through its undersigned attorneys, hereby submits the corrected Exhibit "B" to Plaintiff's Motion to Amend Complaint, filed on January 8, 2007.

DATED:  January 8, 2007, at Honolulu, Hawaii.

```
                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        /s/ Harry Yee
                        By_____
                          HARRY YEE
                          Assistant U.S. Attorney

                        Attorneys for United States of
                          America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>          Plaintiffs,<br>     vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>          Defendants.<br>_____ | CIVIL NO. O4 00596 ACK/LEK (Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Janice P. Kim | kimj054@hawaii.rr.com |
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

       <u>Served by First Class Mail</u>:

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

       DATED:  January 8, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              /s/ Harry Yee


                            By _____
                              HARRY YEE
                              Assistant U.S. Attorney