JANICE P. KIM                3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.


EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

HARRY YEE                3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

## IN THE UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) |

JAMES LOCKYER, M.D., in his own    )
behalf,                            )    NOTICE OF NON-HEARING
                                   )    MOTION; CERTIFICATE OF
              Plaintiffs,          )    SERVICE
vs.                                )
                                   )
HAWAI'I PACIFIC HEALTH;            )
KAUAI MEDICAL CLINIC;              )
WILCOX MEMORIAL HOSPITAL;          )
WILCOX HEALTH SYSTEM; AND          )    Judge: Hon. Leslie E. Kobayashi
WILLIAM A. EVSLIN, M.D. AKA        )
LEE A. EVSLIN, M.D.                )    Trial Date:  March 20, 2007
              Defendants.          )    Judge:       Honorable Alan C. Kay

## NOTICE OF NON-HEARING MOTION

TO:       KENNETH S. ROBBINS, ESQ.
          2200 Davies Pacific Center
          841 Bishop Street
          Honolulu, Hawai`i 96813

          Edwin D. Rauzi, Esq.
          Davis Wright Tremaine LLP
          1501 4th Avenue, Suite 2600
          Seattle, WA 98101

          HARRY R. SILVER
          2550 M Street NW
          Washington, D.C. 20037

          Attorneys for Defendants Hawaii Pacific Health, Kauai Medical
          Clinic, Wilcox Memorial Hospital, Wilcox Health System

          Sharon V. Lovejoy
          Starn O'Toole Marcus & Fisher
          Pacific Guardian Center Makai Tower
          733 Bishop St Ste 1900
          Honolulu, HI 96813

          Attorney for Defendant William A. Evslin, M.D.

aka Lee A. Evslin, M.D.

NOTICE IS HEREBY GIVEN that, pursuant to the Court's ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO DESIGNATE AS NON-HEARING MOTION PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER, the foregoing Motion has been designated a Non-Hearing Motion pursuant to Local Rule 7.2(e).  Opposition Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order (Docket No. 86), if any, must be filed pursuant to Local Rule 7.4.

DATED:    Honolulu, Hawaii, January 9, 2007

// Rafael del Castillo

JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.