JANICE P. KIM                    3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON         7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.


EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

HARRY YEE                      3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA


IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex | ) | CIVIL NO. CV 04-00596 ACK LEK |
| rel. JAMES LOCKYER, M.D. AND | ) | (Federal and State - Qui Tam) |

JAMES LOCKYER, M.D., in his own )
behalf,                         )  CERTIFICATE OF SERVICE
                                )  [Notice of Non-Hearing Motion]
          Plaintiffs,              )
vs.                             )
                                )
                                )
HAWAI'I PACIFIC HEALTH;         )
KAUAI MEDICAL CLINIC;           )
WILCOX MEMORIAL HOSPITAL;       )
WILCOX HEALTH SYSTEM; AND       )
WILLIAM A. EVSLIN, M.D. AKA     )
LEE A. EVSLIN, M.D.             )  Trial Date:   March 20, 2007
          Defendants.              )  Judge:        Honorable Alan C. Kay
                                )
_____ )

## CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

Served Electronically through CM/ECF:

Kenneth S. Robbins, Esq.                        January 9, 2007
krobbins@robbinsandassociates.net,

Harry R. Silver, Esq.                           January 9, 2007
hsilver@pattonboggs.com

Sharon V. Lovejoy, Esq.                         January 9, 2007
slovejoy@starnlaw.com

Served via First Class Mail

Edwin D. Rauzi, Esq.                                    January 9, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101


DATED:    Honolulu, Hawaii, January 9, 2007



                                    // Rafael del Castillo

                                    JANICE P. KIM
                                    ARLEEN D. JOUXSON
                                    RAFAEL G. DEL CASTILLO

                                    Attorneys for Plaintiff
                                    JAMES LOCKYER, M.D.

6