JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawai`i 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawai`i 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com
Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawai`i

HARRY YEE             3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawai`i 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov
Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) CIVIL NO. CV 04-00596 ACK ) LEK ) (Federal and State – Qui ) Tam) |

|  |  |
|---|---|
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS' |
| vs. | ) EX PARTE MOTION TO |
|  | ) DESIGNATE AS NON-HEARING |
|  | ) MOTION PLAINTIFFS' MOTION |
| HAWAI'I PACIFIC HEALTH; | ) TO AMEND AMENDED RULE 16 |
| KAUAI MEDICAL CLINIC; | ) SCHEDULING ORDER |
| WILCOX MEMORIAL HOSPITAL; | ) |
| WILCOX HEALTH SYSTEM; AND | ) |
| WILLIAM A. EVSLIN, M.D. AKA | ) |
| LEE A. EVSLIN, M.D. | ) Trial Date:  March 20, 2007 |
| Defendants. | ) Judge:   Honorable Alan C. |
|  | ) Kay |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
TO DESIGNATE AS NON-HEARING MOTION PLAINTIFFS'
MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion To Designate as Non-Hearing Motion Plaintiffs' Motion to Amended Rule 16 Scheduling Order, or in the Alternative, to Shorten Time for Hearing on Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, and the records and files herein, and the Court otherwise being apprised of the record, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion To Amend Amended Rule 16

Scheduling Order shall be and is designated as a non-hearing motion, pursuant to Local Rule 7.2(e).

Dated: Honolulu, Hawai`i, January 10, 2007.



　/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

*United States of America ex rel. James Lockyer, M.D., et al., v. Hawai`i Pacific Health, et al.*; CIVIL NO. CV 04-00596 ACK LEK; PLAINTIFFS' *EX PARTE* MOTION TO DESIGNATE AS NON-HEARING MOTION PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER