JANICE P. KIM                3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON            7223
RAFAEL G. DEL CASTILLO       6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

HARRY YEE                    3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) CIVIL NO. CV 04-00596 ACK LEK<br>) (Federal and State - Qui Tam) |

| | |
|---|---|
| JAMES LOCKYER, M.D., in his own behalf, | ) ) ) CERTIFICATE OF SERVICE |
| | ) [Confidential Settlement Conference |
| Plaintiffs, | ) Statement] |
| vs. | ) |
| | ) |
| | ) |
| HAWAI'I PACIFIC HEALTH; | ) |
| KAUAI MEDICAL CLINIC; | ) |
| WILCOX MEMORIAL HOSPITAL; | ) |
| WILCOX HEALTH SYSTEM; AND | ) |
| WILLIAM A. EVSLIN, M.D. AKA | ) |
| LEE A. EVSLIN, M.D. | ) |
| Defendants. | ) Trial Date:  March 20, 2007 |
| | ) Judge:       Honorable Alan C. Kay |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the presiding Magistrate Judge, the Honorable Leslie E. Kobayashi, in her chambers pursuant to Local Rule 16.5(b)

DATED:   Honolulu, Hawaii, January 12, 2007

/s/ Janice P. Kim

JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

-2-