IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>      Plaintiffs,<br><br>  vs.<br><br>HAWAI`I PACIFIC HEALTH, ET AL.,<br><br>      Defendants. | CIVIL NO. 04-00596 ACK-LEK<br><br>ORDER OF RECUSAL |

ORDER OF RECUSAL

This Court could be construed as having an interest in the outcome of the litigation. This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety.

DATED:  Honolulu, Hawai'i, January 12, 2007.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge