# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00596ACK-LEK |
| CASE NAME: | James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 01/12/2007 | TIME: | |

---

COURT ACTION:  EO:   COURT ORDER REGARDING PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

    On December 28, 2006, Plaintiffs United States of America and James Lockyer, M.D. ("Plaintiffs") filed the instant Motion to Amend Amended Rule 16 Scheduling Order ("Motion").  Plaintiffs seek an extension of their expert witness disclosure deadline from January 2, 2007, until February 5, 2007.  Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System filed a substantive joinder in the Motion on January 3, 2007.  Defendant Lee A. Evslin, M.D., also filed a joinder in the Motion on January 3, 2007.  Plaintiffs' Motion is HEREBY GRANTED.  Plaintiffs' expert witness disclosures are now due on February 5, 2007 and the Defendants' expert witness disclosures are now due on March 7, 2007.

    IT IS SO ORDERED.

Cc: all counsel

**[Counsel: Please be informed that the Court ruled on this matter prior to the Court's Recusal]**

Submitted by: Warren N. Nakamura, Courtroom Manager