mtn include status conf & amend rule 16 sched order

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS        1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP			CIVIL NO. CV04-00596 ACK KSC

EDWIN D. RAUZI        4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAIʻI PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND AMENDED RULE 16 SCHEDULING ORDER**; DECLARATION OF KENNETH S. ROBBINS; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND AMENDED RULE 16 SCHEDULING ORDER**

COME NOW Defendants HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their

attorneys, Robbins & Associates, and move the court to include a status conference with the settlement conference currently scheduled for January 19, 2006 at 2:00 p.m. before the Honorable Kevin S.C. Chang and to amend the Amended Rule 16 Scheduling Order entered on June 16, 2006, in the above-entitled action, a copy of which is attached as Exhibit "A", on the following grounds:

  1. As the record reflects, the Amended Rule 16 Scheduling Order, attached hereto as Exhibit "A", has been amended further upon the agreement of the parties and their motion requesting same.

  2. In that regard, Exhibit "B", which is Judge Kobayashi's Minute Order, dated January 12, 2007, extended pretrial deadlines for disclosure of Plaintiffs' expert witnesses to February 5, 2007 and the deadline for Defendants' expert witness disclosures to March 7, 2007.

  3. Per Exhibit "B", Defendants' deadline for expert witness disclosures now falls 13 days before the March 20, 2007 trial date.  While counsel for the parties have discussed and have agreed upon a further amendment of the Rule 16 Scheduling Order to extend the pretrial discovery cutoff from January 19, 2007 to a date which accommodates the deadlines for expert witness disclosures, it is clear that the current pretrial deadlines do not allow for reasonable discovery to conclude prior to the March 20, 2007 trial date.

4.Accordingly, as is set forth in the Declaration of Kenneth S. Robbins which is attached hereto, Kenneth S. Robbins, Esq., one of the attorneys for the HPH Defendants, and Harry Yee, Esq., Assistant U.S. Attorney, who represents the United States government, have agreed that the current pretrial deadlines are such that they do not accommodate trial as currently scheduled on March 20, 2007.

5.After agreeing in principle, Messrs. Robbins and Yee spoke with their respective principals and colleagues and as a result of those conversations agreement has been reached to put a motion before the Court to request the assignment of a new trial date and to establish pretrial deadlines which will accommodate the Court, the parties and the judicial process.

Wherefore, HPH Defendants respectfully pray, on behalf of all parties herein, that the Amended Rule 16 Scheduling Order entered on June 16, 2006, as amended by Judge Kobayashi's Minute Order, dated January 12, 2007, be amended to strike the current trial date and to schedule a new trial date with pretrial deadlines scheduled in accordance with the new trial date.

DATED:  Honolulu, Hawaii, January 18, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM

Civil No. CV04-00596 ACK KSC; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND AMENDED RULE 16 SCHEDULING ORDER**