IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS |

<u>DECLARATION OF KENNETH S. ROBBINS</u>

　　　　I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

　　　　1.　　I am an attorney licensed to practice in all courts in the state of Hawaii.

　　　　2.　　I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. On January 18, 2007, I spoke with Harry Yee, Esq. on a number of occasions to discuss our heretofore reached agreement to extend the discovery cutoff to a date which conforms to the new expert witness disclosures and our trial date.

5. During the course of those conversations, Mr. Yee and I agreed that there was no way that we could, in good conscience, agree upon and then file a motion with this Court to amend the Amended Rule 16 Scheduling Order to extend the discovery cutoff in the absence of our continuing the currently scheduled trial of this matter.

6. Thereafter, Mr. Yee and I each spoke with our respective principals and colleagues and obtained our respective authority to agree to a continuance of the trial in the hope that a new trial date could be selected at the currently scheduled settlement conference on January 19, 2007.

7. Mr. Yee and I agreed that with the agreed-upon continuance of trial, we would request that new pretrial deadlines be scheduled in accordance with whatever our new trial date will be.

      8.    Attached hereto as Exhibit "A" is a true and accurate copy of the Amended Rule 16 Scheduling Order, filed June 16, 2006.

      9.    Attached hereto as Exhibit "B" is a true and accurate copy of the Minute Order Regarding Plaintiffs' Motion to Amend Amended Rule 16 Scheduling Order, filed January 12, 2007.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, January 18, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS