IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JAMES LOCKYER, ET AL., ) | CIVIL NO. 04-00596 ACK-LEK |
| ) | |
| Plaintiffs, ) | |
| ) | AMENDED RULE 16 |
| vs. ) | SCHEDULING ORDER |
| ) | |
| HAWAI`I PACIFIC HEALTH ) | |
| GROUP PLAN FOR THE ) | |
| EMPLOYEES OF HAWAI`I ) | |
| PACIFIC HEALTH, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on June 14, 2006, before the Honorable Leslie E. Kobayashi, United States Magistrate Judge. Appearing at the conference were Janice P. Kim, Esq., Arleen D. Jouxson, Esq., Rafael G. Del Castillo, Esq., Harry Yee, Esq., Kenneth S. Robbins, Esq., Anderson Myer, Esq., and Patrick H. Jones, Esq.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

**1.** **JURY** trial in this matter will commence before the Honorable Alan C. Kay, Senior United States District Judge on March 20, 2007, at 9:00 a.m.



EXHIBIT A

2. A final pretrial conference shall be held on February 6, 2007, at 9:00 a.m. before the Honorable Leslie E. Kobayashi, United States Magistrate Judge.

3. (RESERVED)

4. Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by January 30, 2007.

**MOTIONS:**

5. All motions to join additional parties or to amend the pleadings shall be filed by August 17, 2006.

6. Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by December 20, 2006.

7. Dispositive motions shall be filed by October 18, 2006.

8. Motions in limine shall be filed by February 27, 2007. Any opposition memorandum to a motion in limine shall be filed by March 6, 2007.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

10. (RESERVED)

11. Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other

party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures pursuant to this paragraph shall be according to the following schedule:

    **a.** All plaintiffs shall comply by September 18, 2006.

    **b.** All defendants shall comply by October 18, 2006.

Disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**12.**    Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be January 19, 2007. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline. Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2 37.1 shall be heard no later than thirty (30) days prior to the discovery deadline.

3

## SETTLEMENT:

13. A settlement conference shall be held on October 5, 2006, at 2:00 p.m. before the Honorable Leslie E. Kobayashi, United States Magistrate Judge.

14. Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by September 28, 2006. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15. The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

## TRIAL SUBMISSIONS:

### JURY ISSUES:

16. The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

17. The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

18. The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19. Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

20. All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by March 6, 2007.

**WITNESSES:**

21. By February 27, 2007, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day

and the order in which the witnesses will be called.

**EXHIBITS:**

**24.** By February 20, 2007, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by February 27, 2007.

**26.** By March 6, 2007, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28 a.** By February 27, 2007, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   **b.** Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by March 6, 2007.

**TRIAL BRIEFS:**

**29.** By March 6, 2007, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30.   (RESERVED)

**OTHER MATTERS:** Amended Rule 16 Scheduling Order to be issued.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, June 16, 2006.



Leslie E. Kobayashi
United States Magistrate Judge

Sandra Hishinuma

---

**From:** hid_resp@hid.uscourts.gov
**Sent:** Friday, June 16, 2006 2:08 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00596-ACK-LEK Lockyer v. Hawaii Pacific Hea, et al "Scheduling Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from emt, entered on 6/16/2006 at 2:07 PM HST and filed on 6/16/2006

**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** 37

**Docket Text:**
AMENDED RULE 16 SCHEDULING ORDER - Signed by Judge LESLIE E KOBAYASHI on 6/16/06. (emt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=6/16/2006] [FileNumber=101787-0]
[30684eba071dc1df153ac6527c0c12f572c90654eae65fde179bcf3207a2060297f5
68424fd0477a20b133b0c6d9ada873d1942c7fc920ee44b8e4ef04a24cc7]]

**1:04-cv-596 Notice will be electronically mailed to:**

Leighton M. Hara    lhara@robbinsandassociates.net, agor@robbinsandassociates.net; rcarter@robbinsandassociates.net; shishinuma@robbinsandassociates.net

Janice P. Kim    kimj054@hawaii.rr.com

Kenneth S. Robbins    krobbins@robbinsandassociates.net, shishinuma@robbinsandassociates.net; rcarter@robbinsandassociates.net; agor@robbinsandassociates.net

Wendy M. Yamamoto    wyamamoto@robbinsandassociates.net, agor@robbinsandassociates.net; rcarter@robbinsandassociates.net; shishinuma@robbinsandassociates.net

Harry Yee    harry.yee@usdoj.gov, jan.yoneda@usdoj.gov; ann.yuuki@usdoj.gov

Rafael G. del Castillo    rdelCastillo@physi! cianslawfirm.com

**1:04-cv-596 Notice will be delivered by other means to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786