# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00596ACK-LEK

CASE NAME:       James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    01/12/2007                 TIME:

COURT ACTION: EO:  COURT ORDER REGARDING PLAINTIFFS' MOTION TO AMEND AMENDED RULE 16 SCHEDULING ORDER

On December 28, 2006, Plaintiffs United States of America and James Lockyer, M.D. ("Plaintiffs") filed the instant Motion to Amend Amended Rule 16 Scheduling Order ("Motion"). Plaintiffs seek an extension of their expert witness disclosure deadline from January 2, 2007, until February 5, 2007. Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System filed a substantive joinder in the Motion on January 3, 2007. Defendant Lee A. Evslin, M.D., also filed a joinder in the Motion on January 3, 2007. Plaintiffs' Motion is HEREBY GRANTED. Plaintiffs' expert witness disclosures are now due on February 5, 2007 and the Defendants' expert witness disclosures are now due on March 7, 2007.

IT IS SO ORDERED.

Cc: all counsel

**[Counsel: Please be informed that the Court ruled on this matter prior to the Court's Recusal]**

Submitted by: Warren N. Nakamura, Courtroom Manager



EXHIBIT B

Case 1:04-cv-00596-ACK-KSC   Document 115-4   Filed 01/08/2007   Page 2 of 4

Sandra Hishinuma

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Friday, January 12, 2007 6:36 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00596-ACK-KSC Lockyer v. Hawaii Pacific Hea, et al Terminate Motion Deadlines/Hearings (inc F&R) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 1/12/2007 at 6:36 PM HST and filed on 1/12/2007
**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** 113

**Docket Text:**
EO: COURT'S ORDER: Motions terminated: [97] MOTION for Joinder re [86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order* filed by William A. Evslin, [87] Ex Parte MOTION to Shorten Time to hear Motion re[86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order*Ex Parte MOTION to Shorten Time to hear Motion re [86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order* filed by James Lockyer, [86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order* filed by James Lockyer, [96] MOTION for Joinder re [86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order* MOTION for Joinder re [86] First MOTION for Extension of Time to Complete Discovery *Amending Amended Rule 16 Scheduling Order* filed by Hawaii Pacific Healt! h Group Plan for Employees of Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Health System, Wilcox Memorial Hospital. (Judge LESLIE E KOBAYASHI )(wnn, )


**1:04-cv-596 Notice has been electronically mailed to:**
Kenneth S. Robbins krobbins@robbinsandassociates.net, agor@robbinsandassociates.net, ameyer@robbinsandassociates.net, cmalinao@robbinsandassociates.net, rcarter@robbinsandassociates.net, shishinuma@robbinsandassociates.net
Janice P. Kim kimj054@hawaii.rr.com, colleens@hawaii.rr.com, gailh@hawaii.rr.com, myraf@hawaii.rr.com
Harry Yee harry.yee@usdoj.gov, ann.yuuki@usdoj.gov, jan.yoneda@usdoj.gov
Rafael G. del Castillo rafa@hawaii.rr.com
Harry R. Silver hsilver@pattonboggs.com
Stephanie E.W. Thompson sthompson@starnlaw.com, forsewth@aol.com, sakim@starnlaw.com, santolin@starnlaw.com, slovejoy@starnlaw.com, tfuyumuro@starnlaw.com

**1:04-cv-596 Notice has been delivered by other means to:**

1/16/2007

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Sharon V. Lovejoy
Starn O'Toole Marcus & Fisher
Pacific Guardian Center Makai Tower
733 Bishop St Ste 1900
Honolulu, HI 96813

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

Edwin D. Rauzi
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2007] [FileNumber=211690-0]
[907601192bdc17adf09ab945bb020618d368e04750c9d16a0a9e56ceef6452e66f6c
d19ddeafe60beeaf9051a88d52a248c8b2ebd9b80fe7555f65d504d5003a]]