IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HAWAIʻI PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.                      January 18, 2007
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.             January 18, 2007
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.                              January 18, 2007
harry.yee@usdoj.gov

STEPHANIE E.W.THOMPSON, ESQ.      January 18, 2007
sthompson@starnlaw.com


Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.    January 18, 2007
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

SHARON V. LOVEJOY, ESQ.               January 18, 2007
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii  96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A.
EVSLIN, M.D.

DATED:  Honolulu, Hawaii, January 18, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM