# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/19/2007

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim<br>Rafael Del Castillo<br>Arleen Jouxson<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth Robbins<br>John-Anderson Meyer<br>Harry Silver<br>Laurence Freedman<br>Sharon Lovejoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 01/19/2007 | TIME: | 2:00-3:30pm |

COURT ACTION:  EP: Settlement Conference.  Settlement conference held.

Counsel to speak with their respective clients regarding Mediation and report to the court, by phone, at a Status Conference Re: Mediation on 1/24/07 at 9:15am before Judge Chang.

New trial date given.  Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on September 18, 2007 at 9:00 a.m. before ACK
2. Final Pretrial Conference on August 7, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 31, 2007
5. File motions to Join/Add Parties/Amend Pleadings by February 16, 2007
6. File other Non-Dispositive Motions by June 20, 2007
7. File Dispositive Motions by April 18, 2007

| | |
|---|---|
| 8a. | File Motions in Limine by August 28, 2007 |
| 8b. | File opposition memo to a Motion in Limine by September 4, 2007 |
| 11a. | Plaintiff's Expert Witness Disclosures by March 19, 2007 |
| 11b. | Defendant's Expert Witness Disclosures by April 18, 2007 |
| 12. | Discovery deadline July 20, 2007 |
| 13. | Settlement Conference set for 5/18/2007 at 11:00am before KSC |
| 14. | Settlement Conference statements by 5/11/2007 |
| 20. | Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 4, 2007 |
| 21. | File Final witness list by August 28, 2007 |
| 24. | Exchange Exhibit and Demonstrative aids by August 21, 2007 |
| 25. | Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 28, 2007 |
| 26. | File objections to the Exhibits by September 4, 2007 |
| 28a. | File Deposition Excerpt Designations by August 28, 2007 |
| 28b. | File Deposition Counter Designations and Objections by September 4, 2007 |
| 29. | File Trial Brief by September 4, 2007 |
| 30. | File Findings of Fact & Conclusions of Law by N/A |

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-596ACK-KSC
James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al.
Amended Rule 16 Scheduling Conference Order
1/19/2007