IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER M.D. and JAMES LOCKYER, M.D., on his own behalf,<br><br>         Plaintiffs,<br><br>  vs.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>         Defendants. | Civ. No. 04-00596 ACK-KSC<br><br>ORDER DENYING DEFENDANTS' EX PARTE MOTION TO DESIGNATE AS NON-HEARING DEFENDANTS' MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND RULE 16 SCHEDULING ORDER |

ORDER DENYING DEFENDANTS' EX PARTE MOTION TO DESIGNATE AS NON-HEARING DEFENDANTS' MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND RULE 16 SCHEDULING ORDER

On January 18, 2007, Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health Systems ("Defendants") filed an Ex

Parte Motion to Designate as Non-Hearing Defendants' Motion to Include Status Conference With Settlement Conference Scheduled 1/19/07 and Amend Rule 16 Scheduling Order ("Ex Parte Motion").  The Court, exercising its discretion pursuant to Local Rule 7.2(d) of the Local Rules of the United States District Court for the District of Hawaii, declines to designate Defendants' Motion as non-hearing.  Defendants' Ex Parte Motion is hereby DENIED.

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, January 23, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

Civ. No. 04-00596 ACK-KSC; UNITED STATES OF AMERICA, et al. v. HAWAII PACIFIC HEALTH, et al.; ORDER DENYING DEFENDANTS' EX PARTE MOTION TO DESIGNATE AS NON-HEARING DEFENDANTS' MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND RULE 16 SCHEDULING ORDER