Suppl re Exhibit 11 to MSJ.doc
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP            CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI‛I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI‛I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL EXHIBIT "11" TO DEFENDANTS HAWAI‛I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT** FILED DECEMBER 22, 2006; EXHIBIT "11"; CERTIFICATE OF SERVICE<br><br><u>Hearing</u>:<br>Date:  February 20, 2007<br>Time: 10:30 a.m.<br>Judge: Alan C. Kay<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAI‛I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL EXHIBIT "11" TO DEFENDANTS HAWAI‛I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT** <u>FILED DECEMBER 22, 2006</u>

COME NOW Defendants HAWAI‛I PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH

2

SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and file this their SUPPLEMENTAL EXHIBIT "11" TO DEFENDANTS HAWAIʻI PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 22, 2006.

  In further support of HPH Defendants' Motion for Summary Judgment filed December 22, 2006, and pursuant to this Court's January 10, 2007 Order Regarding Amended Ex Parte Motion to Seal Documents, HPH Defendants attach hereto Exhibit "11" to their Motion for Summary Judgment, which document HPH Defendants had earlier submitted as an exhibit to their Amended Ex Parte Motion to File Exhibits "11" – "20" of their Motion for Summary Judgment Under Seal, filed December 29, 2006.  Pursuant to this Court's Order of January 10, 2007, all salary dollar amounts have been redacted from this document.

  DATED:  Honolulu, Hawaii, January 23, 2007.

          /s/   Kenneth S. Robbins
        KENNETH S. ROBBINS
        JOHN-ANDERSON L. MEYER

        Attorneys for Defendants
        HAWAIʻI PACIFIC HEALTH, KAUAI
        MEDICAL CLINIC, WILCOX MEMORIAL
        HOSPITAL AND WILCOX HEALTH
        SYSTEM