ntc withdraw mtn re status conf & amd amd rule 16 sch ord

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK KSC

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK KSC (Federal and State - Qui Tam)<br><br>**NOTICE OF WITHDRAWAL** OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED 1/18/07**; CERTIFICATE OF SERVICE<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

**NOTICE OF WITHDRAWAL**
OF DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE
WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND
AMENDED RULE 16 SCHEDULING ORDER, FILED 1/18/07**

　　　　COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH

SYSTEM (collectively referred to as "HPH Defendants"), by and through their

attorneys, Robbins & Associates, and hereby withdraw their Motion to Include

Status Conference with Settlement Conference Scheduled 1/19/07 and Amend

Amended Rule 16 Scheduling Order, filed January 18, 2007.

      DATED:  Honolulu, Hawaii, January 24, 2007.

                                      /s/ Kenneth S. Robbins
                                      KENNETH S. ROBBINS
                                      JOHN-ANDERSON L. MEYER

                                      Attorneys for Defendants
                                      HAWAI`I PACIFIC HEALTH, KAUAI
                                      MEDICAL CLINIC, WILCOX MEMORIAL
                                      HOSPITAL AND WILCOX HEALTH
                                      SYSTEM

Civil No. CV04-00596 ACK KSC; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; **NOTICE OF WITHDRAWAL** OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **MOTION TO INCLUDE STATUS CONFERENCE WITH SETTLEMENT CONFERENCE SCHEDULED 1/19/07 AND AMEND AMENDED RULE 16 SCHEDULING ORDER, FILED 1/18/07**