IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI‛I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| JANICE P. KIM, ESQ.<br>kimj054@hawaii.rr.com | January 24, 2007 |
| RAFAEL G. DEL CASTILLO, ESQ.<br>rdelcastillo@physicianslawfirm.com | January 24, 2007 |

| | |
|---|---|
| HARRY YEE, ESQ.<br>harry.yee@usdoj.gov | January 24, 2007 |

Served by First Class Mail:

| | |
|---|---|
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>Jouxson-Meyers & Del Castillo LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii  96786 | January 24, 2007 |

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

| | |
|---|---|
| SHARON V. LOVEJOY, ESQ.<br>STEPHANIE THOMPSON, ESQ.<br>Starn O'Toole Marcus & Fisher<br>Pacific Guardian Center, Makai Tower<br>737 Bishop Street, Suite 1900<br>Honolulu, Hawaii  96813 | January 24, 2007 |

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

      DATED:  Honolulu, Hawaii, January 24, 2007.

      /s/ Kenneth S. Robbins
      KENNETH S. ROBBINS
      JOHN-ANDERSON L. MEYER

      Attorneys for Defendants
      HAWAI'I PACIFIC HEALTH, KAUAI
      MEDICAL CLINIC, WILCOX MEMORIAL
      HOSPITAL AND WILCOX HEALTH
      SYSTEM