# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/24/2007

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00596ACK-KSC

CASE NAME:       James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al.

ATTYS FOR PLA:   Rafael Del Castillo, by phone
                 Harry Yee, by phone

ATTYS FOR DEFT:  Kenneth Robbins, by phone
                 John-Anderson Meyer, by phone
                 Stephanie Thompson, by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 01/24/2007 | TIME: | 9:20-9:30am |

COURT ACTION:  EP: Status Conference Re: Mediation.  Counsel have agreed to mediation with Mediator Clyde Matsui.  The Court will issue an Order Appointing Mediator.

Submitted by: Shari Afuso, Courtroom Manager