IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER M.D. and JAMES LOCKYER, M.D., on his own behalf,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | Civ. No. 04-00596 ACK-KSC<br><br>ORDER APPOINTING MEDIATOR |

ORDER APPOINTING MEDIATOR

This case has been referred to mediation by the Honorable Kevin S.C. Chang, United States Magistrate Judge.  Mediator Clyde Matsui, an approved member of the Court's Panel of Mediators and/or selected and

agreed to by the parties and hereby authorized by the Court, is appointed for this case.

      IT IS SO ORDERED.

      Dated: Honolulu, Hawaii, January 24, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge