JANICE P. KIM                                  3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON                   7223
RAFAEL G. DEL CASTILLO          6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.             2499
United States Attorney
District of Hawaii
HARRY YEE                              3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES | ) | CIVIL NO. CV 04-00596 ACK KSC |
| | ) | (Federal and State - Qui Tam) |

| | |
|---|---|
| AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) (Federal and State - Qui Tam) ) ) CERTIFICATE OF SERVICE ) [Am. Notice of deposition: Ventura] ) |
| Plaintiffs, vs. | ) ) ) ) ) |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D. | ) ) ) ) Trial Date: September 18, 2007 ) Judge:   Honorable Alan C. Kay ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following at their last known address by the method of service indicated:

EDWARD H. KUBO, JR.            ( ) hand delivery  (X) 1st class mail
United States Attorney
District of Hawaii

HARRY YEE
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850

Attorneys for UNITED STATES OF AMERICA

ii

| | |
|---|---|
| KENNETH S. ROBBINS, ESQ.<br>Robbins & Associates<br>2200 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawai`i 96813 | (X) hand delivery  ( ) 1st class mail |
| HARRY R. SILVER, ESQ.<br>PATTON BOGGS LLP<br>2550 M Street NW<br>Washington, D.C. 20037 | ( ) hand delivery  (X) 1st class mail |

Attorneys for
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, and WILCOX HEALTH SYSTEM

| | |
|---|---|
| SHARON V. LOVEJOY, ESQ.<br>Starn O'Toole Marcus & Fisher<br>Pacific Guardian Center, Makai Tower<br>737 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813 | (X) hand delivery  ( ) 1st class mail |

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

DATED:   Honolulu, Hawaii, January 26, 2007

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.