JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@rafael1224.clearwire.net

Co-Counsel for Qui Tam for Plaintiff
and the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiff James Lockyer, M.D.'s Response to Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s First Request for Admissions to Plaintiff James Lockyer, M.D. (In All Capacities))<br><br>TRIAL: September 18, 2007 |

## CERTIFICATE OF SERVICE
(Re: Plaintiff James Lockyer, M.D.'s Response to Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s First Request for Admissions to Plaintiff James Lockyer, M.D. (In All Capacities))

I hereby certify that due service of a copy *Plaintiff James Lockyer, M.D.'s Response to Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s First Request for Admissions to Plaintiff James Lockyer, M.D. (In All Capacities)* was served electronically, and by depositing the same with the U.S. mail, postage prepaid, this 31st day of January, 2007, addressed to the following:

> SHARON V. LOVEJOY, ESQ.
> STEPHANIE E. W. THOMPSON, ESQ.
> Pacific Guardian Center, Makai Tower
> 733 Bishop Street, Suite 1900
> Honolulu, Hawaii 96813
> slovejoy@starnlaw.com
> sthompson@starnlaw.com
> Attorneys for Defendant
> WILLIAM A. EVSLIN, M.D. aka Lee A. Evslin, M.D.
>
> KENNETH S. ROBBINS, ESQ.
> CLARISSA Y. MALINAO, ESQ.
> JOHN-ANDERSON L. MEYER, ESQ.
> 2200 Davies Pacific Center
> 841 Bishop Street
> Honolulu, Hawaii 96813
> krobbins@robbinsandassociates.net
> Attorneys for Defendants
> HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
> WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM

HARRY YEE, ESQ.
Chief, Civil Section
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Harry.Yee@usdoj.gov
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, January 31, 2007.

                                           /s/ Janice P. Kim
                                           JANICE P. KIM
                                           ARLEEN D. JOUXSON
                                           RAFAEL G. DEL CASTILLO