EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii
HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

JANICE P. KIM   3436
Kaimuki Business Plaza
3615- Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
Email:  kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
Email:  rafa@hawaii.rr.com

Co-Counsel for Qui Tam Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>            Plaintiffs, <br>    vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., | CIVIL NO. 04 00596 ACK/KSC <br> (Federal and State - Qui Tam) <br><br> STIPULATION TO AMEND COMPLAINT FILED ON OCTOBER 1, 2004; ORDER |

```
                              )
          Defendants.         )
_____ )
```

STIPULATION TO AMEND THE COMPLAINT FILED ON OCTOBER 1, 2004

  Comes now Plaintiffs United States of America, ex rel. James Lockyer, M.D., State of Hawaii, ex rel. James Lockyer, M.D. and James Lockyer, M.D., in his own behalf (hereinafter "Plaintiffs"), by and through their respective counsels, and Defendant Hawaii Pacific Health; Kauai Medical Clinic; Wilcox Memorial Hospital; Wilcox Health System; and William A. Evslin, M.D. aka Lee A. Evslin, M.D. (hereinafter "Defendants"), by and through their respective counsels, and hereby state that on January 8, 2007, Plaintiffs filed a motion to amend the complaint filed on October 1, 2004, and that Defendants are not opposed to Plaintiffs' motion to amend the complaint. A hearing in this matter is currently scheduled for February 12, 2007, at 9:30 a.m., before the Honorable Kevin S. Chang, United States Magistrate Judge.

  The parties have agreed to stipulate to Plaintiffs filing an amended complaint to the complaint filed on October 1, 2004, and respectfully request that the hearing on Plaintiffs' Motion to Amend the Complaint set for February 12, 2007, at 9:30 a.m., before the Honorable Kevin S. Chang, United States Magistrate Judge, be vacated.

WHEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsels, that Plaintiffs shall file an amended complaint in this matter and that the hearing on Plaintiffs' Motion to Amend the Complaint set for February 12, 2007, at 9:30 a.m., before the Honorable Kevin S. Chang, United States Magistrate Judge, be vacated.

It is further stipulated that Defendants, by so stipulating, do not waive, and may assert, any challenge they may have to the sufficiency of the amended complaint and/or any defenses they may have to the claims asserted therein.

DATED:  January 31, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Harry Yee

        By _____
           HARRY YEE
           Assistant U.S. Attorney

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA


        /s/ Janice P. Kim

        _____
        JANICE P. KIM
        ARLEEN D. JOUXSON
        RAFAEL G. DEL CASTILLO
        Attorneys for Plaintiff
        JAMES LOCKYER, M.D.

/s/ Kenneth S. Robbins
_____
KENNETH S. ROBBINS
Attorney for Defendants
HAWAII PACIFIC HEALTH; KAUAI
MEDICAL CLINIC; WILCOX
MEMORIAL HOSPITAL; WILCOX
HEALTH SYSTEM


/s/ Stephanie E.W. Thompson
_____
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.

Dated: February 2, 2007

APPROVED AND SO ORDERED:



_____
Kevin S.C. Chang
United States Magistrate Judge


United States of America, ex rel. James Lockyer, M.D., *et al.* v.
Hawaii Pacific Health *et al.*
Civil No. 04-00596 ACK KSC
STIPULATION TO AMEND COMPLAINT FILED ON OCTOBER 1, 2004