```
EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorney for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br>    vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE (PLAINTIFF UNITED STATES OF AMERICA'S ANSWERS TO DEFENDANT WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF UNITED STATES OF AMERICA) |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Plaintiff Untied States of America's Answers to Defendant William A. Evslin, M.D., aka Lee A. Evslin, M.D.'s First Request for Production of Documents to Plaintiff United States of America,

dated February 5, 2007, was served on the following at their last known address:

Served by First Class Mail:

Sharon V. Lovejoy, Esq.
Stephanie E.W. Thompson, Esq.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii  96813

Kenneth S. Robbins, Esq.
Leighton M. Hara, Esq.
Wendy M. Yamamoto, Esq.
Robbins & Associates
Davies Pacific Center
841 Bishop St., Suite 2200
Honolulu, HI  96813

Janice P. Kim, Esq.
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii  96816-3760

Arleen P. Jouxson, Esq.
Rafael G. del Castillo, Esq.
Jouxson-Meyers & Del Castillo LLLC
302 California Ave., Suite 209
Wahiawa, Hawaii  96786

DATED: February 5, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee

By _____
   HARRY YEE
   Assistant U.S. Attorney