JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@rafael1224.clearwire.net

Co-Counsel for Qui Tam for Plaintiff
and the State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br>(Re: Plaintiff's James Lockyer, M.D. Answers To Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s First Request For Answers to Interrogatories to Plaintiff James Lockyer, M.D. (In All Capacities)<br><br>TRIAL: September 18, 2007 |

CERTIFICATE OF SERVICE
(Re: Plaintiff's James Lockyer, M.D. Answers To Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s First Request For Answers to Interrogatories to Plaintiff James Lockyer, M.D. (In All Capacities)

I hereby certify that due service of a copy of Plaintiff's JAMES LOCKYER, M.D. Answers to Defendant WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'s First Request For Answers to Interrogatories to Plaintiff JAMES LOCKYER, M.D. (In All Capacities) was served by depositing the same with the U.S. mail, postage prepaid, this 7th day of February, 2007, addressed to the following:

> SHARON V. LOVEJOY, ESQ.
> STEPHANIE E. W. THOMPSON, ESQ.
> Pacific Guardian Center, Makai Tower
> 733 Bishop Street, Suite 1900
> Honolulu, Hawaii 96813
> Attorneys for Defendant
> WILLIAM A. EVSLIN, M.D. aka Lee A. Evslin, M.D.
>
> KENNETH S. ROBBINS, ESQ.
> CLARISSA Y. MALINAO, ESQ.
> JOHN-ANDERSON L. MEYER, ESQ.
> 2200 Davies Pacific Center
> 841 Bishop Street
> Honolulu, Hawaii 96813
> Attorneys for Defendants
> HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
> WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM

HARRY YEE, ESQ.
Chief, Civil Section
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, February 7, 2007.

/s/ Janice P. Kim
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO