JANICE P. KIM                     3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON                 7223
RAFAEL G. DEL CASTILLO            6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.    2499
United States Attorney
District of Hawaii

HARRY YEE              3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2007

at 9 o'clock and 05 min. __ M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF | ) CIVIL NO. CV 04-00596 ACK |



AMERICA, ex rel. JAMES ) KSC
LOCKYER, M.D. AND JAMES ) (Federal and State - Qui Tam)
LOCKYER, M.D., in his own )
behalf, )
 ) CERTIFICATE OF SERVICE
 ) [Notice of deposition:
   Plaintiffs, ) Architects Hawaii]
vs. )
 )
 )
HAWAI'I PACIFIC HEALTH; )
KAUAI MEDICAL CLINIC; )
WILCOX MEMORIAL )
HOSPITAL; WILCOX HEALTH )
SYSTEM; AND WILLIAM A. ) Trial Date: September 18, 2007
EVSLIN, M.D. AKA LEE A. ) Judge: Honorable Alan C. Kay
EVSLIN, M.D. )
 )
   Defendants. )
 )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following at their last known address by the method of service indicated:

EDWARD H. KUBO, JR.  ( ) hand delivery  (X) 1st class mail
United States Attorney
District of Hawaii

HARRY YEE
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850

Attorneys for UNITED STATES OF AMERICA

KENNETH S. ROBBINS, ESQ. ( ) hand delivery  (X) 1st class mail

Robbins & Associates
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813

HARRY R. SILVER, ESQ.                ( ) hand delivery  (X) 1st class mail
PATTON BOGGS LLP
2550 M Street NW
Washington, D.C. 20037

Attorneys for
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, and WILCOX HEALTH SYSTEM

SHARON V. LOVEJOY, ESQ.              ( ) hand delivery  (X) 1st class mail
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

DATED:   Honolulu, Hawaii, February 6, 2007

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

iii