AO88 (Rev. 1/94) Subpoena in a Civil Case

Case Number: CV 04-00596 ACK LEK

## PROOF OF SERVICE

| | DATE | PLACE | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
|---|---|---|---|
| SERVED | Feb. 6, 2007 | Architects Hawaii 1001 Bishop St #300 Honolulu HI 96813 | |

SERVED ON (PRINT NAME): Lloyd T. Arakaki

MANNER OF SERVICE: Hand-delivered

FEB 08 2007
at 9 o'clock and 05 min. A M
SUE BEITIA, CLERK

SERVED BY (PRINT NAME): Christopher Osaki

TITLE:

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    Feb. 6, 2007
                   DATE

SIGNATURE OF SERVER
302 California Ave #209
Wahiawa, HI 96786
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| United States of America, ex rel. James Lockyer, M.D., and James Lockyer, M.D. in his own behalf<br>V.<br>Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, Wilcox Health System, and William A. Evslin, M.D., aka Lee A. Evslin, M.D. | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:¹  CV 04-00596 ACK LEK |

TO:
Architects Hawaii  (attn: Lloyd T. Arakaki)
1001 Bishop Street, Pacific Tower Suite 300
Honolulu, Hawai`i 96813   phone:  808-523-9636

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Ralph Rosenberg Court Rep., 1001 Bishop St., ASB Twr Ste 2460, Honolulu ph: (808) 524-2090 | Feb. 14, 2007, 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Detailed floor plans indicating interior walls and dimensions for Kauai Medical Clinic Building, 3-3420 Kuhio Highway Lihue, Hawai`i 96766, as it existed in the year 2000, and together with plans indicating any subsequent modifications to the 2nd floor, for production to Plaintiffs. You are requested to provide one copy to the Court reporter. You are advised that Plaintiffs will reimburse reasonable costs for reproducing blueprints to provide to the court reporter upon presentation.

| PLACE | DATE AND TIME |
|---|---|
| Ralph Rosenberg Court Rep., 1001 Bishop St., ASB Twr Ste 2460, Honolulu ph: (808) 524-2090 | Feb. 14, 2007, 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Rafael del Castillo, Attorney at Law, attorney for Plaintiff James Lockyer, M.D. | Feb. 6, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

302 California Ave., Suite 209, Wahiawa, Hawai`i 96786, telephone number (808) 621-8806  (no. to call for questions)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.