JANICE P. KIM                          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON              7223
RAFAEL G. DEL CASTILLO         6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.     2499
United States Attorney
District of Hawaii

HARRY YEE                              3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES | ) CIVIL NO. CV 04-00596 ACK KSC<br>) (Federal and State - Qui Tam) |

|  |  |
|---|---|
| LOCKYER, M.D., in his own behalf,<br><br>          Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br><br>          Defendants. | ) CERTIFICATE OF SERVICE<br>) [Amended Notice of deposition:<br>) Ventura]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Date: September 18, 2007<br>) Judge: Honorable Alan C. Kay |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following at their last known address by the method of service indicated:

EDWARD H. KUBO, JR.       ( ) hand delivery  (X) 1st class mail
United States Attorney
District of Hawaii

HARRY YEE
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850

Attorneys for UNITED STATES OF AMERICA

KENNETH S. ROBBINS, ESQ.    (X) hand delivery  ( ) 1st class mail
Robbins & Associates
2200 Davies Pacific Center

Test

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813

HARRY R. SILVER, ESQ.              ( ) hand delivery  (X) 1st class mail
PATTON BOGGS LLP
2550 M Street NW
Washington, D.C. 20037

Attorneys for
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, and WILCOX HEALTH SYSTEM

SHARON V. LOVEJOY, ESQ.            (X) hand delivery  ( ) 1st class mail
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

      DATED:   Honolulu, Hawaii, February 9, 2007

_/s/ Arleen D. Jouxson_
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.