Mn dismiss 5th and 6th of 1st Amd Complt.doc
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS            1000-0
JOHN-ANDERSON L. MEYER        8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK KSC

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF FIRST AMENDED COMPLAINT, FILED FEBRUARY 2, 2007; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE:   Alan C. Kay<br><br>TRIAL:  9/18/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF FIRST AMENDED COMPLAINT

COME NOW Defendants Hawai'i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System (collectively, the "HPH Defendants"), by and through their undersigned attorneys, pursuant to Fed. R. Civ.

P. 9(b) and Local Rule 7.1, and move this Court for dismissal of the Fifth and Sixth Claims for Relief set forth in the First Amended Complaint.

For reasons fully set forth in the accompanying Memorandum, the HPH Defendants are entitled to dismissal of the Fifth and Sixth Claims for Relief.

DATED: Honolulu, Hawaii, February 20, 2007

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. 04-00596 ACK LEK; USA ex rel. Lockyer v. Hawai`i Pacific Health, et al.; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF FIRST AMENDED COMPLAINT, FILED FEBRUARY 2, 2007