COS Answer to 1st Amd Complt.doc

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　　　Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.　　　　　　　　　　February 20, 2007
kimj054@hawaii.rr.com

| | |
|---|---|
| RAFAEL G. DEL CASTILLO, ESQ.<br>rdelcastillo@physicianslawfirm.com | February 20, 2007 |
| HARRY YEE, ESQ.<br>harry.yee@usdoj.gov | February 20, 2007 |

Served by First Class Mail:

| | |
|---|---|
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>Jouxson-Meyers & Del Castillo LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii  96786 | February 20, 2007 |

   DATED:  Honolulu, Hawaii, February 20, 2007.


         /s/ Kenneth S. Robbins
         KENNETH S. ROBBINS
         JOHN-ANDERSON L. MEYER

         Attorneys for Defendants
         HAWAI`I PACIFIC HEALTH, KAUAI
         MEDICAL CLINIC, WILCOX
         MEMORIAL HOSPITAL AND WILCOX
         HEALTH SYSTEM


Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S ANSWER TO FIRST AMENDED COMPLAINT (EXCEPT AS TO THE FIFTH AND SIXTH CLAIMS), FILED FEBRUARY 2, 2007)