STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY          5083-0
STEPHANIE THOMPSON     8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT;** CERTIFICATE OF SERVICE.<br><br>**HEARING:**<br>**DATE:** _____<br>**TIME:** _____<br>**JUDGE: Hon. Alan C. Kay**<br><br>TRIAL DATE: September 18, 2007 |

62333

## DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT

Defendant Lee A. Evslin, M.D., by and through his counsel Starn O'Toole Marcus & Fisher, joins in Hawai`i Pacific Health ("HPH"), Kauai Medical Clinic ("KMC"), and Wilcox Health System's (collectively, "HPH") Motion To Dismiss Fifth and Sixth Claims of the First Amended Complaint ("Motion").

For the reasons set forth in the Motion, Defendant Evslin respectfully joins in HPH's requests that HPH's Motion be granted as Plaintiffs fail to plead fraud with any particularity as required under the Fed. R. of Civ. Proc. ("FRCP"), Rule 9.

Plaintiffs' fifth and sixth claims for relief are asserted only against HPH and KMC[1]-- not Dr. Evslin.  Further, these claims for relief do not incorporate by reference the allegations and facts plead in the previous paragraphs of Amended Complaint.  As such, Plaintiffs' Fifth and Sixth claims for relief state no claim against Dr. Evslin.  To the extent Plaintiffs intended otherwise, these claims for relief do not assert claims against Dr. Evslin upon which relief can be granted. *Fed. R. Civ. Pro.* Rule 12(b)(6).

---

[1] Plaintiffs erroneously refer to KMC as "KMG" in its Fifth and Sixth Claims for Relief.

2

Based on the foregoing, and the arguments, authorities, factual assertions and exhibits contained in HPH's Motion, Defendant Evslin asks this Honorable Court to grant the HPH's Motion to Dismiss.

DATED: Honolulu, Hawaii, February 20, 2007.

   /s/ Stephanie Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

___

CIVIL NO. CV 04-00596 ACK LEK, *US ex rel Lockyer v. HPH, et. al.*
DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT.