STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY          5083-0
STEPHANIE THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE** (RE: DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT)<br><br>**HEARING:**<br>**DATE:** _____<br>**TIME:** _____<br>**JUDGE: Hon. Alan C. Kay**<br><br>TRIAL DATE: September 18, 2007 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of DEFENDANT LEE A. EVSLIN M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT was duly served in pdf format was duly served electronically via e-mail to:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rafa@hawaii.rr.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

HARRY SILVER, ESQ.
hsilver@pattonboggs.com

and also by depositing the same in the U.S. Mail, postage prepaid, upon the following parties at their last known address as follows:

>ARLEEN D. JOUXSON-MEYERS, ESQ.
>Jouxson-Meyers & Del Castillo LLLC
>302 California Avenue, Suite 209
>Wahiawa, Hawaii 96786
>
>CLARISSA Y. MALINAO

JOHN-ANDERSON L. MEYER
Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

EDWIN D. RAUZI
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

DATED: Honolulu, Hawaii, February 20, 2007.

/s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK LEK, *US ex rel Lockyer v. HPH, et. al.*
**CERTIFICATE OF SERVICE** (RE: DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER IN DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, AND WILCOX HEALTH SYSTEM'S MOTION TO DISMISS FIFTH AND SIXTH CLAIMS OF THE FIRST AMENDED COMPLAINT)