STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE** (RE: DEFENDANT LEE A. EVSLIN M.D.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED FEBRUARY 2, 2007)<br><br>TRIAL DATE: SEPT. 18, 2007<br>JUDGE ALAN C. KAY |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below, a copy of DEFENDANT LEE A. EVSLIN M.D.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED FEBRUARY 2, 2007 was duly served in pdf format was duly served electronically via e-mail to:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rafa@hawaii.rr.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

HARRY SILVER, ESQ.
hsilver@pattonboggs.com


and also by depositing the same in the U.S. Mail, postage prepaid, upon the following parties at their last known address as follows:

> ARLEEN D. JOUXSON-MEYERS, ESQ.
> Jouxson-Meyers & Del Castillo LLLC
> 302 California Avenue, Suite 209
> Wahiawa, Hawaii 96786
>
> CLARISSA Y. MALINAO
> JOHN-ANDERSON L. MEYER
> Robbins & Associates
> Davies Pacific Center
> 841 Bishop Street, Suite 2200

Honolulu, Hawaii 96813

EDWIN D. RAUZI
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

DATED:   Honolulu, Hawaii, February 20, 2007.

/s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK LEK, *US ex rel Lockyer v. HPH, et. al.*
**CERTIFICATE OF SERVICE** (RE: DEFENDANT LEE A. EVSLIN M.D.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED FEBRUARY 2, 2007)

3