EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>           Plaintiffs,<br>   vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>           Defendants. | CIVIL NO. 04 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br>(PLAINTIFF UNITED STATES OF AMERICA'S ANSWERS TO DEFENDANT WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF UNITED STATES OF AMERICA) |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Plaintiff Untied States of America's Answers to Defendant William A. Evslin, M.D., aka Lee A. Evslin, M.D.'s First Request for Answers to Interrogatories to Plaintiff United States of America, dated

March 7, 2007, was served on the following at their last known address:

    <u>Served by First Class Mail</u>:

        Sharon V. Lovejoy, Esq.
        Stephanie E.W. Thompson, Esq.
        Pacific Guardian Center, Makai Tower
        733 Bishop Street, Suite 1900
        Honolulu, Hawaii  96813

        Kenneth S. Robbins, Esq.
        Leighton M. Hara, Esq.
        Wendy M. Yamamoto, Esq.
        Robbins & Associates
        Davies Pacific Center
        841 Bishop St., Suite 2200
        Honolulu, HI  96813

        Janice P. Kim, Esq.
        Kaimuki Business Plaza
        3615 Harding Avenue, Suite 206
        Honolulu, Hawaii  96816-3760

        Arleen P. Jouxson, Esq.
        Rafael G. del Castillo, Esq.
        Jouxson-Meyers & Del Castillo LLLC
        302 California Ave., Suite 209
        Wahiawa, Hawaii  96786

    DATED:  March 7, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              /s/ Harry Yee
                            By _____
                                 HARRY YEE
                                 Assistant U.S. Attorney