EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br> vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br> Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE (RE: ERRATA TO PLAINTIFF UNITED STATES OF AMERICA'S ANSWERS TO DEFENDANT WILLIAM A. EVSLIN M.D. AKA LEE A. EVSLIN M.D.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF UNITED STATES OF AMERICA) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Errata to Plaintiff United States of America's Answers to Defendant William A. Evslin M.D. aka Lee A. Evslin M.D.'s First Request for Answers to Interrogatories to Plaintiff United States of America, dated

March 07, 2007, was served on the following at their last known address:

    <u>Served by First Class Mail</u>:

        Sharon V. Lovejoy, Esq.
        Stephanie E.W. Thompson, Esq.
        Pacific Guardian Center, Makai Tower
        733 Bishop Street, Suite 1900
        Honolulu, Hawaii   96813

            Attorneys for Defendant
            WILLIAM A. EVSLIN, M.D.
            aka LEE A. EVSLIN, M.D.

        Kenneth S. Robbins, Esq.
        Clarissa Y. Malinao, Esq.
        John-Anderson L. Meyer, Esq.
        Robbins & Associates
        Davies Pacific Center
        841 Bishop St., Suite 2200
        Honolulu, Hawaii   96813

        Edwin D. Rauzi, Esq.
        Davis Wright Tremaine LLP
        1501 4th Avenue, Suite 2600
        Seattle, Washington   98101

        Harry R. Silver, Esq.
        Patton Boggs LLP
        2550 M Street NW
        Washington, D.C.   20037

            Attorneys for Defendants
            HAWAII PACIFIC HEALTH, KAUAI MEDICAL
            CLINIC, WILCOX MEMORIAL HOSPITAL and
            WILCOX HEALTH SYSTEM

        Janice P. Kim, Esq.
        Kaimuki Business Plaza
        3615 Harding Avenue, Suite 206
        Honolulu, Hawaii   96816-3760

    Arleen P. Jouxson, Esq.
    Rafael G. del Castillo, Esq.
    Jouxson-Meyers & del Castillo LLLC
    302 California Avenue, Suite 209
    Wahiawa, Hawaii   96786

        Attorneys for Plaintiff
        JAMES LOCKYER, M.D.

DATED: March 08, 2007, at Honolulu, Hawaii.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii


                      /s/ Harry Yee

                By _____
                      HARRY YEE
                      Assistant U.S. Attorney