IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br>    vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. 04 00596 ACK/LEK (Federal and State - Qui Tam)<br><br>DECLARATION OF HARRY YEE |

<u>DECLARATION OF HARRY YEE</u>

I, HARRY YEE, declare that:

1.   I am the Assistant United States Attorney and assigned to the above case.

2.   On February 23, 2006, Plaintiff/Relator's counsel (Janice P. Kim, Arlene D. Jouxson, and Rafael G. Del Castillo), Defendant HPH's counsel (Edwin D. Rauzi and Kenneth S. Robbins), Defendant HPH's senior management, and I met as part of the disclosure process to discuss in detail the false act claims and the Qui Tam complaint.

3.   Between, February 23, 2006 and May 16, 2006, I spoke to Mr. Rauzi and/or Mr. Robbins on at least one occasion to arrange a second meeting on May 16, 2006.  In addition, I was communicating with Mr. Rauzi and Mr. Robbins by e-mail regarding

this case.  During this same period, neither Mr. Rauzi nor Mr. Robbins ever informed me or asked my approval to contact CMS or its employees.  Therefore, I had no knowledge that Mr. Rauzi would be or had contacted employees of the Centers for Medicare and Medicaid Services ("CMS"), which is my client agency within the U.S. Department of Health and Human Services.  I had not been asked by Mr. Rauzi for my authorization before he contacted CMS and so I gave no approval for him to contact and communicate with CMS.

    4.   On May 16, 2006 I met again with Mr. Rauzi and Mr. Robbins but without Plaintiff/Relator's counsel.  At this meeting, Mr. Rauzi presented the CMS e-mail from Dorothy Shannon.  I told Mr. Rauzi and Mr. Robbins that I questioned the propriety of this communication with CMS.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    DATED:  March 9, 2007, at Honolulu, Hawaii.

    /s/ Harry Yee

_____
HARRY YEE