IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br>vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>DECLARATION OF TERRENCE L. KAY; EXHIBIT "A" |

DECLARATION OF TERRENCE L. KAY

I, TERRENCE L. KAY, declare that:

1. I am the Deputy Director of HAPG/CMM with the Centers for Medicare/Medicaid Services ("CMS") of the United States Department of Health and Human Services.

2. On April 21, 2006, I received the attached e-mail from Mr. Edwin Rauzi. In all the communication with Mr. Rauzi, I was not told by Mr. Rauzi nor is it disclosed in his e-mail, that he was contacting CMS regarding litigation in which CMS was being represented by the United States Attorney's Office for the District of Hawaii. I would not have communicated with him

before obtaining the approval and advice of the Office of the General Counsel of the U.S. Department of Health and Human Services and the United States Attorney's Office for the District of Hawaii.

3. On or after April 21, 2006, I assigned Dorothy Shannon to respond to Mr. Rauzi's hypothetical by e-mail. If Mr. Rauzi had informed me that I was not obligated to communicate with him, since I am an employee of a represented opposing party in pending litigation, then I would not have assigned Ms. Shannon to respond to him before consulting with CMS legal counsel and obtaining the consent of the United States Attorney's Office for the District of Hawaii.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 8, 2007, at Baltimore, MD.

TERRENCE L. KAY