IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>        Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State – Qui Tam)<br><br>DECLARATION OF DOROTHY A. SHANNON; EXHIBIT "A" |

## DECLARATION OF DOROTHY A. SHANNON

I, DOROTHY A. SHANNON, declare that:

1. I am a Health Insurance Specialist with the Centers for Medicare & Medicaid Services ("CMS") of the United States Department of Health and Human Services.

2. On May 10, 2005, I was asked to respond to an e-mail sent by Edwin Rauzi to Terrence Kay (my supervisor at CMS). The e-mail sent by Mr. Rauzi was framed as a hypothetical (attached as Exhibit "A"). I was not told by Mr. Rauzi nor is it disclosed in his e-mail that he was contacting CMS regarding

pending litigation in which CMS was being represented by the United States Attorney's Office for the District of Hawaii.

3. Further, throughout the course of the e-mail correspondence from April 21, 2005, to May 10, 2005, Mr. Rauzi did not inform me as an employee of a represented opposing party in pending litigation that I should seek the advice of the United States Attorney's Office for the District of Hawaii before communicating with him. In addition, he failed to inform me that I was not obligated to communicate with him as an employee of a represented opposing party in pending litigation. I had no independent knowledge that the subject matter of his alleged hypothetical was in litigation and I would not have communicated with him without consulting with CMS legal counsel and obtaining the consent of the United States Attorney's Office for the District of Hawaii.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 9, 2007, at Baltimore, Maryland.

_____
DOROTHY A. SHANNON