### Rauzi, Edwin

**From:** Shannon, Dorothy A. (CMS/CMM) [Dorothy.Shannon@cms.hhs.gov]
**Sent:** Wednesday, May 10, 2006 9:12 AM
**To:** Rauzi, Edwin
**Cc:** Kay, Terrence L. (CMS/CMM); Warren, John F. (CMS/OFM)

Response to request from Rauzi, Edwin [mailto:edrauzi@dwt.com]
Received: Friday, April 21, 2006 2:39 PM

1. The general rules on incident to would apply to these scenarios. The Medicare Manuals do not include modified or specialized incident to rules for chemotherapy services.

2. The Medicare contractor (carrier) must be consulted for any local coverage determinations that apply. The carrier makes the interpretation interpretation about whether the physician (in the building ) is considered "in the office suite

3. The supervising physician must be a member of the group, but does not have to be the same specialty as the ordering physician. The supervisor must be available and able to render assistance (as interpreted by the carrier).

4. The supervisor does not have to review the CBC or the nurse's notes, as long as the nurse is qualified to do that.

5. Item 31 of the 1500 form should contain the name of the supervisor, not the UPIN/NPI. That goes in 24K. The instructions are in 100-04 chapter 26, section 10.4.

6. As far as specifics to chemotherapy, under the fourth bullet in the second grouping, the e-mailer states that the practice will occasionally bill a CPT 99211 for something extra done by the oncology nurse. While the practice may bill 99211 in addition to a chemotherapy service, section 30.5A (Chapter 12/IOM 100-04) instructs the carriers not to allow payment for 99211. The pertinent section reads:

> "Chemotherapy administration codes, 96400 through 96450, 96542, 96545, and 96549, are only to be used when reporting chemotherapy administration when the drug being used is an anti-neoplastic **and** the diagnosis is cancer. The administration of other drugs, such as growth factors, saline, and diuretics, to patients with cancer, or the administration of anti-neoplastics to patients with a diagnosis other than cancer, are reported with codes 90780 through 90784 as appropriate. For services furnished on or after January 1, 2004, do not allow payment for CPT code 99211, with or without modifier 25, if it is billed with a nonchemotherapy drug infusion code, 90780 or 90781, or a chemotherapy administration code, 96400, 96408 to 96425, 96520, or 96530."



EXHIBIT A