IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>           Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>           Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF CHRISTINA NEWBOLD<br><br><br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:   10:30 A.M.<br><br>Trial Date:  September 18, 2007<br>Judge:       Honorable Alan C. Kay |

DECLARATION OF CHRISTINA NEWBOLD

I, CHRISTINA NEWBOLD, do hereby declare that the following facts are based on personal knowledge, and that I am competent to so testify:

   1.   I am a medical assistant/phlebotomist, and am over 18 years of age.

   2.   I am a resident of the Island of Kauai.

   3.   I was employed by Kauai Medical Clinic ("KMC") from January 8, 1997 to March 23, 2003 as medical assitant.

   4.   I was assigned to work for Dr. Lockyer from December 1999 to March 23, 2003, and as part of my duties, it was necessary for me to keep his

appointment schedule and have knowledge of all of his assignments, including those occasions when he was on-call.

    5.    There was always a written call schedule that indicated when Dr. Lockyer was on call.

    6.    When Dr. Lockyer was on call for the Hospital, I frequently had to cancel his clinic appointments because there were so many emergencies that his presence was required at the Hospital all day.

    7.    Dr. Lockyer was regularly assigned to be on call for Wilcox Memorial Hospital. I recall no occasion on which Dr. Lockyer was on call for the oncology department, or assigned to supervise the nurses in the Chemo Suite.

    8.    I never heard of or saw any written or formal call schedules for the Chemo Suite.

    9.    During the period from January 1999 through March 23, 2003, the date I resigned from KMC,

        a.    I was required to report for work by 8:00 a.m.

        b.    My lunch break was between 12:30pm and 1:30pm.

        c.    I was required to work until 5:00 p.m.

        d.    I typically arrived at work at approximately 7:30 a.m.

        e.    We sometimes had to work through our lunch break due to our workload.

  f. I typically left for the day at approximately 6:00 p.m.

  g. Kauai Medical Clinic operated a chemotherapy infusion room in the oncology medical suite on the second floor of the KMC building.

  h. The chemo nurses arrived sometime between 7:00am and 7:30am and cancer patients were receiving their chemotherapy by 7:30 or 8:00am.

  i. The first physicians did not usually arrive on the second floor after conducting their hospital rounds until after 8:30 a.m.

  j. Chemotherapy was administered continuously throughout the day, such that the nurses staffing the chemotherapy room frequently complained that because the chemotherapy room did not close during lunch as all other departments did, which required them to take staggered lunch breaks.

  k. All other KMC departments were required to close for lunch from noon until 2:00 p.m., during which time the physicians left for lunch, conferences, to check on patients in the hospital, or on personal business.

10. Dr. Lockyer was highly regarded by his patients, other KMC physicians, and KMC staff. He was noted for being very caring, but also attending

diligently to business of medicine. I do not recall the exact date or the woman's last name, but early in 2003, Colleen, KMC coding/billing department staff, mentioned to me that she wished that all the other doctors submitted their coding sheets as promptly and accurately as Dr. Lockyer and I. Colleen commented that it was noted that our coding sheets were always filled out completely including the presumed date of onset for various diagnoses. Colleen told me that she was considering using our coding sheets as an example for others to follow.

11. It is my belief and understanding based upon my six years of employment and experience at KMC that the circumstances described in numbers 5, 6, 7, 8, and 9 above were common knowledge to all KMC staff.

12. To my knowledge, the oncology patients knew that chemotherapy was started by 8:30 a.m. and that the Clinic was closed from noon until 2:00 p.m., except for the chemotherapy room. Most patients would have known that the Clinic was closed from noon until 2:00 p.m., except for the chemotherapy room.

I, CHRISTINA NEWBOLD, do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 5, 2007

_____
CHRISTINA NEWBOLD