IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>　　　　　Plaintiffs,<br>vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF RAFAEL DEL CASTILLO<br><br>HEARING<br>Date:　March 27, 2007<br>Time:　10:30 A.M.<br><br>Trial Date:　September 18, 2007<br>Judge:　Honorable Alan C. Kay |

DECLARATION OF RAFAEL DEL CASTILLO

　　　　I, RAFAEL DEL CASTILLO, do hereby declare that the following information is based on personal knowledge, and that I am competent to so testify:

　　　　1.　　I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

　　　　2.　　I am one of the attorneys for Plaintiff-Relator James Lockyer, M.D.

　　　　3.　　I make this declaration in support of Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to Defendants Hawai`i Pacific Health, Kauai

Medical Clinic, Wilcox Hospital, and Wilcox Health System's Motion for Summary Judgment filed December 22, 2006, filed March 9, 2007.

    4.    Attached hereto as Exhibit 1 is a true and correct copy of the report of Terry S. Coleman, Esq., author of *Medicare Law*, complete with the exhibits upon which Mr. Coleman has relied for the report. Mr. Coleman is Plaintiffs' expert in this matter on Medicare coverage issues.

    5.    Attached to the Memorandum are true and correct copies of the declarations of James Lockyer, M.D., Jonathan K. Cho, M.D., Michael S. Braun, M.D., R. Craig Netzer, M.D., Lawrence R. Raithaus, Christina Newbold, and Nancy Bookbinder, with true and correct copies of the exhibits to which the respective declarations refer, given on behalf of Plaintiffs' Memorandum in Opposition.

    I, RAFAEL DEL CASTILLO, do declare under penalty of law that the forgoing is true and correct.

    DATED: Honolulu, Hawai`i, March 9, 2007

    // Rafael del Castillo
    RAFAEL DEL CASTILLO

2