EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br>     vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. 04 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF UNITED STATES OF AMERICA'S JOINDER IN PLAINTIFFS JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>HONORABLE ALAN C. KAY<br>DATE:  March 27, 2007<br>TIME:  10:30 a.m. |

PLAINTIFF UNITED STATES OF AMERICA'S JOINDER IN PLAINTIFFS
JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS
HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT

Plaintiff United States of America, by and through its undersigned attorneys, Edward H. Kubo, Jr., United States Attorney and Harry Yee, Assistant U.S. Attorney and hereby joins

Plaintiffs James Lockyer, M.D.'s Memorandum in Opposition to Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Hospital, and Wilcox Health System's Motion for Summary Judgment.

This joinder of simple agreement to the memorandum in opposition to the motion for summary judgment as to all grounds for denial of the motion is filed pursuant to Rule 7.9 of the Local Rules of Practice for the United States District court for the District of Hawaii and Rule 7 of the Federal Rules of Civil Procedure.

DATED:  March 9, 2007, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              /s/ Harry Yee

                              By_____
                                 HARRY YEE, Asst. U.S. Attorney
                              Attorney for Plaintiff
                              United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>    Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Janice P. Kim | kimj054@hawaii.rr.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

<u>Served by First Class Mail</u>:

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen P. Jouxson, Esq.
Jouxson-Meyers & del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

DATED:  March 9, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee

By _____
   HARRY YEE
   Assistant U.S. Attorney