EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>            Plaintiffs, <br>    vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br>            Defendants. | CIVIL NO. 04 00596 ACK KSC <br> (Federal and State - Qui Tam) <br><br> UNITED STATES' JOINDER TO QUI TAM PLAINTIFF JAMES LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANT WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.'S MOTION FOR SUMMARY JUDGMENT <br> CERTIFICATE OF SERVICE <br><br> Date:  March 27, 2007 <br> Time:  10:30 a.m. <br> Judge: Alan C. Kay |

UNITED STATES' JOINDER TO QUI TAM PLAINTIFF
JAMES LOCKYER'S MEMORANDUM IN OPPOSITION TO
DEFENDANT WILLIAM A. EVSLIN, M.D. AKA
<u>LEE A. EVSLIN, M.D.,'S MOTION FOR SUMMARY JUDGMENT</u>

COMES NOW, the UNITED STATES, by and through their attorney, Harry Yee, hereby join Plaintiff James Lockyer's Memorandum in Opposition to Defendant William A. Evslin, M.D. Aka Lee A. Evslin, M.D.,'s Motion for Summary Judgment.

This joinder of simple agreement to the memorandum in opposition to the motion for summary judgment is as to any claims, which the United States may have an interest, and is filed pursuant to Rule 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii and Rule 7 of the Federal Rules of Civil Procedure.

DATED:  March 9, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Harry Yee

By_____
  HARRY YEE
  Assistant U.S. Attorney

Attorneys for the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>　　　　　Plaintiffs,<br>　vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. O4 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

　　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

　　Served Electronically through CM/ECF:

| | |
|---|---|
| Janice P. Kim | kimj054@hawaii.rr.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

Served by First Class Mail:

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen P. Jouxson, Esq.
Jouxson-Meyers & del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

DATED:  March 9, 2007, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          /s/ Harry Yee

By _____
   HARRY YEE
   Assistant U.S. Attorney