JANICE P. KIM  3436
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816
Telephone No. (808) 732-0522
Facsimile No. (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON 7223-0
RAFAEL G. DEL CASTILLO 6909-0
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@rafael1224.clearwire.net

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>            Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF JAMES LOCKYER, M.D.'S, MEMORANDUM IN OPPOSITION TO DEFENDANT LEE A. EVSLIN'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD, AND FOURTH CLAIMS FOR RELIEF TABLE OF CONTENTS AND TABLE OF AUTHORITIES; CERTIFICATE OF SERVICE |

| | |
|---|---|
| WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants.<br>_____ | ) <u>HEARING</u><br>)<br>) Date:　　March 27, 2007<br>) Time:　　10:30 A.M.<br>)<br>) Trial Date:　September 18, 2007<br>) Judge:　　Honorable Alan C. Kay<br>) |

TABLE OF CONTENTS

I.　Factual History............................................................................................2

II.　Procedural History......................................................................................12

III.　Standard.....................................................................................................13

IV.　Discussion..................................................................................................14

　　A.　Defendant Evslin Was the De Facto Employer of Realtor...............14

　　B.　Dr. Lockyer's FCA Retaliation Claims Are Sustainable
　　　　Under 3730(h)....................................................................................17

　　C.　Defendant Evslin's Actions Indicate A Knowledge That
　　　　Dr. Lockyer Was Investigation Fraud................................................22

　　D.　Dr. Lockyer Requested Access To His Billings And Receipts
　　　　Before Any Adverse Employment Actions Began............................23

　　E.　The Salary Formulas and their Application To
　　　　Dr. Lockyer.........................................................................................24

　　F.　The Same Facts that Hold Defendant Evslin Individually
　　　　Liable For The FCA Claims Apply Top The Hawaii
　　　　Whistleblower Protection Act (HWPA)............................................25

    G.    The Wrongful Termination Claims For Violations Of Public Policy Advanced By Dr. Lockyer i.e. The Parnar Claims Are Plead In The Alternative And Should Not Be Dismissed..................................................................................26

## TABLE OF AUTHORITIES

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 048 49, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986)......................................................................14

Anderson, 930 U.S. at 255, 106 S. Ct. at 2513..........................................14

Celotex Corp. v. Catrett, 477 U.S. 317, 323, 91 L.Ed. 2d 265, 106 S. Ct. 2548 (1968)...................................................................................13,

Celotex Corp., 477 U.S. at 325.................................................................14

Hinden v. UNC/Lear Services, Inc., 362 F. Supp. 2d 1023 (U.S. Dist. Hawaii 2005)..........................................................................26

Hopper v. Anton, 91 F.3d 1261, 1269 (9th Cir. 1996)................................17, 21

Lindahl v. Air France, 930 F.2d 1434, 1437 (9th Cir. 1991) .......................14

McKenzie v. BellSouth Telecommunications, Inc., 219 F. 3d 508, 518 (6th Cir. 2000).................................................................................24

Mruz v. Caring, Inc., 991 F. Supp. 701 (D.N.J. 1998)..............................14, 15

Swenney v. Manorcare Health Service Inc., 2006 U.S. Dist. Lexis 26991 (D. Wash. 2006)....................................................................19

United States v. Idaho Falls Assocs., 81 F. Supp. 2d 1033, 1038 (D. Idaho 1999)........................................................................................14

United States ex rel. Lincoln v. Med-Data, Inc., 2006 U.S. Dist Lexis 64288 (D. Wash. 2006)....................................................................18

Statutes

31 U.S.C. 3730(h).................................................................................15, 17

H.R.S. §378-69..................................................................................................25

Miscellaneous

S. Rep. No. 345, 99th Cong., 2d Sess. 34 (1986), printed in 1986 U.S.C.C.A.N. 5266, 5299...............................................................................20

1269 (9th Cir. 1996), cert. Denied, 519 U.S. 1115, 136 L. Ed 2d 844, 117 S. Ct. 958 (1997)..............................................................................21

S. Rep. No. 99-345, at 45...............................................................................24

JANICE P. KIM           3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>      Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>      Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:  10:30 A.M.<br><br>Trial Date:  March 20, 2007<br>Judge:  Honorable Alan C. Kay |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 9, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 9, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 9, 2007 |

Served via First Class Mail

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 9, 2007 |

DATED:   Honolulu, Hawaii, March 9, 2007.

/s/ Rafael del Castillo
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

2