IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>　　　　　　　　Defendants.<br>_____ | ) CIVIL NO. CV04 00596 ACK/LEK<br>) (Federal and State - Qui Tam)<br>)<br>)<br>) CERTIFICATE OF COMPLIANCE<br>) PURSUANT TO LOCAL RULE 7.5<br>) FOR PLAINTIFF JAMES<br>) LOCKYER, M.D.'S<br>) MEMORANDUM IN OPPOSITION<br>) TO DEFENDANT LEE A. EVSLIN,<br>) M.D.'S MOTION FOR SUMMARY<br>) JUDGMENT ON PLAINTIFF<br>) LOCKYER'S SECOND, THIRD,<br>) AND FORTH CLAIMS FOR<br>) RELIEF; CERTIFICATE<br>) OF SERVICE<br>)<br>)<br>) TRIAL: September 18, 2007 |

CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5

In accordance with Local Rule 56.1(d), 7.5(d), and 7.5(e), I certify that a computer word count indicates that the Memorandum for Summary Judgment has 5469 words and complies with the count limit of Local Rule LR7.5(b).

DATED: Honolulu, Hawaii, March 9, 2007

　　　　　　　　　　　　　　　　　/s/ Janice P. Kim_____
　　　　　　　　　　　　　　　　　JANICE P. KIM
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>         Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>         Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br><br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:   10:30 A.M.<br><br>Trial Date:  March 20, 2007<br>Judge:  Honorable Alan C. Kay |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 9, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 9, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 9, 2007 |

<u>Served via First Class Mail</u>

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 9, 2007 |

DATED:    Honolulu, Hawaii, March 9, 2007.

/s/ Janice P. Kim
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.