IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>               Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF RAFAEL DEL CASTILLO<br><br><u>HEARING</u><br><br>Date:    March 27, 2007<br>Time:    10:30 A.M.<br><br><br>Trial Date:  September 18, 2007<br>Judge:      Honorable Alan C. Kay |

<u>DECLARATION OF RAFAEL DEL CASTILLO</u>

I, RAFAEL DEL CASTILLO, do hereby declare that the following information is based on personal knowledge, and that I am competent to so testify:

1.    I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

2.    I am one of the attorneys for Plaintiff-Relator James Lockyer, M.D.

3.    I make this declaration in support of Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to Defendants Hawai`i Pacific Health, Kauai

Medical Clinic, Wilcox Hospital, and Wilcox Health System's Motion for

Summary Judgment filed December 22, 2006, filed March 9, 2007.

      4.     Attached is the CORRECTED Declaration of James Lockyer,

M.D., supporting Plaintiff Lockyer's Memorandum in Opposition.

      5.     Also attached are the errata pages showing the revisions.

      I, RAFAEL DEL CASTILLO, do declare under penalty of law that

the forgoing is true and correct.

      DATED:  Honolulu, Hawai`i, March 9, 2007

        /s/ Rafael del Castillo_____

        RAFAEL DEL CASTILLO

JANICE P. KIM                     3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON          7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) |
| | ) ) ) | CERTIFICATE OF SERVICE |
| | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA | ) ) ) ) ) | HEARING Date:    March 27, 2007 Time:    10:30 A.M. |

LEE A. EVSLIN, M.D.         )  Trial Date:  March 20, 2007
          Defendants.     )  Judge:     Honorable Alan C. Kay
                           )
_____  )

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Kenneth S. Robbins, Esq. | March 9, 2007 |
| krobbins@robbinsandassociates.net, | |
| | |
| Harry R. Silver, Esq. | March 9, 2007 |
| hsilver@pattonboggs.com | |
| | |
| Sharon V. Lovejoy, Esq. | March 9, 2007 |
| slovejoy@starnlaw.com | |

Served via First Class Mail

Edwin D. Rauzi, Esq.                   March 9, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101
DATED:    Honolulu, Hawaii, March 9, 2007.


                           /s/ Rafael del Castillo
                           JANICE P. KIM
                           ARLEEN D. JOUXSON
                           RAFAEL G. DEL CASTILLO

                           Attorneys for Plaintiff
                           JAMES LOCKYER, M.D.