JANICE P. KIM                 3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>             Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>             Defendants.<br>_____ | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF JAMES LOCKYER, M.D.'S CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5<br><br><u>HEARING</u><br>Date:   March 27, 2007<br>Time:   10:30 A.M.<br><br>Trial Date:   September 18, 2007<br>Judge:   Honorable Alan C. Kay |

<u>CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5</u>

In accordance with Local Rule 56.1(d), 7.5(d), and 7.5(e), I certify that a computer word count indicates that the Memorandum for Summary Judgment has 8,238 words and thus complies with the count limit of Local Rule LR7.5(b). I further certify that the computer word count indicates that Plaintiff Lockyer's Concise Statement of Facts contains 1,382 words, and thus also complies with LR7.5(b) and LR56.1(c).

DATED:   Honolulu, Hawaii, March 9, 2007

/s/ Rafael del Castillo
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

HARRY YEE                3790
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) CIVIL NO. CV 04-00596 ACK LEK<br>) (Federal and State - Qui Tam) |

| | | |
|---|---|---|
| JAMES LOCKYER, M.D., in his own behalf, | ) ) ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D. | ) ) ) ) ) ) | |
| | ) ) | Trial Date:   March 20, 2007 |
| Defendants. | ) ) ) | Judge:   Honorable Alan C. Kay |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Kenneth S. Robbins, Esq.                                                         March 9, 2007
krobbins@robbinsandassociates.net,

Harry R. Silver, Esq.                                                                March 9, 2007
hsilver@pattonboggs.com

Sharon V. Lovejoy, Esq.                                                         March 9, 2007
slovejoy@starnlaw.com

Served via First Class Mail

4

Edwin D. Rauzi, Esq.                                           March 9, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101


DATED:   Honolulu, Hawaii, March 9, 2007.


                                        /s/ Rafael del Castillo

                                    JANICE P. KIM
                                    ARLEEN D. JOUXSON
                                    RAFAEL G. DEL CASTILLO

                                    Attorneys for Plaintiff
                                    JAMES LOCKYER, M.D.