JANICE P. KIM         3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON         7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>         Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF JAMES LOCKYER, M.D.'S JOINDER IN PLAINTIFF UNITED STATES OF AMERICA'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI'I PACIFIC HEALTH'S, KAUAI MEDICAL CLINIC'S, WILCOX MEMORIAL HOSPITAL'S, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br><u>HEARING</u> |

| | |
|---|---|
| LEE A. EVSLIN, M.D. | Date:   March 27, 2007 |
|           Defendants. | Time:   10:30 A.M. |
| | Trial Date:   September 18, 2007 |
| _____ | Judge:   Honorable Alan C. Kay |

PLAINTIFF JAMES LOCKYER, M.D.'S JOINDER
IN PLAINTIFF UNITED STATES OF AMERICA'S MEMORANDUM
IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH'S,
KAUAI MEDICAL CLINIC'S, WILCOX MEMORIAL HOSPITAL'S,
AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff JAMES LOCKYER, M.D., by and through his attorneys, Janice P. Kim, and Jouxson-Meyers & del Castillo, and joins in Plaintiff United States of America's Memorandum in Opposition to Defendants Hawaii Pacific Health's, Kauai Medical Clinic's Wilcox Memorial Hospital's, and Wilcox Health System's Motion for Summary Judgment.

This joinder of simple agreement to the memorandum in opposition to the motion for summary judgment as to all grounds for denial of the motion is filed pursuant to Rule 7.9 of the Local Rules of Practice for the United States District court for the District of Hawaii and Rule 7 of the Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawaii, March 9, 2007.

                                                  // Rafael del Castillo

                                                  JANICE P. KIM
                                                  ARLEEN D. JOUXSON
                                                  RAFAEL G. DEL CASTILLO

                                                  Attorneys for Plaintiff
                                                  JAMES LOCKYER, M.D.

JANICE P. KIM                3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON            7223
RAFAEL G. DEL CASTILLO       6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, ) ) ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF SERVICE |
| ) ) ) | |
| Plaintiffs, ) vs. ) ) ) ) | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA ) ) ) ) ) | HEARING Date:   March 27, 2007 Time:   10:30 A.M. |

| | |
|---|---|
| LEE A. EVSLIN, M.D. ) | Trial Date: March 20, 2007 |
|     Defendants. ) | Judge: Honorable Alan C. Kay |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

Kenneth S. Robbins, Esq.                                        March 9, 2007
krobbins@robbinsandassociates.net,

Harry R. Silver, Esq.                                             March 9, 2007
hsilver@pattonboggs.com

Sharon V. Lovejoy, Esq.                                       March 9, 2007
slovejoy@starnlaw.com

<u>Served via First Class Mail</u>

Edwin D. Rauzi, Esq.                                             March 9, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

DATED:   Honolulu, Hawaii, March 9, 2007.

                                                        // Rafael del Castillo_____
                                                        JANICE P. KIM
                                                        ARLEEN D. JOUXSON
                                                        RAFAEL G. DEL CASTILLO

3

                        Attorneys for Plaintiff
                        JAMES LOCKYER, M.D.