IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF JANICE P. KIM<br><br><br><br><br><br><br><br><br><br><br><br>TRIAL: September 18, 2007 |

## DECLARATION OF JANICE P. KIM

I, JANICE P. KIM, do declare that:

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am one of the attorneys for Plaintiff JAMES LOCKYER, M.D.;

4. Attached is a true and correct copy of the Declaration of Michael S. Braun;

5. Attached is a true and correct copy of the Declaration of Lawrence R. Raithaus;

6. Attached is a true and correct copy of the Declaration of R. Craig Netzer;

7. Attached is a true and correct copy of the Report of Terry S. Coleman;

8. Attached as Exhibit 3 is a true and correct copy of Affidavit of Ken Shimonishi attached to Defendant Lee A. Evslin, M.D.'s Motion For Summary Judgment On Plaintiff Lockyer's Second, Third and Fourth Claims For Relief filed December 22, 2006;

9. Attached as Exhibit 7 is a true and correct copy of Tax filing publicly filed for Wilcox Health System;

10. Attached as Exhibit 15 are true and correct copies of Minutes of a Joint Meeting of the Executive and Salary & Finance Advisory Committee of Kauai Medical Clinic as attached to Defendants Evslin, M.D.'s Motion For Summary Judgment On Plaintiff Lockyer's Second, Third and Fourth Claims For Relief filed December 22, 2006;

Pursuant to Rule 7(g) of the Rules of Circuit Courts, I declare under penalty of law that the foregoing statements are true and correct.

Executed on ____MAR 09 2007____.

_____
JANICE P. KIM
Attorney for Plaintiff