## DECLARATION OF JAMES LOCKYER

I, JAMES LOCKYER, do declare that

1.       I am one of the Plaintiffs in the above entitled action;

2.       I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

2.       Attached hereto as Exhibit 1 is a true and correct copy of The Camden Group, Kauai Medical Clinic, Organizational Assessment, Draft, dated May 10, 1999;

3.       Attached hereto as Exhibit 2 is a true and correct copy of the Summary of Line Items Listed In Exhibit 76A attached to my Disclosures in this action;

4.       Attached hereto as Exhibit 5 is a true and correct copy of my Day Sheets for three days when I was not in the clinic and the pages from the Line Summary of Items Listed in Exhibit 76A which shows that KMC billed Medicare using my UPIN as if I were present in the clinic;

5.       Attached hereto as Exhibit 9 is a true and correct copy of my letter re: paging irregularities, dated April 22, 2002;

6.       Attached hereto as Exhibit 10 is a true and correct copy of my letter re: false accusations that I refused to be available when on call to another physician, dated April 14, 2002;

7.       Attached hereto as Exhibit 11 are true and correct copies of Exhibit my

7.    Attached hereto as Exhibit 11 are true and correct copies of Exhibit my July 16, 2002 letter to Dr. Evslin and the letter to Quality Assurance Committee which is a recap of events detailing the problems of having multiple nurses in one day during the week before I went on vacation which lead to charts accumulating and messages from patients not being answered;

8.    Attached hereto as Exhibit 12 is a true and correct copy of the report Kauai Medical Clinic, Review Year 2002 regarding a study done of my compliance with Medicare Coding Regulation;

9.    Attached hereto as Exhibit 13 is a true and correct copy of a copy of the study done of the wait time for my patients showing an average wait time of 15 minutes.

10.    Attached hereto as Exhibit 14 is a true and correct copy of a letter received from Teresa T. Birchard, dated March 9, 2007;

I, JAMES LOCKYER, do declare under penalty of law that the foregoing is true and correct.

JAMES LOCKYER