# WILCOX HEALTH SYSTEM
## Lihue, Hawaii

### Kauai Medical Clinic
### Organizational Assessment

# D R A F T

May 10, 1999

**THE CAMDEN GROUP**

EXHIBIT 1

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| I. | BACKGROUND AND APPROACH | 1 |
| II. | FINDINGS | 2 |
| III. | RECOMMENDATIONS | |
| | Governance | 5 |
| | System Integration | 6 |
| | Clinic Management | 7 |

Exhibits:
1. Individuals Interviewed
2. Current Organizational Structure
3. Department Chair Responsibilities (Current as of 8/7/98)
4. Proposed Governance/Committee Structure
5. Proposed Management Organizational Structure (Phase 1)
6. Proposed Management Organizational Structure (Phase 2)

# I. BACKGROUND AND APPROACH

**Background**

In 1996, the Wilcox Health System (the "System") purchased the Kauai Medical Clinic ("KMC" or the "Clinic") and incorporating the Wilcox Medical Clinic. Reorganized as the Kauai Medical Clinic, KMC has now functioned as a key component of the System for nearly three years. During this timeframe it has also expanded as well as encountered the growing complexities of group practice management. As a result, The Camden Group was requested to perform a review of the current management and governance structure of the Clinic. The purpose of our review included the following:

- Identify opportunities to enhance the Clinic's management effectiveness and efficiency.

- Assure that the organizational structure facilitates the Clinic's role within the System.

- Identify opportunities to streamline decision-making.

- Assure the appropriate division of responsibilities to maximize management effectiveness.

**Approach**

To achieve these objectives, The Camden Group conducted interviews on-site on April 19-20, 1999. Individuals interviewed are listed on Exhibit 1. While we did not conduct extensive physician interviews as a part of this engagement, we did interview physician leaders as part of our Compensation Plan redesign during the month of March. In addition to conducting individual interviews, we reviewed current organizational structures as well as relied on our experience with integrated delivery systems and medical groups throughout the country in making our recommendations.

1

## II. FINDINGS

Our major findings concerning the Clinic's current organizational structure (see Exhibit 2) include the following:

- The current organizational structure does not facilitate effective delegation of responsibilities.

  -- Far too many operational issues and problems must be resolved by the President/CEO. This includes physician leadership issues (physician behavior, staffing, etc.) as well as day-to-day operational problems (e.g., patient billing complaints).

  -- While the clinic coordinator positions were recently created to allow more delegation of clinical operational issues, they are felt to be ineffective in their roles because their span of control is often too large. Even though facilitators have been appointed in most clinical departments to serve as supervisors, no time is allotted to allow them to fulfill their administrative responsibilities. As a result, many duties that would ordinarily be delegated to these positions (staff scheduling, performance review, day-to-day problem resolution at the department level) are left for the clinical coordinators to handle.

  -- While physician department chairs have been identified, and responsibilities have been outlined (Exhibit 3), in general it does not appear that physicians are held accountable for these duties. As an example, physician staffing should be the responsibility of the department chair. According to the Medical Director, he spends a fair amount of his time resolving these kinds of problems (i.e., locating a locum tenens physician, physician staffing). Physician disciplinary issues are another example of issues which should be handled by the department chair. Instead, these matters are most often referred to the Medical Director or President for resolution.

  -- Many of the Medical Director's responsibilities could be more efficiently coordinated with staff assistance. This includes tracking quality management issues (patient complaints, grievances, etc.) as well as physician recruitment. Between setting higher expectations of the Department Chairs and delegating some administrative activities, the responsibilities of the Medical Director could be greatly reduced.

2

## II. FINDINGS (Cont'd)

- While it is important to recognize the differences inherent in medical group and hospital operational management, there is a need to take on a stronger orientation to the System.
  - It appears that most employees, including managers, view their position from either a Clinic or Hospital perspective. While this is natural, there seems to be some attitudes that reflect a "we vs. they" mentality.
  - We often find in organizations of this size that operational effectiveness is enhanced through the appointment of a chief operating officer at both the hospital and clinic.

- The Clinic governance structure does not facilitate a clear path for decision-making and establishing direction for KMC.
  - The Executive Committee (composed of department chairs) is regarded as primarily a forum for information exchange and has suffered from lack of attendance.
  - The Professional Affairs Committee (PAC) and the Salary/Finance Committee have been meeting together, since their primary discussion items have been related to physician compensation and other financial issues.
  - Even though the Clinic Board has physician representation, the PAC was created initially to function as the physician's "internal" governing body. Some physicians interviewed did not feel that the PAC was an effective structure.

- The financial services area needs focused attention with respect to organizational structure.
  - The current department divisions (health information management and patient accounting) should be consolidated into one department.
  - There appears to be ongoing "finger pointing" both within the financial services functions as well as between financial services and the clinical departments regarding responsibilities for coding accuracy, completing encounter forms, complying with financial policies, and overall accountability for an effective patient accounting function.
  - Some specific functions are misplaced (i.e., provider credentialing (obtaining provider numbers)) is handled by the Director, Health Information Management.

4