SUMMARY OF LINE ITE... LISTED IN EXHIBIT 76A

| line/ums | pg_no | dos | acct_no | pt | plltype_desc | cpt | cpt desc | chg | per_pmt | ins_pmt | chg_adj | ins_wo | rpc_adj | bal_trx | misc_chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 518 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | 90782 | IV INFUSION | 92.00 | 0.00 | -47.32 | 0.00 | -44.68 | 0.00 | 0.00 | 0.00 |
| 519 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | 96410 | IV CHEMOTHE | 111.00 | 0.00 | -65.82 | 0.00 | -45.18 | 0.00 | 0.00 | 0.00 |
| 520 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | J1100 | DEXAMETHASO | 25.00 | 0.00 | -0.50 | 0.00 | -24.50 | 0.00 | 0.00 | 0.00 |
| 521 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | J1642 | HEPARIN SOD | 50.00 | 0.00 | -3.00 | 0.00 | -47.00 | 0.00 | 0.00 | 0.00 |
| 522 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | J2405 | ONDANSETRON | 144.00 | 0.00 | -73.08 | 0.00 | -70.92 | 0.00 | 0.00 | 0.00 |
| 523 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | J2912 | 9% SODIUM | 20.00 | 0.00 | -4.90 | 0.00 | -15.10 | 0.00 | 0.00 | 0.00 |
| 524 | 408 | 5/23/2003 | E34991 | | 410 M EDICARE HMO | J9201 | GEMZAR/GEMC | 1449.00 | 0.00 | -847.07 | 0.00 | -601.93 | 0.00 | 0.00 | 0.00 |
| 525 | 12 | 1/12/2000 | 43891 | | 400 -MEDICARE | 99212S | -OFFICE/OUTP | 59.00 | 0.00 | -37.50 | 0.00 | -21.50 | 0.00 | 0.00 | 0.00 |
| 526 | 12 | 1/12/2000 | 43891 | | 400 -MEDICARE | Q9933 | -EPOETIN ALP | 210.00 | 0.00 | -95.00 | 0.00 | -115.00 | 0.00 | 0.00 | 0.00 |
| 527 | 15 | 1/26/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -5.11 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 528 | 15 | 1/26/2000 | 43891 | | 400 -MEDICARE | 99213S | -OFFICE/OUTP | 80.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 529 | 19 | 2/9/2000 | 43891 | | 400 -MEDICARE | Q9930 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 530 | 19 | 2/9/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -51.17 | 0.00 | -28.83 | 0.00 | 0.00 | 0.00 |
| 531 | 21 | 2/23/2000 | 43891 | | 400 -MEDICARE | 99214S | -OFFICE/OUTP | 122.00 | 0.00 | -114.00 | 0.00 | -95.00 | 0.00 | 0.00 | 0.00 |
| 532 | 21 | 2/23/2000 | 43891 | | 400 -MEDICARE | Q9930 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 533 | 26 | 3/8/2000 | 43891 | | 400 -MEDICARE | 99213S | -OFFICE/OUTP | 80.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 534 | 26 | 3/8/2000 | 43891 | | 400 -MEDICARE | Q9929 | -EPOETIN ALP | 210.00 | 0.00 | -78.41 | 0.00 | -43.59 | 0.00 | 0.00 | 0.00 |
| 535 | 31 | 3/24/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -51.17 | 0.00 | -28.83 | 0.00 | 0.00 | 0.00 |
| 536 | 31 | 3/24/2000 | 43891 | | 400 -MEDICARE | Q9929 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 537 | 61 | 7/19/2000 | 43891 | | 400 -MEDICARE | 99215 | -OFFICE/QUIP | 180.00 | 0.00 | -91.20 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 538 | 61 | 7/19/2000 | 43891 | | 400 -MEDICARE | Q9929 | -EPOETIN ALP | 210.00 | 0.00 | -135.87 | 0.00 | -63.93 | 0.00 | 0.00 | 0.00 |
| 539 | 67 | 8/4/2000 | 43891 | | 400 -MEDICARE | Q9928 | -EPOETIN ALP | 210.00 | 0.00 | -4.09 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 540 | 67 | 8/4/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -5.11 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 541 | 75 | 8/17/2000 | 43891 | | 400 -MEDICARE | Q9928 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 542 | 75 | 8/17/2000 | 43891 | | 400 -MEDICARE | 99213S | -OFFICE/OUTP | 50.00 | 0.00 | -51.17 | 0.00 | -2S.S3 | 0.00 | 0.00 | 0.00 |
