## EMPLOYMENT AGREEMENT

THIS AGREEMENT is entered into between Kauai Medical Clinic, a Hawaii nonprofit corporation ("the Clinic"), and _____James R. Lockyer, M.D.,_____ ("Physician") and is effective as of _____March 1, 2000_____ The parties do hereby agree as follows:

1.  **Employment**. The Clinic agrees to employ the Physician and Physician accepts employment with the Clinic pursuant to the terms of this Agreement. Physician agrees to devote full time to the practice of medicine at the Clinic unless employed in a part-time capacity. If Physician is employed in a part time capacity, the compensation and benefits will be adjusted by agreement between the Clinic and Physician, or, if agreement is not reached, in accord with Clinic policy. Physician further agrees to perform in a professional and cooperative manner such professional services at such times and places and in such manner as may be assigned by the Clinic. In addition to the performance of professional duties, Physician shall also perform administrative duties, including actively supporting and participating in (1) the health care mission, goals and objectives of Clinic; (2) department and committee activities; (3) quality assurance and utilization review, protocols, programs and procedures to further Clinic's ongoing participation in managed care programs; (4) supervision of non-physician personnel; (5) supervision of filing and retention of medical reports and records; (6) research and education; (7) required continuing medical education requirements; and (8) such other administrative activities that assist in the delivery of medical care.

    Physician's employment is expressly conditioned upon: (i) Physician's continuous maintenance of an unrestricted and unconditional license to practice medicine in the State of Hawaii; (ii) Physician's continuous maintenance of an unrestricted and unconditional legal authorization to prescribe and administer controlled substances; (iii) Physician's approval by the Clinic and Parent Boards of Directors; and (iv) Physician's continued maintenance of authorized provider status with contracted insurance payors.

2.  **Application of Standards**. Physician shall perform all duties under this Agreement in compliance with: (i) all applicable standards, rulings, regulations and requirements of the United States Department of Health and Human Services, the Hawaii Department of Health, and any federal, state, or local government agency, third party payor or accrediting body having jurisdiction over or providing reimbursement for any programs and services offered by the Clinic; and (ii) the bylaws, policies, rules and regulations of the Clinic (including those of the departments, sections or divisions thereof), of the Kauai hospital medical staff of which Physician is a member, and of managed care programs in which such Kauai hospital participates, as the same may be amended and in effect from time to time. Physician shall not refuse to treat any patient because of lack of insurance, type of reimbursement or inability to pay.

Physician Employment Agreement 0200/276.001

1

EXHIBIT 4

NFIDENTIAL
KMCL-000685