

```
-LIST OR DAILY PAT (S)
 MEDICAL CLINIC
 - vjk004
*********************
MES R LOCKYER MD
hedule for  02/29/00  TUE
IC INTERNAL MEDICINE
```

*Tuesday Sick*

| ET TIME | CHART # | PATIENT NAME | REASON | PT PHONE |
|---|---|---|---|---|
| 705 9.00 | 907717 | CHARD J | EPFU/PT CHECK | 910 808 245 6213 |
| 149 10.00 | 655208 | RY | PO-STOMACH STAPLE SURG 3/17 | 100 808 246 1110  808 246 1110 |
| 192 11.15 | 605362 | ARON L | NP-EST CARE DR BUCHARD'S PATIENT | 470 808 332 7654 |
| 418 11.45 | 913664 | NISHA | EPNV-BP/MED RECK OK PER CHRIS | 100 508 748 6757  808 245 2483 |
| 444 12.00n | 41012 | SE ** | M EPOGEN SHOT PIXLER PT | 410 808 245 2213 |
| 173 2.00p | 179147 | CHAEL | EPFU/RECHECK  No Ans R/S to 2:45 | 400 808 634 2357  808 632 — *notavail disconnect* |
| 585 3.00p | 60859 | NTHIA | NP/EST MD (CHRONIC FATIGUE) | 830 808 742 7002  808 245 6345 |
| 298 4.00p | 906061 | NALD | NP/EST MD RS FROM 2/22 PT LATE R/S | 100 808 332 0036 |

