| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust ▶ The organization may have to use a copy of this return to satisfy state reporting requirements | **2000** Open to Public Inspection |

**A** For the 2000 calendar year, OR tax year period beginning 07/01, 2000, and ending 06/30/2001

**B** Check if applicable: Change of address, Change of name, Initial return, Final return, Amended return

**C** Name of organization: **WILCOX HEALTH SYSTEM**
Number and street (or P O box if mail is not delivered to street address): **3420 KUHIO HIGHWAY**
City or town, state or country, and ZIP code: **LIHUE, HI 96766**

**D** Employer identification number: **99-0238077**
**E** Telephone number: **(808) 245-1112**
**F** Check ▶ ☐ if application pending

**G** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no )  ☐ 527 OR ☐ 4947(a)(1)

- Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ)

**H(a)** Is this a group return for affiliates? Yes ☐ No [X]
**H(b)** If "Yes" enter number of affiliates ▶
**H(c)** Are all affiliates included? Yes ☐ No [X]
(If "No" attach a list See inst)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? Yes ☐ No [X]

**J** Accounting method: ☐ Cash [X] Accrual ☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Enter 4-digit group exemption no. (GEN) ▶
**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ) ▶ [X]

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 16)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants and similar amounts received | | |
| a | Direct public support | 1a | |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ _____ noncash $ _____) | 1d | |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory — (A) Securities 8a / (B) Other 8a | | |
| b | Less cost or other basis and sales expenses — 8b / 8b | | |
| c | Gain or (loss) (attach schedule) — 8c / 8c | | |
| d | Net gain or (loss) (combine line 8c columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory less returns and allowances | 10a | |
| b | Less cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | NONE |
| 13 | Program services (from line 44, column (B)) | 13 | 541,372. |
| 14 | Management and general (from line 44, column (C)) | 14 | 1,565. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 542,937. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -542,937. |
| 19 | Net assets or fund balances at beginning of year (from line 73 column (A)) | 19 | 1,313,030. |
| 20 | Other changes in net assets or fund balances (attach explanation)  STMT 1 . STMT 2 | 20 | 259,875. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 1,029,968. |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions. Form **990** (2000)

JSA
0E1010 2 000

SCANNED JUN 03 2002

RECEIVED MAY 10 2002 OGDEN UT

52T0F7 1018 04/24/2002 15:23:34 V0.07.01 WIL4315 2000    3

**EXHIBIT 7**



```
WILCOX HEALTH SYSTEM                                               99-0238077

FORM 990, PART V - COMPENSATION PROVIDED BY RELATED ORGANIZATION

                                                                    CONTRIBUTIONS   EXPENSE ACCT
                                  TITLE AND TIME                    TO EMPLOYEE     AND OTHER
NAME AND ADDRESS                  DEVOTED TO POSITION  COMPENSATION BENEFIT PLANS   ALLOWANCES
----------------                  -------------------  ------------ -------------   ----------

KAUAI MEDICAL CLINIC
99-0326099
JOE BAILEY, M.D.                  DIRECTOR                 241,016.       60,254.   NONE
3420-B KUHIO HIGHWAY              <1 HR/WK
LIHUE, HI 96766

KAUAI MEDICAL CLINIC
99-0326099
LEE EVSLIN, M.D.                  DIRECTOR                 182,007.       45,502.   NONE
3420-B KUHIO HIGHWAY              <1 HR/WK
LIHUE, HI 96766

KAUAI MEDICAL CLINIC
99-0326099
H. ROGER NETZER, M.D.             DIRECTOR                 167,042.       41,760.   NONE
3420-B KUHIO HIGHWAY              <1 HR/WK
LIHUE, HI 96766

WILCOX MEMORIAL HOSPITAL
99-0074365
DAVID W. PATTON, PH.D.            PRES/CEO/DIRECTOR        305,057.       61,011.   NONE
3420-B KAHIO HIGHWAY              <1 HR/WK
LIHUE, HI 96766
```

Form **990**

Department of the Treasury
Internal Revenue Service

**Return of Organization Exempt From Income Tax**
Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)
▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2002**

Open to Public Inspection

**A** For the 2002 calendar year, or tax year beginning 07/01, 2002, and ending 06/30/2003

**B** Check if applicable:
- Address change
- Name change
- Initial return
- Final return
- Amended return [X]
- Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: WILCOX MEMORIAL HOSPITAL

