```
R241  -LIST DR DAILY PAT (5)                                                      DATE  6/07/00
KAUAI MEDICAL CLINIC                                                              TIME   08:06
USER - vjk004                                                                     PAGE      1
*******************************
* JAMES R LOCKYER MD          *                Wed
* Schedule for  06/07/00 WED  *
* KMC INTERNAL MEDICINE       *
*******************************
```

| TICKET | TIME | CHART # | PATIENT NAME | REASON | PT PHONE |
|---|---|---|---|---|---|
| 456431 | 9.00 | 634206 | ✓ | T  L EPFU/5/31<br>PER DR. CARD<br>PT RS FROM 5/31 | 100 808 822 7074  808 245 2831 |
| 353580 | 9.15 | 58211 | ✓ | S EPFU 3 MOS<br>PT RS FROM 6/14 | 410 808 245 2927 |
| 475515 | 9.30 | 87469 | ✓ | N  W EPNV/ER F/U   took 1½° | 470 808 826 9703 |
| 475745 | 9.45 | 57467 | | U EPNV/HERNIA<br>OKAY PER CHRIS   going to Rosenbaum | 360 808 245 6003 |
| 454104 | 10.00 | 41242 | ✓ | RT  W EPNV/EST MD/DM<br>PT LAST SAW DR NGUYEN | 920 808 742 9612 |
| 473921 | 10.30 | 39959 | ✓ | HY* I EPNV/PAINS<br>OK CHRIS | 400 808 822 5103 |
| 465301 | 10.45 | 137039 | ✓ | *  A EPFU/6/7<br>PER DR. CARD   wanted Full pc | 100 808 246 0249 |
| 255137 | 11.00 | 773805 | ✓ | T** W EPNV/RECHECK<br>FORMER PT OF BICKERTON | 400 808 823 9110 |
| 468954 | 11.45 | 628062 | ✓ | I  EPFU-3 MO RECHECK<br>RS FROM 6/1,CONF W/SON AND LTR<br>MAILED 5/24 | 120 808 823 6003  808 245 5914 |

12:00 Wada

| | | | | | |
|---|---|---|---|---|---|
| | | | NY | RS FROM 6/2 DOC DELAYED  ev f/u | 100 808 246 9929  808 241 6555 |
| 471929 | 2.00p | 667686 | ✓ | RT  L EPNV/HURT R FOOT | 100 808 826 9515  808 245 3268 |
| 466523 | 2.30p | 611861 | ✓ | ICA  - PHYSICAL<br>DEMENTIA   30° late | |
| 471130 | 3.00p | 634300 | ✓ | A  M EPNV/STOMACH/HIP PROBLEM | 100 808 332 9846  808 245 1244 |
| 475116 | 4:15p | 77822 | | ARD  J EPFU/RECHECK | 900 808 822 0188  808 822 4444 |
| 464469 | 3.30p | 155497 | ✓ | E JR T EPNV/UTI UCC RECHECK<br>HMSA | 100 808 245 2450  808 245 8003 |
| 470639 | 3.45p | 91309 | | HELLE L EPFU F/U RESULTS<br>PER CHRIS | 360 808 246 6812  808 246 9112 |
| 471609 | 4.00p | 792164 | | RA  M EPFU 10 DAYS<br>PT WAS RS FROM 6/3 | 900 808 245 2119  808 332 7012 |

Dorothy        No lunch

**EXHIBIT 8**        **CONFIDENTIAL**