April 22, 2002

Dear Dr. Pixler,

    On Saturday afternoon, April 20, 2002, while serving as the physician on call for the department of medicine, I was in the emergency room evaluating patients when my pager was activated at 25 minutes past the hour of three PM. I dialed the extension to which I was paged only to realize that the clerk in the emergency room had paged me on behalf of the ER physician on duty. She had not realized that I had already been in the emergency room for over half an hour evaluating patients. She witnessed my pager being activated and noted that it had been over seventeen minutes since she had paged me before my pager was activated.

    This clearly indicates a deficiency in the paging system which may lead to serious problems relating to patient care if not corrected. It is also an obvious explanation as to why I am being sited for untimely responses to pages, when I am absolutely certain that I always respond to my pages in a prompt and responsible fashion.

    Further discussion with my colleagues reveals that this is currently an issue with medical technicians being sited unjustly for similar situations.

                                  Respectfully submitted,

                                    James R. Lockyer, MD

EXHIBIT 9