April 14, 2002

Dear Dr. Pixler,

    As requested by you, I wish to submit the following comments with regard to the statement made by Ms. Maureen Taboura, nursing supervisor regarding the weekend of March 15, 16 and 17, 2002. In an official memo Ms. Taboura stated that during his post weekend call exit interview the locums physician Dr. Brad Sakaguchi made the comment that he had paged me to come into the hospital to help him since I was the backup physician. The statement was made by Ms. Taboura that he got no answer after paging me, that I refused to come in and help, and that he heard "nothing" from me.

    I was actually present during Dr. Sakaguchi's exit interview with Ms. Taboura. While he did in fact site a number of shortcomings that can only be attributed to operational and administrative deficiencies, at no time did he ever mention having had trouble contacting me during the weekend. Nor did he mention having requested that I come in to help him with his on call duties. And finally he made absolutely no mention of me refusing to come in to help him.

    I have taken the liberty of reviewing the call log of the hospital operator on the weekend in question and there is record of only one page to me from Dr. Sakaguchi on Saturday, March 16, 2002 at 16:16 hours in the afternoon. I promptly returned the page. Dr. Sakaguchi had several questions regarding our stroke protocols since he had been unable to get in touch with our neurologist, Dr. Bjornskov via pager. At no point did he ever suggest that he wanted or requested that I come in to help him as his back up physician.

    I then contacted Dr. Sakaguchi directly to ask him about the veracity of the statement being made by Ms. Taboura in an official memo. He stated emphatically that he had never mentioned anything of the sort. He also noted that Dr. Evslin and you had both questioned him in this regard and he had stated the same thing, that there was absolutely no evidence to support her allegation. He stated further that he would be glad to make a formal statement in this regard should he be asked to do so.

**EXHIBIT 10**

As you are aware from your own investigation as well as from the aforementioned information, there is absolutely no evidence whatsoever to suggest that the statement being made by Ms. Taboura is anything other than a lie. I consider this a very serious issue, as it is slandering my personal and professional integrity. I therefore formally request that in the absence of any additional evidence to the contrary that a formal retraction of this statement be made immediately.

Your attention to this matter is sincerely appreciated.

Respectfully,

James R. Lockyer, MD

Cc: Dr. Evslin
  Dr. Patton
  Ms. Kathy Adams, RN
  Mr. Pat Childs