*Kaua'i Medical Clinic*
*Review Year – 2002*

*Provider:* Lockyer

*Specialty:* Internal Medicine

*Background:*

As part of the Kaua'i medical Clinic practice policy, a Compliance program was established to promote provider understanding of the regulations governing the billing and documentation process. As part of this process, and at the request of practice and financial management, we reviewed the services and records of Doctor James R. Lockyer. Doctor Lockyer is an Internist who provides services at the Kaua'i Medical Clinic.

Internal Medicine provides minor procedural services, routine annual physical examinations and prophylactic immunizations for the adult population. Professional Fee billing is performed by in-house staff. Providers select the CPT and ICD-9-CM codes from the encounter forms or write in the diagnoses/procedures. Coders located on site assign billing codes to these services/diagnoses. The documentation form used by the providers varies from a rubber stamp with an outdated listing of Body Areas and Organs Systems to a more extensive pre-printed full-page template. Doctor Lockyer uses the intake rubber stamp, handwritten and dictated notes as appropriate.

*Purpose & Scope:*

The purpose of our review was to evaluate compliance with Medicare and Medicaid Physician guidelines for professional fee billing, the adequacy of medical record documentation and compliance with Medical Group policies and procedures. The Medicare review criteria included both the 1995 and 1997 Evaluation and Management standard.

*Statistical Statement:* A total of ten (10) patient charts were selected for review. Of these services, eighteen (18) billable events were noted and audited. The following charts illustrate the breakdown of E & M and surgical procedures reviewed for Doctor Lockyer.

## Sample Universe - Lockyer



Procedures 17%

E/M 83%

**EXHIBIT 12**

*Summary Findings:*

1. The services reviewed for Doctor Lockyer were well documented and in all but one case, reported correctly.

2. In one case, the medical record documentation supported a service level potentially high than that which was reported.

3. In all cases, the diagnosis code selected accurately and completely described the presenting problem.

4. In some of the cases reviewed was a suggestion of a time element noted.

*Recommendations*

1. Review the requirements for time-dominated services to assure that lengthy pediatric appointments are correctly reported.

2. Review the requirements for upper level services to assure that all items are reported accurately and completely to the carrier.