FEBRUARY 2003

| Sorted in Alphabetical Order by Physician Last Name | | |
|---|---|---|
| Physician | NP Wait Time | EP Wait Time |
| Altomare | 0 | 0 |
| Bailey | 29 | 36 |
| Bjornskov | 49 | 101 |
| Bodenstab | 45 | 45 |
| Braun | 9 | 9 |
| Burkhart | NO NP | 1 |
| Capelli | 0 | 16 |
| Chihara | 0 | 15 |
| DeNigris | 53 | 53 |
| Desai | 39 | 39 |
| Diaz | NO NP | 36 |
| Farley | 15 | 15 |
| Funai | 17 | 16 |
| Goodale | 3 | 1 |
| Goodman | NO NP | 30 |
| Haack | 7 | 7 |
| Hunter | NO NP | 25 |
| Inouye | 3 | 3 |
| Jackson | 32 | 38 |
| Johnson | 25 | 36 |
| Jordan | 24 | 21 |
| Kim | 24 | 18 |
| Lee | 119 | 23 |
| Littler | 28 | 15 |
| Lockyer | 15 | 2 |
| Mason | 17 | 38 |
| McDonald | 57 | 84 |
| McGreevy | 30 | 30 |
| McKnight | NO NP | 7 |
| Menezes | 30 | 24 |
| Moore (D) | 10 | 10 |
| Moore (N) | 21 | 21 |
| Mori | 32 | 16 |
| Murray | PART ACCESS | PART ACCESS |
| Nelson | 1 | 1 |
| Netzer C | 2 | 2 |
| Netzer HR | 1 | 1 |
| Noyes | 2 | 2 |
| Pabo | 15 | 15 |
| Potter (K) | 23 | 23 |
| Potter (L) | 10 | 10 |
| Ratliff | 52 | 0 |
| Renti-Cruz | OPEN ACCESS | OPEN ACCESS |
| Ross | 2 | 2 |
| Rovinsky | 35 | 42 |
| Schendel | 24 | 39 |
| Scheppers | 9 | 0 |
| Shutt | 50 | 43 |
| Sutherland | NO NP | 57 |
| Thomas | 1 | 1 |
| Williamson | 21 | 21 |
| Wotring | 1 | 1 |
| Yee | 10 | 0 |
| Young | 1 | 1 |

| Sorted in Numerical Order by Longest NP Wait Time | | |
|---|---|---|
| Physician | NP Wait Time | EP Wait Time |
| Murray | PART ACCESS | PART ACCESS |
| Renti-Cruz | OPEN ACCESS | OPEN ACCESS |
| Burkhart | NO NP | 1 |
| Diaz | NO NP | 36 |
| Goodman | NO NP | 30 |
| Hunter | NO NP | 25 |
| McKnight | NO NP | 7 |
| Sutherland | NO NP | 57 |
| Lee | 119 | 23 |
| McDonald | 57 | 84 |
| DeNigris | 53 | 53 |
| Ratliff | 52 | 0 |
| Shutt | 50 | 43 |
| Bjornskov | 49 | 101 |
| Bodenstab | 45 | 45 |
| Desai | 39 | 39 |
| Rovinsky | 35 | 42 |
| Jackson | 32 | 38 |
| Mori | 32 | 16 |
| McGreevy | 30 | 30 |
| Menezes | 30 | 24 |
| Bailey | 29 | 36 |
| Littler | 28 | 15 |
| Johnson | 25 | 36 |
| Jordan | 24 | 21 |
| Kim | 24 | 18 |
| Schendel | 24 | 39 |
| Potter (K) | 23 | 23 |
| Moore (N) | 21 | 21 |
| Williamson | 21 | 21 |
| Funai | 17 | 16 |
| Mason | 17 | 38 |
| Farley | 15 | 15 |
| Lockyer | 15 | 2 |
| Pabo | 15 | 15 |
| Moore (D) | 10 | 10 |
| Potter (L) | 10 | 10 |
| Yee | 10 | 0 |
| Braun | 9 | 9 |
| Scheppers | 9 | 0 |
| Haack | 7 | 7 |
| Goodale | 3 | 1 |
| Inouye | 3 | 3 |
| Netzer C | 2 | 2 |
| Noyes | 2 | 2 |
| Ross | 2 | 2 |
| Nelson | 1 | 1 |
| Netzer HR | 1 | 1 |
| Thomas | 1 | 1 |
| Wotring | 1 | 1 |
| Young | 1 | 1 |
| Capelli | 0 | 16 |
| Chihara | 0 | 15 |
| Altomare | 0 | 0 |

| Sorted in Numerical Order by Longest EP Wait Time | | |
|---|---|---|
| Physician | NP Wait Time | EP Wait Time |
| Murray | PART ACCESS | PART ACCESS |
| Renti-Cruz | OPEN ACCESS | OPEN ACCESS |
| Bjornskov | 49 | 101 |
| McDonald | 57 | 84 |
| Sutherland | NO NP | 57 |
| DeNigris | 53 | 53 |
| Bodenstab | 45 | 45 |
| Shutt | 50 | 43 |
| Rovinsky | 35 | 42 |
| Desai | 39 | 39 |
| Schendel | 24 | 39 |
| Jackson | 32 | 38 |
| Mason | 17 | 38 |
| Bailey | 29 | 36 |
| Diaz | NO NP | 36 |
| Johnson | 25 | 36 |
| Goodman | NO NP | 30 |
| McGreevy | 30 | 30 |
| Hunter | NO NP | 25 |
| Menezes | 30 | 24 |
| Lee | 119 | 23 |
| Potter (K) | 23 | 23 |
| Jordan | 24 | 21 |
| Moore (N) | 21 | 21 |
| Williamson | 21 | 21 |
| Kim | 24 | 18 |
| Capelli | 0 | 16 |
| Funai | 17 | 16 |
| Mori | 32 | 16 |
| Chihara | 0 | 15 |
| Farley | 15 | 15 |
| Littler | 28 | 15 |
| Pabo | 15 | 15 |
| Moore (D) | 10 | 10 |
| Potter (L) | 10 | 10 |
| Braun | 9 | 9 |
| Haack | 7 | 7 |
| McKnight | NO NP | 7 |
| Inouye | 3 | 3 |
| Lockyer | 15 | 2 |
| Netzer C | 2 | 2 |
| Noyes | 2 | 2 |
| Ross | 2 | 2 |
| Burkhart | NO NP | 1 |
| Goodale | 3 | 1 |
| Nelson | 1 | 1 |
| Netzer HR | 1 | 1 |
| Thomas | 1 | 1 |
| Wotring | 1 | 1 |
| Young | 1 | 1 |
| Yee | 10 | 0 |
| Altomare | 0 | 0 |
| Ratliff | 52 | 0 |
| Scheppers | 9 | 0 |

EXHIBIT 13