March 9, 2007

I, Teresa T. Birchard, MD, JD, was an obstetrician/gynecologist employed by Kauai Medical Group/Kauai Medical Clinic from August 1995 to May 2001 when I resigned from the practice to join another group. For a period of time I attended meetings of the Executive Committee either as a representative of our department chair or as department chair myself. It was always my impression at those meetings and at other committee meetings and discussions that Lee Evslin was an active influence on decision-making and not a manager who acted at the behest of the committee. He seemed to be the person in power who decided whether certain physicians would be hired or fired by the medical group and influenced the power dynamics within the departments.

I was present at discussions regarding Dr. Larry Raithaus and have heard Lee Evslin's negative comments about him and about other physicians who came before committees for discussion as well as comments suggesting tolerance for other physicians whose actions were being discussed.

*Teresa T. Birchard*
Teresa T. Birchard

**EXHIBIT 14**