IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br>TRIAL: September 18, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing documents was duly served on the following persons at their last known addresses, by depositing the same with the U.S. mail, postage prepaid, and by facsimile on March 9, 2007.

SHARON V. LOVEJOY, ESQ.                           (808) 537-5434
STEPHANIE E. W. THOMPSON, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka Lee A. Evslin, M.D.

KENNETH S. ROBBINS, ESQ.                          (808) 526-0290
CLARISSA Y. MALINAO, ESQ.
JOHN-ANDERSON L. MEYER, ESQ.
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM

HARRY YEE, ESQ.                                   (808) 541-3752
Chief, Civil Section
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, March 9, 2007.

                          _____
                          JANICE P. KIM
                          ARLEEN D. JOUXSON
                          RAFAEL G. DEL CASTILLO
                          Attorneys for Plaintiff
                          JAMES LOCKYER, M.D.