# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    238636

Trans    144531

Received From:    **LAWRENCE FREEDMAN**
Case Number:
Reference Number:    CV 04-596

| | |
|---|---:|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---:|
| PRO HAC VICE | 685513 | 1 | 225.00 |

| | |
|---|---:|
| **Total** | **225.00** |
| Tend | 225.00 |
| Due | 0.00 |

03/08/2007 08:41:49 AM    Deputy Clerk: verna/LC    _____