

2

█

1      ███

2      ██

3      ████

4      █████

██

       ██

                              ██_____

                                        ██

2



