## Rafael del Castillo

**From:** hid_resp@hid.uscourts.gov
**Sent:** Monday, March 12, 2007 9:05 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00596-ACK-KSC Lockyer v. Hawaii Pacific Hea, et al Corrective Entry

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 3/12/2007 at 9:04 AM HST and filed on 3/9/2007
**Case Name:** Lockyer v. Hawaii Pacific Hea, et al
**Case Number:** 1:04-cv-596
**Filer:**
**Document Number:** No document attached

### Docket Text:
REMINDER/ADVISORY NOTICE. The entry docket number [154] Joinder filed by James Lockyer, [146] Memorandum in Opposition to Motion,, filed by James Lockyer, [151] Memorandum in Opposition to Motion filed by James Lockyer was filed incorrectly in this case. The Signature Convention of the filing party must be preceded by (/s/) and declarations of Third Parties (i.e., James Lockler) should be entered scanned. The (/s/) signature convention only applies to attorneys of record. Third Party signatures should be scanned and then entered as a separate PDF attachment. The Declaration of Nancy Bookbinder was entered not signed. The filing party may submit appropriate erratas to correct the deficiencies. (gls, )

**1:04-cv-596 Notice has been electronically mailed to:**
Kenneth S. Robbins  krobbins@robbinsandassociates.net, agor@robbinsandassociates.net, ameyer@robbinsandassociates.net, rcarter@robbinsandassociates.net, shishinuma@robbinsandassociates.net
Sharon V. Lovejoy  slovejoy@starnlaw.com
Janice P. Kim  kimj054@hawaii.rr.com, colleens@hawaii.rr.com, gailh@hawaii.rr.com, myraf@hawaii.rr.com
Harry Yee  harry.yee@usdoj.gov, ann.yuuki@usdoj.gov, jan.yoneda@usdoj.gov
Rafael G. del Castillo  rafa@hawaii.rr.com
Harry R. Silver  hsilver@pattonboggs.com
Stephanie E.W. Thompson  sthompson@starnlaw.com, forsewth@aol.com, santolin@starnlaw.com, slovejoy@starnlaw.com, tfuyumuro@starnlaw.com

**1:04-cv-596 Notice will not be electronically mailed to:**

Arleen D. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave Ste 209
Wahiawa, HI 96786

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St Ste 2200
Honolulu, HI 96813

Edwin D. Rauzi
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

3/13/2007