JANICE P. KIM          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON          7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>　　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF RAFAEL DEL CASTILLO; EXHIBIT A1-A4<br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:   10:30 A.M.<br><br><br>Trial Date: September 18, 2007<br>Judge:   Honorable Alan C. Kay |

DECLARATION OF RAFAEL DEL CASTILLO

I, RAFAEL DEL CASTILLO, do hereby declare that the following information is based on personal knowledge, and that I am competent to so testify:

1. I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

2. I am one of the attorneys for Plaintiff-Relator James Lockyer, M.D.

3. I make this declaration in support of Plaintiff James Lockyer, M.D.'s Joinder in Plaintiff United States of America's Memorandum in Opposition to Defendants Hawaii Pacific Health's, Kauai Medical Clinic's Wilcox Memorial Hospital's, and Wilcox Health System's Motion for Summary Judgment [145], filed March 9, 2007.

4. Attached is the CORRECTED Joinder, with the signature pages amended as required by the Advisory Notice attached hereto as Exhibit A1

I, RAFAEL DEL CASTILLO, do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 13, 2007

/s/ Rafael del Castillo
RAFAEL DEL CASTILLO

JANICE P. KIM           3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON       7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, <br><br> Plaintiffs, <br> vs. <br><br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA | CIVIL NO. CV 04-00596 ACK LEK <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE <br><br><br><br> <u>HEARING</u> <br> Date:   March 27, 2007 <br> Time:   10:30 A.M. |

| | |
|---|---|
| LEE A. EVSLIN, M.D. ) | Trial Date:   March 20, 2007 |
|         Defendants. ) | Judge:   Honorable Alan C. Kay |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 13, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 13, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 13, 2007 |

<u>Served via First Class Mail</u>

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 13, 2007 |

DATED:   Honolulu, Hawaii, March 13, 2007.

                                                /s/ Rafael del Castillo

                                                JANICE P. KIM<br>
                                                ARLEEN D. JOUXSON<br>
                                                RAFAEL G. DEL CASTILLO

                                                Attorneys for Plaintiff<br>
                                                JAMES LOCKYER, M.D.