# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
3/15/2007<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim<br>Rafael Del Castillo<br>Harry Yee, by phone |
| ATTYS FOR DEFT: | Harry Silver, by phone<br>John-Anderson Meyer<br>Sharon Lovejoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/15/2007 | TIME: | 9:00-9:05am |

COURT ACTION:  EP: Status Conference.  All counsel confirmed their agreement to have Mr. Matsui appointed as Discovery Master.  The Court will issue an Order appointing Mr. Matsui as Discovery Master.

Submitted by: Shari Afuso, Courtroom Manager