IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER M.D. and JAMES LOCKYER, M.D., on his own behalf,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>            Defendants. | Civ. No. 04-00596 ACK-KSC<br><br>ORDER APPOINTING SPECIAL MASTER RE DISCOVERY |

ORDER APPOINTING SPECIAL MASTER RE DISCOVERY

This Court, in an attempt to encourage expeditious completion of discovery in the above-entitled action, finds that the complexity of the factual and legal issues in the instant matter, and the frequent discovery disputes to date between the parties

indicate that the appointment of a special master to oversee and monitor discovery disputes in this case is necessary and appropriate.

THEREFORE, pursuant to Rule 53(a), Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this matter be submitted to a special master regarding discovery matters on the following conditions:

1. **Appointment**.  The Court HEREBY APPOINTS Clyde W. Matsui, Esq. as special master in the above-entitled action.  The master is specifically directed to notify the parties in writing and no later than 20 days after the date of this Order of his hourly rate, and the date, time, and place of the first conference to be held.

2. **Compensation of the Special Master**.  The master shall be compensated at his customary hourly rate for his services as special master and be reimbursed for any incidental costs approved by the Court.  The parties are directed to pay the master in the amounts approved by the Court and as directed by the Court's prior Order.

3. **Powers of the Special Master**.  The master is hereby empowered to meet with the parties as he deems necessary, to require the production of books, papers, vouchers, documents, and writings as necessary, to attend depositions and other proceedings as necessary, and to issue rulings on all matters involving discovery issues in the above-entitled action.

In the event that any party seeks to appeal the master's rulings, the process shall be as follows: the party seeking the appeal shall 1) notify the master of that party's intent, 2) obtain a written ruling from the master, and 3) submit the master's written ruling to this Court for adoption of the ruling.  Once adopted, the party may appeal within ten (10) days after issuance of the magistrate judge's order as provided by LR74.1 and U.S.C. § 636(b)(1)(A).

4.  **Report of the Special Master**.  The master shall provide oral reports to the Court upon the matters submitted to the master by the order of reference.

```
IT IS SO ORDERED.

Dated: Honolulu, Hawaii, March 16, 2007.
```



Kevin S.C. Chang
United States Magistrate Judge