IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>    Plaintiffs,<br><br>   v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF<br>KENNETH S. ROBBINS |

## DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

  1. I am an attorney licensed to practice in all courts in the state of Hawaii.

  2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Filed as an attachment hereto as Exhibit "22" is a true and accurate copy of the Declaration of Arnulfo Diaz, M.D., dated March 15, 2007.

5. Filed as an attachment hereto as Exhibit "23" is a true and accurate copy of the Report of Expert Witness Todd A. Rodriguez.

6. Filed as an attachment hereto as Exhibit "24" is a true and accurate copy of the Supplemental Declaration of Lynne Joseph, dated March 16, 2007.

7. Filed as an attachment hereto as Exhibit "25" is a true and accurate copy of the Declaration of Debra Dannog, dated March 15, 2007.

8. Filed as an attachment hereto as Exhibit "26" is a true and accurate copy of the Declaration of Beth Carlozzi, dated March 15, 2007.

9. Filed as an attachment hereto as Exhibit "27" is a true and accurate copy of the Supplemental Declaration of Sally Diana, dated March 15, 2007.

10. Filed as an attachment hereto as Exhibit "28" is a true and accurate copy of the Supplemental Declaration of Beth Carter, dated March 15, 2007.

11. Filed as an attachment hereto as Exhibit "29" is a true and accurate copy of the Supplemental Declaration of Edward P. Gelmann, M.D., dated March 14, 2007.

12. Filed as an attachment hereto as Exhibit "30" is a true and accurate copy of excerpts of the HCFA 855 form signed by James Lockyer, M.D.

13. Filed as an attachment hereto as Exhibit "31" is a true and accurate copy of excerpts of the HCFA 855 form signed by Michael S. Braun, M.D.

14. Filed as an attachment hereto as Exhibit "32" is a true and accurate copy of excerpts of the HCFA 855 form signed by Roger Craig Netzer, M.D.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, March 16, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS