# Exhibit 22

Case 1:04-cv-00596-ACK-KSC    Document 165-4    Filed 03/16/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. JAMES LOCKYER, M.D., ) <br> STATE OF HAWAII, ex rel. JAMES ) <br> LOCKYER, M.D., and JAMES ) <br> LOCKYER, M.D., in his own behalf ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HAWAI'I PACIFIC HEALTH, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 04-00596 ACK LEK <br> (Federal and State – Qui Tam) |

## DECLARATION OF ARNULFO DIAZ, M.D.

I, Arnulfo Diaz, M.D., do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I am a physician specializing in internal medicine. I have worked at Kauai Medical Clinic (formerly Kauai Medical Group) for 33 years.

2. During the 1999 – 2004 period there were, on average, 5 -7 internists working on the second floor of the Clinic on any given day. This number does not include the internists at the Clinic at various times with a subspecialty such as Neurology, Nephrology, and Cardiology.

3. I know of no time, including the noon to 2:00 lunch break, when there was no internist on the second floor of the Clinic. While the front desk may have closed the office between noon and 2:00, most of the Clinic's physicians worked through their lunch breaks. Some of our physicians chose to see patients after 12:00 and others started seeing patients before 2:00. I used this time to review records and complete charts.

4. While I was never asked to cover the chemotherapy room, other internists at the Clinic did cover when the oncologist was away.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2007.

_____
Arnulfo Diaz, M.D.