# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. JAMES LOCKYER, M.D., ) <br> STATE OF HAWAII, ex rel. JAMES ) <br> LOCKYER, M.D., and JAMES ) <br> LOCKYER, M.D., in his own behalf ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HAWAI'I PACIFIC HEALTH, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 04-00596 ACK LEK <br> (Federal and State – Qui Tam) |

## SUPPLEMENTAL DECLARATION OF LYNNE JOSEPH

I, Lynne Joseph, do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I am Corporate Compliance Officer of Wilcox Health System, which encompasses both Wilcox Memorial Hospital and Kauai Medical Clinic. I have served in that capacity from February 16, 2000 to June 30, 2005, and from April 8, 2006 to the present. I first started working for Wilcox Memorial Hospital in 1989.

2. I prepared the attached General Floor Plan of Kauai Medical Clinic (KMC) Internal Medicine Department, Second Floor, 1999-2004, attached hereto as Exhibit A. This floor plan represents a true and accurate depiction of the second

4875522

2

floor of KMC based on measurements rounded to the nearest foot, as provided by Craig Yokote. The floor plan represents a true and accurate depiction of the location of physicians' offices from the period of 1999 through 2004, as provided by Donna Wichimai.

3. The dates of employment listed on Exhibit A to the Declaration of Lynne Joseph signed on December 21, 2006 represent the dates of employment for each nurse at KMC and/or Wilcox Memorial Hospital. While Beth Carlozzi resigned from KMC effective September 13, 2002, she transferred immediately to Wilcox Memorial Hospital and therefore remained in HPH Defendants' employment through May 4, 2005. Additionally, Sally Diana worked for Kauai Medical Group (KMG) from December 22, 1994 through May 1, 1996, when KMG dissolved, and therefore worked for KMC from May 1, 1996 through September 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2007.

_____
Lynne Joseph

# Exhibit A

