# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HAWAI'I PACIFIC HEALTH, *et al.* )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

## DECLARATION OF DEBRA DANNOG

I, Debra Dannog, do hereby swear and affirm under the penalties of perjury that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I worked at Kauai Medical Clinic ("KMC") as a nurse in the chemotherapy suite from approximately October 1999 through September 2005.

2. I initially received on-the-job training from other oncology nurses, in particular Beth Carlozzi.

3. I completed a training course sponsored by the Oncology Nursing Society called "Cancer Chemotherapy Course" on December 1 and 2, 2000.

MAR-16-2007(FRI) 07:36    Nevada Cancer Institute    (FAX)7029442381    P.004/007

4. I was promoted from a Specialty RN I Nurse to a Specialty RN II Nurse effective June 3, 2001 after Beth Carlozzi attested that I had successfully completed my training in the Chemotherapy Infusion Room.

5. I completed another training course sponsored by the Oncology Nursing Society called "Climbing Our Mountains" which provided 22.6 contact hours on May 1 through 4, 2003.

6. After completing the required hours of on-the-job training and continuing education courses, I was eligible to become certified as an oncology nurse. I passed the OCN certification test on October 24, 2003 and received my OCN certification effective November 3, 2003.

7. I provided on-the-job training to Beth Carter.

8. During the time I worked in the oncology suite, an oncologist was present when chemotherapy was administered about 95% – 98% of the time. On the days no oncologist was present, another physician would cover.

9. I usually prepared a patient's chart the day before the scheduled chemotherapy and made sure it contained a written order from the oncologist and an insurance authorization.

10. On the day the patient arrived for chemotherapy, I would take a patient's vital signs, draw blood as ordered by the oncologist, and send the blood to the lab for testing within 24 hours of treatment.

MAR-16-2007(FRI) 07:36    Nevada Cancer Institute    (FAX)7029442381    P. 005/007

11. I may have begun preparing the patient, by drawing blood for testing or providing necessary hydration to the patient prior to the administration of chemotherapy in the morning without the presence of a licensed physician. I did not actually administer chemotherapy until a physician was present on the floor.

12. Once the results of blood tests came back, I reviewed the results and compared them with the parameters provided by the oncologist in the order. I was familiar with the appropriate parameters from on-the-job training and training courses. If the blood tests results fell within the appropriate range, neither I nor the other nurses needed to consult a physician before proceeding with chemotherapy. If the results were borderline for the administration of chemotherapy, I would check with the oncologist or covering physician. If the covering physician had any doubt, chemotherapy would not be administered to that patient that day.

13. If the blood tests confirmed that a patient was eligible for chemotherapy that day, I prepared the chemotherapy drugs as specified in the oncologist's order.

14. Although the oncologist sometimes saw a patient on the day of chemotherapy, the oncologist often did not see the patient on every visit for chemotherapy. If the blood results were within the appropriate parameters and the patient did not suffer any side effects from the administration of chemotherapy, a supervising physician may never see the patient the day of chemotherapy.

15. If the oncologist was away from the Clinic on a day chemotherapy was being administered, one of the internists from the Clinic covered the chemotherapy suite. The Clinic's Internal Medicine suite is on the same floor as the Oncology suite.

16. I do not recall a time when there was no doctor on the floor while chemotherapy was being administered, even during the hours between 12 p.m. and 2 p.m. There were approximately 5 to 7 physicians working on the floor on any given day.

17. When chemotherapy was administered, there were usually other nurses present with me in the chemotherapy suite. I and the other nurses in the chemotherapy suite provided services to non-chemotherapy patients as well, for example providing blood transfusions.

18. I recall Dr. Lockyer covering the chemotherapy suite.

19. If no physician was available to supervise, no chemotherapy would be administered.

20. New patients would not be scheduled for their first day of chemotherapy if the oncologist was not at the Clinic on that day.

21. Most of the common side effects of chemotherapy are mild, like skin rashes, shortness of breath, or an anaphylactic reaction. If a patient had a reaction, which rarely happened, I stopped infusion, took vital signs, and notified either the

oncologist or the covering internist. In those rare instances I administered benedryl. I never had to use epinephrine.

22. In the years I worked as a nurse administering chemotherapy at the Clinic I never took any actions, nor did I see anyone else take any action, that in any way compromised any patient's health or safety. If I believed that health or safety would be compromised, I would not have administered chemotherapy. From discussions I had with my fellow nurses, I know that they felt the same way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2007

*Debra Dannog* (signature)
Debra Dannog