# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. JAMES LOCKYER, M.D., ) <br> STATE OF HAWAII, ex rel. JAMES ) <br> LOCKYER, M.D., and JAMES ) <br> LOCKYER, M.D., in his own behalf ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HAWAI'I PACIFIC HEALTH, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 04-00596 ACK LEK <br> (Federal and State – Qui Tam) |

## SUPPLEMENTAL DECLARATION OF BETH CARLOZZI

I, Beth Carlozzi, do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I do not recall the nurses who worked in the chemotherapy suite being scheduled to begin work earlier than 8 a.m. While nurses may have met with chemotherapy patients, for example to draw blood prior to administration of chemotherapy, I do not recall nurses beginning the administration of chemotherapy without the presence of a licensed physician on the floor.

2. While chemotherapy was administered throughout the day, the nurses made sure that there was at least one licensed physician available to consult while

4874634                                          2

chemotherapy was being administered. I cannot recall a time, while chemotherapy was being administered, when no licensed physician was present on the floor. I recall that generally there would be a minimum of at least two, and possibly as many as five or six, physicians present on the floor during the time that chemotherapy was administered.

3. KMC offered in-house training for oncology nurses. As Oncology Team Leader, I trained Sally Diana. A certain number of hours of on-the-job training is required before a nurse is even eligible to qualify for OCN certification.

4. As part of my position as chemotherapy nurse and Oncology Team Leader, I routinely prepared chemotherapy agents for administration to patients and administered chemotherapy agents to patients.

5. I resigned from my position at KMC on September 13, 2002.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2007.

_Beth Carlozzi_
Beth Carlozzi

4874634                                3