# Exhibit 27

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D., and JAMES LOCKYER, M.D., in his own behalf<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI'I PACIFIC HEALTH, *et al.*<br><br>Defendants. | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

## SUPPLEMENTAL DECLARATION OF SALLY DIANA

I, Sally Diana, do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. Nurses sometimes met with chemotherapy patients as early as 7:30 a.m. to begin preparing the patient for chemotherapy, for example to draw blood for lab tests or to provide necessary hydration to the patient prior to the administration of chemotherapy. I do not, however, recall nurses beginning the administration of chemotherapy without the presence of a licensed physician on the second floor of the Clinic.

2. While chemotherapy was administered throughout the day, including during the noon to 2 p.m. period, the nurses made sure that there was a least one licensed physician available to consult while chemotherapy was being administered. I cannot recall a time, while chemotherapy was being administered, that no licensed physician was present on the second floor. I recall that generally there were approximately five or six physicians present on the floor on any given day.

3. As I said in my prior Declaration, I received on-the-job training from other oncology nurses. These nurses included Beth Carlozzi and Lissa Lang, who were both OCN certified.

4. There was usually more than one nurse present in the chemotherapy suite when chemotherapy was being administered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2007.

                                                      Sally Diana