# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HAWAI'I PACIFIC HEALTH, *et al.* )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

## SUPPLEMENTAL DECLARATION OF BETH CARTER

I, Beth Carter, do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. In my prior Declaration, I said that I worked in the ER from 2001 through 2003 and returned to KMC in 2003. To clarify, I transferred from the hospital to KMC on November 4, 2002 at which point I began working in the chemotherapy suite in the position of Specialized RN II.

2. I received on-the-job training as an oncology nurse from Sally Diana and Debra Dannog. I also attended a two-day chemotherapy course in approximately February 2003 which was sponsored by the Oncology Nursing Society.

4874930                                    2

3. In order to become OCN certified, a nurse must have a minimum of 1000 hours of training, ten hours of continuing education classes, and a minimum of one year as an RN. As I stated in my prior Declaration, I passed the certification test in 2004.

4. Whenever chemotherapy was administered at KMC, there were always two or three oncology nurses present in the infusion room.

5. On some days, oncology nurses may have met with chemotherapy patients at KMC in the morning to draw blood prior to administration of chemotherapy, or to prepare the patient for receipt of chemotherapy, before a licensed physician was present on the second floor of the Clinic. However, the actual administration of chemotherapy did not usually begin until after 9 a.m.

6. There was at least one licensed physician available to consult while chemotherapy was being administered. This included those instances in which chemotherapy was administered during the noon to 2 p.m. period. I cannot recall a time when no licensed physician was present on the floor while chemotherapy was being administered. I recall that generally there would be a minimum of at least two, and possibly as many as five or six, physicians present on the second floor on any given day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March _15_, 2007.

_____
Beth Carter