# Exhibit 29

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS             1000-0
JOHN-ANDERSON L. MEYER         8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-2355
Facsimile: (808) 526-0290
Email: defend@robbinsandassociates.net

PATTON BOGGS LLP
Attorneys at Law

HARRY R. SILVER
2440 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6453
Facsimile: (202) 457-6315
Email: hsilver@pattonboggs.com


Attorneys for Defendants
HAWAI'I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. JAMES LOCKYER, M.D., )<br>STATE OF HAWAII, ex rel. JAMES )<br>LOCKYER, M.D., and JAMES )<br>LOCKYER, M.D., in his own behalf )<br>)<br>Plaintiffs, ) | CIVIL NO. 04-00596 ACK LEK<br>(Federal and State – Qui Tam) |

4874952

|                              |   |
|------------------------------|---|
| v.                           | ) |
|                              | ) |
| HAWAI'I PACIFIC HEALTH, *et al.* | ) |
|                              | ) |
| Defendants.                  | ) |
|                              | ) |

## **SUPPLEMENTAL DECLARATION OF EDWARD P. GELMANN, M.D.**

I, Edward P. Gelmann, M.D., do hereby declare that the following information is based on personal knowledge, that I am competent to so testify and that it is both true and correct.

1. I am presently an Adjunct Professor of Medicine and Oncology at Georgetown University as well as Professor of Medicine and Pathology and Chief of the Division of Hematology/Oncology at Columbia University and New York Presbyterian Hospital. I am also Deputy Director of the Herbert Irving Comprehensive Cancer Center at Columbia University.

2. In my prior Declaration I stated that I am never present when the chemotherapy I have prescribed is administered and I am not aware of any oncologist who makes it a practice to be present when chemotherapy is administered. I also stated that the recognized standard of care in oncology does not require the presence of an oncologist. These statements are not limited to chemotherapy administered in a hospital. This same standard of care would apply

4874952

to chemotherapy administered in a free standing clinic where there are several physicians working on the same floor that the chemotherapy is being administered.

3. In my prior Declaration I stated that the oncology nurses who administer chemotherapy should have undergone special training to qualify as oncology nurses. I have seen the table titled "KMC Chemotherapy Nurses January 1999 – December 2006," attached to KMC's Motion for Summary Judgment as Exhibit 1A. In my opinion, all of the nurses listed in that table have had training that would qualify them as oncology nurses and therefore qualified to perform the duties set forth in ¶ 5 of my prior Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2007.

_____
Edward P. Gelmann, M.D.

4874952