# Exhibit 30

OMB Approval No. 0938-0685

# MEDICARE
## AND OTHER FEDERAL HEALTH CARE PROGRAM
# GENERAL ENROLLMENT



Department of Health and Human Services - USA

Health Care Financing Administration

## Health Care Provider/Supplier Application

HCFA 855 (1/98)

OMB Approval No. 0938-0685

## 12. Contractor Information (Business Organizations) (continued)

C. Does this business/contractor now have or ever had a Medicare or Medicaid provider number in this or any other State?
☐ Yes ☐ No   IF YES, supply all current and prior information requested below.

| Current Carrier Name (if applicable) | Current Fiscal Intermediary Name (if applicable) | Current Medicaid Number/State (if applicable) |
|---|---|---|
| Prior Carrier Name (if applicable) | Prior Fiscal Intermediary Name (if applicable) | Prior Medicaid Number/State (if applicable) |

D. Check if this business/contractor has **ever** had any of the following adverse legal actions imposed by the Medicare, Medicaid, or any other federal agency or program. For each box checked, include the date the adverse legal action was imposed. Check all that apply or the "none of these" box. Attach copy of adverse legal action notification.

1. ☐ Administrative Sanction(s) _____
   ☐ Program exclusion(s) _____
   ☐ Suspension of payment(s) _____
   ☐ Civil monetary penalty(s) _____
   ☐ Assessment(s) _____
   ☐ Program Debarment(s) _____

2. Health Care Related:
   ☐ Criminal fine(s) _____
   ☐ Restitution order(s) _____
   ☐ Pending civil judgment(s) _____
   ☐ Pending criminal judgment(s) _____
   ☐ Judgment(s) pending under the False Claims Act _____

3. ☐ None of these _____

4. Does this business/contractor have any outstanding criminal fines? ☐ Yes ☐ No   restitution orders? ☐ Yes ☐ No

## 13. Reassignment of Benefits Statement (Business Organizations and Groups Only)

Check here ☐ only if this entire section does not apply to the applicant.

Medicare law prohibits payment for services to entities other than the provider/supplier who provided the services unless the provider/supplier specifically authorizes another entity (employer, facility, health care delivery system, or agent) to bill for its services, per Federal Regulation 42 CFR 424.80. This Reassignment of Benefits Statement authorizes this applicant to receive Medicare payments on your behalf.
Your contract with the applicant must be in compliance with HCFA regulations. The Reassignment of Benefits Statement must be signed by all providers/suppliers who allow this applicant to receive payment for the provider/supplier's services.

I acknowledge that, under the terms of my contract, **KAUAI MEDICAL CLINIC**
(Legal Business Name of Applicant)
is entitled to claim or receive any fees or charges for my services.

| Legal Business Name of Reassignee | | | | Reassignee's Medicare Identification Number | | |
|---|---|---|---|---|---|---|
| Name of Authorized Representative for the Reassignee (printed) | First James | Middle R. | Last Lockyer | | Jr., Sr., etc. | M.D., D.O., etc. MD |
| Signature of Authorized Representative for the Reassignee   (First, Middle, Last, Jr., Sr., M.D., D.O., etc.) | | | | Date (MM/DD/YYYY) 10-10-99 | | |

## 14. Billing Agency/Management Service Organization Address

Check here ☒ only if this entire section does not apply to the applicant.
Check here ☐ if deleting (no longer using) this billing agency/service management organization.
Applicant MUST submit a copy of the applicant's current signed billing agreement or contract with this application.

| Name of Billing Agency/Management Service Organization | Employer Identification Number |
|---|---|

| Agency/Organization Contact Person Name: | First | Middle | Last | Jr., Sr., etc. |
|---|---|---|---|---|

Business Street Address Line 1

Business Street Address Line 2

| City | State | ZIP Code + 4 |
|---|---|---|
| Telephone Number ( ) | Fax Number ( ) | E-mail Address |

HCFA 855 (1/98)
2