STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY          5083-0
STEPHANIE THOMPSON         8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.; <br><br> Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam) <br><br> **DECLARATION OF KEN SHIMONISHI** |

61126

## DECLARATION OF KEN SHIMONISHI

I, KEN SHIMONISHI, declare that:

1. I am over the age of twenty-one (21) years and am fully competent in all respects to make this Declaration. I have personal knowledge of all such facts stated herein, except as otherwise noted.

2. I am currently employed as the accounting manager for a real estate development company.

3. From December 2001 until March 2005, I was employed by Hawaii Pacific Health ("HPH") as the Financial Planning Manager at Kauai Medical Clinic ("KMC"). Prior to the acquisition of KMC by HPH, I worked as the head of the Accounting Department for KMC, beginning May 1, 1996. A large portion of my duties at KMC dealt with the compilation of physicians' billings, receipt and charges and the calculation of their salary draw under KMC's physician salary formula.

4. From the beginning of my employment, I operated as the main interface between the physicians and their billing information specifically relating to charges, receipts and salary calculations.

5. I made every effort to give information to the physicians both in regularly produced reports and when requested by the doctors themselves.

6. I have never refused a request from a physician to produce a report of his charges and billings.

7. I have no recollection of a physician ever being refused requested data.

8. After receiving a request for reports of billings and charges, I would usually produce a special report displaying the requested data. Because there was a lag time between actual receipt of payment and the charges, the reports were designed to show charges and payments in a given month, even though those payments in that given month most likely did not match those charges for that month. As the number of claims paid in the same month charged was rare, generating these reports was usually only on request and time consuming.

9. In 2002, I participated in meetings of a KMC committee formed to specifically address this issue. KMC physicians, HPH administrators and KMC billing and accounting staff all attended this meeting. Specifically, this meeting was to provide a forum with physician input on billing and coding issues. These types of revenue cycle meetings were held periodically throughout 2002 and 2003. As a result of these revenue cycle meetings, an online reporting mechanism wherein a physician was able to see all of his charges and all of the receipts posted to those charges, was instituted with data beginning January 2004.

10. At no time during my employ at KMC, did I ever hear or witness Dr. Evslin or any other administrator "banning" doctors from access to their billing information.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

DATED:   Princeville, Hawaii, March 16, 2007.

_____
Ken Shimonishi