STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY         5083-0
STEPHANIE THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5** |

# CERTIFICATE OF COMPLIANCE
# PURSUANT TO LOCAL RULE 7.5

In accordance with Local Rule ("LR") 7.5(c), (d) and (e), I certify that a computer word count indicates that Defendant Lee A. Evslin's Reply to Plaintiffs' Memorandum in Opposition to Defendant Lee A. Evslin's Motion for Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims For Relief has 3,974 words and complies with the word count limitation of L.R. 7.5(c) and (e).

DATED:   Honolulu, Hawaii, March 16, 2007.


　　　　　　　　　　　　　　　　  /s/Stephanie E. W. Thompson  
　　　　　　　　　　　　　　　　SHARON V. LOVEJOY  
　　　　　　　　　　　　　　　　STEPHANIE E. W. THOMPSON  
　　　　　　　　　　　　　　　　Attorneys for Defendant  
　　　　　　　　　　　　　　　　LEE A. EVSLIN, M.D.


Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5