STARN●O'TOOLE●MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY         5083-0
STEPHANIE THOMPSON        8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>          Plaintiffs,<br><br>   vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>          Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State–Qui Tam)<br><br>**DECLARATION OF STEPHANIE THOMPSON; EXHIBITS 59 & 60** |

62937

## DECLARATION OF STEPHANIE THOMPSON

I, STEPHANIE THOMPSON, do declare that:

1. I am an Associate of the law firm of Starn O'Toole Marcus & Fisher, attorneys for Defendant Lee Evslin, M.D. aka Bill Evslin in the above-entitled matter.

2. I make this declaration on the basis of personal knowledge and in support of Defendant Lee A. Evslin, M.D.'S Reply To Plaintiffs' Memorandum In Opposition To Defendant Lee A. Evslin's Motion For Summary Judgment On Plaintiff Lockyer's Second, Third And Fourth Claims For Relief.

3. Attached hereto as Exhibit 59 are true and correct copies of select pages taken from the Deposition Transcript of Dr. James Lockyer, which deposition was taken on October 12, 2006, and November 28, 2006.

4. Attached hereto as Exhibit 60 is a true and correct copy of a timeline entitled Lockyer Employment Timeline.

5. Attached hereto is a true and correct copy of the Declaration of Mary G. Pixler, M.D.. The executed signature page will be filed upon receipt.

I, STEPHANIE THOMPSON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 16, 2007.

/s/ Stephanie Thompson
STEPHANIE THOMPSON