```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
 2                      DISTRICT OF HAWAII
 3      -----------------------------------------
 4   UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER,
 5   M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D.
 6   and JAMES LOCKYER, M.D., in his own behalf,
 7           Plaintiffs,
 8
 9        vs.              CIVIL NO. CV04-00596 ACK LEK
10
11   HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX
12   MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM
13   A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.
14           Defendants.
15   -----------------------------------------
16           DEPOSITION OF JAMES LOCKYER, M.D.
17                       VOLUME I
18        Taken on behalf of the Defendants Hawaii
19   Pacific Health, Kauai Medical Clinic, Wilcox Memorial
20   Hospital and Wilcox Health System, at the office of
21   Starn O'Toole Marcus & Fisher, Pacific Guardian
22   Center, Mauka Tower., 737 Bishop Street, Suite 1740,
23   Honolulu, Hawaii  96813, commencing at 10:00 a.m., on
24   October 12, 2006 pursuant to Notice.
25   BEFORE:     DENNIS J. YANKEE, CSR NO. 285
                 Certified Shorthand Reporter
```

```
14:26   1        Q.   Yes.
  26    2        A.   Not independently, not specifically.
14:26   3        Q.   So that covers your residency.  How about
        4   any other place where you worked as a physician where
        5   you may have admitted patients for some reason
        6   related to chemotherapy?
14:26   7        A.   I don't independently recall any.
14:26   8        Q.   And when you say you don't independently
        9   recall any --
14:26  10        A.   Specifically.
14:26  11        Q.   Are you saying there might be something
       12   that could refresh your recollection, you're just not
       13   sure as you sit here today?
14:26  14        A.   Yes, I just don't remember specifically.
       15   You remember some people well.  You see a lot of
       16   people.
14:26  17        Q.   So you might have, you might not have, you
       18   just don't know?
14:26  19        A.   (Nodding head).
14:26  20        Q.   Answer?
14:26  21        A.   I'm sorry.  Yes.
14:27  22        Q.   When did you first ask to see the backup
       23   documentation regarding your pay at KMC?
14:27  24        A.   The backup documentation or just
       25   documentation?
```

| | | |
|---|---|---|
| 14:27 | 1 | Q. Anything that supported your pay amount. |
| 27 | 2 | A. I believe December of 2001. |
| 14:27 | 3 | Q. Okay. What was the purpose of asking for |
| | 4 | that? |
| 14:27 | 5 | A. Because I didn't think it was accurate. |
| 14:27 | 6 | Q. You didn't think your pay was accurate? |
| 14:27 | 7 | A. No -- I mean yes. |
| 14:27 | 8 | Q. Who did you ask? |
| 14:27 | 9 | A. I suggested -- or who did I? |
| 14:28 | 10 | Q. (Nodding head). |
| 14:28 | 11 | A. I appealed to my colleagues. |
| 14:28 | 12 | Q. Who? |
| 14:28 | 13 | A. The -- my internal medicine colleagues. |
| 14:28 | 14 | Q. Who specifically? |
| 14:28 | 15 | A. Doctor Pixler, Doctor McKnight, Doctor |
| | 16 | Duvauchelle, Doctor Diaz, Doctor Sutherland and |
| | 17 | Doctor Braun. |
| 14:28 | 18 | Q. Why did you talk to them about this issue? |
| 14:28 | 19 | A. We were having a meeting. |
| 14:28 | 20 | Q. Okay. So why did you talk to them about |
| | 21 | this issue? |
| 14:28 | 22 | A. Because it was important. |
| 14:28 | 23 | Q. You were -- did you ask them for the |
| | 24 | documentation? |
| 28 | 25 | A. No. I suggested that we request an audit. |

```
                  1  not?  It's our money.
30                2        And he said they'll never allow it and they
                  3  won't pay for it.  And I said why don't we pay for it
                  4  and bring in an independent auditor.  And he got very
                  5  nervous and said Billy's not going to like to hear
                  6  this, not one bit, Jim.
14:31             7        Q.  Okay.  And your concern at the time was
                  8  that you were being underpaid what you believed you
                  9  were entitled to, correct?
14:31            10        A.  Yes.
14:31            11        Q.  In or about that time did you talk to
                 12  anybody else other than the internal medicine people
                 13  about -- I'm sorry, did you request financial
                 14  documents supporting your pay from anybody else?
14:31            15        A.  Yes.
14:31            16        Q.  Who?
14:31            17        A.  Lee Evslin.
14:31            18        Q.  When did that happen?
14:31            19        A.  I don't remember exactly.  It was around
                 20  that same time.
14:32            21        Q.  After that meeting, after the internal
                 22  medicine meeting?
14:32            23        A.  I believe before that and then after that.
14:32            24        Q.  Okay.  Did you specifically ask Doctor
                 25  Evslin for a financial audit?
```

| | | |
|---|---|---|
| 14:32 | 1 | A. I pointed out that my billings were usually |
| | 2 | twice what was coming in and that didn't seem to make |
| | 3 | sense. It looked like they were collecting less than |
| | 4 | 50 percent, which is way below the national. |
| 14:32 | 5 | Q. What's the national? |
| 14:32 | 6 | A. I believe about 80-85 percent is considered |
| | 7 | reasonable for collections. And he said that in each |
| | 8 | column on each month my billings didn't correlate to |
| | 9 | the receipts because they would come in a few months |
| | 10 | later. |
| 14:33 | 11 | And I said but I've been here over a year, |
| | 12 | surely you could collate the invoice with the |
| | 13 | receipt, and he told me that was impossible. |
| 14:33 | 14 | Q. At that time did you take it any further |
| | 15 | with anyone else? |
| 14:33 | 16 | A. No. |
| 14:33 | 17 | Q. Did you put that request in writing or that |
| | 18 | position in writing at that time? |
| 14:33 | 19 | A. No. |
| 14:33 | 20 | Q. Did you do anything else with your desire |
| | 21 | at that time to get, have a financial audit done or |
| | 22 | to get backup financial documents relative to your |
| | 23 | pay? |
| 14:33 | 24 | A. We had the meeting. |
| :33 | 25 | Q. I mean other than what you've testified to |