



Lockyer Employment Timeline: *No Retaliation* (p.2)