STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY           5083-0
STEPHANIE THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE** (DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF)<br><br>**HEARING:**<br>**DATE:** March 27, 2007<br>**TIME:** 10:30 a.m.<br>**JUDGE:** Hon. Alan C. Kay<br><br>TRIAL DATE: September 18, 2007 |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF was duly served in pdf format electronically via e-mail to:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rafa@hawaii.rr.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

HARRY SILVER, ESQ.
hsilver@pattonboggs.com

and also by depositing the same in the U.S. Mail, postage prepaid, upon the following parties at their last known address as follows:

> ARLEEN D. JOUXSON-MEYERS, ESQ.
> Jouxson-Meyers & Del Castillo LLLC
> 302 California Avenue, Suite 209
> Wahiawa, Hawaii 96786
>
> CLARISSA Y. MALINAO

      JOHN-ANDERSON L. MEYER
      Robbins & Associates
      Davies Pacific Center
      841 Bishop Street, Suite 2200
      Honolulu, Hawaii 96813

      EDWIN D. RAUZI
      Davis Wright Tremaine LLP
      1501 4th Avenue, Suite 2600
      Seattle, WA  98101

      DATED:    Honolulu, Hawaii, March 16, 2007.

                                /s/ Stephanie E.W. Thompson____
                                SHARON V. LOVEJOY
                                STEPHANIE E.W. THOMPSON
                                Attorneys for Defendant
                                LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK LEK, *US ex rel Lockyer v. HPH, et. al.*
**CERTIFICATE OF SERVICE** (RE: DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF)