jdr evslin msj
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER      8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP           CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI              4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　　Defendants.<br><br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A. EVSLILN, M.D.'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF, FILED 12/22/06**; CERTIFICATE OF SERVICE<br><br><u>HEARING</u><br>DATE:　February 20, 2006<br>TIME:　10:30 a.m.<br>JUDGE:　Alan C. Kay<br><br>TRIAL:　3/20/07<br>JUDGE:　Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A. EVSLILN, M.D.'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD <u>AND FOURTH CLAIMS FOR RELIEF, FILED 12/22/06</u>**

　　　　COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX

HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and hereby joins in Defendant Lee A. Evslin, M.D's Reply in Support of his Motion for Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief, filed December 22, 2006, and in all Exhibits and other documents filed in support thereof.  This joinder is made pursuant to Local Rule 7.9 of the United States District Court for the District of Hawaii.

      For the reasons set forth in HPH Defendants' Motion for Summary Judgment, filed December 22, 2006; in Defendant HPH's Replies in support of their Motion for Summary Judgment, filed contemporarily herewith; in Defendant Evslin's Motion for Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief, filed December 22, 2006; and in Defendant Evslin's Reply in Support of his Motion for Summary Judgment, filed contemporarily herewith, and the Declarations and Exhibits attached to said Reply, HPH Defendants respectfully request that summary judgment be granted in favor of all Defendants as to all counts of Plaintiffs' Complaint.

      DATED:  Honolulu, Hawaii, March 16, 2007.

                          /s/ Kenneth S. Robbins
                          KENNETH S. ROBBINS
                          JOHN-ANDERSON L. MEYER
                          Attorneys for Defendants
                          HAWAI`I PACIFIC HEALTH, KAUAI
                          MEDICAL CLINIC, WILCOX

MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A. EVSLILN, M.D.'S REPLY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF, FILED 12/22/06**