STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY           5083-0
STEPHANIE THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DEFENDANT LEE A. EVSLIN, M.D.'S **JOINDER TO HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S** REPLY TO PLAINTIFF LOCKYER'S MEMORANDUM IN OPPOSITION TO HPH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br>**DATE:** March 27, 2007<br>**TIME:** 10:30 a.m.<br>**JUDGE:** Hon. Alan C. Kay |

TRIAL DATE:  September 18, 2007

**DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER TO
HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC,
WILCOX MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM'S REPLY TO PLAINTIFF
LOCKYER'S MEMORANDUM IN OPPOSITION TO HPH
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant Lee A. Evslin, M.D., by and through his counsel Starn O'Toole Marcus & Fisher, joins in Hawai`i Pacific Health ("HPH"), Kauai Medical Clinic ("KMC"), and Wilcox Health System's (collectively, "HPH") Reply to Plaintiff Lockyer's Memorandum in Opposition to HPH's Motion for Summary Judgment ("Reply").

For the reasons set forth in the HPH Defendants' Motion for Summary Judgment and Reply, and in Defendant Evslin's Motion for Summary Judgment and Defendant Evslin's reply related thereto, Defendant Evslin respectfully requests that he be granted summary judgment as to all Counts in Plaintiffs' Complaint.

DATED: Honolulu, Hawaii, March 16, 2007.

    /s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK LEK, *US ex rel Lockyer v. HPH, et. al.*, DEFENDANT LEE A. EVSLIN, M.D.'S JOINDER TO HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT