IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS<br><br>(RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO SEAL EXHIBITS "31" AND "32" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT) |

<u>DECLARATION OF KENNETH S. ROBBINS</u>

　　　　　I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Attached as Exhibits "31" and "32" to HPH Defendants' Reply to Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to HPH Defendants' Motion for Summary Judgment, filed March 16, 2007 are copies of documents containing Personal Identifiers, as defined in Section 11 of the Amended General Order Adopting Electronic Case Filing Procedures, filed February 1, 2006.

5. The privacy interests of the individuals involved require the sealing of Exhibits "31" and "32" to HPH Defendants' Reply to Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to HPH Defendants' Motion for Summary Judgment.

6. HPH Defendants are moving in good faith to seal Exhibits "31" and "32" attached to their Reply to Plaintiff James Lockyer, M.D.'s Memorandum

in Opposition to HPH Defendants' Motion for Summary Judgment to protect the privacy interests of the individuals involved.

       7.  Exhibits "31" and "32," to the Reply contain sensitive privacy and confidentiality issues.  Therefore, Exhibits "31" and "32" should be sealed and should not be made available to the public as said documents contain protected Personal Identifiers.

       I declare under penalty of law that the foregoing statements are true and correct.

       DATED:  Honolulu, Hawaii, March 19, 2007.


                                    /s/ Kenneth S. Robbins
                                    KENNETH S. ROBBINS


Civil No. CV04-00596 ACK LEK;  USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DECLARATION OF KENNETH S. ROBBINS (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO SEAL EXHIBITS "31" AND "32" OF  DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT)