errata to reply (Lockyer).docc
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS          1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK KSC

EDWIN D. RAUZI         4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>ERRATA TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT, FILED MARCH 16, 2007; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE<br><br><u>HEARING</u><br>DATE:   March 27, 2007<br>TIME:   10:30 a.m.<br>JUDGE:   Alan C. Kay<br><br>TRIAL: 9/18/07<br>JUDGE: Alan C. Kay |

ERRATA TO DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND
WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER,
M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL, AND WILCOX HEALTH SYSTEM'S
<u>MOTION FOR SUMMARY JUDGMENT, FILED MARCH 16, 2007</u>

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and file this Errata to DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT, filed March 16, 2007.

The attached Exhibit "A" (Table of Contents) should replace the Table of Contents that was previously included in the Reply.

The attached Exhibit "B" (page 14) should replace page 14 of the Reply.

DATED:  Honolulu, Hawaii, March 19, 2007.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL AND WILCOX HEALTH
SYSTEM


Civil No. CV04-00596 ACK KSC; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; ERRATA TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT, FILED MARCH 16, 2007