## TABLE OF CONTENTS

Page

I. ARGUMENT ................................................................................................ 2

    A.  The "Incident to" Rules ................................................................... 2

    B.  Coverage ......................................................................................... 4

        1.  "Identity Theft" ..................................................................... 4

        2.  There is Overwhelming Evidence that Dr. Lockyer Covered Chemotherapy ...................................................................... 5

        3.  Dr. Lockyer Did Not Have to Be Aware that He Was Covering in Order to Bill Using His Medicare Number ............ 8

    C.  The Evidentiary Record Supports the Undisputed Fact that the KMC Nurses Are Qualified; However, the FCA Should Not Be Used to Address Quality of Care Arguments ..................................... 14

II. CONCLUSION ........................................................................................... 18

Exhibit "A"