STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>        Plaintiffs,<br><br>    vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>        Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY |

62952 part 2
(Motion to Strike Hearsay and Other Testimony)

## DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY

Defendant Lee A. Evslin, M.D. ("Evslin"), by and through his counsel of record, hereby moves to strike portions of Plaintiff James Lockyer, M.D.'s Memorandum in Opposition (as amended), including Exhibit 1 (Draft Camden Group Report) and various portions of the Declarations of Michael S. Braun, M.D., R Craig Netzer, M.D., Lawrence Raithaus, M.D. and James Lockyer, M.D. (collectively, the "Declarations"), as

(1) being inadmissible hearsay,

(2) lacking the requisite personal knowledge or proper authentication, and/or

(3) being improper lay opinion testimony.

As such, these portions of Plaintiff's Memorandum in Opposition, including the Exhibit and Declarations, do not demonstrate a genuine issue of fact worthy of trial. Defendant Evlsin is therefore entitled to summary judgment on Plaintiff's Second, Third and Four Claims for Relief.

This motion is made pursuant to Fed.R.Civ.P. Rule 7(b) and 56, and Rule 7.6 of the Local Rules of Civil Practice for the United States District Court for the District of Hawaii, the memorandum, declaration and exhibits in support of this motion, the records and files herein, and any other oral and/or written arguments as may be offered at hearing.

DATED: Honolulu, Hawaii, March 19, 2007.

    /s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE THOMPSON

Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY