STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation
SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DECLARATION OF STEPHANIE E.W. THOMPSON; EXHIBITS 1-4 |

62952 part 4
(Motion to Strike Hearsay and Other Testimony)

## DECLARATION OF STEPHANIE E.W. THOMPSON

I, STEPHANIE E.W. THOMPSON, declare under penalty of law that the following is true and correct:

1. I am an attorney with the law firm of Starn O'Toole Marcus & Fisher, and am one of the attorneys for Defendant William A. Evslin, M.D., a.k.a. Lee Evslin, M.D. in connection with the above-entitled matter. I am licensed to practice law in the State of Hawai`i. I make this declaration on the basis of personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plainitff Lockyer's Exhibit "1"-- a draft report entitled The Camden-- originally attached as Exhibit 1 to Plaintiff's Memorandum in Opposition.

3. Attached collectively hereto as Exhibit 2 are true and correct copies of Minutes of the various Joint Meetings of the Executive Committee and the Salary & Finance Committee of Kauai Medical Clinic, originally attached and authenticated to Evslin's Motion for Summary Judgment as Exhibits 11, 13, 14, 15, 18, 19, 21, 30 and 58.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Employment Agreement between Kauai Medical Clinic and Lockyer, dated March 1, 2000 (as amended) originally attached and authenticated as Exhibit 9 to Evslin's Motion for Summary Judgment.

5. Attached collectively hereto as Exhibit 4 are true and correct copies of the Declarations of Michael S. Braun, M.D., R Craig Netzer, M.D., Lawrence Raithaus, M.D. and James Lockyer, M.D.

DATED: Honolulu, Hawaii, March 19, 2007.

                                                         /s/ Stephanie E.W. Thompson
                                                         STEPHANIE E.W. THOMPSON

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, DECLARATION OF STEPHANIE E.W. THOMPSON