**MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC**

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Tuesday, January 30, 2001 at 12:15 P.M.

Those Present: Drs.

Absent: Drs.

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:25P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of December 26, 2000 were reviewed and passed unanimously.

FINANCIAL REPORT

SALARY ROLL

The monthly salary roll was reviewed. Motion was made to accept the salary roll as stated. That motion was passed. A follow up motion was made that the salary roll should be automatically adhere to by the Accounting Department on a monthly basis, that the duty of the Salary and Finance Committee would be to report any exceptions to this roll to the Accounting Department immediately following this meeting on a monthly basis. If no exceptions were reported to the Accounting Department, their instructions would be to roll the salary as it is called for.

Then there was discussion about Dr. Lockyer and they need to set his first year salary. His annualization of receipts which show a salary around $104,000. Discussion was had that his template continued quite limited despite discussions with him about the effect this may have on his salary approximately 3 months ago. It was decided that his salary should be set at $110,000, which is a decrease in salary. If his volume increases dramatically, there could be an increase in this draw as we are only estimating the salary going forward.

███████ salary was then discussed. It was noted that he is also due for a fairly substantial decrease ███████████████████████████ perhaps being less this year. It was decided that the floor for the ███████████ should be $100,000 and that an attempt should be made to try and increase his specific volume.

OLD BUSINESS

**EXHIBIT 2**

**EXHIBIT 11**

> **MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND**
> **SALARY & FINANCE ADVISORY COMMITTEE**
> **OF**
> **KAUAI MEDICAL CLINIC**

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time:  Tuesday, February 27, 2001 at 12:15 P.M.

Those Present:  Drs. Bailey, Jackson, Netzer, Pierce, Evslin, Ratliff and Murray

Absent:  Drs. McKnight, Pixler, Wotring, McDonald, Nickmeyer, Williamson, Grajo, and Zina

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:25P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of January 30, 2001 were circulated and approved.

SALARY ROLL

The salary roll was reviewed. The salary roll was accepted as written except for the items that are mentioned below.

1. It was noted that [REDACTED] salary is due to be decreased. There was a conversation about the inability to hire [REDACTED] physicians for salaries in the $100,000 range, which the formula would lead to. Decision was made to table the decision for one month while we came up with a joint [REDACTED] proposal, which might include base salaries and other hourly wage scales more appropriate for [REDACTED]. This motion was made, seconded and passed unanimously.

2. It was discussed that the projection for Dr. Lockyer's salary over the next year was thought to be in the $110,000 range. He felt, though, by making a serious attempt to changing his template and his schedule that he could get to the $125,000. He asked us for the ability to try to improve his number over the next 45 days from the time I spoke to him, which would mean that we would re-examine this at the end of the month of March. A motion was made to accept this proposal, seconded and passed unanimously.

3. Pediatricians were looked at. There were some discussion of the effect of the new Pneumococcal vaccine on their cost. No decision, though, was made to change what the formula presented.

4. It was decided that we would hold off docking [REDACTED] An expectation of some recovery from Business Interruption Insurance, that we do need to decrease his salary, although we would remove the space cost that he currently holds. This motion was made and passed unanimously.

**EXHIBIT 13**

## MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

Place of Meeting: Wilcox Memorial Hospital's Conference Room A, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Tuesday, May 29, 2001 at 12:15 P.M.

Those Present: Drs. Evslin, Jackson, Wotring, Netzer, Yee (Ratliff), McDonald, Pierce, Nickmeyer, Rapaport, Williamson, Zina, Bailey, McKnight, Murray and Patton

Absent: Dr. Pixler

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of April 24, 2001 were reviewed and approved.

FINANCIAL REPORT

The financials were presented by Ken Shimonishi.

SALARY ROLL

The roll was presented. It was passed as presented. Discussion of the amounts due to and from secondary to the drug credits and these were accepted.

Dr. Lockyer was continued at his salary of $125,000 with continual monitoring.

[redacted] it might have on Drs. [redacted] was an explanation given that there will be a reconciliation to the move of the equipment to the Hospital to be budget neutral to a physician affected by such equipment.

OLD BUSINESS

Leave of Absence (LOA) Policy. There was a discussion of the LOA Policy. It was moved and seconded that our LOA Policy should be on a case-by-case basis and it should be clearly said to all physicians that LOA's will be granted based on necessity, not merely to prolong vacations as the cost of increased vacation needs to be borne by everybody in the Clinic. It was further resolved [redacted] would be allowed on this year's request for LOA, but it would be pointed out to him that LOA would need to be for significant cause in the future.

