STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>NOTICE OF HEARING OF MOTION; DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEPHANIE E.W. THOMPSON; EXHIBITS 1 - 4; CERTIFICATE OF SERVICE<br><br>Hearing<br>DATE: _____<br>TIME: _____<br>JUDGE: Hon. Alan C. Kay<br><br>Trial Date: September 18, 2007 |

62952 part 1

## NOTICE OF HEARING OF MOTION

**TO:**   JANICE P. KIM, ESQ.
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816-3760

ARLEEN D. JOUXSON-MEYERS, ESQ.
RAFAEL G. DEL CASTILLO, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
    Attorneys for Plaintiff James Lockyer, M.D.

HARRY YEE, ESQ.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii 96850
    Attorney for Plaintiffs United States of America and
    State of Hawaii

KENNETH S. ROBBINS, ESQ.
LEIGHTON M. HARA, ESQ.
WENDY M. YAMAMOTO, ESQ.
Robbins & Associates
Suite 2200, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    Attorneys for Defendants
    Hawaii Pacific Health Group Plan for Employees of
    Hawaii Pacific Health, Kauai Medical Clinic,
    Wilcox Memorial Hospital and Wilcox Health System

NOTICE IS HEREBY GIVEN that Defendant WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.'s Motion to Strike Hearsay and Other Improper Testimony shall come on for hearing before the Honorable Alan C. Kay, Judge of the

above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 at _____ \_.m. on _____, _____, 2007, or as soon thereafter as counsel may be heard.

DATED:   Honolulu, Hawaii, March 19, 2007.

\_\_\_\_\_/s/ Stephanie E.W. Thompson\_\_\_\_\_
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D.
aka LEE A. EVSLIN, M.D.

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, NOTICE OF HEARING OF MOTION

3