STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation
SHARON V. LOVEJOY          5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex. rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE** |

62952-part 5
(Motion to Strike Hearsay and Other Testimony)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the date indicated below, a copy of

DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY

TESTIMONY was duly served in pdf format electronically via e-mail to:

JANICE P. KIM, ESQ.
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.
rafa@hawaii.rr.com

HARRY YEE, ESQ.
harry.yee@usdoj.gov

KEN ROBBINS, ESQ.
krobbins@robbinsandassociates.net

HARRY SILVER, ESQ.
hsilver@pattonboggs.com


and also by depositing the same in the U.S. Mail, postage prepaid, upon the following

parties at their last known address as follows:

        ARLEEN D. JOUXSON-MEYERS, ESQ.
        Jouxson-Meyers & Del Castillo LLLC
        302 California Avenue, Suite 209
        Wahiawa, Hawaii 96786

        CLARISSA Y. MALINAO
        JOHN-ANDERSON L. MEYER
        Robbins & Associates
        Davies Pacific Center
        841 Bishop Street, Suite 2200
        Honolulu, Hawaii 96813

EDWIN D. RAUZI
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

DATED:    Honolulu, Hawaii, March 19, 2007.


_____/s/ Stephanie E.W. Thompson_____
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON

Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*,
CERTIFICATE OF SERVICE