JANICE P. KIM   3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON   7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF LOCKYER'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES<br><br><br><br><br><br><br>Trial Date: September 18, 2007<br>Judge: Honorable Alan C. Kay |

PLAINTIFF LOCKYER'S

<u>FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES</u>

NOW COMES PLAINTIFF-RELATOR JAMES LOCKYER, M.D., by and through his attorneys Janice P. Kim, Arleen Jouxson-Meyers, and Rafael G. del Castillo, and respectfully submits his list of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) and the Amended Rule 16 Scheduling Order filed by the Court on January 22, 2007.  Plaintiff Lockyer has, on this date, served Defendants with the names and addresses of said witnesses, together with their written reports prepared and signed by the witnesses, their qualifications of the witness, including a list of all publications authored within the preceding ten years, the compensation to be paid with respect to each such witness for the study and testimony, and a listing of any other cases in which each respective witness has testified as an expert at trial or by deposition within the preceding four years.

<u>EXPERT WITNESS LIST</u>

Terry S. Coleman, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005
(202) 508-4600

Mr. Coleman will give his opinion regarding Defendants' compliance/non-compliance with Medicare law and regulations

Nancy Bookbinder
President
Oncology Resource Consultants, Inc.
5125 MacArthur Blvd., NW
Washington, DC 20016
(202) 966-2007

Ms. Bookbinder will give her opinion regarding Defendants' billing integrity for

chemotherapy claims and qualifications of personnel assigned to oncology

Claudia Birkenshaw, M.S.A.
2445 Anna Clara Court
Swartz Creek, MI 48473
(810)635-4083

Ms. Birkenshaw will give her opinion regarding Defendants' billing integrity for

chemotherapy claims.

Thomas A. Loudat, PhD
46-281 Auna Street
Kaneohe HI 96744
(808) 235-0578

 Dr. Loudat will give his opinion regarding economic losses suffered by Plaintiff-

Relator Lockyer.

>Plaintiffs reserve the right to amend and supplement the respective

reports prior to the testimony of the expert witnesses at trial as discovery is

ongoing at this time and Defendants have withheld extensive discoverable

information and documents require in order for these experts to render their final opinions.

DATED: Honolulu, Hawaii, March 19, 2007.

/s/ Rafael del Castillo
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

JANICE P. KIM          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON          7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND | ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) |
|---|---|---|