| | |
|---|---|
| JAMES LOCKYER, M.D., in his own behalf, | ) ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D. | ) ) [DISCLOSURES DUE 3/19/2007] ) ) ) ) Trial Date: March 20, 2007 |
| Defendants. _____ | ) Judge: Honorable Alan C. Kay ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 19, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 19, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 19, 2007 |

Served via First Class Mail

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 19, 2007 |

DATED:   Honolulu, Hawaii, March 19, 2007.

6

  /s/ Rafael del Castillo

JANICE P. KIM  
ARLEEN D. JOUXSON  
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff  
JAMES LOCKYER, M.D.