STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON          8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br><br>    vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>            Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY; DECLARATION OF STEPHANIE E.W. THOMPSON; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY; CERTIFICATE OF SERVICE<br><br>(continued on next page) |

|                              |
|------------------------------|
| Hearing<br>DATE: _____<br>TIME: _____<br>JUDGE: Hon. Alan C. Kay<br><br>Trial: September 18, 2007 |

## EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY TESTIMONY

Defendant WILLIAM A. EVSLIN aka LEE A. EVSLIN, M.D. ("Evslin") by and through his undersigned counsel, hereby moves this Court for an *ex parte* order shortening time for notice and hearing on his Motion to Strike Hearsay and Other Improper Testimony ("Motion") being filed concurrently herewith. Evslin respectfully requests that the instant motion be heard on March 27, 2007 at 10:30 a.m., the date on which Defendant's Motion for Partial Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief, filed in this matter, is to heard, or on the earliest available court date.

This *ex parte* motion is made pursuant to Rules 6 and 7of the Federal Rules of Civil Procedure and Rules 6.2 and 7.2 of the Local Rules for the United States District Court of the District of Hawaii, and is based upon the declaration of counsel attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii, March 19, 2007

/s/ Stephanie E.W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY TESTIMONY

3