


STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY          5083-0
STEPHANIE E.W. THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
WILLIAM A. EVSLIN aka
LEE A. EVSLIN, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DECLARATION OF STEPHANIE E.W. THOMPSON AND CERTIFICATE OF COMPLIANCE OF LR 6.2 (c) – (e) |

62854 part 2
(Ex Parte Motion to Shorten Time-Motion to Strike)

## DECLARATION OF STEPHANIE E.W. THOMPSON

I, STEPHANIE E.W. THOMPSON, hereby declare as follows:

1.  I am a licensed attorney in the State of Hawaii, and am an attorney with the law firm of Starn O'Toole Marcus & Fisher ("SOMF"), retained to represent Defendant William A. Evslin aka Lee A. Evslin, M.D. ("Evslin") in the above-captioned matter, and make this declaration upon personal knowledge gained in such capacity, except where specified upon information and belief.

2.  On December 22, 2007 Defendant Evslin filed his Motion for Partial Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief ("Motion for Summary Judgment") which motion was set for hearing on March 27, 2007 at 10:00 a.m.

3.  Defendant Evslin is filing concurrently with this *Ex Parte* Motion to Shorten Time, the Motion to Strike Hearsay and Other Improper Testimony ("Motion to Strike") contained in Plaintiff's Memorandum in Opposition (as Amended), filed March 9, 2007.

4.  In light of the fact that the Motion to Strike bears directly on the admissibility of evidence contained in Plaintiff's Memorandum in Opposition to Evslin's Motion for Summary Judgment, Defendant Evslin requests that the Motion

to Strike be heard concurrently with the Summary Judgment Motion and both Motions be held on March 27, 2007 at 10:00 a.m.

      5.      Pursuant to Local Rule 6.2(e) I certify that on March 19, 2007, I called and spoke to Ms. Janice Kim, Esq. attorney for Plaintiff Lockyer to request that the parties stipulate to the shortening of time to hear the Motion to Strike. Ms. Kim refused.

      6.      Thereafter I called Mr. Harry Yee, Esq. Assistant U.S. Attorney who likewise refused to stipulate.

      7.      Given that this Motion to Strike has direct bearing on the motions for summary judgment, scheduled to be heard before this Court on March 27, 2007, good cause exists for the granting of this Ex Parte Motion to Shorten time.

I, STEPHANIE E.W. THOMPSON do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 19, 2007.

           /s/ Stephanie E.W. Thompson
          STEPHANIE E.W. THOMPSON

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, DECLARATION OF STEPHANIE E.W. THOMPSON