STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY |

62854 part 3
(Order re Ex Parte Motion-Motion to Strike)

## ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY

Upon consideration of Defendant Lee A. Evslin, M.D.'s *ex parte* motion to shorten time for his Motion to Strike Hearsay and Other Improper Testimony ("Motion"), the declaration of counsel, and the records and files herein, the Court being fully apprised of the premises,

IT IS HEREBY ORDERED that an oral hearing on Defendant Evslin's Motion shall be heard before the Honorable Alan C. Kay, Judge of the above-entitled Court, in his courtroom located at 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on _____, at _____ o'clock __.m. or as soon thereafter as counsel can be heard.

IT IS HEREBY FURTHER ORDERED that any opposition to Evslin's Motion shall be filed with the Court by _____, 2007. Any reply memoranda shall be filed with the Court by _____, 2007.

//

//

//

//

//

DATED: Honolulu, Hawaii, _____

_____
Judge of the Above-Entitled Court

_____
CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, United States District Court for the District of Hawaii:  ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY