ex parte mtn file supplt to reply.doc
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI            4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KENNETH S. ROBBINS; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>TRIAL:  3/20/07<br>JUDGE:  Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S <u>MOTION FOR SUMMARY JUDGMENT</u>

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and hereby move this Honorable Court for an Order *ex parte* to permit the filing of the Declaration of John Hayward, M.D. in further support of HPH Defendants' Reply to Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System's Motion for Summary Judgment.  HPH Defendants respectfully submit that the probative value of Dr. Hayward's Declaration outweighs any arguable prejudice to Plaintiff-Relator Lockyer and/or the United States caused by its not having been filed on March 16, 2007 with the Defendants' Replies

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is based upon the Declaration of Kenneth S. Robbins, attached hereto, and the record and files herein.

DATED:  Honolulu, Hawaii, March 20, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL
CLINIC, WILCOX MEMORIAL HOSPITAL
AND WILCOX HEALTH SYSTEM