IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF<br>KENNETH S. ROBBINS |

## DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

    1.    I am an attorney licensed to practice in all courts in the state of Hawaii.

    2.    I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Filed as an attachment hereto as Exhibit "A" is a true and accurate copy of the Declaration of Stephanie E.W. Thompson, dated March 19, 2007.

5. HPH Defendants had intended to include, on page 9, as the final sentence in the penultimate paragraph of section I.B.2, the following statement: "John Hayward, M.D., an oncologist who worked at KMC until May 2002, also confirmed that internal medicine physicians would cover the administration of chemotherapy and that, in particular, Dr. Lockyer covered the chemotherapy suite. (*Hayward Decl.*¶ 5, & 15, attached to Dr. Evslin's Reply.)." This statement was to be supported by the Declaration of John Hayward, M.D. to be attached to the Reply filed by Defendant Evslin.

6. HPH Defendants had also intended to include, on page 15 of the Reply, after the second sentence on that page, the following statement: "Dr. Hayward, an oncologist with twenty-one years experience, characterized the oncology nurses at KMC as the best with whom he has ever worked. (*Hayward Decl.*¶ 10, attached to Dr. Evslin's Reply.)." This statement was to be supported by

2

the Declaration of John Hayward, M.D. to be attached to the Reply filed by Defendant Evslin.

7. I am informed that, due to clerical error and/or miscommunication, Dr. Hayward's signed declaration was not available in time to be filed as supporting evidence on March 16, 2007. (See Exhibit "A," ¶ 3). Accordingly, the statements quoted above in paragraphs 5 and 6 were omitted from HPH Defendants' Reply.

8. The Declaration of John Hayward, M.D., attached to Exhibit "A" hereto, is relevant evidence in support of HPH Defendants' Motion for Summary Judgment.

9. HPH Defendants respectfully submit that the probative value of Dr. Hayward's Declaration outweighs any arguable prejudice to Plaintiff-Relator Lockyer and/or the United States caused by its not having been filed on March 16, 2007 with the Defendants' Replies.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, March 20, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; DECLARATION OF KENNETH S. ROBBINS

3