IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.　　　　　　　　　　　　March 20, 2007
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.　　　　　　March 20, 2007
rdelcastillo@physicianslawfirm.com

| | |
|---|---|
| HARRY YEE, ESQ.<br>harry.yee@usdoj.gov | March 20, 2007 |
| STEPHANIE E.W.THOMPSON, ESQ.<br>sthompson@starnlaw.com | March 20, 2007 |
| SHARON V. LOVEJOY, ESQ.<br>slovejoy@starnlaw.com | March 20, 2007 |

Served by First Class Mail:

| | |
|---|---|
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>Jouxson-Meyers & Del Castillo LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii  96786 | March 20, 2007 |

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

DATED:  Honolulu, Hawaii, March 20, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK KSC; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT)