jdr evslin mtn strike
Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS         1000-0
JOHN-ANDERSON L. MEYER 8541-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP                CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI         4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A. EVSLILN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY, FILED 3/19/07**; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE:<br><br>TRIAL: 9/18/07<br>JUDGE: Alan C. Kay |

DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL
AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A.
EVSLILN, M.D.'S MOTION TO STRIKE HEARSAY
AND OTHER IMPROPER TESTIMONY, FILED 3/19/07**

COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI

MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH

SYSTEM (collectively referred to as "HPH Defendants"), by and through their

2

attorneys, Robbins & Associates, and hereby joins in Defendant Lee A. Evslin, M.D's Motion to Strike Hearsay and Other Improper Testimony, filed March 19, 2007. This joinder is made pursuant to Local Rule 7.9 of the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, March 20, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **JOINDER IN DEFENDANT LEE A. EVSLILN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY, FILED 3/19/07**