IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF LAURENCE J. FREEDMAN |

DECLARATION OF LAURENCE J. FREEDMAN

I, LAURENCE J. FREEDMAN, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1. I am a member of the law firm of Patton Boggs LLP, 2550 M Street N.W., Washington, D.C. 20037.

2. I reside at 4104 Legation St., N.W., and my business address is Patton Boggs LLP, 2550 M Street N.W., Washington, D.C. 20037.

3. I have been admitted to practice before all courts in the State of New York (admitted 1989) and the District of Columbia (admitted 1991).

4. I am presently a member in good standing of the Bar of the District of Columbia and of all courts mentioned above.

5. I have never been the subject of disciplinary or other proceedings by any bar association or Court, state or federal.

6. I have not been suspended or disbarred in any court.

7. I have not, within the year preceding this application, made a *pro hac vice* application in this Court.

8. I am neither a resident of the State of Hawaii, regularly employed in Hawaii, nor regularly engaged in business, professional or other activities in Hawaii.

9. I, and my firm, shall be associated with Kenneth S. Robbins and the law firm of Robbins and Associates, Attorneys at Law, a Law Corporation, 841 Bishop Street, Suite 2200, Honolulu, Hawaii, 96813 in this action, and counsel for all parties may serve any papers in this action upon Robbins & Associates. The written consent of associate counsel is provided in the Declaration of Kenneth S. Robbins and is attached hereto.

10. I respectfully request this Court grant me admission *pro hac vice* to assist in the defense of Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Washington, D.C., February 28, 2007.

_____
LAURENCE J. FREEDMAN

Civil No. CV04-00596 ACK KSC; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF LAURENCE J. FREEDMAN

3