IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS |

## DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I am the lead defense counsel for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM in this case.

3.  I, and my law firm, consent to act as associate counsel for Laurence J. Freedman and the law firm of Patton Boggs LLP of Washington, D.C.

4.  I, and my law firm, will meaningfully participate in the preparation for and trial of the case and will continue to serve herein with the authority and responsibility to act as attorneys of record for all purposes.

5.  On information and belief, Laurence J. Freedman is a member of good standing of the Bar of the District of Columbia.

6.  The pro hac vice admission of Laurence J. Freedman as co-counsel for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM will neither hinder nor delay the prosecution of this action.

7.  The participation of Laurence J. Freedman in this action will be of assistance in the representation of Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, ___MAR 0 6 2007___.

_____
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS