IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>    Plaintiffs,<br><br>v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL** |

ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL
AND WILCOX HEALTH SYSTEM'S
**APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**

The Court, having considered Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's Application for Admission of *Pro Hac Vice* Counsel, and finding good cause shown, orders as follows:

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's Application for Admission of *Pro Hac Vice* Counsel is hereby GRANTED.

2. Pursuant to L.R. 83.1(e), Laurence J. Freedman of the law firm of Patton Boggs LLP is granted leave to appear *pro hac vice* on behalf of Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System for all purposes in this action, and shall be associated with Kenneth S. Robbins and the law firm of Robbins & Associates of Honolulu, Hawaii.

DATED: Honolulu, Hawaii, _____MAR 19 2007_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**