IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>          Plaintiffs,<br><br>     v.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>          Defendants. | CIVIL NO. CV04-00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following persons, at their last known addresses, by U.S. Mail, postage prepaid on ____MAR 0 6 2007____:

JANICE P. KIM, ESQ.
Kaimuki Business Plaza
3615 Harding Avenue, #206
Honolulu, Hawaii 96816

RAFAEL G. DEL CASTILLO, ESQ.
ARLEEN D. JOUXSON-MEYERS, ESQ.
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786

Co-Counsel for Qui Tam for Plaintiff
and the State of Hawaii


HARRY YEE, ESQ.
Assistant U. S. Attorney
Office of the United States Attorney
District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for the United States of America

SHARON V. LOVEJOY, ESQ.
STEPHANIE E. W. THOMPSON, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.

DATED: Honolulu, Hawaii, _____ MAR 0 6 2007 _____.

_____
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER

Attorneys for Defendants
HAWAI'I PACIFIC HEALTH, KAUAI
MEDICAL CLINIC, WILCOX
MEMORIAL HOSPITAL AND WILCOX
HEALTH SYSTEM

Civil No. CV04-00596 ACK KSC; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF SERVICE (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **APPLICATION FOR ADMISSION OF PRO HAC VICE COUNSEL**)