STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY                5083-0
STEPHANIE E.W. THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>NOTICE OF SUBMISSION OF THE SIGNED DECLARATION OF MARY G. PIXLER, M.D. IN SUPPORT OF DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFF LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANT EVSLIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF, FILED MARCH 16, 2007; DECLARATION OF STEPHANIE E.W. THOMPSON; CERTIFICATE OF SERVICE<br><br>**Hearing** |

|  |
|---|
| **Date:** March 27, 2007<br>**Time:** 10:30 a.m.<br>**Judge:** Honorable Alan C. Kay<br><br>Trial Date: September 18, 2007 |

NOTICE OF SUBMISSION OF THE SIGNED DECLARATION OF MARY G. PIXLER, M.D. IN SUPPORT OF DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFF LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANT EVSLIN'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF, FILED MARCH 16, 2007

Defendant Lee A. Evslin, M.D. hereby submits the signed Declaration of Mary G. Pixler, M.D., a copy of which was attached to Defendant Lee A. Evslin, M.D.'s Reply to Plaintiff Lockyer's Memorandum in Opposition to Defendant Lee A. Evslin's Motion for Partial Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief, filed herein on March 16, 2007.

//

//

//

//

//

//

//

//

DATED:   Honolulu, Hawaii, March 20, 2007.


   /s/ Stephanie E. W. Thompson
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Attorneys for Defendant
WILLIAM A. EVSLIN, M.D.
aka LEE A. EVSLIN, M.D.

---

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*, NOTICE OF SUBMISSION OF THE SIGNED DECLARATION OF MARY G. PIXLER, M.D. IN SUPPORT OF DEFENDANT LEE A. EVSLIN, M.D.'S REPLY TO PLAINTIFF LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANT EVSLIN'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON PLAINTIFF LOCKYER'S SECOND, THIRD AND FOURTH CLAIMS FOR RELIEF, FILED MARCH 16, 2007

3