STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY           5083-0
STEPHANIE E.W. THOMPSON     8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DECLARATION OF STEPHANIE E.W. THOMPSON |

## <u>DECLARATION OF STEPHANIE E.W. THOMPSON</u>

I, STEPHANIE E.W. THOMPSON, declare under penalty of law that the following is true and correct:

1.       I am an attorney with the law firm of Starn O'Toole Marcus & Fisher, attorneys for Defendant Lee Evslin, M.D. ("Dr. Evslin") in the above-entitled matter.  I am licensed to practice law in the State of Hawai`i. I make this declaration on the basis of personal knowledge unless otherwise specifically stated herein.

2.       Attached hereto is a true and correct copy of the Declaration of Mary G. Pixler, M.D., executed on March 13, 2007, in support of Dr. Evslin's Reply to Plaintiff Lockyer's Memorandum in Opposition to Dr. Evslin's Motion for Partial Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief, filed herein on March 16, 2007, which was received by Starn O'Toole Marcus & Fisher on March 20, 2007.

DATED:  Honolulu, Hawaii, March 20, 2007.

/s/ Stephanie E. W. Thompson
STEPHANIE E.W. THOMPSON

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. HPH, et al.*,
DECLARATION OF STEPHANIE E.W. THOMPSON