EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>    Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. 04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>SUPPLEMENTAL DECLARATION OF HARRY YEE; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE |

SUPPLEMENTAL DECLARATION OF HARRY YEE

I, HARRY YEE, declare that:

1. I am the Assistant United States Attorney and assigned to the above case.

2. On March 13, 2007, I receive the attach e-mail from Ted Radway, attorney with the Office of Counsel of the

Inspector General of the Dept. Of Health and Human Services.  He forwarded to me copies of e-mail communication (See Attached Exhibit "A") on behalf of Harry Silver, Defendant HPH's counsel, from another attorney Paul W. Kim, of the law firm of Ober Kaler, Baltimore, Maryland (See Attached biography as Exhibit "B").

      3.   I have not been contacted by Mr. Kim or Mr. Silver and have not given my permission to Mr. Kim or Mr. Silver to contact my clients/represented parties (HHS/CMS and/or Dorothy Shannon and/or Terrence Kay) pursuant to Hawaii Rules of Professional Conduct Rule 4.2.  The e-mails are an indirect contact by Mr. Silver with represented parties in this action without my knowledge or authorization.  Mr. Kim's e-mail makes light of the serious nature of the previous violation of HRPC Rule 4.2 by Mr. Rauzi and further acknowledges that he knows Ms. Shannon is a represented party.  Mr. Kim's communication is without my knowledge or authorization and is therefore an intentional violation of HRPC Rule 4.2.  By using Mr. Kim to avoid direct contact with Ms. Shannon and Mr. Kay, Mr. Silver has compounded the previous violation of HRPC Rule 4.2 by Defendant HPH's counsel.

      4.   I am obligate under HRPC Rule 4.2 to protect the attorney client relationship and I am therefore making the court aware of this potential further violation by Mr. Silver and new potential violation by Mr. Kim.  On information and belief that

Mr. Kim has not appeared in this case and is not subject to discipline by this Court because he has not submitted to the jurisdiction of this court by filing an appearance in this case nor has he petitioned pro hac vice.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    DATED:  March 20, 2007, at Honolulu, Hawaii.

/s/ Harry Yee

_____
HARRY YEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>          Plaintiffs,<br>     vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>          Defendants. | CIVIL NO. O4 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Janice P. Kim | kimj054@hawaii.rr.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

<u>Served by First Class Mail</u>:

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen P. Jouxson, Esq.
Jouxson-Meyers & del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

DATED:  March 20, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney