# Exhibit "A"

From: Kim, Paul W. [mailto:pwkim@ober.com]
Sent: Tuesday, March 13, 2007 12:05 PM
To: Shannon, Dorothy A. (CMS/CMM); Kay, Terrence L. (CMS/CMM)
Subject: FW: I need your/CMS's help,
Importance: High


Terry and Dorothy:


Heard that you folks "lawyered" up! :) Anywho, thought I'd send you a courtesy copy of an email exchange below that I received yesterday from the attorneys who are involved in this case. With the tons of emails that ya'll get every hour, it probably just got forgotten. Please feel free to call or email me if you have any questions. Rather, if you wish, please let me know whom at CMS/OGC should be contacted instead. As I've told Dr. Shannon, my friend Harry Silver of Patton Boggs represents the clinic in this case. He would like to clear up this misunderstanding as soon as possible so that he can focus on the merits of this case.


Thanks,

PK


The information in this electronic transmission is confidential and intended only for the addressee. Any use or disclosure by any other person is unlawful. This information is protected under attorney-client and attorney work product privileges. If you receive this electronic transmission in error, please notify us immediately by telephone (410-685-1120), and delete this message without making a copy.

Exhibit "A"