# Exhibit "B"





**NAPABA Partners Directory**

**Paul W. Kim, JD, MPH**
pwkim@ober.com
www.apaba-md.org

O B E R | K A L E R
120 East Baltimore Street
Baltimore, MD 21202
USA

**Main Phone:** (410) 347-7344
**Fax:** (443) 263-7544

**Practice Concentration(s):** Business Law, Commercial Law, Contracts, Cor
Finance, Health Care, Mergers And Acquisitions, Private Equity / Venture Cap
Technology And Science

**Office(s):** Maryland, District of Columbia, and Virginia

**License(s):** Maryland (1998) and District of Columbia (2000)

**Education and Honors:** The Johns Hopkins University School of Public Healt
- Health Policy and Management; University of Maryland School of Law, JD (1
Health Law Organization; The Johns Hopkins University, BA (1992) - Phi Beta

**Professional Background:** Paul W. Kim, JD, MPH, is a Counsel in OBER | K.
Law Practice Group. Representing health care providers, manufacturers, and
advises clients in all aspects of health law, from corporate compliance counse
reimbursement litigation. He assists clients on Medicare enrollment and billin
coverage and coding issues, and government audits and investigations. He co
on improving existing or structuring new business arrangements for compliar
and abuse laws. He also represents lenders in secured finance transactions in
health care industry. Having worked on reimbursement, fraud and abuse, pri
clinical research issues from the patient, provider, payor, and government pe
possesses a uniquely comprehensive knowledge of and experience with the h
industry. Prior to joining OBER | KALER, he was a Policy Analyst with the Cer
Medicare and Medicaid Services of the US Department of Health and Human

**Significant Professional Experience:** Selected from a national pool by "Ni
Healthcare News" as one of fifteen Outstanding Young Healthcare Lawyers fo
President of APABA-MD (2006 - 2007). Elected to Steering Committee of DC
Section (2006 - 2009).

Exhibit "B"

**Public Service/Community Affairs:** Appointed to Equal Justice Council of
Aid Bureau (07/06 - Present), OBER | KALER's Community Grants Program A
Committee (2006), and OBER | KALER's Diversity Committee (2005 - Presen

**Non-English Languages:** Korean

Return to NAPABA Partners Directory Search

print version

© 1995-2006 National Asian Pacific An
The NAPABA and the NAPABA logo are Registered in the U.S. Patent