IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>    Defendants. | Civ. No. 04-00596 ACK-LEK |

**<u>ORDER GRANTING DEFENDANTS HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S EX PARTE MOTION TO SEAL EXHIBITS "31" AND "32" OF DEFENDANTS' REPLY TO JAMES LOCKYER'S OPPOSITION</u>**

The Court grants "Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's Ex Parte Motion to Seal Exhibits '31' and '32' of Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's Reply to Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, and Wilcox Health System's Motion for Summary Judgment"

filed on March 19, 2007.  The Court directs the Clerk's Office to seal Exhibits "31" and "32" of Defendants Reply to Plaintiff James Lockyer's Memorandum in Opposition to their Motion for Summary Judgment.  The Court directs Defendant to file unsealed, redacted versions of Exhibits "31" and "32".  <u>See</u> Amended General Order Adopting Electronic Case Filing Procedures § 11 (Feb. 1, 2006).[1]

Defendant need <u>not</u> file courtesy copies of the above-referenced documents for use by chambers.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 20, 2007.



_____
Alan C. Kay
Sr. United States District Judge

---

[1] Section 11.1 includes an individual's Social Security number in the list of personal identifiers that shall be redacted from all documents and pleadings filed with the court, including exhibits thereto unless ordered by the court.