IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,<br><br>      Plaintiffs,<br><br>  v.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>      Defendants. | Civ. No. 04-00596 ACK-LEK |

**<u>ORDER GRANTING DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO SHORTEN TIME FOR HEARING OF DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY</u>**

      The Court grants Defendant Lee A. Evlsin's Motion to Shorten Time for Hearing of Defendant Lee Evslin, M.D.'s Motion to Strike Hearsay and Other Improper Testimony filed on March 19, 2007.  The Court will hear Defendant Evslin's Motion to Strike at the hearing on Defendants' Motions for Summary Judgment scheduled for March 27, 2007 at 10:30 a.m.

      Plaintiffs are invited to file any opposition to Defendant Lee A. Evslin's Motion to Strike by noon on Friday,

March 23, 2007.

 IT IS SO ORDERED.

 DATED: Honolulu, Hawaii, March 21, 2007.



        _____
        Alan C. Kay
        Sr. United States District Judge