IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>　　　　Defendants. | Civ. No. 04-00596 ACK-LEK |

## ORDER GRANTING DEFENDANTS HAWAI`I PACIFIC HEALTH ENTITIES' EX PARTE MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D., IN FURTHER SUPPORT OF THEIR REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT

The Court grants Defendants Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's ("HPH Entities") Ex Parte Motion to File the Declaration of John Hayward, M.D.'s in Further Support of Defendant's HPH Entities' Reply to Plaintiff James Lockyer, M.D.'s Opposition to their Motion for Summary Judgment filed on March 20, 2007.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 21, 2007.



_____
Alan C. Kay
Sr. United States District Judge