# Exhibit 31

OCT-18-2006 11:26 FROM:HPH CVS        8089737325        TO:918082451171        P.26/45

OMB Approval No. 0938-0685

# MEDICARE
## AND OTHER FEDERAL HEALTH CARE PROGRAM
## INDIVIDUAL REASSIGNMENT OF BENEFITS



Health Care Financing Administration

Department of Health and Human Services · USA

## Health Care Provider/Supplier Application

HCFA 855R (1/98)

OMB Approval No. 0938-0685

## Billing Agency/Management Service Organization Address

*Check here [X] only if this entire section does not apply to the applicant.*
Complete this section if the entity is using a billing agency or management service organization.

| Agency/Management Service Organization Name | | | | Employer Identification Number |
|---|---|---|---|---|
| Organization/Person Name: | First | Middle | Last | Jr., Sr., etc. |
| Business Street Address Line 1 | | | | |
| Business Street Address Line 2 | | | | |
| | State | | ZIP Code + 4 | |
| Phone Number | Fax Number | | E-mail Address | |

## Reassignment of Benefits Statement

Medicare law prohibits payment for services to entities other than the practitioner who provided the services unless the practitioner specifically authorizes another entity (employer, facility, health care delivery system, or agent) to receive payment for his or her services, per Federal Regulation 42 CFR 424.80. By signing this Reassignment of Benefits Statement, you are authorizing the entity identified in Section 1 to receive Medicare payments on your behalf. Your employment or contract with this entity must be in compliance with HCFA regulations. The Reassignment of Benefits Statement must be signed by all providers, suppliers, and individuals who allow an entity (employer, facility, health care delivery system, or agent) to receive payment for your services.

I acknowledge that, under the terms of my employment or contract, **KAUAI MEDICAL CLINIC** (Legal Business Name of Entity)

am not entitled to claim or receive any fees or charges for my services.

| Reassignee Name (printed) | First: Michael | Middle: S. | Last: Braun | Jr., Sr., etc. | M.D., D.O., etc.: MD |
|---|---|---|---|---|---|
| Reassignee Signature (First, Middle, Last, Jr., Sr., M.D., D.O., etc.) | Michael S. Braun | | | Date (MM/DD/YYYY): 05/23/2000 | |

## Contact Person

Please supply the name and telephone number of a person who can answer questions about the information furnished in this application.

| Name | First: Julie | Middle | Last: Ako | Jr., Sr., etc. | Telephone Number: (808) 246-1355 |
|---|---|---|---|---|---|

## Attestation Statement

I certify that I have examined the above information and that it is true, accurate and complete. I understand that any misrepresentation or concealment of material information may subject me to liability under civil and criminal laws. I certify that the entity applying to receive payments is eligible to receive reassigned benefits.

| Authorized Representative Name (printed): | First: Lee | Middle: A. | Last: Evslin | Jr., Sr., etc. | M.D., D.O., etc.: MD |
|---|---|---|---|---|---|
| Authorized Representative Title/Position: President & CEO | Social Security Number: Redacted-8404 | | Medicare Identification Number (if applicable): C98425 | | |
| Authorized Representative Signature (First, Middle, Last, Jr., Sr., M.D., D.O., etc.) | | | Date (MM/DD/YYYY): 05/30/2000 | | |

U.S. Government Printing Office: 1998 - 432-482/98157

HCFA 855R (1/99)
2