# Exhibit 32

Fax sent by : 8889737325          HPH CVS                03-13-07 14:31    Pg: 1/7

OMB Approval No. 0938-0685

# MEDICARE
## AND OTHER FEDERAL HEALTH CARE PROGRAM
## INDIVIDUAL REASSIGNMENT OF BENEFITS



Department of Health and Human Services - USA

Health Care
Financing Administration

# Health Care
# Provider/Supplier Application

HCFA 855R (1/98)

OMB Approval No. 0938-0685

Check here ☒ only if this entire section does not apply to the applicant.

Complete this section if the entity is using a billing agency or management service organization.

| Billing Agency/Management Service Organization Name | | | Employer Identification Number |

| Agency/Organization | First | Middle | Last | Jr., Sr., etc. |
Contact Person Name:

Business Street Address Line 1

Business Street Address Line 2

| City | State | ZIP Code + 4 |

| Telephone Number | Fax Number | E-mail Address |
| ( ) | ( ) | |

Medicare law prohibits payment for services to entities other than the practitioner who provided the services unless the practitioner specifically authorizes another entity (employer, facility, health care delivery system, or agent) to receive payment for his or her services, per Federal Regulation 42 CFR 424.80. By signing this Reassignment of Benefits Statement, you are authorizing the entity identified in Section 1 to receive Medicare payments on your behalf.

Your employment or contract with this entity must be in compliance with HCFA regulations. The Reassignment of Benefits Statement must be signed by all providers, suppliers, and individuals who allow an entity (employer, facility, health care delivery system, or agent) to receive payment for your services.

I acknowledge that, under the terms of my employment or contract, **KAUAI MEDICAL CLINIC**
(Legal Business Name of Entity)

is entitled to claim or receive any fees or charges for my services.

| Professional's Name (printed) | First Roger | Middle Craig | Last Netzer | Jr., Sr., etc. | M.D., D.O., etc. MD |
| Reassignor Signature | Roger Craig Netzer | (First, Middle, Last, Jr., Sr., M.D., D.O., etc.) | Date (MM/DD/YYYY) 11/11/2001 |

Please supply the name and telephone number of a person who can answer questions about the information furnished in this application.

| Name | First Julie | Middle | Last Ako | Jr., Sr., etc. | Telephone Number ( 808 ) 246-1355 |

I certify that I have examined the above information and that it is true, accurate and complete. I understand that any misrepresentation or concealment of material information may subject me to liability under civil and criminal laws. I certify that the entity applying to receive payments is eligible to receive reassigned benefits.

| Authorized Representative Name: (printed) | First Lee | Middle A. | Last Evslin | Jr., Sr., etc. | M.D., D.O., etc. MD |
| Authorized Representative Title/Position President & CEO | Social Security Number Redacted - 8404 | Medicare Identification Number (if applicable) C98425 |
| Authorized Representative (First, Middle, Last, Jr., Sr., M.D., D.O., etc.) Signature | Date (MM/DD/YYYY) |

*U.S. Government Printing Office: 1998 - 432-459/88787