IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br><br>        v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam)<br><br>DECLARATION OF KENNETH S. ROBBINS<br><br>(RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO SEAL CURRICULUM VITAE OF JOHN HAYWARD, M.D., ATTACHED TO EXHIBIT "A" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY, FILED MARCH 20, 2007) |

DECLARATION OF KENNETH S. ROBBINS

      I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

      1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am the one of the attorneys for Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants") in the above-captioned matter.

4. Attached to Exhibit "A" to HPH Defendants' *Ex Parte* Motion to File the Declaration of John Hayward, M.D. in Further Support of HPH Defendants' Reply, Filed March 20, 2007, is a copy of the Curriculum Vitae of John Hayward, M.D., dated January, 2007. This document contains Personal Identifiers, as defined in Section 11 of the Amended General Order Adopting Electronic Case Filing Procedures, filed February 1, 2006.

5. The privacy interests of the individuals involved require the sealing of the January, 2007 Curriculum Vitae of Dr. Hayward, attached to Exhibit "A" to HPH Defendants' *Ex Parte* Motion to File the Declaration of John Hayward, M.D. in Further Support of HPH Defendants' Reply, Filed March 20, 2007.

6. HPH Defendants are moving in good faith to seal the January, 2007 Curriculum Vitae of Dr. Hayward attached to HPH Defendants' *Ex Parte* Motion to File the Declaration of John Hayward, M.D. in Further Support of HPH Defendants' Reply to protect the privacy interests of the individuals involved.

7. The January, 2007 Curriculum Vitae of Dr. Hayward contains sensitive privacy and confidentiality information. Therefore, the January, 2007 Curriculum Vitae of Dr. Hayward should be sealed and should not be made available to the public, as said documents contain protected Personal Identifiers.

8. John Hayward, M.D. has provided, and HPH Defendants are prepared — with the Court's permission — to file a revised Curriculum Vitae of Dr. Hayward, dated March, 2007, which does not contain the Personal Identifiers, as defined in Section 11 of the Amended General Order Adopting Electronic Case Filing Procedures. This Curriculum Vitae can be filed with the Declaration of John Hayward, M.D., permission for the filing of which was granted by this Court's Order Granting HPH Defendants' *Ex Parte* Motion to File the Declaration of John Hayward, M.D. in Further Support of HPH Defendants' Reply (Document number 184), filed March 21, 2007.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, March 21, 2007.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DECLARATION OF KENNETH S. ROBBINS (RE: DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO SEAL CURRICULUM VITAE OF JOHN HAYWARD, M.D., ATTACHED TO EXHIBIT "A" OF DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S *EX PARTE* MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY, FILED MARCH 20, 2007)