JANICE P. KIM           3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON       7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>　　　　Plaintiffs,<br><br>vs.<br><br><br>HAWAI'I PACIFIC HEALTH;<br>KAUAI MEDICAL CLINIC;<br>WILCOX MEMORIAL HOSPITAL;<br>WILCOX HEALTH SYSTEM; AND<br>WILLIAM A. EVSLIN, M.D. AKA<br>LEE A. EVSLIN, M.D.<br>　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF LOCKYER'S LOCAL RULE 10.2(e) FILING OF ORIGINAL SIGNATURES ON OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; EXHIBITS 1-7; CERTIFICATE OF SERVICE<br>HEARING:<br>Date:　　March 27, 2007<br>Time:　　10:30 a.m.<br>Judge:　　Honorable Alan C. Kay<br><br>Trial Date: September 18, 2007<br>Judge:　　Honorable Alan C. Kay |

PLAINTIFF LOCKYER'S LOCAL RULE 10.2(e)

## FILING OF ORIGINAL SIGNATURES ON OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW COMES PLAINTIFF-RELATOR JAMES LOCKYER, M.D., by and through his attorneys Janice P. Kim, Arleen Jouxson-Meyers, and Rafael G. del Castillo, and respectfully submits the original signatures of the following persons whose fax signatures were submitted with Plaintiff Lockyer's Opposition Memoranda, documents 146 and 151 herein:

1. Terry S. Coleman, Esq.
2. James Lockyer, M.D.
3. Jonathan K. Cho, M.D.
4. Michael S. Braun, M.D.
5. R. Craig Netzer, M.D.
6. Lawrence R. Raithaus, M.D.
7. Christina Newbold

DATED:   Honolulu, Hawaii, March 20, 2007.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.