# EXHIBIT 1

PRACTICAL TIPS FOR THE PRACTICING ONCOLOGIST (Second Edition), American Society of Clinical Oncology, 2000 (credited as principal author in the Foreword).

PRACTICAL TIPS FOR THE PRACTICING ONCOLOGIST, American Society of Clinical Oncology, 1997 (credited as principal author in the Foreword).

*Book Chapter –*

"Economic and Regulatory Issues Affecting Cancer," (with Joseph S. Bailes) in Charles M. Haskell, CANCER TREATMENT (Fifth Edition), 2001, at pp. 484-492.

*Articles and Miscellaneous –*

"Perspectives on Achieving OIG Compliance: Proceedings from a roundtable seminar conducted March 28, 2004, in Washington, DC," Thomson Medical Education, 2004 (roundtable participant).

"The HIPAA Security Regulations," (with Kimberlee C. Seah), in JOURNAL OF ONCOLOGY PRACTICE, July 2005, at p. 47.

"Oncologists and the Stark Law," in JOURNAL OF ONCOLOGY PRACTICE, May 2005, at p. 26.

### Compensation

I am charging my normal hourly rate plus expenses. My hourly rate in 2007 is $730.

### Other Cases

I have not testified at trial or by deposition in any other cases within the past four years.

_____
Terry S. Coleman

7247721_1

5