# EXHIBIT 2

## My Audit Request Was Defendants' Sole Reason for Retaliating Against Me

58.    I knew my practice was well-regarded. Dr. Mary Pixler, former chair of the KMC Internal Medicine Department, approached me at about 8:30 a.m. on Thursday, February 6, 2003 while I was completing my hospital rounds. She offered to speak to Defendant Evslin on my behalf to express her opinion that it was inappropriate to compare the number of patients I was seeing in clinic with the number of patients seen by physicians in the satellite clinics, as she had learned while on call at the hospital that I was seeing an extraordinarily high ratio of patients with very complex issues. She commented that the overwhelming majority of patient encounters in the outlying clinics were not professionally-demanding cases, involving simple colds and abrasions.

59.    A few days prior to Dr. Pixler's offer, my assistant, Christina Newbold, also mentioned to me that the billing department had made observed that we were submitting the most complete and accurate coding sheets in the KMC Clinic.

I, JAMES LOCKYER, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED:  Honolulu, Hawai`i, March 9, 2007

JAMES LOCKYER, M.D.

21

7.     Attached hereto as Exhibit 11 are true and correct copies of Exhibit my July 16, 2002 letter to Dr. Evslin and the letter to Quality Assurance Committee which is a recap of events detailing the problems of having multiple nurses in one day during the week before I went on vacation which lead to charts accumulating and messages from patients not being answered;

8.     Attached hereto as Exhibit 12 is a true and correct copy of the report Kauai Medical Clinic, Review Year 2002 regarding a study done of my compliance with Medicare Coding Regulation;

9.     Attached hereto as Exhibit 13 is a true and correct copy of a copy of the study done of the wait time for my patients showing an average wait time of 15 minutes.

10.     Attached hereto as Exhibit 14 is a true and correct copy of a letter received from Teresa T. Birchard, dated March 9, 2007;

I, JAMES LOCKYER, do declare under penalty of law that the foregoing is true and correct.


JAMES LOCKYER