# EXHIBIT 3

are highly desirable. All staff should be in compliance with the respective US state's practice acts.

(Emphasis added).

11.   Exhibit C1 the further reiterates under paragraph "7. Standards for Antineoplastic Therapy" the criteria which must be incorporated into the protocols or policies and procedures of any physician's office, infusion center, free-standing cancer center, and any other treatment site. Compliance with those protocols or policies and procedures must be documented.

I, JONATHAN K. CHO, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 8, 2007

*[signature]*
JONATHAN K. CHO, M.D.

4