# EXHIBIT 4

the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

I, MICHAEL S. BRAUN, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 8, 2007

*[signature: Michael S. Braun 3/8/07]*

MICHAEL S. BRAUN, M.D.