# EXHIBIT 5

covered the chemotherapy suite." I do not know what Nurse Carter meant by the term "covered," but whatever she may have meant, I did not "cover" the chemotherapy suite.

32. I dispute the allegation in Nurse Sally Diana's Declaration, attached hereto as Exhibit N5, that I was ever assigned by KMC administration "in advance to cover the chemotherapy suite." I do not know what Nurse Diana meant by the term "cover," but whatever she meant, no one ever asked me in advance to "cover" the chemotherapy suite.

33. No one ever had my permission to say that I covered the chemotherapy suite or to use my provider number to submit claims for the administration of chemotherapy.

I, R. CRAIG NETZER, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March ___, 2007

_____
R. CRAIG NETZER, M.D.