# EXHIBIT 6


9. Several other KMC-employed doctors held substantially similar suspicions about their compensation, ~~and Dr. Evslin denied them any access to the claims submitted under their respective provider numbers.~~

10. The doctors collectively believed that there was little we could do to compel Dr. Evslin to allow us access to the financial and claims data because he dominated decisions and held sway over the Wilcox Board. In desperation, we turned as a group to Dave Patton, then CEO of Wilcox Memorial Hospital, for support for our position that we should be allowed to review the claims and financial information. From my personal files, I have attached as Exhibit R1 a true and correct copy of a letter we sent to Mr. Patton, which we all signed and copied to Dr. Evslin.

I, LAWRENCE R. RAITHAUS, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: ~~Honolulu,~~ Lanai, Hawai`i, March 7, 2007

_Lawrence R. Raithaus MD_
LAWRENCE R. RAITHAUS, M.D.

3