# EXHIBIT 7

diligently to business of medicine. I do not recall the exact date or the woman's last name, but early in 2003, Colleen, KMC coding/billing department staff, mentioned to me that she wished that all the other doctors submitted their coding sheets as promptly and accurately as Dr. Lockyer and I. Colleen commented that it was noted that our coding sheets were always filled out completely including the presumed date of onset for various diagnoses. Colleen told me that she was considering using our coding sheets as an example for others to follow.

11. It is my belief and understanding based upon my six years of employment and experience at KMC that the circumstances described in numbers 5, 6, 7, 8, and 9 above were common knowledge to all KMC staff.

12. To my knowledge, the oncology patients knew that chemotherapy was started by 8:30 a.m. and that the Clinic was closed from noon until 2:00 p.m., except for the chemotherapy room. Most patients would have known that the Clinic was closed from noon until 2:00 p.m., except for the chemotherapy room.

I, CHRISTINA NEWBOLD, do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 5, 2007

*/s/ Christina B. Newbold*
CHRISTINA NEWBOLD