IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) ) | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

JANICE P. KIM, ESQ.                    March 22, 2007
kimj054@hawaii.rr.com

RAFAEL G. DEL CASTILLO, ESQ.          March 22, 2007
rdelcastillo@physicianslawfirm.com

HARRY YEE, ESQ.                          March 22, 2007
harry.yee@usdoj.gov

STEPHANIE E.W.THOMPSON, ESQ.             March 22, 2007
sthompson@starnlaw.com


Served by First Class Mail:

ARLEEN D. JOUXSON-MEYERS, ESQ.           March 22, 2007
Jouxson-Meyers & Del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

Attorney for Qui Tam for Plaintiff
 and the State of Hawaii

SHARON V. LOVEJOY, ESQ.                  March 22, 2007
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
737 Bishop Street, Suite 1900
Honolulu, Hawaii  96813

Attorneys for Defendant
WILLIAM A. EVSLIN, M.D. aka LEE A.
EVSLIN, M.D.

             DATED:  Honolulu, Hawaii, March 22, 2007.

                         /s/ Kenneth S. Robbins
                         KENNETH S. ROBBINS
                         JOHN-ANDERSON L. MEYER
                         SERGIO RUFO

                         Attorneys for Defendants
                         HAWAI'I PACIFIC HEALTH, KAUAI MEDICAL
                         CLINIC, WILCOX MEMORIAL HOSPITAL
                         AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.; CERTIFICATE OF
SERVICE (RE: DECLARATION OF KENNETH S. ROBBINS RE DECLARATION OF HARRY R. SILVER)