# EXHIBIT 1

to provision of services for these parties, Ms. Bookbinder has supported attorneys in their due diligence activities for physician practice acquisition and mergers and with investigation of billing issues arising from compliance concerns.

**Q5.** *The compensation to be paid for the study and testimony.*

Nancy Bookbinder, President: $312.50/hour.

**Q6.** *A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.*

No other cases in past four years.

Sincerely,

Nancy Bookbinder, President
Oncology Resource Consultants, Inc.