12. Further discovery must be conducted to determine who was initially evaluating cancer patients at KMC, developing the care plan, and writing the associated orders for chemotherapy treatment when there was no oncologist.

13. I expect to provide an authoritative opinion regarding these issues in my expert report after discovery is completed.

I, NANCY BOOKBINDER, do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 9, 2007

*[signature]*

NANCY BOOKBINDER