IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,<br><br>      Plaintiffs,<br><br>  v.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.,<br><br>      Defendants. | Civ. No. 04-00596 ACK-KSC |

**<u>ORDER GRANTING DEFENDANTS HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S EX PARTE MOTION TO SEAL THE CURRICULUM VITAE OF JOHN HAYWARD, M.D., ATTACHED TO EXHIBIT "A" OF THE DEFENDANTS' EX PARTE MOTION TO FILE THE DECLARATION OF JOHN HAYWARD, M.D., IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY</u>**

      The Court grants Defendants Hawai`i Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital and Wilcox Health System's (HPH Defendants) Ex Parte Motion to Seal the Curriculum Vitae of John Hayward, M.D., attached to Exhibit 'A' of the HPH Defendants' Ex Parte Motion to File the Declaration of John Hayward, M.D., in further support of the HPH Defendants' Reply, filed March 20, 2007.

The Court directs the Clerk's Office to seal John Hayward's Curriculum Vitae. The Court directs Defendant to file unsealed, redacted versions of John Hayward's Curriculum Vitae. <u>See</u> Amended General Order Adopting Electronic Case Filing Procedures § 11 (Feb. 1, 2006).[1/]

Defendant need <u>not</u> file courtesy copies of the above-referenced documents for use by chambers.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 22, 2007.



_____
Alan C. Kay
Sr. United States District Judge

---

[1/] Although not precluded by our local rules, the Court notes that the residential address contained in the Curriculum Vitae of John Hayward is personal information. The local rules do, however, preclude the inclusion of the names of Dr. Hayward's minor children as personal identifiers.