Suppl re Hayward dec.doc

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |
| SERGIO RUFO | 8211-0 |

2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

DAVIS WRIGHT TREMAINE LLP          CIVIL NO. CV04-00596 ACK LEK

EDWIN D. RAUZI          4292-0
1501 4th Avenue, Suite 2600
Seattle, Washington  98101
Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
Email:  edrauzi@dwt.com

PATTON BOGGS LLP

HARRY R. SILVER
LAURENCE J. FREEDMAN
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6453
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH,
KAUAI MEDICAL CLINIC, WILCOX MEMORIAL
HOSPITAL and WILCOX HEALTH SYSTEM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.,<br><br>　　　　　　Defendants. | CIVIL NO. CV04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL DECLARATION OF JOHN HAYWARD, M.D.** IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KENNETH S. ROBBINS; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:　March 27, 2007<br>Time:　10:30 a.m.<br>Judge:　Alan C. Kay<br><br><br>TRIAL:　9/18/07<br>JUDGE:　Alan C. Kay |

2

DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL DECLARATION OF JOHN HAYWARD, M.D.** IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S <u>MOTION FOR SUMMARY JUDGMENT</u>

  COME NOW Defendants HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH Defendants"), by and through their attorneys, Robbins & Associates, and file this their SUPPLEMENTAL DECLARATION OF JOHN HAYWARD, M.D. IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT.

  In further support of HPH Defendants' Reply, filed March 16, 2007 and the underlying Motion for Summary Judgment filed December 22, 2006, and pursuant to this Court's March 21, 2007 Order Granting Defendants Hawai`i Pacific Health Entities' *Ex Parte* Motion to file the Declaration of John Hayward, M.D., in Further Support of their Reply to Plaintiff James Lockyer, M.D.'s

Opposition to their Motion for Summary Judgment, and also pursuant to this Court's March 23, 2007 Order Granting HPH Defendants' *Ex Parte* Motion to Seal the Curriculum Vitae of John Hayward, M.D., attached to Exhibit "A" of the Defendants' *Ex Parte* Motion to File the Declaration of John Hayward, M.D., in Further Support of HPH Defendants' Reply, HPH Defendants submit herewith the Declaration of John Hayward, M.D. in further Support of HPH Defendants' Reply to Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to HPH Defendants' Motion for Summary Judgment.  Pursuant to this Court's Order of March 23, 2007, all "Personal Identifiers," as that term is defined in Amended General Order Adopting Electronic Case Filing Procedures § 11 (Feb. 1, 2006), have been redacted from these documents.

DATED:  Honolulu, Hawaii, March 23, 2007.

/s/Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendants
HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM

Civil No. CV04-00596 ACK KSC; <u>USA, ex rel. Lockyer, et al. v. Hawaii Pacific Health, et al.</u>; DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL AND WILCOX HEALTH SYSTEM'S **SUPPLEMENTAL DECLARATION OF JOHN HAYWARD, M.D.** IN FURTHER SUPPORT OF HPH DEFENDANTS' REPLY TO PLAINTIFF JAMES LOCKYER, M.D.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS HAWAI`I PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL, AND WILCOX HEALTH SYSTEM'S MOTION FOR SUMMARY JUDGMENT