IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) ) | CIVIL NO. CV04-00596 ACK LEK (Federal and State - Qui Tam)  DECLARATION OF KENNETH S. ROBBINS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on

personal knowledge and am competent to testify to the matters stated therein.

     1.     I am an attorney licensed to practice in all courts in the state of

Hawaii.

     2.     I make this declaration on personal knowledge of the facts set

forth in this declaration and am competent to testify to the matters stated herein.

3.    I am the one of the attorneys for Defendants HAWAI`I

PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL

HOSPITAL AND WILCOX HEALTH SYSTEM (collectively referred to as "HPH

Defendants") in the above-captioned matter.

4.    Filed as an attachment hereto as Exhibit "A" is a true and

accurate copy of the Declaration of John Hayward, M.D., dated March 16, 2007.

I declare under penalty of law that the foregoing statements are true

and correct.

DATED:  Honolulu, Hawaii, March 23, 2007.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS

Civil No. CV04-00596 ACK LEK; USA, ex rel. Lockyer, et al. v. Hawaii Pacific
Health, et al.; DECLARATION OF KENNETH S. ROBBINS

2