STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE THOMPSON           8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State – Qui Tam)<br><br>**DECLARATION OF JOHN HAYWARD, M.D.** |

Exhibit "A"

# DECLARATION OF JOHN HAYWARD, M.D.

I, JOHN HAYWARD, M.D., do declare that:

1. I am a physician board certified in oncology, internal medicine, hospice,. I am licensed to practice medicine in the State of Hawai`i, and California, and am fully competent in all respects to make this Declaration. I have personal knowledge of all facts stated herein, except as otherwise noted.

2. I worked as an oncologist at Kauai Medical Clinic ("KMC") from 1994 until May 2002.

3. I currently work as an Oncologist

4. While at KMC, I wrote the oncology orders for chemotherapy patients, and most of the time I directly supervised the chemotherapy administration. If I was not available, Dr. Sutherland usually covered the chemotherapy administration.

5. On the limited occasions when both I and Dr. Sutherland were physically unavailable to supervise the administration of chemotherapy, an internal medicine physician at KMC would cover the administration of chemotherapy. These physicians were not asked or expected to order chemotherapy, but rather were to be available for nursing questions and to respond if needed to immediate adverse reactions..

6. This coverage was arranged informally, with the concurrence and knowledge of Dr. Sutherland and/or myself, the covering physician and the oncology nurses.

7. It was generally understood by myself, the nurses, and the covering internists that the covering physician would be available to render medical assistance to patients receiving chemotherapy, or other infusions, if the chemotherapy nurses sought physician assistance for an event, such as an adverse reaction, in the chemotherapy room. My understanding is based on observations and discussions.

8. The potential and likely medical events for which an oncology nurse would seek physician assistance during chemotherapy can be handled by competent internal medicine physicians. In my opinion, the internal medicine physicians with whom I worked, and most internists in general, were capable of administering the immediate medical attention, or triage to a patient who may be experiencing some adverse reaction to chemotherapy.

9. Although I do not recall ever seeing a written protocol describing the "on call" schedule for covering the infusion room, I do know that if I was unavailable, it was usually the internist scheduled to be "on call" that day for internal medicine that would also "cover" activities in the infusion room.

10. The oncology nurses at KMC with whom I worked are, in my opinion, the best crew of oncology nurses I have ever had the privilege of working with throughout my 21 years as an oncologist.

11. Each one of the nurses was very dedicated and highly competent and conscientious

12. The nurses would always, at the beginning of each day, clarify who was on call for that day. If I ever had to leave the office suite, I always checked in with the nursing staff and informed them of where I was going, and how long I would be gone. The nurses would then secure the services of an internist, usually the "on call" internist for that day, to be sure that he was immediately available to supervise any administration of chemotherapy. I know that the legal and safety issues of physician coverage of a chemo room was a significant part of the training for chemotherapy certification.

13. In my personal experience with the nurses at KMC and through multiple discussions with them, I am confident that in the event that a covering physician could not be secured, (which, to the best of my recollection has never occurred), the nurses would shut down the chemotherapy unit and not proceed with scheduled infusions.

14. I have direct recollection that Dr. Lockyer, on several occasions, covered the chemotherapy administration room. Dr. Lockyer and I, on several occasions we had conversations regarding chemotherapy treatment and his coverage of the chemotherapy unit. He always seemed, to me, willing and interested in covering the chemotherapy room.

15. Attached hereto is a true and correct copy of my *curriculum vitae*.

DATED:   March 16, 2007, San Francisco, California,

_____
John Hayward, M.D.

**CURRICULUM VITAE**       (revised 1/07)

John Alden Hayward MD

**PERSONAL INFORMATION**

| | |
|---|---|
| Business address | [Redacted] |
| | Redwood City, CA 94062 |
| Phone | 650 216-8300 |
| Fax | 650 216-8400 |
| E-mail | drjohnhayward@yahoo.com |
| Date of Birth | [Redacted], 1960 |
| Place of Birth | Boston, Massachusetts |
| Citizenship | United States |
| Marital Status | Married, Wife Coco, Daughters A[Redacted] and S [Redacted] |

