IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br>        Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>        Defendants.<br>_____ | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF RAFAEL DEL CASTILLO<br><br>HEARING<br><br>Date:    March 27, 2007<br>Time:   10:30 A.M.<br><br><br>Trial Date:  September 18, 2007<br>Judge:     Honorable Alan C. Kay |

DECLARATION OF RAFAEL DEL CASTILLO

      I, RAFAEL DEL CASTILLO, do hereby declare that the following information is based on personal knowledge, and that I am competent to so testify:

      1.    I am an attorney licensed to practice law in the State of Hawai`i, and I am a member of the law firm of Jouxson-Meyers & del Castillo, AAL, LLLC.

      2.    I am one of the attorneys for Plaintiff-Relator James Lockyer, M.D.

      3.    I make this declaration in support of Plaintiff James Lockyer, M.D.'s Memorandum in Opposition to Defendant Lee A. Evslin, M.D.'s Motion to

Strike Hearsay and Other Improper Testimony, Filed March 19, 2007, filed March 26, 2007.

    4.    Attached as Exhibit 2 are various pages excerpted from documents Defendants produced in response to Plaintiff Lockyer's First Request for Production of Documents. The pages in Exhibit 2 are marked with Defendants' Bates stamp, and purport to respond to Plaintiff Lockyer's request for production of minutes of any meetings making mention of Plaintiff Lockyer, the Camden Report, chemotherapy, or the KMC Oncology Department.

    I, RAFAEL DEL CASTILLO, do declare under penalty of law that the forgoing is true and correct.

    DATED: Honolulu, Hawai`i, March 26, 2007

    /s/ Rafael del Castillo
    RAFAEL DEL CASTILLO