IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) DECLARATION OF JAMES LOCKYER, M.D. |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D. | ) ) ) ) ) ) ) | HEARING Date:    March 27, 2007 Time:    10:30 A.M. |
| Defendants. _____ | ) ) ) | Trial Date:    September 18, 2007 Judge:    Honorable Alan C. Kay |

DECLARATION OF JAMES LOCKYER, M.D.

I, JAMES LOCKYER, M.D., hereby declare:

1.    I am a physician licensed to practice medicine in the states of

Hawai`i, and am over 18 years of age.

2.    I am a resident of the Kapaa, Island of Kauai.

3.    I make this declaration in support of Plaintiff Lockyer's

Memorandum in Opposition to Defendant's Motion to Strike Portions of

Declarations, filed March 19, 2007.

4.    Attached as Exhibit 1 is a true and correct copy of a report

which was given to me while I was employed by Defendant KMC.

5.      I received the report along with a number of other documents.

6.      It was my understanding at the time that the documents were removed from the office of Mary Pixler, M.D., after she left her KMC employment.  I was told that the Clinic Administration was anxious to have Dr. Pixler's office cleared out and had ordered the documents and her left-over personal effects removed.  I assumed I was given the documents to use or dispose of as I saw fit in carrying out the administrative aspects of my position.

I, JAMES LOCKYER, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED:  Honolulu, Hawai`i, March 26, 2007

JAMES LOCKYER, M.D.