IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF THOMAS A. LOUDAT, PhD.<br><br><br><br>HEARING<br><br>Date:  March 27, 2007<br>Time:  10:30 A.M.<br><br>Trial Date:  September 18, 2007<br>Judge:  Honorable Alan C. Kay |

## DECLARATION OF THOMAS A. LOUDAT, PhD.

I, Thomas A. Loudat, PhD. declare that

1. I am an economist and performed, at the request of Dr. Lockyer, an analysis of his billing charges and receipts while employed at Kauai Medical Clinic.

2. Attached is my report regarding Dr. Lockyer and my CV with my professional qualifications to perform the economic analysis undertaken in this case.

3. In reviewing the data provided and as described in my report the following emerged:

  a. The average ratio of receipts to charges pre-2003 equals 72%.

  b. The average ratio of receipts to charges in 2003 plummets to 49%.

  c. This is a significant dip in the collections by KMC for Dr. Lockyer's services in 2003 amounting to a 31% decline in collections of receipts to charges.

4. The actual annualized trend shown by Dr. Lockyer's receipts in 2003 demonstrates that his production was increasing. KMC's collections for his work decreased significantly giving the impression that he was not productive.

I, Thomas A. Loudat, PhD., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 26, 2007

*[signature]*

THOMAS A. LOUDAT, PhD.