# WILCOX HEALTH SYSTEM
## Lihue, Hawaii

## Kauai Medical Clinic
## Organizational Assessment

### D R A F T

May 10, 1999

**T H E**
**CAMDEN**
**GROUP**

# EXHIBIT 1

# TABLE OF CONTENTS

Page

... AND APPROACH .................... 1

...ATIONS

...ment ............................... 2

...ion ................................. 5

...ion ................................. 6

...lls Interviwed ...................... 7

...Organizational Structure

...ment Chair Responsibilities (Current as of 8/7/98)

O.  Governace/Committee Structure

M.  Management Organizational Structure (Phase 1)

M.  Management Organizational Structure (Phase 2)

# TABLE OF CONTENTS

Page

I.    BACKGROUND AND APPROACH . . . . . . . . . . . . . . . . . . . . . . . 1

II.   FINDINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

III.  RECOMMENDATIONS
      Governance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
      System Integration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
      Clinic Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Exhibits:
1.    Individuals Interviewed
2.    Current Organizational Structure
3.    Department Chair Responsibilities (Current as of 8/7/98)
4.    Proposed Governance/Committee Structure
5.    Proposed Management Organizational Structure (Phase 1)
6.    Proposed Management Organizational Structure (Phase 2)

# I. BACKGROUND AND APPROACH

## Background

In 1996, the Wilcox Health System (the "System") purchased the Kauai Medical Group. Reorganized as the Kauai Medical Clinic ("KMC" or the "Clinic") and incorporating the Wilcox Medical Clinic, KMC has now functioned as a key component of the System for nearly three years. During this timeframe it has also expanded as well as encountered the growing complexities of group practice management. As a result, The Camden Group was requested to perform a review of the current management and governance structure of the Clinic. The purpose of our review included the following:

- Identify opportunities to enhance the Clinic's management effectiveness and efficiency.

- Assure that the organizational structure facilitates the Clinic's role within the System.

- Identify opportunities to streamline decision-making.

- Assure the appropriate division of responsibilities to maximize management effectiveness.

## Approach

To achieve these objectives, The Camden Group conducted interviews on-site on April 19-20, 1999. Individuals interviewed are listed on Exhibit 1. While we did not conduct extensive physician interviews as a part of this engagement, we did interview physician leaders as part of our Compensation Plan redesign during the month of March. In addition to conducting individual interviews, we reviewed current organizational structures as well as relied on our experience with integrated delivery systems and medical groups throughout the country in making our recommendations.

## II.    FINDINGS

Our major findings concerning the Clinic's current organizational structure (see Exhibit 2) include the following:

- The current organizational structure does not facilitate effective delegation of responsibilities.

  - Far too many operational issues and problems must be resolved by the President/CEO. This includes physician leadership issues (physician behavior, staffing, etc.) as well as day-to-day operational problems (e.g., patient billing complaints).

  - While the clinic coordinator positions were recently created to allow more delegation of clinical operational issues, they are felt to be ineffective in their roles because their span of control is often too large. Even though facilitators have been appointed in most clinical departments to serve as supervisors, no time is allotted to allow them to fulfill their administrative responsibilities. As a result, many duties that would ordinarily be delegated to these positions (staff scheduling, performance review, day-to-day problem resolution at the department level) are left for the clinical coordinators to handle.

  - While physician department chairs have been identified, and responsibilities have been outlined (Exhibit 3), in general it does not appear that physicians are held accountable for these duties. As an example, physician staffing should be the responsibility of the department chair. According to the Medical Director, he spends a fair amount of his time resolving these kinds of problems (i.e., locating a locum tenens physician, physician staffing). Physician disciplinary issues are another example of issues which should be handled by the department chair. Instead, these matters are most often referred to the Medical Director or President for resolution.

  - Many of the Medical Director's responsibilities could be more efficiently coordinated with staff assistance. This includes tracking quality management issues (patient complaints, grievances, etc.) as well as physician recruitment. Between setting higher expectations of the Department Chairs and delegating some administrative activities, the responsibilities of the Medical Director could be greatly reduced.

## II.    FINDINGS (Cont'd)

The staff positions for utilization and quality management have been eliminated.    As a result, this increases the administrative burden on the Medical Director.    Overall, the utilization and quality management processes appear to need more organized attention.

- Clinical coordinators noted that current structure for managing authorizations needs to be improved.  Many groups find it beneficial to centralize this function within the same facility.

This situation results in an overload on senior management.  Consequently, there are complaints about lack of follow-through and responsiveness to identified issues.

