JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV 04-00596 ACK LEK (Federal and State - Qui Tam) CERTIFICATE OF SERVICE |
| Plaintiffs, | | |
| vs. | | |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA | | HEARING Date:   March 27, 2007 Time:   10:30 A.M. |

3

| | |
|---|---|
| LEE A. EVSLIN, M.D. ) | Trial Date:  March 20, 2007 |
|         Defendants. ) | Judge:  Honorable Alan C. Kay |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 26, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 26, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 26, 2007 |

Served via First Class Mail

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 26, 2007 |

DATED:   Honolulu, Hawaii, March 26, 2007.

                                          /s/ Janice P. Kim

                                          JANICE P. KIM
                                          ARLEEN D. JOUXSON
                                          RAFAEL G. DEL CASTILLO

                                          Attorneys for Plaintiff
                                          JAMES LOCKYER, M.D.