EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>            Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>            Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>UNITED STATES' JOINDER TO QUI TAM PLAINTIFF JAMES LOCKYER'S MEMORANDUM IN OPPOSITION TO DEFENDANT LEE A. EVSLIN, M.D.'S MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY; CERTIFICATE OF SERVICE<br><br>Date:    March 27, 2007<br>Time:    10:30 a.m.<br>Judge:  Alan C. Kay |

UNITED STATES' JOINDER TO QUI TAM PLAINTIFF JAMES LOCKYER'S
MEMORANDUM IN OPPOSITION TO DEFENDANT LEE A. EVSLIN, M.D.'S
<u>MOTION TO STRIKE HEARSAY AND OTHER IMPROPER TESTIMONY</u>

      Comes now Plaintiff United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, and Harry Yee, Assistant U.S. Attorney, and hereby submits its Joinder to Plaintiff James

Lockyer's Opposition to Defendant Lee A. Evslin, M.D.'s Motion to Strike Hearsay and Other Improper Testimony filed on March 26, 2007.

This joinder of simple agreement is filed pursuant to Rule 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii and Rule 7 of the Federal Rules of Civil Procedure.

DATED:  March 26, 2007, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Harry Yee
>
>By_____
>  HARRY YEE
>  Assistant U.S. Attorney
>
>Attorneys for United States
>of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br> vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br> Defendants. | CIVIL NO. 04 00596 ACK KSC <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:   March 26, 2007

| | |
|---|---|
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Laurence J. Freedman | lfreedman@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Janice P. Kim | kimj054@hawaii.rr.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

Served by First Class Mail:                    March 26, 2007

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen d. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave, Ste 209
Wahiawa, HI 96786

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St, Ste 1400
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

     DATED:  March 26, 2007, at Honolulu, Hawaii.

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii


                                          /s/ Harry Yee

                                          By_____
                                             HARRY YEE
                                             Assistant U.S. Attorney