IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex | ) | CIVIL NO. O4 00596 ACK KSC |
| rel. JAMES LOCKYER, M.D., | ) | (Federal and State - Qui Tam) |
| STATE OF HAWAII, ex rel. | ) | |
| JAMES LOCKYER, M.D. and JAMES | ) | |
| LOCKYER, M.D., in his own | ) | CERTIFICATE OF SERVICE |
| behalf; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| HAWAI'I PACIFIC HEALTH; | ) | |
| KAUAI MEDICAL CLINIC; WILCOX | ) | |
| MEMORIAL HOSPITAL; WILCOX | ) | |
| HEALTH SYSTEM; and WILLIAM | ) | |
| A. EVSLIN, M.D. AKA LEE A. | ) | |
| EVSLIN, M.D., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:   March 27, 2007

| | |
|---|---|
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Laurence J. Freedman | lfreedman@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Janice P. Kim | kimj054@hawaii.rr.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

<u>Served by First Class Mail</u>:                    March 27, 2007

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen d. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave, Ste 209
Wahiawa, HI 96786

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St, Ste 1400
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

        DATED:  March 27, 2007, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        /s/ Harry Yee
                        By_____
                          HARRY YEE
                          Assistant U.S. Attorney