EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br> Plaintiffs, <br> vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br> Defendants. | CIVIL NO. O4 00596 ACK KSC (Federal and State - Qui Tam) <br><br><br><br><br> SUPPLEMENTAL DECLARATION OF DOROTHY A. SHANNON; EXHIBIT "A" |

SUPPLEMENTAL DECLARATION OF DOROTHY A. SHANNON

I, DOROTHY A. SHANNON, declare that:

1. I am a Health Insurance Specialist with the Centers for Medicare/Medicaid Services ("CMS") of the United States Department of Health and Human Services.

2. Before March 13, 2007, I do not recall having seen the e-mails from Edwin Rauzi and Terry Kay dated April 17 and 18, 2006. (See attached Exhibit "A")

3. During the course of the e-mail correspondence from April 21, 2006 to May 10, 2006, I do not recall Mr. Rauzi informing me of any pending litigation in the District of Hawaii involving his client and the United States.

4. Further throughout the course of the e-mail correspondence from April 21, 2006 to May 10, 2006, Mr. Rauzi failed to inform me as an employee of a represented opposing party in pending litigation that I should seek the advice of the Office of the General Counsel of the U.S. Department of Health and Human Services (OGC) and/or the United States Attorney's Office of the District of Hawaii before communicating with him.

5. If I knew about the pending litigation involving Mr. Rauzi's client and the United States then I would have consulted with the OGC before communicating with Mr. Rauzi. In turn, the OGC would have consulted with the United States

Attorney's Office for the District of Hawaii regarding the pending litigation.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    DATED: March 26, 2007, at Baltimore, Maryland.

    /s/ Dorothy Shannon

_____
DOROTHY SHANNON