IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf; <br><br>  Plaintiffs, <br> vs. <br> HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D., <br><br>  Defendants. | CIVIL NO. O4 00596 ACK KSC <br> (Federal and State - Qui Tam) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:   March 27, 2007

| | |
|---|---|
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Laurence J. Freedman | lfreedman@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Janice P. Kim | kimj054@hawaii.rr.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

<u>Served by First Class Mail</u>:                    March 27, 2007

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen d. Jouxson
Jouxson-Meyers & Del Castillo LLLC
302 California Ave, Ste 209
Wahiawa, HI 96786

Clarissa Y. Malinao
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

Clyde Wm. Matsui
Matsui Chung Sumida & Tsuchiyama
737 Bishop St, Ste 1400
Honolulu, HI 96813

John-Anderson L. Meyer
Robbins & Associates
Davies Pacific Center
841 Bishop St, Ste 2200
Honolulu, HI 96813

    DATED:  March 27, 2007, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                      /s/ Harry Yee
                                      By_____
                                          HARRY YEE
                                          Assistant U.S. Attorney