no copies

JANICE P. KIM          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON          7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 26 2007

at 8 o'clock and 04 min. __ M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>PLAINTIFF LOCKYER'S SECOND LOCAL RULE 10.2(e) FILING OF ORIGINAL SIGNATURES ON OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; EXHIBIT 1; CERTIFICATE OF SERVICE<br>HEARING:<br>Date:     March 27, 2007<br>Time:     10:30 a.m.<br>Judge:    Honorable Alan C. Kay<br><br>Trial Date: September 18, 2007<br>Judge:    Honorable Alan C. Kay |

PLAINTIFF LOCKYER'S SECOND LOCAL RULE 10.2(e)

FILING OF ORIGINAL SIGNATURES ON OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW COMES PLAINTIFF-RELATOR JAMES LOCKYER, M.D., by and through his attorneys Janice P. Kim, Arleen Jouxson-Meyers, and Rafael G. del Castillo, and respectfully submits the original signature of Lawrence R. Raithaus, M.D. on his Declaration filed in support of Plaintiff Lockyer's Opposition Memoranda, document 146, herein. Plaintiff Lockyer previously submitted a signature for Dr. Raithaus on his redlined Declaration.

DATED: Honolulu, Hawaii, March 26, 2007.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
Attorneys for Plaintiff
JAMES LOCKYER, M.D.

10. The doctors collectively believed that there was little we could do to compel Dr. Evslin to allow us access to the financial and claims data because he dominated decisions and held sway over the Wilcox Board. In desperation, we turned as a group to Dave Patton, then CEO of Wilcox Memorial Hospital, for support for our position that we should be allowed to review the claims and financial information. From my personal files, I have attached as Exhibit R1 a true and correct copy of a letter we sent to Mr. Patton, which we all signed and copied to Dr. Evslin.

I, LAWRENCE R. RAITHAUS, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 8, 2007

_____
LAWRENCE R. RAITHAUS, M.D.

JANICE P. KIM             3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON         7223
RAFAEL G. DEL CASTILLO    6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br>[LR10.2(e)]<br><br><br><br>Trial Date: September 18, 2007<br>Judge: Honorable Alan C. Kay |

CERTIFICATE OF SERVICE

2

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 26, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 26, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 26, 2007 |

<u>Served via First Class Mail</u>

| | |
|---|---|
| Edwin D. Rauzi, Esq.<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | March 26, 2007 |

DATED:   Honolulu, Hawaii, March 26, 2007.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.

2