# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00596ACK-KSC |
| CASE NAME: | James Lockyer, etc Vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice P. Kim, Harry Yee, Rafael Del Castillo and Arleen Jouxson |
| ATTYS FOR DEFT: | Harry Silver, Susan Baldwin, John-Anderson Meyer, Edwin Rauzi, Sharon Lovejoy and Stephanie Thompson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 03/27/2007 | TIME: | l0:40am-12:10pm<br>1:30pm-2:20pm |

COURT ACTION:  EP: Defendants Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial, Wilcox Health System's Motion for Summary Judgment-Oral Argument Held.  This Motion is hereby taken under Advisement.

Defendant Lee A. Evslin, M. D.'s Motion for Summary Judgment on Plaintiff Lockyer's Second, Third and Fourth Claims for Relief-Dr. Lee A. Evslin, M. D. Present-Oral Argument Held.  This Motion is hereby taken under Advisement.

Defendant Lee A. Evslin, M. D. 's Substantive Joinder in Defendants Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, Kauai Medical Clinic, Wilcox Memorial Hospital, Wilcox Health System's Motion for Summary Judgment

Defendant William A. Evslin's Motion to Strike Hearsay and other improper testimony from Plaintiff Lockyer's opposition to Defendant Evslin's Motion for Partial Summary Judgment-This Motion is hereby taken Under Advisement.

Submitted by Leslie L. Sai, Courtroom Manager