EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>        Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. 04 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>SUPPLEMENTAL DECLARATION OF TERRENCE L. KAY; EXHIBIT "A" |

SUPPLEMENTAL DECLARATION OF TERRENCE L. KAY

I, TERRENCE L. KAY, declare that:

1. I am the Deputy Director of HAPG/CMM with the Centers for Medicare/Medicaid Services ("CMS") of the United States Department of Health and Human Services.

2. Before March 13, 2007, I do not recall having seen the e-mails from Edwin Rauzi dated April 17 and 18, 2006 (See attached Exhibit "A").

3. If Mr. Rauzi had made a disclosure regarding pending litigation in the e-mails dated April 17 and 18, 2006, rather than posting a hypothetical scenario, then I would have consulted with the Office of the General Counsel of the U.S. Department of Health and Human Services (OGC) before communicating with him. In turn, the OGC would have consulted with the United States Attorney's Office for the District of Hawaii regarding the pending litigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: March 27, 2007, at Baltimore, MD.

_____
TERRENCE L. KAY