IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>        Defendants.<br>_____ | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>DECLARATION OF JAMES LOCKYER, M.D.<br><br><br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:   10:30 A.M.<br><br>Trial Date:   September 18, 2007<br>Judge:   Honorable Alan C. Kay |

DECLARATION OF JAMES LOCKYER, M.D.

I, JAMES LOCKYER, M.D., hereby declare:

      1.    I am a physician licensed to practice medicine in the states of Hawai`i, and am over 18 years of age.

      2.    I am a resident of the Kapaa, Island of Kauai.

      3.    I make this declaration in support of Plaintiff Lockyer's Memorandum in Opposition to Defendant's Motion to Strike Portions of Declarations, filed March 19, 2007.

      4.    Attached as Exhibit 1 is a true and correct copy of a report which was given to me while I was employed by Defendant KMC.

5. I received the report along with a number of other documents.

6. It was my understanding at the time that the documents were removed from the office of Mary Pixler, M.D., after she left her KMC employment. I was told that the Clinic Administration was anxious to have Dr. Pixler's office cleared out and had ordered the documents and her left-over personal effects removed. I assumed I was given the documents to use or dispose of as I saw fit in carrying out the administrative aspects of my position.

I, JAMES LOCKYER, M.D., do declare under penalty of law that the forgoing is true and correct.

DATED: Honolulu, Hawai`i, March 26, 2007

*[signature]*

JAMES LOCKYER, M.D.