| 543 | 77 | 5/31/2000 | 43891 | | 400 -MEDICARE | Q9928 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 544 | 77 | 5/31/2000 | 43891 | | 400 -MEDICARE | 99213S | -OFFICE/OUTP | 80.00 | 0.00 | -40.94 | 0.00 | -28.83 | 0.00 | 0.00 | 0.00 |
| 545 | 81 | 9/14/2000 | 43891 | | 400 -MEDICARE | Q9931 | -EPOETIN ALP | 210.00 | 0.00 | -124.23 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 546 | 81 | 9/14/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -4.09 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 547 | 86 | 9/26/2000 | 43891 | | 400 -MEDICARE | Q9930 | -EPOETIN ALP | 210.00 | 0.00 | -115.02 | 0.00 | -21.50 | 0.00 | 0.00 | 0.00 |
| 548 | 86 | 9/26/2000 | 43891 | | 400 -MEDICARE | 99212S | -OFFICE/OUTP | 59.00 | 0.00 | -37.50 | 0.00 | -21.50 | 0.00 | 0.00 | 0.00 |
| 549 | 99 | 11/2/2000 | 43891 | | 400 -MEDICARE | Q9930 | -EPOETIN ALP | 210.00 | 0.00 | -115.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 550 | 99 | 11/2/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -5.11 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 551 | 97 | 10/26/2000 | 43891 | | 400 -MEDICARE | Q9930 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 552 | 97 | 10/26/2000 | 43891 | | 400 -MEDICARE | 99212S | -OFFICE/OUTP | 59.00 | 0.00 | -37.50 | 0.00 | -21.50 | 0.00 | 0.00 | 0.00 |
| 553 | 99 | 11/12/2000 | 43891 | | 400 -MEDICARE | Q9926 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 554 | 99 | 11/12/2000 | 43891 | | 400 -MEDICARE | Q9926 | -EPOETIN ALP | 210.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 555 | 101 | 11/9/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -4.09 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 556 | 101 | 11/9/2000 | 43891 | | 400 -MEDICARE | Q9926 | -EPOETIN ALP | 210.00 | 0.00 | -115.02 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 557 | 105 | 11/21/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -5.11 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 558 | 105 | 11/21/2000 | 43891 | | 400 -MEDICARE | 99213S | -OFFICE/OUTP | 80.00 | 0.00 | -114.00 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 559 | 109 | 12/5/2000 | 43891 | | 400 -MEDICARE | Q9931 | -EPOETIN ALP | 210.00 | 0.00 | -40.94 | 0.00 | -28.83 | 0.00 | 0.00 | 0.00 |
| 560 | 109 | 12/5/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 19.57 | 0.00 | -124.23 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 561 | 114 | 12/19/2000 | 43891 | | 400 -MEDICARE | Q9932 | -EPOETIN ALP | 210.00 | 0.00 | -115.02 | 0.00 | -96.00 | 0.00 | 0.00 | 0.00 |
| 562 | 114 | 12/19/2000 | 43891 | | 400 -MEDICARE | 90782 | -SC/IM INJEC | 20.00 | 0.00 | -20.00 | 0.00 | -20.00 | 0.00 | 0.00 | 0.00 |
| 563 | 117 | 1/9/2001 | 43891 | | 400 -MEDICARE | Q9928 | -EPOETIN ALP | 420.00 | 0.00 | -119.20 | 0.00 | -300.80 | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL

EXHIBIT 2

SUMMARY OF LINE ITE.  ...ISTED IN EXHIBIT 76A