*634-2357*
*632*

**CONFIDENTIAL**

**EXHIBIT 5**  *632-*

| posting_pd | acct_no | ptype_no | ptype_desc | cpt_cd | cpt_desc | chg | per_pmt | ins_pmt | chg_adj | ins_wo | rcpt_adj | bal_x | misc_chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000-02 | 2/28/2000 | 98074 | 120 | -HMSA HMO CAP | 992125 | -OFFICE/OUTP | 122.00 | 0.00 | -122.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 156917 | 200 | -MDX HAWAII | 99214 | -OFFICE/OUTP | 59.00 | -6.00 | 0.00 | 0.00 | -53.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 62080 | 400 | -MEDICARE | 99212 | -OFFICE/OUTP | 36.00 | 0.00 | -12.14 | 0.00 | -23.86 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 96430 | 450 | -MEDICAID | 99211 | -OFFICE/OUTP | 84.00 | -2.00 | -107.77 | 0.00 | 25.77 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 86202 | 470 | -NO INSURANCE | 99214 | -OFFICE/OUTP | 32.00 | -32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 913961 | 900 | -HMAA | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 102477 | 910 | -KAISER PERMANEN | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 40341 | 910 | -KAISER PERMANEN | 99213 | -OFFICE/OUTP | 80.00 | -7.00 | -64.64 | 0.00 | -8.36 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 40341 | 920 | -UNIVERSITY HEAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 717131 | 920 | -UNIVERSITY HEAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | EXP108968 | 470 | -NO INSURANCE | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 906061 | 100 | -HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 913664 | 100 | -HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/28/2000 | 605362 | 830 | -KAPIOLANI HEALT | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 60859 | 910 | -KAISER PERMANEN | 93000 | -ELECTROCARD | 53.56 | -6.56 | -26.26 | 0.00 | -20.74 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 907717 | 400 | -MEDICARE | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 791089 | 400 | -MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 915193 | 400 | -MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 38185 | 400 | -MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | 38185 | 410 | -MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | CA179147 | 410 | -MEDICARE HMO | 90782 | -SC/IM INJEC | 19.57 | -0.60 | -5.11 | 0.00 | -14.46 | 0.61 | 0.00 |
| 2000-02 | 2/29/2000 | CA179147 | 410 | -MEDICARE HMO | Q9934 | -EPOETIN ALP | 210.00 | -6.40 | -95.00 | 0.00 | -115.00 | 6.39 | 0.00 |
| 2000-02 | 2/29/2000 | 58944 | 470 | -NO INSURANCE | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 2/29/2000 | CA137954 | 450 | -MEDICAID | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 708219 | 900 | -HMAA | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 41012 | 200 | -MDX HAWAII | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 41012 | 410 | -MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | CA127527 | 370 | -ALOHA CARE FFS | VOID | -*VOIDED TIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 656215 | 400 | -MEDICARE | VOID | -*VOIDED TIC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 913664 | 470 | -NO INSURANCE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/1/2000 | 913664 | 500 | -WORKERS COMP | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-02 | 3/2/2000 | 914806 | 180 | -KAP QUEST CAP | NOSHOW | -*NOSHOW APP | 80.00 | -9.70 | -38.80 | 0.00 | -31.50 | 0.00 | 0.00 |
| 2000-02 | 3/2/2000 | WCA915193 | 100 | -HMSA COMMERCIAL | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 640176 | 400 | -MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 108328 | 400 | -MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/3/2000 | 94087 | 120 | -HMSA HMO CAP | ZZC | -ZZ**CANCEL | 67.00 | -6.55 | -58.95 | 0.00 | -1.50 | 0.00 | 0.00 |
| 2000-03 | 3/3/2000 | CA662668 | 220 | -ISLAND CARE CAP | 99212 | -OFFICE/OUTP | 67.00 | -6.55 | -58.95 | 0.00 | -1.50 | 0.00 | 0.00 |