Number and street (or P O box if mail is not delivered to street address): 55 MERCHANT STREET, 24TH FLOOR

City or town, state or country, and ZIP + 4: HONOLULU, HI 96813

**D** Employer Identification number: 99-0074365

**E** Telephone number: (808) 245-1112

**F** Accounting method: Cash [ ]  Accrual [X]  Other (specify) ▶

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ▶ N/A

**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no) [ ] 4947(a)(1) or [ ] 527

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

H and I are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? Yes [ ] No [X]
**H(b)** If "Yes," enter number of affiliates ▶ _____
**H(c)** Are all affiliates included? Yes [ ] No [ ]
(If "No," attach a list See Instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? Yes [ ] No [X]
**I** Enter 4-digit GEN ▶
**M** Check ▶ [ ] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 62,988,757.

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions.)

| | | | |
|---|---|---:|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support ............ 1a | 64,558. | |
| b | Indirect public support ............ 1b | 388,010. | |
| c | Government contributions (grants) ............ 1c | | |
| d | Total (add lines 1a through 1c) (cash $ 452,568. noncash $ _____ ) | 1d | 452,568. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 59,326,767. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 127,169. |
| 5 | Dividends and interest from securities | 5 | 300,923. |
| 6a | Gross rents ............ 6a | 68,446. | |
| b | Less: rental expenses ............ 6b | 130,679. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | -62,233. |
| 7 | Other investment income (describe ▶ STMT 1 ) | 7 | NONE |

| | | (A) Securities | (B) Other | | |
|---|---|---:|---:|---|---:|
| 8a | Gross amount from sales of assets other than inventory | 883,657. 8a | 220,609. | | |
| b | Less: cost or other basis and sales expenses | 1,049,994. 8b | 180,553. | | |
| c | Gain or (loss) (attach schedule) | -166,337. 8c | 40,056. | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | 8d | -126,281. |

| | | | |
|---|---|---:|---:|
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) ............ 9a | | |
| b | Less: direct expenses other than fundraising expenses ............ 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances ............ 10a | | |
| b | Less: cost of goods sold ............ 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 1,608,618. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 61,627,531. |
| 13 | Program services (from line 44, column (B)) | 13 | 52,781,478. |
| 14 | Management and general (from line 44, column (C)) | 14 | 11,021,660. |
| 15 | Fundraising (from line 44, column (D)) | 15 | NONE |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 63,803,138. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -2,175,607. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 39,483,763. |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 2 STMT 3 | 20 | -3,286,513. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 34,021,643. |

Stamp: RECEIVED JAN 28 2005 IRS-OSC OGDEN, UT

JSA  For Paperwork Reduction Act Notice, see the separate instructions.  Form **990** (2002)
2E1010 1 000

52T0FD 1018 01/17/2005 20:08:53 V02-8.1                                                4

SCANNED FEB 01 2005

WILCOX MEMORIAL HOSPITAL                                                              99-0074365

FORM 990, PART V - COMPENSATION PROVIDED BY RELATED ORGANIZATION

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| KAUAI MEDICAL CLINIC 99-0326099 | | | | |
| TAD JACKSON, MD 55 MERCHANT STREET, 24TH FLOOR HONOLULU, HI 96813 | DIRECTOR < 1 HR/WK | 164,726. | 15,937. | NONE |
| HAWAII PACIFIC HEALTH 99-0246363 | | | | |
| LEE EVSLIN, M.D. 55 MERCHANT STREET, 24TH FLOOR HONOLULU, HI 96813 | OFFICER < 1 HR/WK | 350,369. | 44,208. | 7,800. |
| GRAND TOTALS | | 1,765,671. | 315,878. | 42,835. |

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**2000**

Open to Public Inspection

**A** For the 2000 calendar year, OR tax year period beginning  07/01 , 2000, and ending 06/30/2001

**B** Check if applicable:
- Change of address
- Change of name
- Initial return
- Final return
- Amended return

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: **WILCOX HEALTH SYSTEM**

Number and street (or P O box if mail is not delivered to street address): **3420 KUHIO HIGHWAY**

City or town, state or country, and ZIP code: **LIHUE, HI 96766**

**D** Employer identification number: **99-0238077**

**E** Telephone number: **(808) 245-1112**

**F** Check ▶ ☐ if application pending

**G** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no.)  ☐ 527 OR ☐ 4947(a)(1)

- Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ)

**H(a)** Is this a group return for affiliates? ☐ Yes [X] No
**H(b)** If "Yes" enter number of affiliates ▶
**H(c)** Are all affiliates included? ☐ Yes [X] No (If "No" attach a list. See inst.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes [X] No

**I** Enter 4-digit group exemption no. (GEN) ▶

**J** Accounting method: ☐ Cash [X] Accrual ☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ) ▶ [X]

Note (H and I are not applicable to section 527 orgs.)