EXHIBIT 14

## MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

Place of Meeting: Wilcox Memorial Hospital's Conference Room A, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Tuesday, June 26, 2001 at 12:15 P.M.

Those Present: Drs. Murray, DeNigris (Jackson), Wortmann (Pierce), Nickmeyer, Zina, Bailey, Netzer, Pixler, Rapaport, Williamson, Evslin, Wotring, and McKnight

Those Absent: Drs. McDonald, and Ratliff

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the meeting of May 29, 2001 were accepted.

SALARY ROLL

The roll was presented. It was also accepted with the exception of Dr. Lockyer. There was a discussion of Dr. Lockyer and the numbers as presented on the roll. If we annualized his last three months, his salary would only be $101,000 and he currently is being paid $125,000. It was discussed that he had been told that we would review this over this six month time period on a regular basis, giving him an opportunity to bring his salary up, but should that not happen, his salary would be decreased. Motion was made that we decrease his salary to approximately $120,000 and review again in one month, as his volume may increase as Dr. Duvauchelle moves his patients over. Motion was made, seconded and passed. There was no votes against the motion.

[redacted]

FAMILY PRACTITIONERS CARING FOR SATELLITE PHYSICIAN'S PATIENTS

There was a discussion by Dr. Williamson concerning the desire for a more fair system to reward the family practitioners taking care of the satellite physician's patients during hospitalization and the inequity of payment per RVU's by family practitioners. There was a fairly long discussion concerning this entire issue. The final results of this was a decision for the Department of Internal Medicine and Department of Family Practice to meet, at least Drs. Williamson and Pixler, to further discuss this entire issue and perhaps bring proposals back to this committee.

EXHIBIT 15

### MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

Place of Meeting: Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time: Friday, December 28, 2001 at 12:15 P.M.

Those Present: Drs. Evslin, Patton, Pierce, Nickmeyer, Netzer, Ratliff, Pixler, Thomas, McKnight, Denigris, Williamson, Murray, Ken Shimonishi, Julie Ako and Helene Oyama

Absent: Drs. McDonald, Zina, Bailey, Jackson and Rapaport

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:35 P.M. by Dr. Lee Evslin, CEO.

APPROVAL OF MINUTES

The minutes of the Joint Meeting of the Executive and Salary & Finance Advisory Committee of November 27, 2001 were approved as circulated.

FINANCIAL REPORT

Ken Shimonishi presented the November 2001 financial report (see attached).

SALARY ROLL

The salary roll was presented. A motion was made to accept the motion, seconded and passed with the exception of Dr. Lockyer and general surgeons.

Dr. Lockyer. According to the November 30, 2001 salary roll, Dr. Lockyer's salary is supposed to be reduced to $98,000 as he goes off his fixed salary. Dr. Evslin explained that his patient volume is more than Dr. Pixler's and less than Dr. Braun's (see attached). Dr. Pixler's receipts are substantiated by her immunizations and Dr. Braun's by his EKG's. Dr. Evslin added that Dr. Lockyer has shown significant improvement trends and therefore made the recommendation that his salary not be reduced to $98,000 and rather it be set at $115,000. A motion was made, seconded and approved unanimously to reduce his salary to $115,000.

General Surgery. According to the November 30, 2001 salary ▮▮▮▮▮▮▮▮▮ salary is to be reduced. Dr. Evslin explained that there are circumstances happening in this area that warrants consideration. These are:

1) General surgeons salary and RVU is 70% of median.
2) 30% of general surgeries are done off-island.
3) Dr. Shankel turned in his resignation as of February 1, 2002 but is willing to work as an employee versus locums to help the clinic with cost factors.

**EXHIBIT 18**

Minutes of a Joint Meeting of the Executive and Salary & Finance Advisory Committees
December 28, 2001
Page 2 of 3

4) General surgeons support the ENT/Urology department coverage wise.

Dr. Evslin recommended 1) leaving ■■■■■ at his current salary and not decreasing it; 2) establishing a salary ■■■■■ for all other general surgeons once a locum tenens is hired; and 3) increasing the general surgeons salary ■■■■■ when the new general surgeon is hired. A motion was made, seconded and approved to accept Dr. Evslin's recommendations.