**EDUCATION**

| | |
|---|---|
| High School | Leland High School |
| | San Jose, CA |
| | Graduated 1978 |
| University | University of California, Davis |
| | and Santa Barbara, CA |
| | 9/78 – 6/82 |
| | Bachelor of Science, June 1982 |
| | Physiology and Cell Biology |
| Medical School | University of Southern California |
| | School of Medicine |
| | Los Angeles, California |
| | 9/82 – 6/86 |
| | Doctor of Medicine, June 1986 |
| Internship and Residency | Santa Barbara Cottage Hospital |
| | and Santa Barbara County Clinics |
| | Santa Barbara, CA |
| | Internal Medicine |
| | 7/86 – 6/89 |
| Fellowship | Los Angeles County General Hospital |
| | University of Southern California |
| | Kenneth Norris Comprehensive |
| | Cancer Center, Los Angeles, CA |
| | Medical Oncology  7/1989- 6/1991 |
| | Hematology          7/1991- 6/1992 |

1

| | |
|---|---|
| Board Certification | Internal Medicine 1987 |
| | Medical Oncology 1992, Recertified 2002 |
| | Hospice and Palliative Medicine (ABHPM) 1999 |
| | Board Eligible in Hematology |
| Licensure | Hawaii     MD8753  Active |
| | California  G061995 Active |
| DEA | BH1767170 |
| UPIN | F43711 |

**PRACTICE**

| | |
|---|---|
| 2005 - Present | Private Practice, Sequoia Hospital |
| | Redwood City, CA |
| 2003 – 2005 | Director of Oncology, St Luke's Hospital |
| | San Francisco, CA |
| | Division Chief of Oncology |
| | Co Chair Cancer Committee |
| | Co Chair Tumor Board |
| | Cancer Liaison Physician |
| | Palliative Care Consultant |
| | Director Infusion Center |
| | Regional Cancer Foundation Member |
| | Sutter West Bay Cancer Service Line |
| | Sutter Palliative Care Committee |
| | Palliative Care Committee |
| | Transfusion Committee |
| | Ethics Committee |
| | EPEC Trainer |
| 1994 – 2003 | Kauai Medical Clinic, Department of Medicine |
| | Kauai Hospice, Co-Founder and Medical Director |
| | Wilcox Memorial Hospital, Pain Management Service |
| | Vice Chairperson, Cancer Committee |
| | Chairperson, Tumor Board |
| 1992 - 1994 | Kaiser Permanente Medical Group |
| | San Francisco, CA |
| | Department of Medicine |
| | Division of Oncology |
| Description | Oncology, Hematology, HIV Disease |
| | and Palliative Medicine |
| Duties | Staff Physician and Consultant in |
| | Hematology, Oncology, HIV, |
| | Pain Management, Coagulopathy, End of Life Care |
| | Author Annual Cancer Report for |
| |     Wilcox Memorial Hospital |

|  |  |
|---|---|
| Procedures | Cancer Liaison to the American College of Surgeons<br>Bone marrow Aspiration and Biopsies,<br>Fine Needle Aspiration of Lymph Nodes, Tumors<br>Chemoembolization, Intrathecal Chemotherapy,<br>Intraperitoneal Chemotherapy |
| Activities and Grand Rounds Presentations | Coagulopathy of Sepsis<br>Targetted Drug Therapies<br>HIV Drug Resistance<br>Pain Management<br>Narcotic Prescribing<br>Breaking Bad News<br>Management of Clotting Disorders<br>Colon Cancer Screening, Diagnosis and Management<br>Breast Cancer State of the Art<br>Ovarian Cancer Update<br>Sentinel Node Biopsy<br>Melanoma Management<br>Kaposi's Sarcoma<br>AIDS-Lymphoma<br>HIV Diagnosis and Management<br>End of Life Care<br>Advanced Imaging in Colon Cancer Staging<br>Activated Protein-C Therapy |
| Residency Grand Rounds | Intervention in Acute Stroke<br>Diagnosis and Treatment of Ovarian Carcinoma.<br>Hyperthyroidism<br>Antiarrhythmic Therapy<br>Ophthalmologic Emergencies |
| Fellowship | Case Report: Disseminated Intra-Vascular Coagulation following Hepatic Chemoembolization |
| **Research** | Principal Investigator<br>A.C.T.G. Study #142<br>Low dose mBACOD vs. mBACOD + GM-CSF<br>in AIDS-related Lymphoma<br>8/92 – 2/94<br><br>Erythropoietin in Anemic Cancer Patients,<br>Ortho-Biotech<br>Conducted at Kauai Medical Clinic<br>2000 - 2001 |