Medical groups of this size typically utilize a Chief Operating Officer position to direct all operational functions of the group (clinic operation, business office).

Responsibilities and accountability is often unclear.

Several times throughout our interviews it was mentioned that there was a lack of accountability for problem solving, particularly if it crosses departmental lines.

While job descriptions may identify roles and responsibilities, performance expectations appear to be unclear in some cases.    The physician department chairs are an example of this, as well as department managers, including clinical coordinators.    Priorities are not always clearly articulated by senior management (i.e., everything is important).    In some cases, performance reviews are not always conducted in a timely manner.

Employees are given across the board increases rather than performance-based wage/salary adjustments.

This reinforces the sense that individuals are not held accountable for performance.

There appears to be a need for supervisory/management training.  This would include basic management skills (supervising employees) as well as specific management training for medical group managers.  Access to many of these management programs can be accessed through teleconferences or video conferences.

Senior management needs to reinforce managers' roles in problem solving and leadership.  This not only includes empowering managers and supervisors to resolve issues, but to *expect* them to resolve them, or at least make their best efforts before referring the problem to senior management for resolution.  Additional training may be required to enhance conflict resolution and problem solving skills.

3

## II.   FINDINGS (Cont'd)

- While it is important to recognize the differences inherent in medical group and hospital operational management, there is a need to take on a stronger orientation to the System.
  - It appears that most employees, including managers, view their position from either a Clinic or Hospital perspective.  While this is natural, there seems to be some attitudes that reflect a "we vs. they" mentality.
  - We often find in organizations of this size that operational effectiveness is enhanced through the appointment of a chief operating officer at both the hospital and clinic.

- The Clinic governance structure does not facilitate a clear path for decision-making and establishing direction for KMC.
  - The Executive Committee (composed of department chairs) is regarded as primarily a forum for information exchange and has suffered from lack of attendance.
  - The Professional Affairs Committee (PAC) and the Salary/Finance Committee have been meeting together, since their primary discussion items have been related to physician compensation and other financial issues.
  - Even though the Clinic Board has physician representation, the PAC was created initially to function as the physician's "internal" governing body.  Some physicians interviewed did not feel that the PAC was an effective structure.

- The financial services area needs focused attention with respect to organizational structure.
  - The current department divisions (health information management and patient accounting) should be consolidated into one department.
  - There appears to be ongoing "finger pointing" both within the financial services functions as well as between financial services and the clinical departments regarding responsibilities for coding accuracy, completing encounter forms, complying with financial policies, and overall accountability for an effective patient accounting function.
  - Some specific functions are misplaced (i.e., provider credentialing (obtaining provider numbers)) is handled by the Director, Health Information Management.

4

## III.   RECOMMENDATIONS

Our recommendations fall into the following categories: governance, system integration, and clinic management and are described below.

### Governance

Exhibit 4 illustrates the proposed governance structure for the Clinic.

- The Board of Directors retains its current structure, with a primary focus on setting strategic direction, evaluating Clinic financial performance, and assuring the achievement of community benefit and quality of care goals.

- We recommend narrowing the focus of the PAC, to be limited to salary/finance functions. The Executive Committee will take on the governance function for the Clinic's physician issues.

  - The Executive Committee would be composed of all department chairs, each of whom are elected by their respective departments. Other committee chairs (Salary/Finance (PAC), Quality Assurance, Utilization Management and Medical Records) would also participate on the Committee.

  - The Executive Committee should be chaired by the President/CEO of the Clinic.

  - The Executive Committee's role should be strengthened to deal with all major professional issues. Department and other committee chairs will report on actions taken in their department as well as inter-departmental issues requiring discussion.

# III. RECOMMENDATIONS (Cont'd)

## System Integration

Exhibit 5 illustrates our recommended management organizational structure.

- We recommend the appointment of a Senior Vice President, Medical Affairs at the System level.

  - Responsibilities would include all professional issues, including quality management and physician recruitment for the System, including the Clinic and Hospital Medical Staff.

  - Other responsibilities would include program/clinical development for the expansion/enhancement of clinical programs, including relationships with other providers.

  - The President/CEO of the Clinic would hold this position in addition to his role as Clinic CEO.

- A care management director (RN) should be appointed to coordinate all System quality and utilization management activities in conjunction with appropriate Clinic and Medical Staff committees. This role would also direct the System's proposed case management program. We did not review the Hospital's current staffing structure for quality and utilization management. These activities could be consolidated at the System level under the Senior Vice President, Medical Affairs.