| line | pg_no | dos | acct_no | pt | plType_desc | cpt | cpt_desc | chg | per_pmt | ins_pmt | chg_adj | ins_wo | rpc_adj | bal_trx | misc_chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 566 | 126 | 2/7/2001 | 43891 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -5.20 | 0.00 | -14.80 | 0.00 | 0.00 | 0.00 |
| 567 | 126 | 2/7/2001 | 43891 | | 400 -MEDICARE | Q9925 | -EPOETIN ALP | 420.00 | 0.00 | -123.26 | 0.00 | -297.40 | 0.00 | 0.00 | 0.00 |
| 568 | 133 | 2/22/2001 | 43891 | | 400 -MEDICARE | Q9213 | -OFFICE/OUTP | 84.00 | 0.00 | -54.28 | 0.00 | -30.04 | 0.00 | 0.00 | 0.00 |
| 569 | 133 | 2/22/2001 | 43891 | | 400 -MEDICARE | Q9923 | -EPOETIN ALP | 420.00 | 0.00 | -122.60 | 0.00 | -297.40 | 0.00 | 0.00 | 0.00 |
| 570 | 43 | 5/9/2000 | 43294 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 19.57 | 0.00 | -4.09 | 0.00 | -15.48 | 0.00 | 0.00 | 0.00 |
| 571 | 43 | 5/9/2000 | 43294 | | 400 -MEDICARE | J3420 | -VIT. B12 0' | 0.00 | 0.00 | -0.19 | 0.00 | -3.81 | 0.00 | 0.00 | 0.00 |
| 572 | 142 | 5/23/2000 | 43294 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 19.57 | 0.00 | -4.09 | 0.00 | -15.48 | 0.00 | 0.00 | 0.00 |
| 573 | 142 | 5/23/2000 | 43294 | | 400 -MEDICARE HMO | J3420 | -VIT. B12 0' | 4.00 | 0.00 | -0.19 | 0.00 | -3.81 | 0.00 | 0.00 | 0.00 |
| 574 | 142 | 3/20/2001 | 43294 | | 410 -MEDICARE HMO | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -5.20 | 0.00 | -14.80 | 0.00 | 0.00 | 0.00 |
| 575 | 48 | 3/20/2001 | 43294 | | 410 -MEDICARE HMO | J3420 | -VIT. B12 0' | 4.00 | 0.00 | -0.24 | 0.00 | -3.76 | 0.00 | 0.00 | 0.00 |
| 576 | 48 | 5/23/2000 | 664561 | | 360 -ALOHA CARE CAP | 99212 | -OFFICE/QUIP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 577 | 57 | 5/23/2000 | 664561 | | 360 -ALOHA CARE CAP | J2175 | -MEPERIDINE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 578 | 57 | 6/20/2000 | 664561 | | 360 -ALOHA CARE CAP | J2550 | -PROMETHAZIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 579 | 57 | 6/20/2000 | 664561 | | 360 -ALOHA CARE CAP | 99212 | -OFFICE/QUIP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 580 | 777 | 8/16/2000 | 611860 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 19.57 | 0.00 | -5.11 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 581 | 777 | 8/16/2000 | 611860 | | 400 -MEDICARE | J3420 | -VIT. B12 CY | 0.00 | 0.00 | -0.48 | 0.00 | -7.52 | 0.00 | 0.00 | 0.00 |
| 582 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | 96410 | -IV CHEMOTHE | 91.05 | 0.00 | -70.88 | 0.00 | -20.17 | 0.00 | 0.00 | 0.00 |
| 583 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | 96412 | -CHEMO,INFUS | 62.83 | 0.00 | -53.21 | 0.00 | -9.62 | 0.00 | 0.00 | 0.00 |
| 584 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | 99211 | -OFFICE/OUTP | 36.00 | 0.00 | -22.59 | 0.00 | -13.41 | 0.00 | 0.00 | 0.00 |
| 585 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J1626 | INJ GRANISE | 330.00 | 0.00 | -176.60 | 0.00 | -153.20 | 0.00 | 0.00 | 0.00 |
| 586 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J3475 | -MAGNESIUM 5 | 4.00 | 0.00 | -0.54 | 0.00 | -3.46 | 0.00 | 0.00 | 0.00 |
| 587 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J3480 | -POTASSIUM C | 10.00 | 0.00 | -2.00 | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 |
| 588 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J7030 | -.9% SODIUM | 23.00 | 0.00 | -9.36 | 0.00 | -13.64 | 0.00 | 0.00 | 0.00 |