| 2000-03 | 3/4/2000 | 166775 | 100 | -HMSA COMMERCIAL | 99214 | -OFFICE/OUTP | 80.00 | 0.00 | -65.50 | 0.00 | -14.50 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 787616 | 100 | -HMSA COMMERCIAL | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 909806 | 400 | -MEDICARE | 99214 | -OFFICE/OUTP | 122.00 | -7.00 | -71.41 | 0.00 | -43.59 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 913664 | 400 | -MEDICARE | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 782241 | 400 | -MEDICARE | 99214 | -OFFICE/OUTP | 59.00 | 0.00 | -37.50 | 0.00 | -21.50 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 782241 | 400 | -MEDICARE | 0 | -*ADDITIONAL | 58.00 | -58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 85181 | 400 | -MEDICARE | 992125 | -OFFICE/OUTP | 80.00 | 0.00 | -48.50 | 0.00 | -31.50 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 913961 | 470 | -NO INSURANCE | 992135 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 102477 | 900 | -HMAA | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 149165 | 920 | -UNIVERSITY HEAL | 99213 | -OFFICE/OUTP | 80.00 | 0.00 | -40.94 | -10.23 | -28.83 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | 742224 | 400 | -MEDICARE | 99214 | -OFFICE/OUTP | 122.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | CC669268 | 360 | -ALOHA CARE CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2000-03 | 3/1/2000 | CC669268 | 360 | -ALOHA CARE CAP | 99214 | -OFFICE/OUTP | 59.00 | -3.04 | -27.34 | 0.00 | -28.62 | 1.73 | 0.00 |
| 2000-03 | 3/2/2000 | 629810 | 100 | -HMSA COMMERCIAL | 99212 | -OFFICE/OUTP | 122.00 | -8.73 | -74.27 | 0.00 | -40.73 | 0.00 | 0.00 |
| 2000-03 | 3/2/2000 | CC669268 | 360 | -ALOHA CARE CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL

```
R241  -LIST DR DAILY PAT (5)                                          DATE 11/01/01
KAUAI MEDICAL CLINIC                                                  TIME   07:23
USER - rab004                                                         PAGE      1
*************************************
* JAMES R LOCKYER MD                *
* Schedule for 11/01/01 THU         *
* KMC INTERNAL MEDICINE             *
*************************************
                                                                    PT   PHONE
TICKET TIME CHART #   PATIENT NAME       REASON
=============================================================================
                                                                    410 808 245 8094
217670  8.30  60070                R   H SHOT/PIXLER   R#S
                                                                    400 808 332 9870
125366  9.30  651380               I   Y EPNV/3MTH CHECK  R|S
                                       DUV PT
                                       TO 11/26
                                                                    100 808 332 9733  808 245 8232
 94585 10.00  50402                CK  M EPNV/3MTH RECHECK  K|S
                                       FORMER DUVA PT
                                                                    120 808 822 4284  808 241 6300
125879 10.30  58674                    EPFU 2-3 MNTHS  R|S
                                       DUVA PT
                                       SWITCH TO BRAUN
                                                                    400 808 823 9110
155838 11.00  779006               E** C EPFU/RECHECK  K|S
                                       12/5
                                                                    400 808 823 9110
155850 11.15  773805               T** W EPFU/CHECK UP  K|S
                                       12/5
                                                                    400 808 245 7498
208296 12.00n 44658                H** A EPFU 2 WKS  K|S
                                       11/3
```

*To much paperwork
Phone call
letter writing*

**CONFIDENTIAL EXHIBIT**

| postingpd | doc_dt | acct_no | ptype_no | ptype_desc | cpt_cd | cpt_cd_desc | chg | per_pmt | ins_pmt | chg_adj | ins_wo | rcpt_adj | bal | misc_chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001-10 | 10/31/2001 | 186297 | 100 | HMSA COMMERCIAL | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 61845 | 100 | HMSA COMMERCIAL | 0 | -*ADDITIONAL | 84.00 | 0.00 | -50.20 | 0.00 | 0.00 | -33.80 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 61845 | 180 | KAP QUEST CAP | 99213S | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 38801 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 34177 | 360 | ALOHA CARE CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 34177 | 360 | ALOHA CARE CAP | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 646427 | 400 | MEDICARE | 0 | -*ADDITIONAL | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 646427 | 400 | MEDICARE | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 782241 | 400 | MEDICARE | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 782241 | 400 | MEDICARE | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 172112 | 400 | MEDICARE | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 33704 | 400 | MEDICARE | 99214 | -OFFICE/OUTP | 131.00 | 0.00 | -75.94 | -8.00 | 0.00 | -47.06 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 96430 | 410 | MEDICARE HMO | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 96430 | 410 | MEDICARE HMO | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -26.60 | -8.00 | 0.00 | -57.40 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 772431 | 450 | MEDICAID | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 772431 | 450 | MEDICAID | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -9.15 | -37.37 | 0.00 | -37.48 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 657505 | 900 | HMAA | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 50402 | 900 | HMAA | NOSHOW | -*NOSHOW APP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-10 | 10/31/2001 | 58674 | 910 | KAISER PERMANEN | 90782 | -SC/IM INJEC | 20.00 | 0.00 | 0.00 | -5.20 | 0.00 | -14.80 | 0.00 | 0.00 |
| 2001-11 | 11/1/2001 | 44658 | 100 | HMSA COMMERCIAL | Q9935 | -EPOETIN ALP | 840.00 | 0.00 | -228.00 | 0.00 | 0.00 | -612.00 | 0.00 | 0.00 |
| 2001-11 | 11/1/2001 | 651380 | 120 | HMSA HMO CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/1/2001 | 773805 | 410 | MEDICARE HMO | 90471 | -IMMUNIZATIO | 15.00 | 0.00 | -1.35 | 0.00 | 0.00 | -7.00 | 0.00 | 0.00 |
| 2001-11 | 11/1/2001 | 779006 | 410 | MEDICARE HMO | 90658 | -FLU VACC 3Y | 12.00 | 0.00 | -6.40 | 0.00 | 0.00 | -5.24 | 0.00 | 0.00 |
| 2001-11 | 11/1/2001 | 178945 | 400 | MEDICARE | 99213S | -OFFICE/OUTP | 84.00 | 0.00 | -5.41 | -48.20 | 0.00 | -33.80 | 0.00 | 0.00 |
| 2001-11 | 11/5/2001 | 603813 | 400 | MEDICARE | 90658 | -FLU VACC 3Y | 15.00 | 0.00 | -7.61 | -1.00 | 0.00 | -7.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 60078 | 100 | HMSA COMMERCIAL | 90471 | -IMMUNIZATIO | 12.00 | 0.00 | -3.89 | -3.11 | 0.00 | -6.76 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 60078 | 100 | HMSA COMMERCIAL | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.20 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 55792 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 55792 | 100 | HMSA COMMERCIAL | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 55792 | 120 | HMSA HMO CAP | 8 | -COPAY $8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 55792 | 120 | HMSA HMO CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 92552 | 120 | HMSA HMO CAP | 99213S | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 92552 | 120 | HMSA HMO CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 52366 | 120 | HMSA HMO CAP | 8 | -COPAY $8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 52366 | 120 | HMSA HMO CAP | 90658 | -FLU VACC 3Y | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4.87 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 86934 | 100 | HMSA COMMERCIAL | 90718 | -TD VACCINE> | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | -7.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 86934 | 120 | HMSA HMO CAP | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 86934 | 120 | HMSA HMO CAP | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 926330 | 360 | ALOHA CARE CAP | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 119441 | 400 | MEDICARE | 0 | -*ADDITIONAL | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 187724 | 400 | MEDICARE | 99213S | -OFFICE/OUTP | 12.00 | 0.00 | 0.00 | -14.26 | 0.00 | -4.87 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 187724 | 400 | MEDICARE | 90658 | -FLU VACC 3Y | 84.00 | 0.00 | -43.17 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 187724 | 400 | MEDICARE | G0008 | -ADMINISTRAT | 15.00 | 0.00 | -8.86 | 0.00 | 0.00 | -9.80 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 187724 | 400 | MEDICARE | 0 | -*ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4.87 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 34079 | 400 | MEDICARE | 90658 | -FLU VACC 3Y | 12.00 | 0.00 | -7.13 | 0.00 | 0.00 | -9.80 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 34079 | 400 | MEDICARE | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 34079 | 400 | MEDICARE | G0008 | -ADMINISTRAT | 15.00 | 0.00 | -5.20 | 0.00 | 0.00 | -9.80 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 37999 | 400 | MEDICARE | 0 | -*ADDITIONAL | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 37999 | 400 | MEDICARE | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 616948 | 400 | MEDICARE | 90658 | -FLU VACC 3Y | 12.00 | 0.00 | -7.13 | 0.00 | 0.00 | -4.87 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 616948 | 400 | MEDICARE | 99213 | -OFFICE/OUTP | 84.00 | 0.00 | -53.96 | 0.00 | 0.00 | -30.04 | 0.00 | 0.00 |
| 2001-11 | 11/2/2001 | 616948 | 400 | MEDICARE | G0008 | -ADMINISTRAT | 15.00 | 0.00 | -5.20 | 0.00 | 0.00 | -9.80 | 0.00 | 0.00 |

Page 209 of 380

CONFIDENTIAL

```
                                                                    DATE 12/11/01
-LIST DR DAILY PAT (5)                                              TIME    07:25
MEDICAL CLINIC                                                      PAGE       1
- rab004
************************
ES R LOCKYER MD
 edule for  12/11/01  TUE            Tuesday
C INTERNAL MEDICINE
************************
                                                                    PT   PHONE
ET  TIME   CHART #   PATIENT NAME        REASON
============================================================================

                                                                    410 808 245 8084
 46  8.15   60078    AMONA     A SHOT ONLY/PIXLER
                                                                    100 808 821 9645
 95  9.15   39946    LAF**   E EPNV/DIZZY        Dr. Went
                                TIME PER CHRIS    home sick
                                                                    100 808 245 8188
 10  9.30   50373    OROTHY   F EPFU/RECHECK
                                LTR TO RS 11/28
                                RS FRM 12/10-PT ST NEED TO BE
                                SEEN. NOT FEELING WELL
                                                                    410 808 245 9376
 03  9.45   37237    LORENCI    EPFU/2MTH RECHECK
                                                                    400 808 245 6014
 39 10.00  119441    ILICIAN    PRE OP/CATARACT    Labs CXR?
                                DR SHERRER
                                                                    200 808 821 0177  808 246 1133
 61 10.30  149020    ARTA     K EPFU/HEARING TEST  Labs 4-11-50
                                                                    400 808 332 9830
 236 10.45  90390    ACHEL      EPFU 6 WKS
                                RS FROM 9.45 AFTER ON CALL, T
                                LTR 10/25
                                PT RS FR 11/21
                                                                    400 808 245 6463
 4594 11.00 907387   HIRLEY   B EPFU/RECHECK 2MTH
                                                                    120 808 246 1597  808 245 1586
 579 11.15  662454   ERI      L EPFU 7 WKS
                                                                    400 808 245 7590
 029 11.30  95424    LOE**      EPFU/2 WKS RECHECK
                                                                    120 808 742 8940
 670 11.45  41757    OKULANI  L EPFU CHECK UP   Labs 9-23-50
                                                                    100 808 822 0672
 680 12.00n 60520    ARIE     L EPFU/3 1/2 WEEKS CHK  Labs 12-12-45
                                                                    400 808 822 0672
 686 12.15p 47509    EONARD#    EPFU/LAB RESULT    Labs? 10-30-46
                                                                    910 808 332 8333  808 241 6352
 74149 12.30p 58657  ANCY     P EPFU/4 MONTHS CHK
                                PT DOC DUVA
                                RS FROM 121001 DR OFF OK CHRIS

                                                                    120 808 826 7842  808 639 3992
 249081 2.00p 925946 RAYMOND  G EPFU/    Labs? 8-6-44
                                08.06.44
                                                                    100 808 332 9408  808 246 3302
 249310 2.15p 61389  ERBERT   T EPFU/PAIN LFT HIP
                                09.19.40 DUVACHELLE
                                                                    100 808 822 1816  808 245 8665
 266202 2.30p 61845  LESLIE     EPFU/TEST RESULTS   Coughing
                                                                    410 808 823 8004  307 733 3645
 270236 2.45p 48871  ALICE ** S EPFU/3 WEEKS CHK
                                DATE PER
```

EXHIBIT    CONFIDENTIAL

Debbie

| posting_pd | dos_dt | acct_no | ptype_no | ptype_desc | cpt | cpt_desc | chg | per_pmt | ins_pmt | chg_adj | ins_wo | rpt_adj | bal_trx | misc_chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001-12 | 12/7/2001 | 44150 | 910 | KAISER PERMANEN | 99213 | OFFICE/OUTP | 84.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 50373 | 100 | HMSA COMMERCIAL | 0 | *ADDITIONAL | 0.00 | -5.02 | -45.18 | 0.00 | -33.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 48202 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | -67.54 | 0.00 | -8.46 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 60520 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 61389 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 61845 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | CA46170 | 100 | HMSA COMMERCIAL | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 41757 | 120 | HMSA HMO CAP | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 925946 | 120 | HMSA HMO CAP | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 954740 | 120 | HMSA HMO CAP | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 156917 | 200 | MDX HAWAII | 0 | *ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 119441 | 400 | MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 47509 | 400 | MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 90390 | 400 | MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 907387 | 400 | MEDICARE | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 95424 | 410 | MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 37237 | 410 | MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/17/2001 | 48871 | 410 | MEDICARE HMO | NOSHOW | *NOSHOW APP | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 51778 | 410 | MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 60002 | 450 | MEDICAID | 90658 | FLU VACC 3Y | 84.00 | 0.00 | -7.13 | 0.00 | -5.87 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/16/2001 | 610890 | 910 | KAISER PERMANEN | 99213 | OFFICE/OUTP | 13.00 | 0.00 | -53.96 | 0.00 | -30.04 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/16/2001 | 610890 | 910 | KAISER PERMANEN | 99232 | FOLLOWUP HO | 102.00 | -13.42 | -5.20 | 0.00 | -9.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/16/2001 | 48511 | 410 | MEDICARE HMO | G0008 | ADMINISTRAT | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/16/2001 | 48511 | 400 | MEDICARE | 0 | *ADDITIONAL | 0.00 | -7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 58657 | 400 | MEDICARE | 7 | -COPAY $7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 625544 | 120 | HMSA HMO CAP | 99214 | -OFFICE/OUTP | 84.00 | 0.00 | -26.60 | 0.00 | -57.40 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/4/2001 | 955716 | 120 | HMSA HMO CAP | 0 | *ADDITIONAL | 259.00 | -33.32 | -133.28 | 0.00 | -92.40 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/17/2001 | 955716 | 410 | MEDICARE HMO | 99238 | HOSPITAL DI | 111.00 | -13.42 | -53.68 | 0.00 | -43.90 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/4/2001 | 96430 | 100 | HMSA COMMERCIAL | 0 | *ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/5/2001 | 37128 | 410 | MEDICARE HMO | 90658 | FLU VACC 3Y | 84.00 | 0.00 | -7.13 | 0.00 | -5.87 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/5/2001 | 37128 | 410 | MEDICARE HMO | 99213 | -OFFICE/OUTP | 84.00 | -20.08 | -40.16 | 0.00 | -33.80 | 0.00 | 10.04 | 0.00 |
| 2001-12 | 12/3/2001 | 37128 | 410 | MEDICARE HMO | G0008 | ADMINISTRAT | 15.00 | 0.00 | -5.20 | 0.00 | -9.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/3/2001 | 37128 | 410 | MEDICARE HMO | 99232 | FOLLOWUP HO | 102.00 | -13.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/6/2001 | 62357 | 100 | HMSA COMMERCIAL | 99251 | CONSULT INI | 113.00 | 0.00 | -44.64 | 0.00 | -33.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/5/2001 | 62357 | 800 | OTHER CONTRACTE | 0 | *ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/6/2001 | 58859 | 410 | MEDICARE HMO | 99213 | -OFFICE/OUTP | 259.00 | -8.00 | -158.48 | 0.00 | -92.52 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/6/2001 | 58859 | 410 | MEDICARE HMO | 99223 | INITIAL HOS | 102.00 | -8.00 | -51.56 | 0.00 | -42.44 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/7/2001 | 39946 | 410 | MEDICARE HMO | Q9936 | EPOETIN ALP | 840.00 | 0.00 | -228.00 | 0.00 | -612.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 60002 | 100 | HMSA COMMERCIAL | 90782 | SC/IM INJEC | 20.00 | -8.00 | -5.20 | 0.00 | -14.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 60078 | 410 | MEDICARE HMO | G0008 | ADMINISTRAT | 15.00 | 0.00 | -5.20 | 0.00 | -9.80 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/11/2001 | 60078 | 410 | MEDICARE HMO | 90658 | FLU VACC 3Y | 13.00 | 0.00 | -7.13 | 0.00 | -5.87 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 11/18/2001 | V40934 | 410 | MEDICARE HMO | ZZC | -ZZ**CANCEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/3/2001 | 786584 | 410 | MEDICARE HMO | 99223 | INITIAL HOS | 111.00 | -8.00 | -63.38 | 0.00 | -39.62 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/3/2001 | 786584 | 410 | MEDICARE HMO | 0 | *ADDITIONAL | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/4/2001 | 786584 | 410 | MEDICARE HMO | 99238 | HOSPITAL DI | 0.00 | -8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/5/2001 | 786584 | 180 | KAP QUEST CAP | 0 | *ADDITIONAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/6/2001 | 72656 | 180 | KAP QUEST CAP | 99213 | -OFFICE/OUTP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2001-12 | 12/12/2001 | 72656 | | | | Page 227 of 388 | | | | | | | | |

CONFIDENTIAL