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (See Specific Instructions on page 16.)

| | | Amount |
|---|---|---:|
| 1 | Contributions, gifts, grants and similar amounts received | |
| a | Direct public support ........................ 1a | |
| b | Indirect public support ....................... 1b | |
| c | Government contributions (grants) ............ 1c | |
| d | Total (add lines 1a through 1c) (cash $_____ noncash $_____) | 1d |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 |
| 3 | Membership dues and assessments | 3 |
| 4 | Interest on savings and temporary cash investments | 4 |
| 5 | Dividends and interest from securities | 5 |
| 6a | Gross rents ................................. 6a | |
| b | Less rental expenses ........................ 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c |
| 7 | Other investment income (describe ▶ ) | 7 |
| 8a | Gross amount from sales of assets other than inventory  (A) Securities 8a  (B) Other | |
| b | Less cost or other basis and sales expenses 8b | |
| c | Gain or (loss) (attach schedule) 8c | |
| d | Net gain or (loss) (combine line 8c columns (A) and (B)) | 8d |
| 9 | Special events and activities (attach schedule) | |
| a | Gross revenue (not including $_____ of contributions reported on line 1a) ... 9a | |
| b | Less direct expenses other than fundraising expenses 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c |
| 10a | Gross sales of inventory less returns and allowances 10a | |
| b | Less cost of goods sold 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c |
| 11 | Other revenue (from Part VII, line 103) | 11 |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | NONE |
| 13 | Program services (from line 44, column (B)) | 13 | 541,372. |
| 14 | Management and general (from line 44, column (C)) | 14 | 1,565. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44 column (A)) | 17 | 542,937. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -542,937. |
| 19 | Net assets or fund balances at beginning of year (from line 73 column (A)) | 19 | 1,313,030. |
| 20 | Other changes in net assets or fund balances (attach explanation)  STMT 1  STMT 2 | 20 | 259,875. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 1,029,968. |

For Paperwork Reduction Act Notice, see page 1 of the separate Instructions.

Form **990** (2000)

JSA
0E1010 2 000

52T0F7 1018 04/24/2002 15:23:34 V0.07.01 WIL4315 2000         3



EXHIBIT 7

WILCOX HEALTH SYSTEM                                                      99-0238077

FORM 990, PART V - COMPENSATION PROVIDED BY RELATED ORGANIZATION

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| KAUAI MEDICAL CLINIC 99-0326099 | | | | |
| JOE BAILEY, M.D. 3420-B KUHIO HIGHWAY LIHUE, HI 96766 | DIRECTOR <1 HR/WK | 241,016. | 60,254. | NONE |
| KAUAI MEDICAL CLINIC 99-0326099 | | | | |
| LEE EVSLIN, M.D. 3420-B KUHIO HIGHWAY LIHUE, HI 96766 | DIRECTOR <1 HR/WK | 182,007. | 45,502. | NONE |
| KAUAI MEDICAL CLINIC 99-0326099 | | | | |
| H. ROGER NETZER, M.D. 3420-B KUHIO HIGHWAY LIHUE, HI 96766 | DIRECTOR <1 HR/WK | 167,042. | 41,760. | NONE |
| WILCOX MEMORIAL HOSPITAL 99-0074365 | | | | |
| DAVID W. PATTON, PH.D. 3420-B KAHIO HIGHWAY LIHUE, HI 96766 | PRES/CEO/DIRECTOR <1 HR/WK | 305,057. | 61,011. | NONE |

# Form 990 — Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

Department of the Treasury
Internal Revenue Service

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2002**
Open to Public Inspection

**A** For the 2002 calendar year, or tax year beginning  07/01 , 2002, and ending  06/30/2003

**B** Check if applicable:
- Address change
- Name change
- Initial return
- Final return
- Amended return [X]
- Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: **WILCOX MEMORIAL HOSPITAL**
Number and street (or P O box if mail is not delivered to street address): **55 MERCHANT STREET, 24TH FLOOR**
City or town, state or country, and ZIP + 4: **HONOLULU, HI 96813**

**D** Employer Identification number: **99-0074365**
**E** Telephone number: **(808) 245-1112**
**F** Accounting method: Cash [ ]  Accrual [X]  Other (specify) ▶

- Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? Yes [ ] No [X]
**H(b)** If "Yes," enter number of affiliates ▶
**H(c)** Are all affiliates included? Yes [ ] No [ ] (If "No," attach a list See instructions)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? Yes [ ] No [X]
**I** Enter 4-digit GEN ▶
**M** Check ▶ [ ] if the organization is not required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**G** Web site: ▶ N/A
**J** Organization type (check only one) ▶ [X] 501(c) ( 3 ) ◀ (insert no ) [ ] 4947(a)(1) or [ ] 527
**K** Check here ▶ [ ] If the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ▶ **62,988,757.**

## Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 17 of the instructions.)

| | | | |
|---|---|---:|---:|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support ... 1a | 64,558. | |
| b | Indirect public support ... 1b | 388,010. | |
| c | Government contributions (grants) ... 1c | | |
| d | Total (add lines 1a through 1c) (cash $ 452,568. noncash $ _____ ) | 1d | 452,568. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 59,326,767. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 127,169. |
| 5 | Dividends and interest from securities | 5 | 300,923. |
| 6a | Gross rents ... 6a | 68,446. | |
| b | Less: rental expenses ... 6b | 130,679. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | -62,233. |
| 7 | Other investment income (describe ▶ STMT 1 ) | 7 | NONE |
| 8a | Gross amount from sales of assets other than inventory (A) Securities 883,657. 8a (B) Other 220,609. | | |
| b | Less: cost or other basis and sales expenses 1,049,994. 8b  180,553. | | |
| c | Gain or (loss) (attach schedule) -166,337. 8c  40,056. | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | -126,281. |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) ... 9a | | |
| b | Less: direct expenses other than fundraising expenses ... 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances ... 10a | | |
| b | Less: cost of goods sold ... 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 1,608,618. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 61,627,531. |
| 13 | Program services (from line 44, column (B)) | 13 | 52,781,478. |
| 14 | Management and general (from line 44, column (C)) | 14 | 11,021,660. |
| 15 | Fundraising (from line 44, column (D)) | 15 | NONE |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 63,803,138. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -2,175,607. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 39,483,763. |
| 20 | Other changes in net assets or fund balances (attach explanation) STMT 2  STMT 3 | 20 | -3,286,513. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 34,021,643. |

Stamp: RECEIVED JAN 2 8 2005 IRS-OSC OGDEN, UT

Scanned FEB 01 2005

JSA  For Paperwork Reduction Act Notice, see the separate instructions.    Form **990** (2002)
2E1010 1 000

52TOFD 1018 01/17/2005 20:08:53 V02-8.1

4



```
WILCOX MEMORIAL HOSPITAL                                                        99-0074365

FORM 990, PART V - COMPENSATION PROVIDED BY RELATED ORGANIZATION
================================================================

                                                                 CONTRIBUTIONS    EXPENSE ACCT
                             TITLE AND TIME                      TO EMPLOYEE      AND OTHER
NAME AND ADDRESS             DEVOTED TO POSITION   COMPENSATION  BENEFIT PLANS    ALLOWANCES
----------------             -------------------   ------------  -------------    ----------

KAUAI MEDICAL CLINIC
99-0326099

TAD JACKSON, MD              DIRECTOR                  164,726.        15,937.          NONE
55 MERCHANT STREET, 24TH FLOOR   < 1 HR/WK
HONOLULU, HI 96813

HAWAII PACIFIC HEALTH
99-0246363

LEE EVSLIN, M.D.             OFFICER                   350,369.        44,208.        7,800.
55 MERCHANT STREET, 24TH FLOOR   < 1 HR/WK
HONOLULU, HI 96813
                                                   ------------   ------------   ----------
                             GRAND TOTALS            1,765,671.       315,878.       42,835.
                                                   ============   ============   ==========
```