PRIORITY AREAS

Dr. Goodman. Dr. Evslin informed the Committee that Dr. Goodman requested a LOA as he was asked by the government to set up and supervise a medical facility in Afghanistan. Considering Dr Brownstein's interest in working for KMC, Dr. Evslin did not anticipate coverage being an issue. However, Dr. Brownstein's Medicare application was denied. This resulted in the need to pursue locum tenens coverage. Despite this hardship, the Committee moved, seconded and approved unanimously to grant Dr. Goodman's leave of absence.

HPH Leadership Retreat. Jack Silversin, DMD, DrPH was recommended by Ken Robbins to run the HPH Leadership Retreat that will be held in late February. This retreat will be for all Executive Committee members of all entities. This retreat will start on a Friday and will run through Saturday. Dr. Evslin requested that the Committee review Dr. Silversin's resume (attached) and he will discuss this retreat further in the future.

Hospitalist Schedule. Recruitment for a night-time Hospitalist has begun. However, Dr. Hough suggested that KMC run a hospitalist service for the day hours and to take call from home during the evening hours. Dr. Evslin suggested that the Internal Medicine and Family Practice departments discuss this further amongst themselves and bring a recommendation to him.

OLD BUSINESS

Dr. Bjornskov's Costs. Dr. Bjornskov has been erroneously charged for transcription services and asked to retroactively pay her between $5,000-$6,000 for these charges. A motion was made to retroactively pay her for the transcription services that she was charged, it was seconded and passed.

CME for Part-Time Physicians. It was discussed that a physician whose status is less than 20 hours a week be qualified for CME as education is encouraged for all physicians. A motion was made to pro-rate any hours less than 20 hours a week, it was seconded and passed.

Saturday Guidelines. A problem with Saturday coverage in the Internal Medicine department was brought to the Executive Committee. Following a discussion about the need for primary care to be consistent as possible despite nuances with specialty departments, the Committee moved, seconded and passed unanimously to have the Department Chairperson of Family Practice, Internal Medicine and the Pediatrics departments schedule members of their department to work every other Saturday with at least 2 physicians and that they insure open access for patients.

Minutes of a Joint Meeting of the Executive and Salary & Finance Advisory Committees
December 28, 2001
Page 3 of 3

NEW BUSINESS

<u>Acupuncture.</u> Dr. Menezes asked that acupuncture services be excluded from her non-compete clause in her employment contract. The committee was not in favor of this request because of precedent and it was moved, seconded and approved to deny her request.

<u>Breast Services – Women's Health.</u> Dr. Evslin informed the Committee that Kapiolani has a woman breast surgeon and that this may be a potential for this type of service on Kauai. He will speak with her about future services for Kauai.

<u>Mid Level Providers Schedules.</u> Dr. Evslin asked the Committee if they had any objections to having mid level providers rotate weekends on a regular basis in the Walk-In Clinic.

<u>Vacation.</u> Dr. Denigris suggested that when a physician is on-call on a company holiday, that he/she be credited an 'x' amount of hours of vacation. A motion to recommend a 4 hour credit of vacation for being on-call on a holiday was made, with the exception of Radiology and ER, seconded and passed.

ADJOURNMENT

There being no further business, the meeting was adjourned at 1:50 P.M.

          Respectfully Submitted,


          Lee A. Evslin, M.D.
          CEO


          H. Roger Netzer, M.D.
          Co-Chairman, Salary & Finance Advisory Committee


          Joseph C. Bailey, M.D.
          Co-Chairman, Salary & Finance Advisory Committee

## MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

Place of Meeting:   Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

Date and Time:   Tuesday, March 26, 2002 at 12:15 P.M.

Those Present:   Drs. McKnight, Nickmeyer, Netzer, Thomas, Ratliff, Pixler, Murray, Evslin, and Gail Lerch, Ken Shimonishi, and Dave Patton

Absent:   Dr. Pierce, Bailey, McDonald, Zina, Jackson, Williamson, and Rapaport

These are the minutes of a meeting of a joint meeting of the Executive and Salary & Finance Advisory Committees of the above-named corporation.

The meeting was called to order at 12:30 pm by Dr. Lee Evslin, CEO.

### FINANCIAL REPORT

Financials were presented and a short discussion ensued.

### SALARY ROLL

Salary Roll for the twelve months ending February 28, 2002 was reviewed and approved. There were small decreases for two physicians and the decision to continue the fixed salary for the two general surgeons. There was then a lengthy discussion regarding Dr. Lockyer's performance and inability to generate the volume to cover his salary draw. It was noted that there have been several discussions spanning back over a year with Dr. Lockyer on the above issue and that there has not been any sustained improvement in terms of being able to match the amount that is being paid to him. Also noted that he runs a somewhat inefficient practice and that there are not infrequent complaints about returned phone calls, missing pages, completing documentation in a timely fashion. It is also noted that he is a caring and conscientious physician and has some highly complex patients, which he attempts to care for. After much discussion and various scenarios being presented, two options were presented. One was to craft a 90-day exit strategy because in general the relationship with the Clinic had too many problems embedded in it and we should not continue to treat him differently on the salary formula. Second option was to provide Dr. Lockyer an opportunity to reach a certain efficiency in his practice, which would include the use of an open access system to allow him to see enough patients to cover the salary that is being paid to him. A vote was taken on these two issues and the vote was 6 to 4 in favor of option one which was to craft an exit strategy which was graceful and did our best to allow Dr. Lockyer to leave the Group during the summer vacation time period.

EXHIBIT 19

### MINUTES OF A SPECIAL MEETING OF THE EXECUTIVE COMMITTEE, SALARY & FINANCE ADVISORY COMMITTEE AND INTERNAL MEDICINE DEPARTMENT OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital's Mauka Board Room
3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Tuesday, April 4, 2002 at 12:15 P.M.

**Those Present:** Dr. Pixler, Dr. Netzer, Dr. Jackson, Dr. Nickmeyer, Dr. Murray, Gail Lerch, Dr. Evslin, Dr. Ratliff, Dr. Thomas, Dr. Braun, Dr. McKnight, Dr. Sutherland

**Absent:** Dr. Pierce, Dr. McDonald, Dr. Zina, Dr. Rapaport, Dr. Bailey

This special meeting was held to hear the appeal of Dr. Lockyer (please see accompanying written notice to Dr. Lockyer). Essentially, Dr. Lockyer had been given notice of termination and informed of his right to appeal. Prior to the written notice, I had discussed with him at length the notice of termination and the ninety-day timeline. I explained to him that the contract allowed either party to terminate with ninety days notice without cause. I did review with him the issues which were concerning to the members of the committee. I also said that I thought that an appeal would probably be accepted well by his peers.

Dr. Lockyer made his appeal in this meeting; he essentially said that he knew that he had ways that he could improve his practice but that he disagreed concerning any allegations that he was slow to respond to pages. He did further describe how difficult it was being a single parent and that he had time obligations, which made it difficult for him to work in the practice as other physicians might be able to. After Dr. Lockyer's presentation, he was excused from the room.

The Department of Internal Medicine then discussed the issues involved and made a motion that his termination notice be rescinded but that a plan of action should be created to try to remedy any reasons for his problems in running his practice. Following this motion by the Department of Internal Medicine there was more discussion at the level of the Executive Committee and the final motion was that a letter be drafted which would rescind his termination but would outline a work plan which included ways to solve the problems which were presented. Included in that work plan, it was suggested by Gail Lerch that the employer provide counseling, under an employee counseling service that is available, to see if there was a way to help him with his child care issues. It was also stated that he should not take a full month of vacation as he had scheduled. This motion was passed and the meeting was adjourned.

A work plan was put together by Gail Lerch, V.P. of Human Resources for Hawaii Pacific Health and given to me for review and signature. This letter was finalized on April 9th and hand

**EXHIBIT 21**

Minutes of a Special Meeting
April 4, 2002
Page 2

delivered to Dr. Lockyer with a discussion of the points presented. At the time that the letter was delivered, I pointed out to him that there was parts of this letter that I actually felt could be successfully argued against and probably reversed if Dr. Lockyer so wished. An important one of those points was the issue concerning decreasing the vacation time he was planning to take in June. I felt that was an unnecessary condition and agreed to help try to overturn it if he so desired. He said that he needed some time to review this letter and asked me to wait until April 15th for notice of his response.

Our next Executive Meeting was scheduled for April 26, 2002 and by April 25th, I still had not received notice. I was unsuccessful in trying to speak to him in person so I delivered another letter through the chairperson of his department saying that he needed to respond to the work plan or his notice of termination would remain in effect. On the morning of April 26th, I did receive a letter from him (dated April 20, 2002), which clearly specified areas that he had disagreement with in the work plan. A review of the concerns raised by Dr. Lockyer was presented in the Executive Committee Meeting of April 26th by Dr. Pixler, the chairperson of the department of Internal Medicine. The decision at that time was that Dr. Evslin and Gail Lerch should respond to his concerns using corporate counsel, if necessary.

A new letter was drafted and then approved by Gail Lerch. This letter essentially agreed to the requests made by Dr. Lockyer. I hand delivered this letter on May 1, 2002. I explained that we had essentially accepted his requests including rescinding the termination of his employment. I told him at that time that I knew he was pressed for time but I, as always, would be willing to discuss any issues that still might be outstanding.

Respectfully submitted,

Lee A. Evslin, M.D.
CEO


H. Roger Netzer, M.D.
Co-Chairman, Salary & Finance
Advisory Committee

Joseph C. Bailey, M.D.
Co-Chairman, Salary & Finance
Advisory Committee

*Copy*
*orig in Exec Comm file*

## MINUTES OF MEETING OF THE EXECUTIVE COMMITTEE OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Friday, July 26, 2002, at 12:15 P.M.

**Those Present:** Drs. Evslin, Jackson, Netzer, Nickmeyer, Pierce, Pixler, Ratliff, Williamson, Young, Gail Lerch, Julie Ako, and Helene Oyama. Guests: Drs. Braun, McKnight, and Sutherland

**Those Absent:** Drs. McDonald, Mertz, and Zina

These are the minutes of a meeting of the Executive Committee of the Kauai Medical Clinic. A formal notice was given of this meeting and the date, time, place and those present are indicated above.

Dr. Evslin called the meeting to order at 12:30 p.m.

### PEER REVIEW

The issues and concerns regarding Dr. Lockyer's practice were discussed.

- charts not completed in a timely manner and left in office
- untimely follow-up with patients
- poor organization and timeliness in running efficient clinic
- patient complaints
- lack of insight in accepting responsibility or improvement
- lower productivity and continual requests for salary subsidy

Dr. Lockyer has continually disregarded all counseling and corrective action plans with regard to the issues and concerns brought up to him. Dr. Evslin and the Department of Internal Medicine and other have supported Dr. Lockyer both financially and emotionally at numerous meetings and counseling sessions without any success. Dr. Pixler also noted that despite having a daytime hospitalist to alleviate hospital rounds and being advised to report to clinic at 9:00 a.m. (instead of 9:30 a.m.), Dr. Lockyer showed up late this morning (July 26, 2002) for his 9:30 a.m. appointment.

**EXHIBIT 30**

Executive Committee Meeting Minutes
July 26, 2002
Page 2

> Options discussed by the Executive Committee included:
>
> 1. Terminate for cause and offer a 3-month severance if he opted to resign and sign a separation agreement.
> 2. Provide Dr. Lockyer with a probationary period with clear expectations and option to resign with 3-month severance and separation agreement.
>
> Following a lengthy discussion, a motion was made and seconded to write a stronger final letter placing Dr. Lockyer on probation for 90 days for his practice deficiencies and the consequences for non-compliance. Dr. Lockyer will also be offered the option to resign with a 90-day severance package and separation agreement. The motion was carried with a vote of 6 for, 0 against and 2 abstaining.

**ADJOURNMENT**

There being no further business, the meeting was adjourned at 2:05 PM

Respectfully Submitted,

Lee A. Evslin, M.D.
President & CEO

## MINUTES OF A JOINT MEETING OF THE EXECUTIVE AND SALARY & FINANCE ADVISORY COMMITTEE OF KAUAI MEDICAL CLINIC

**Place of Meeting:** Wilcox Memorial Hospital's Mauka Board Room, 3420 Kuhio Highway, Lihue, Hawaii 96766

**Date and Time:** Tuesday, May 28, 2002 at 12:15 P.M.

**Those Present:** Dr. Evslin, Dr. Netzer, Dr. McDonald, Dr. Murray, Gail Lerch, Dr. Jackson, Dr. Pixler, Dr. Pierce, Dr. Williamson, Dr. Nickmeyer, Dr. Thomas, Dr. Ratliff, Dr. Bailey and Ken Shimonishi

**Those Absent:** Dr. Rapaport, Dr. Zina, and Dr. McKnight

The meeting was called to order at 12:30 pm by Dr. Lee Evslin, CEO.

The minutes of the April 26th meeting were approved; the Financial Report was delivered by Ken Shimonishi and the monthly Salary Roll was reviewed and approved.

### NEW BUSINESS

Approval was given to a stipend for the supervising physician for PA supervision with details to be worked out with Gail Lerch.

Second item of business was week-end Hospitalist stipend and it also was approved at the level of $145,00 out of residency, $150,000 with job experience as a Hospitalist and $155,000 as critical care job experience.

Following this, there was a prolonged discussion about procedure for decision making in the future. First concept under discussion was the voting on issues, particularly quality issues in the Executive Committee. Recommendation was that there no longer be votes for termination, suspension, etc., but instead that the Executive Committee be used as a forum for giving opinions on various issues. The final decision on an issue like termination or suspension would be made by the chairman of the department, CEO of the clinic and the VP for Human Resources of the Hawaii Pacific Health System and legal counsel if necessary. It was further agreed that we would no longer take minutes in these meetings and that the attempt of this whole issue is to make our organization more business-like, to spend less time on these quality issues in terms of having to formulate a vote, and to be able to spend more time on items of interest to the entire clinic such as new programs and other issues that are vital to our future success. There was a fair amount of discussion around this issue. The majority of the discussion was quite positive in terms of attempting to focus our energies on areas where the Executive Committee could better help the company run. It was reemphasized, at the time of approval of this recommendation, that this is not an attempt to decrease the input from the Executive Committee but merely to decrease the numbers of items needing to be carried all the way to a vote. It was also recognized that the appeal processes, which are currently present, would remain in effect and they would be by voting, particularly appeal on salary issues and appeal on suspensions or terminations. The recommendation was accepted by the entire Executive Committee with no dissenting voices.

**EXHIBIT 58**

Minutes of a Joint Meeting of the Executive and Salary & Finance Committee
May 28, 2002
Page 2

Second discussion had to do with Salary and Finance Committee. The recommendation is that we adopt a style similar to Straub's which is that the salary formula roll is checked monthly by the CEO of the clinic, head of accounting and the head of Human Resources of HPH. The occasional deviation from the salary formula, which is generally to hold a salary floor for business reasons for some specialty, be decisions that are made by the chairman of a department, the CEO of the clinic and the VP of Human Resources for Hawaii Pacific Health. It was specifically recommended that the Salary Committee no longer meet monthly and that instead there be a biannual review of the reconciliation performed by the Executive Committee and other functions will be performed as described above. This recommendation also was discussed at length. The majority of those in the discussion were in favor of the idea following the guidelines, which had been agreed to in the prior motion. The question was then asked to the panel if there was anybody in opposition to this new plan for the Salary & Finance Committee. There was a single vote in opposition. It was accepted as our new policy.

The third concept, which was brought up, was how chairpersons are picked for the Executive Committee. It was discussed that the chairpersons from the hospital side are picked by the Chief Medical Officer at the hospital and that perhaps we should adopt such a policy. The strong feeling of the room was that that would not be a good idea. There was agreement that we would table this idea for now and perhaps discuss it over the coming year but there would be no action at this time; chairmanships would continue to be picked by members of the department. We also discussed the concept of having an inner-Executive Committee for more streamlined decision-making, which might be composed of the Chairman of Specialty Care, Chairman of Surgery, a representative from Primary Care and a representative from the Hospitalists. This idea also was not favored by most of the members of the Executive Committee and it was dropped as a concept for discussion.

The meeting closed with a final discussion of the fact that the intent of all of this is not to limit input by the physicians on a variety of issues nor to decrease the ability of the physicians to play a significant role in the future of our Clinic. The entire attempt of this is to streamline our manner of conducting business and to be able to run the Kauai Medical Clinic in as effective a manner as possible.

The meeting was adjourned at 1:50 P.M.

Respectfully submitted,

Lee A. Evslin, M.D.; CEO

*Signed by
Dr Evslin
Dr Netzer

hold for return by
Dr Bailey*

H. Roger Netzer, M.D.
Co-Chairman, Salary & Finance
Advisory Committee

Joseph C. Bailey, M.D.
Co-Chairman, Salary & Finance
Advisory Committee