3

| | |
|---|---|
| Fellowship | Phase II Study of Carbetimer in Advanced Melanoma Drs. S. Grunberg, M. Mitchell and F. Muggia |
| | Phase II Trial of Low Dose IL-2 and Melanoma Vaccine in Advanced Melanoma, with Dr. M. Mitchell |
| | Laboratory Investigation: Characterization of Melanoma Surface Antigens Targeted by Cloned T-Cells from Vaccinated Patients via T-Cell Western Blot Technique |
| University | Department of Biology U.C. Santa Barbara, Ultrastructure of Thyroid Follicle Cells, Thyroid Embryology |
| Employment | Raychem Corporation, Menlo Park, CA Division of Research and Development, Ultraviolet Crosslinking of Fluorinated Polymers |
| Medical School | Department of Pathology, U.S.C. Edmondson Oncogene and Tumor Biology Laboratory: Retrovirus Infection of a Melanoma Cell Line, and Dedifferentiation of Cultured Melanoma Cells into Neural Elements |

**PROFESSIONAL AFFILIATIONS**

| | |
|---|---|
| Medical Associations | Association of Northern California Oncologists |
| | American Cancer Society |
| | American Society of Clinical Oncology |
| | American Society of Hematology |
| | American Academy of HIV Medicine |
| | Hawaii Society of Clinical Oncology |
| | Association of Community Cancer Centers |
| | California Medical Association |
| | AIDS Clinical Trial Group |
| | South West Oncology Group |
| | National Surgical Adjuvant Breast and Bowel Project |
| | Saint George Society |
| | Salerni Collegium |
| | East Los Angeles Community Health Project |
| | Santa Barbara Society of Internal Medicine |
| | Thalomid Expanded Access Program 2001 –2006 |

**HONORS and AWARDS**

| | |
|---|---|
| High School | California Scholarship Federation |
| |     Life Member |
| | Advanced Placement Exam in American |
| |     History and English Literature |
| | Veterinary Assistant, Acacia Pet |
| |     Clinic, San Jose, Ca |
| | Police Athletic League Soccer Referee |
| | Ranked 6th in class of 700 |
| University | Physician's Assistant (volunteer) |
| |     Freedom Medical Clinic, Santa Barbara. |
| | U.C.S.B. Lacrosse Team, Cal State Title. |
| | Pre-Med Club |
| | Pharmacology Club |
| | Dean's Honor List: Fall 1978, |
| | Spring 1979, Fall 1979, Spring 1980, |
| | Fall 1981, Winter 1982, Spring 1982. |
| | Graduated with High Honors U.C.S.B. 1982 |
| | M.C.A.T. score 72 |
| Medical School | California State Graduate Fellowship |
| |     Awarded 1983, 1984, 1985 |
| | Boon Scholarship Awarded 1982 |
| | Honors in Endocrinology, Neurology, |
| | Hematology, Reproduction, and |
| |     Microbiology. |
| | National Boards  94th percentile |
| Fellowship | American Cancer Society Clinical |
| |     Oncology Fellowship Grant |
| |     Awarded 1991-1992 |
| Practice | St. Luke's Hospital, Palliative Care Grant from |
| |     the Franklin Benevolent Foundation, 2005 |
| | Tuoro University Medical School |
| |     Clinical Attending |
| | University of Hawaii School of Medicine |
| |     Student Shadow Program |