- Other System functions could incorporate existing Clinic activities:

  - Employee benefit management
  - Marketing
  - Physician recruitment

- Information system and financial services would retain their current reporting and working relationships.

6

## III. RECOMMENDATIONS (Cont'd)

- Exhibit 6 illustrates a management structure often used by integrated delivery systems throughout the country. It places increased focus at the system level by centralizing all professional/care management issues and eliminating the CEO positions at both the hospital and medical group. The System may wish to re-evaluate its management organization over time in light of this structure or others it may want to consider.

### Clinic Management

- Create a new position of Chief Operating Officer of the Clinic. It is our opinion that the current Vice President, Clinical Services could fulfill this role.

- Reorganize the patient accounting/HIM functions under one department, which would report to the COO. It is recommended that an interim leader for this combined function be engaged to facilitate the reorganization over the next six to eight months.

- Free up time among the facilitators to assure that they can fulfill their supervisory functions (staffing, day-to-day department operations, coordination with physician department chairs). It is expected that this will require a reduction in their clinical responsibilities of between 10 to 20 hours per week, depending on the size of the department.

  - The facilitators as well as the clinical coordinators should be provided a series of management training sessions to assure that they are familiar with essential management activities (supervising employees, conflict resolution, basic financial skills).

  - The clinical coordinators should be provided opportunities to attend statewide medical group management seminars to enhance their awareness of medical group management issues. Audio- and video-conferencing regarding medical group/health care issues should also be offered.

  - The possibility of centralizing referral authorization coordination should be reviewed.

## III. RECOMMENDATIONS (Cont'd)

- Redefine the Medical Director position. The primary duties of the Medical Director should be narrowed to chairmanship of an enhanced Quality Assurance Program and oversight of the physician recruitment program. Many of the current daily duties of the Medical Director should be delegated to staff personnel and department chairs.

  - Department chairs should handle physician scheduling and provider behavioral issues. Any unresolved problems may be brought to the attention of the Chairman of the Quality Assurance Committee.

  - Hire a nurse coordinator to manage the risk management/quality management activities. This would include tracking resolution of patient grievances and other clinical quality issues. This individual would report to the System care management director (see above).

  - Assign provider credentialing, including obtaining payer provider numbers, to an administrative assistant.

  - Identify a staff position to coordinate physician recruitment in conjunction with department chairs. This does not need to be a full FTE, but may be incorporated into another position's responsibilities at either the System or Clinic level.

  - Provide education and training as necessary to the department chairs to facilitate their ability to take on their responsibilities. Provide administrative/clinical support as necessary.

8

# III. RECOMMENDATIONS (Cont'd)

- Restructure Vice President, Human Resources position to Vice President, Administrative Services.

  – Reassign benefits management and marketing to a System function.

  – Maintain responsibilities for the following:

    - Employee education and training
    - Employee recruitment and retention
    - Customer service training
    - Patient satisfaction surveys (in coordination with quality management coordinator)
    - Administrative support
    - Special project management as assigned

- Review and reorganize administrative staff functions.

  – While we did not conduct a review of administrative assistant staffing and responsibilities, we recommend that the current staffing and assignment of tasks be reviewed. It appears as though some administrative functions are being handled by senior management that could be more efficiently handled by an administrative assistant. This may require the addition of staff in this area. However, we recommend that the current functions and assignments be reviewed in light of some of our recommendations here prior to adding FTEs.

Exhibit 1

INTERVIEWS

**Exhibit 1**
**INDIVIDUALS INTERVIEWED**

- Sharon Bestwick, Clinical Coordinator

- Kelley Carswell-Haneberg, Vice President, Clinical Services

- Cindy Chow, Director of Patient Accounting

- Marie Czarnecki, Vice President, Financial Services

- Lee Evslin, M.D., President/CEO, Kauai Medical Clinic

- Laura Hinazumi, Med Recs Manager

- John Oaks, Clinical Coordinator

- Helene Oyama, Vice President - Human Resources

- Anne O'Neill, HIM Manager

- David Patton, Ph.D., CEO, Wilcox Health System

- Donna Wichimai, Clinical Coordinator

- Stevan Yee, Chief Information Officer

- Eric Yee, M.D., Medical Director

**Exhibit 2**

# CURRENT ORGANIZATIONAL STRUCTURE

Exhibit 2
KAUAI MEDICAL CLINIC
CURRENT ORGANIZATIONAL STRUCTURE



Wilcox Health
System

Board of Directors

President/CEO

**Vice President
Human Resources**
├ Public relations
└ Administration

├ Purchasing
├ Accounting*
├ Patient accounting
└ Health information
  management

├ Quality assurance
├ Risk management
└ Physician recruitment

**Clinical coordinators**
├ Radiology
├ Medical records
├ Eye care center
├ Maintenance/
│ housekeeping

* Reports through System VP, Finance

Lauru/Kauai/Current Org Structure.ppt

2-1

# Exhibit 3

# DEPARTMENT CHAIRPERSON DUTIES
## (CURRENT AS OF 8/7/98)

**Exhibit 3**
**DEPARTMENT CHAIRPERSON DUTIES**
**(Current as of 8/7/98)**

**Act as Liaison Between Administration and Respective Department**

- Establish effective communication with physician and departmental staff.

- Evaluate and present issues within the department which need to be addressed.

- Develop strategies to improve the efficiency and quality of care in the department.

- Implement strategies to address issues of concern within the department.

- Periodically update administration on progress of efforts within the department.

- Attend monthly Executive Committee meetings to provide proxy (>75% attendance).

- Attend monthly General Membership meetings for information exchange.

- Coordinate regular departmental meetings (at least monthly).

- Assure adequate departmental staffing (providers and staff).

- Provide monthly call/Physician coverage schedules at least 10 days before month due.

- Advise Administration of any potential liability issues within the department.

- Participate in Quality Assurance activities related to department such as peer review.

3-1

**Exhibit 3**
**DEPARTMENT CHAIRPERSON DUTIES**
**(Current as of 8/7/98) (Cont'd)**

**Coordinate Daily Departmental Operations**

- Work closely with facilitators on meeting staffing needs.

- Coordinate staffing needs with VPs of Clinic Operations and Human Resources.

- Assure adequate provider coverage within department (minimum 50%) in accordance with each provider's employment status.

  - Provide first approval of all PTO and CME requests
  - Work with administration to assure coverage
  - Arrange locums if needed in a timely manner (> 4 weeks in advance)
  - Coordinate calls and coverage schedules for departmental physicians

- Work with reception staff to maximize patient accessibility and satisfaction.

- Strive for "on-time" performance within the department.

  - Office lab (supplies, cleanliness, CLIA documentation, etc.)
  - Confidentiality issues
  - Preventive screening (if appropriate)
  - Standard of care treatment of patients by departmental physicians
  - Chart maintenance and completion by staff and physicians

- Oversee ordering of supplies needed within the department.

- Assure proper dress attire worn within the department.

## Exhibit 3
## DEPARTMENT CHAIRPERSON DUTIES
### (Current as of 8/7/98) (Cont'd)

**Coordinate Departmental Recruitment and Locums Needs and Inquiries**

- Inform Medical Director of recruitment/locums needs before initiating search.

- Do initial screening of resumes, phone calls, reference checks, etc.

- Discuss any serious candidate with Medical Director before offering interviews.

- Coordinate any interviews with Administration.

- Plan adequate lead time for locums arrangements (> 4 weeks ideal).

3-3

Exhibit 4

PROPOSED GOVERNANCE/COMMITTEE STRUCTURE

May 1999

Kauai Medical Clinic
Proposed Governance/Committee
Structure

Board of Directors
Kauai Medical
Clinic

Executive
Committee

Executive Chair

Salary/Finance
Committee

Medical Records
Committee

Support Staff:
KMC Medical Records
Supervisor

Quality Assurance
Committee

Support Staff:
WHS Quality Assurance
Coordinator

Recruitment
Committee

Support Staff:
KMC Recruitment
Coordinator

**Exhibit 5**

# PROPOSED MANAGEMENT ORGANIZATIONAL STRUCTURE (PHASE 1)

May 1999

# Kauai Medical Clinic
## Proposed Management
## Organizational Structure

**Board of Directors**

**President/CEO***

**Executive Committee**

- Salary/Finance Committee
  - Med. Rec. Committee
- Executive Chair
  - QA Committee
  - Recruit. Committee

**Vice President Administrative Services**
- Staff Training/Development
- Administrative Staff
- Human Resources (Recruitment/Retention)

Manager, Medical Records

**Chief Operating Officer**

Clinical Departments
- Clinical Coordinators
- Radiology
- Eye Care Center

Director, Business Office
- Patient Accounting
- Data Processing
- Coding

Maintenance/ Housekeeping

***Senior Vice President, Medical Affairs**

**Vice President, Financial Services**

**Wilcox Health System**
- Other Systems Functions:
  - Human Resources
  - Information Technology
  - Planning/Marketing

**Financial/Services**

Accounting Purchasing

* Dual Role