| 589 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J7042 | -5% DEXTROSE | 21.00 | 0.00 | -11.59 | 0.00 | -9.41 | 0.00 | 0.00 | 0.00 |
| 590 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J7050 | -.9% SODIUM | 21.00 | 0.00 | -11.28 | 0.00 | -9.72 | 0.00 | 0.00 | 0.00 |
| 591 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J7060 | -5% DEXTROSE | 21.00 | 0.00 | -9.30 | 0.00 | -11.70 | 0.00 | 0.00 | 0.00 |
| 592 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J9062 | -CISPLATIN | 370.00 | 0.00 | -200.34 | 0.00 | -169.66 | 0.00 | 0.00 | 0.00 |
| 593 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | J9201 | -GEMZAR(GEMC | 900.00 | 0.00 | -530.76 | 0.00 | -369.24 | 0.00 | 0.00 | 0.00 |
| 594 | 68 | 8/7/2000 | EXP76SO1 | | 400 -MEDICARE | Q0136 | -EPOETIN ALP | 1050.00 | 0.00 | -570.00 | 0.00 | -480.00 | 0.00 | 0.00 | 0.00 |
| 595 | 87 | 9/27/2002 | CC906759 | | 390 -QUEST PENDING | ZZ11080 | DEXAMETHASO | 24.00 | 0.00 | -13.98 | 0.00 | -10.02 | 0.00 | 0.00 | 0.00 |
| 596 | 306 | 8/5/2002 | 187022 | | 400 -MEDICARE | J1080 | -TESTOSTERON | 30.00 | 0.00 | 0.00 | -30.00 | -15.63 | 0.00 | 0.00 | 0.00 |
| 597 | 306 | 8/15/2002 | 187022 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -4.37 | 0.00 | -16.00 | 0.00 | 0.00 | 0.00 |
| 598 | 306 | 5/30/2003 | 187022 | | 400 -MEDICARE | J1080 | -TESTOSTERON | 16.00 | 0.00 | -3.68 | 0.00 | -16.32 | 0.00 | 0.00 | 0.00 |
| 599 | 419 | 5/30/2003 | 182177 | | 450 -MEDICAID | Q9929 | EPOETIN ALP | 1840.00 | 0.00 | -3.68 | 0.00 | -16.32 | 0.00 | 0.00 | 0.00 |
| 600 | 422 | 7/3/2003 | 182177 | | 450 -MEDICAID | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -3.68 | 0.00 | -16.32 | 0.00 | 0.00 | 0.00 |
| 601 | 422 | 7/3/2003 | 182177 | | 450 -MEDICAID | Q0136C | EPOETIN 40 | 935.00 | 0.00 | -3.68 | 0.00 | -452.19 | 0.00 | 0.00 | 0.00 |
| 602 | 425 | 7/11/2003 | 182177 | | 450 -MEDICAID | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -3.68 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 603 | 425 | 7/11/2003 | 182177 | | 450 -MEDICAID | Q0136 | EPOETIN 40 | 935.00 | 0.00 | -482.81 | 0.00 | -118.62 | 0.00 | 0.00 | 0.00 |
| 604 | 429 | 7/18/2003 | 182177 | | 450 -MEDICAID | 90782 | -SCI/IM INJEC | 20.00 | 0.00 | -4.09 | 0.00 | -15.63 | 0.00 | 0.00 | 0.00 |
| 605 | 429 | 7/18/2003 | 182177 | | 450 -MEDICAID | Q0137C | EPOETIN 40 | 935.00 | 19.57 | -1.02 | 0.00 | -14.46 | 0.00 | 0.00 | 0.00 |
| 606 | 39 | 4/20/2000 | EXP729124 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 19.57 | -34.28 | -137.10 | 0.00 | -118.62 | 0.00 | 0.00 | 0.00 |
| 607 | 39 | 4/20/2000 | EXP729124 | | 400 -MEDICARE | J1440 | -FILGRASTIM | 290.00 | 0.00 | -137.10 | -4.37 | -15.63 | 0.00 | 0.00 | 0.00 |
| 608 | 310 | 8/29/2002 | 651380 | | 400 -MEDICARE | 90782 | -SCI/IM INJEC | 4.00 | 0.00 | -0.12 | 0.00 | -3.88 | 0.00 | 0.00 | 0.00 |
| 609 | 310 | 8/29/2002 | 651380 | | 400 -MEDICARE | J3420 | -VIT. B12 CY | 4.00 | 0.00 | -0.12 | 0.00 | -3.88 | 0.00 | 0.00 | 0.00 |
| 610 | 339 | 11/13/2002 | 651380 | | 400 -MEDICARE | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -53.16 | 0.00 | -30.84 | 0.00 | 0.00 | 0.00 |
| 611 | 339 | 11/13/2002 | 651380 | | 400 -MEDICARE | J1080 | -TESTOSTERON | 16.00 | 0.00 | -8.94 | 0.00 | -7.06 | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL