Case 1:04-cv-00096-ACK-KSC   Document 203-5   Filed 03/26/2007   Page 1 of 18

44% ahead of budget. The Clinic FTE counts are below the MGMA averages and Dr. Evslin feels the counts are not above what they should be.

The Ultrasound department consolidation is completed.

The telemedicine implementation is underway. The equipment is on site. There are also two firms competing to provide electronic medical records service to the Clinic.

Dr. Evslin also reported that the Camden Group will be here to assist with physician compensation. The physicians are currently on a receipt formula, but a more up to date method would be RVUs. The RVU method is not based on pure productivity. It is about 80% productivity and 10% other factors such as peer satisfaction. The Camden Group is the same group that helped with the Strategic Plan. 74% of the physicians requested that an outside organization be brought in to help with the compensation. The Camden Group representative will come in and listen to what the physicians have to say, give some models that work elsewhere and help create a plan with physician input. The plan will be modified until there is a high satisfaction rate among the physicians.

Dr. Evslin reported that at the community meeting held in Kilauea, the consensus seems to be that the community would like to clinic enlarged. Dr. Evslin also spoke with Dr. Brownstein. Dr. Brownstein has indicated that he would like to phase out his clinic in Princeville. This may be an opportune time to have a KMC internist work with him in Princeville while he phases out his practice. Dr. Evslin has also spoke with Dr. Brownstein about alternative medicine. It may be good to organize a task force to look into this. Mr. Patton stated that there is a sense of urgency regarding the Kilauea Clinic. Something needs to be done to respond to the community's needs. Ms. Haneberg stated that it was very rewarding to have the meeting to get the community's input and that it may be a good idea to do the same thing in the other satellite clinic communities.

Dr. Evslin also brought up the subject of planning recruiting for the single physician specialties. Cardiology and Urology physicians from Oahu are coming to Kauai to give those specialty physicians some relief. Something needs to be done about Neurology. The number of patients that Dr. Bjornskov is seeing has increased. Her patient visits are at 2400 compared to the MGMA average of 1900. The wait time to see Dr. Bjornskov for a consultation is six weeks and seven weeks for a follow up. The Clinic could bring in a part time neurologist, possibly once a week to help with Dr. Bjornskov's workload. The physician would be an employee of the Clinic on the same salary formula as the KMC physicians. Dr. Evslin is asking for approval to begin the search

**FINANCIALS**     Marie Czarnecki reviewed the Clinic financials for March. February had a net loss of $80,008 compared to a budgeted net income of $78,975. Year-to-date, the Clinic had a net loss of $858,681 compared to a budgeted loss of $1,70,333. Fee for service gross revenue for the month was $2,831,678 or 3.7% more than budget. For the month, capitation fees received were $492,898 or 7.5% less than budget. Year to date capitation fees were .2% more than budget. Total net patient revenue for the month was 5.0% more than budget. Year to date net patient revenue was 6.9% more than budget. Total operating expenses for the month were 12.5% more than budget. Salaries, employee benefits, purchased services, and supplies were all more than budget. Year-to-date operating expenses were 5.2% more than budget. The cash balance increased $624,112 for the month to $1,187,633.

Ms. Czarnecki stated that it will be difficult to maintain the margin due to payors decreasing reimbursement. It will be a challenge for the Clinic and System. The PGMA issue has not been resolved and Ms. Czarnecki does not expect the System to get anything from this.

The System financials were also shared with the Board. The System's net income for the nine months ending March 31, 1999 was $2,699,538 compared to a budget of $1,050,886.

**PRESIDENT'S
REPORT**     Dr. Evslin stated that the senior management teams of the Clinic and Hospital will be meeting off-site on Monday, May 17th to review the 30-page strategic planning document and find ways to create revenue, improve services and improve collection.

Dr. Evslin reported that the Clinic is looking at four initiatives with the help of outside consultants. The first is the reorganization of physician compensation. The second initiative is space planning/physician manpower need over the next three years. The third initiative is a complete reorganization of the Clinic's Business Office. The fourth initiative is a reorganization of the Clinic's own organizational structure. Two proposals from the Camden Group regarding the Business Office reorganization and the space planning were included with the agenda and minutes.

Dr. Evslin informed the Board about the issue regarding the HMSA Quest program. The Quest programs being offered on Kauai are AlohaCare, Kapiolani Quest and HMSA. KMC was unable to reach an agreement with HMSA on reimbursement for Quest members. The other Quest carriers had agreed to keep their reimbursement at the same levels, but HMSA said they were going to drop their reimbursement 17%. Therefore, KMC will only be accepting AlohaCare and Kapiolani Quest. Dr. Evslin explained that HMSA's fee for service contracts and other capitated contracts will not be affected by this.

Confidential Pursuant to Protective Order

Board of Directors
Kauai Medical Clinic

3

May 13, 1999

**RECRUITMENT UPDATE**

Dr. Eric Yee reported that Dr. Cleofemarie Vergara, Internist, has decided not to accept the offer presented to her. A contract has also been sent to Dr. David Liu, Internist.

Dr. Yee also reported that an offer was made to Dr. Tyler Chihara for Podiatry. Dr. Yee contacted Dr. Claire Futenma and she is willing to wait and see what happens in about 10-12 months.

Dr. Scheinfeld, the nephrologist has not responded to calls from Dr. Yee. Dr. Yee is trying to set up an interview with another nephrology candidate whose wife is pursuing a master's degree. He would therefore not be available till after January 2000. Dr. Patton felt it would be a good idea to find out what her master's degree will be in.

A number of walk-in clinic physicians have been interviewed. Dr. Yee hopes to select a candidate by mid June 1999.

Candid inquiries about employment with KMC have been received from a plastic surgeon and a neuro-surgeon. Dr. Yee stated that Dr. Potter, dermatologist, would be very interested in a Plastics/Dermatology practice at Kukui Grove.

A neuro-surgeon, Dr. Jed Weber, is planning a visit to Kauai. Dr. Yee plans to set up some interviews while Dr. Weber is on island. Dr. Weber has been in practice for three years in Boulder Colorado and does mostly cervical and back cases. Dr. Weber feels that 90% of his work could be done on island. This would take some of the load off Dr. Bjornskov, who is willing to pursue this possibility further.

Dr. Patton stated that talks continue with the Camden Group to assist the Clinic in determining how large the Clinic will be.

**OTHER BUSINESS**

Dr. Sutherland stated that the Board may want to think about the meeting schedule. No decision will be made today because Dr. Edwards and Robert Hee were not in attendance.

Mr. Dohrman asked about the status of the North Shore Clinic. Dr. Patton stated that Dr. Goodman has submitted the plans to his architect. Nothing further can be done until the plans return from the architect. If there are substantial changes, the process would start over again.

Mr. Dohrman also asked about the use of consultants. It was stated that there does not seem to be the manpower or expertise on island to carry out what the consultants have been able to.

The KMC billing system needs improvement. The Camden Group would charge about $180,000 plus some additional costs over eight months to help with the reorganization of the Business office and install the

Confidential Pursuant to Protective Order

the KMC Board meeting next month.

**PRESIDENT'S REPORT**

Dr. Evslin reported that projects have been put on hold until reports from the Camden Group are received. The Camden Group is assisting with the Clinic re-organization, physician compensation and space planning.

Mary Witt is on island from the Camden Group and will be assisting the Clinic with the re-organization. Dr. Evslin has also asked her to help with the Clinic's Medic billing system.

The re-organization would include changes in responsibilities for the Clinic administration and the role of the current physician advisory committee. The changes would also affect changing of the by-laws of the affiliation. This will be put on the agenda for the July meeting.

**FINANCIALS**

Marie Czarnecki reviewed the Clinic financials for April. The Clinic had a net loss of $188,116 compared to a budgeted loss of $3,543. Year-to-date, the Clinic had a net loss of $1,046,797 compared to a budgeted loss of $1,173,876. Fee for service gross revenue for the month was $2,543,382 or .2% more than budget. Contractuals were 36.8% of gross fee for service compared to a budget of 38.8%. Net fee for service patient revenue for the month was 3.1% more than budget. Year-to-date fee for service gross revenue is 5.6% more than budget. Contractuals are 37.7% of gross fee for service compared to a budget of 38.5%. For the month, capitation fees received were $28,596 or 5.8% less than budget. Year to date capitation fees were 1.3% less than budget. Total net patient revenue for the month was 1.0% more than budget. Year to date net patient revenue was 6.3% more than budget. Total operating expenses for the month were 10.4% more than budget. Salaries, employee benefits, purchased services, and supplies were all more than budget. Bad debt expense was $75,540 was less than budget due to an adjustment for aged accounts receivable. Year-to-date operating expenses were 5.7% more than budget. The cash balance increased $185,791 for the month to $1,373,425.

Expenses for locum tenens coverage contributed to the increase in the purchased services expenses. Positions that were expected to be filled have not been. There has also been FTE pressures due to construction, but this is expected to be a temporary situation.

Ms. Czarnecki stated that next year will be a challenge with reimbursement decreasing, loss of capitation and salary increases needing to be funded. The budget is currently being worked on and as it stands, the System is expected to lose $1 million next fiscal year.

The System financials were reviewed. The System's net income for the ten months ending April 30, 1999 was $2,514,227 compared to a budget of $1,290,319. However, the System operating income was a loss of

Confidential Pursuant to Protective Order

Board of Directors                    3                    June 10, 1999
Kauai Medical Clinic

                $313,128.

**RECRUITMENT**   Kelley Haneberg reported on recruitment in the absence of Dr. Yee.
**UPDATE**        A walk-in Clinic physician is still being sought.  The Professional Affairs
                  Committee met to discuss the possibility of a neurosurgeon versus a
                  neurologist.  This issue was tabled.  Dr. Tyler Chihara, the podiatrist, will
                  start July 6th.  The Clinic continues to recruit to fill two internists
                  positions.  A nephrologist is still being recruited for, however this will
                  probably not happen this year.

**OTHER BUSINESS** The subject of the meeting schedule was brought to the table.  Thursdays
                  are not good for many.  A suggestion of the second Friday of each month
                  was made.  This suggestion seemed to work for those in attendance.  The
                  next meeting will be on Friday, July 9th.  There will be no meeting in
                  August.

                  Ms. Haneberg inquired on the interest of the Board to have Mary Witt of
                  the Camden Group to speak at the September meeting.  Ms. Witt will be
                  on island for a few months to help with Clinic re-organization.  She has
                  spoken at MGMA meetings on physician practices.  A suggestion was to
                  have Ms. Witt speak about best practices.

                  Ms. Haneberg also stated that many of the Clinic managers do not know
                  who serves on the KMC Board.  She inquired on what would be the best
                  way for the managers to get to know the Board and vice versa.

                  The Clinic physicians have elected Richard Goodale, M.D. to serve on the
                  Clinic Board as the additional KMC physician representative.  His first
                  meeting will be on July 9th.

**NEXT MEETING**  The next meeting of the Kauai Medical Clinic will be on July 9, 1999.

**ADJOURNMENT**   The meeting was adjourned at 12:55 p.m.

                                              Secretary

Confidential Pursuant to Protective Order                    HPH-000098

# M I N U T E S

## BOARD OF DIRECTORS

## KAUAI MEDICAL CLINIC

### July 9, 1999

**CALL TO ORDER**   A meeting of the board of directors of the Kauai Medical Clinic was held at 3420 Kuhio Highway, Lihue, Kauai, Hawaii, on Friday, July 9, 1999.

**PRESENT**
David Pratt
Tom Canute
John Edwards, M.D.
Richard Goodale, M.D.
Robert Hee
Trinette Kaui
David Patton, Ph.D.
Thomas Williamson, M.D.
Eric Yee, M.D.
Geri Young, M.D.

**ABSENT**
Neal Sutherland, M.D., chair (excused)
Mal Dohrman (excused)
Lee Evslin, M.D. (excused)

**ALSO PRESENT**
Kelley Carswell-Haneberg
Marie Czarnecki
Helene Oyama
Ken Shimonishi
Mary Witt, Camden Group
Kari Yokota

The meeting was called to order at 12:00 p.m. by David Pratt in the absence of Neal Sutherland, M.D.

**MINUTES**   **VOTED:**   to approve the minutes of June 10, 1999 as circulated.

**CAMDEN GROUP**   Kelley Carswell-Haneberg introduced Mary Witt from the Camden Group. Ms. Witt will be on Kauai for five to eight months to assist KMC with reorganization and streamlining of the business affairs functions. She is encouraged because everyone is very receptive to suggestions she has. Ms. Witt has already started to do training with associates and has added to the training manual that currently exists. Training will also need to be done with the physicians.

**APPROVAL OF NEW MEMBERS**   David Patton and Richard Goodale, M.D. were nominated as new members to the Kauai Medical Clinic Board of Directors.

Confidential Pursuant to Protective Order

Case 1:04-cv-00098-ACK-KSC   Document 203-5   Filed 03/26/2007   Page 7 of 18

shared with the physicians to help them better understand the dilemma the System is facing. David Pratt thanked Dr. Evslin, Ms. Haneberg and their staff for all the work put into reworking the budget.

**VOTED:** to approve the Kauai Medical Clinic budget for the 1999-2000 fiscal year as presented.

**RECRUITMENT UPDATE**

Dr. Yee reported that Missy Keyes-Saiki would be coordinating recruitment from now on.

Dr. Nicholas Zina will be the new Walk-in Clinic physician. He will begin work at the end of this month. Dr. Elizabeth Groshong, anesthesiologist, has tendered her resignation effective August 31st.

Dr. Michael Diamant, anesthesiologist, has gone through the interview process. Dr. Dianne Nguyen declined the internist position and will continue as a locums until the position is filled. Dr. James Lockyer has interviewed for the internist position and could start in November. There have also been two candidates interviewed for a position in the Emergency Room.

Dr. Yee reported that he will step down as medical director when his three year term expires effective October 1st. The medical director's responsibilities will be modified to that of an "Executive Director" position which is expected to oversee staffing and scheduling, quality management, the medical records committee and recruiting using only two-half days per week (eight hours per week). Dr. Yee was thanked for all his hard work during his tenure.

**PRESIDENT'S REPORT**

Dr. Evslin updated the Board on the Camden Group's initiatives. The administration reorganization is basically completed. Camden made preliminary recommendations on the facility planning which were summarized for the Board. The physicians felt that the Clinic was moving in too many directions at one time, so they postponed voting on conversion to an RVU formula for compensation. The Camden Group suggested that the physicians look at targets instead. The major problem in the business office reorganization is the personal time being used to correct front office errors/omissions. The Camden Group has indicated that this should be a "Get it right the first time initiative". This would involve educating the physicians and their staff on correct coding.

Dr. Goodale commented that the Kilauea Clinic building is inadequate for the number of physicians practicing there. Dr. Evslin stated that the Camden Group's suggestion is to find a more central location for the North Shore Clinic. Their suggestion for the Koloa Clinic is to build another building.

# M I N U T E S

## BOARD OF DIRECTORS

## KAUAI MEDICAL CLINIC

### February 11, 2000

**CALL TO ORDER**   A meeting of the board of directors of the Kauai Medical Clinic was held at 3420 Kuhio Highway, Lihue, Kauai, Hawaii, on Friday, February 11, 2000.

### PRESENT
Neal Sutherland, M.D.
Lee Evslin, M.D.
Richard Goodale, M.D.
Robert Hee
Trinette Kaui
David Patton, Ph.D.
Tom Rice
Eric Yee, M.D.
Geri Young, M.D.

### ABSENT
Tom Canute (excused)
Mal Dohrman (excused)
John Edwards, M.D. (excused)
Thomas Williamson, M.D. (absent)

### ALSO PRESENT
Phil Dalton, The Camden Group
Mary Witt, The Camden Group
Kelley Carswell-Haneberg
Helene Oyama
Julie Rukstad
Ken Shimonishi
Kari Yokota

The meeting was called to order at 12:00 p.m.

**ACCOUNTS RECEIVABLE INITIATIVE**   Phil Dalton and Mary Witt of the Camden Group were in attendance to give the Board a report on the accounts receivable initiative.  Mr. Dalton explained that even a small percentage change can improve the bottom line.

He explained that the projected goals for this project were to improve cash, both short term and long term, improve operations and reorganize the department, enhance revenue and identify information system/software upgrades.

Confidential Pursuant to Protective Order

Case 1:04-cv-00086-ACK-KSC   Document 203-5   Filed 03/26/2007   Page 9 of 18

which they can return to full percentage of receipts for all production
which is greater than last year's.

The topic of compensation brings up the issue of the compensation
formula and guidelines the IRS is using. (These were distributed to the
Board)  Wilcox's counsel has recommended that physicians not be
involved in any decisions regarding physician compensation.  Physicians
are allowed to make recommendations, but can't stay for the discussion
and vote.  The Budget and Finance Committee has recommended that the
Clinic Board establish a compensation committee consisting of non-
physician Board members.  Dr. Evslin would sit on the committee, but not
vote on decisions.  Dr. Evslin would like to have the new compensation
formula in place by July 1st, which means that the committee would have
to pass something by the end of March since the physicians require a 90-
day notice for changes to the formula.

VOTED:        to establish a compensation committee as requested by the
              Budget and Finance Committee.

The committee will consist of Mal Dohrman, Tom Rice, Mr. Patton, Ms.
Rukstad and possibly Trinette Kaui.  Mr. Dohrman will contact Ms. Kaui
for her availability.  Dr. Evslin will be meeting with the general membership
within the next ten days, so the committee will need to meet before that.

The profiling system would measure the following: once a year peer to
peer review using the Kaiser form; twice a year patient survey by doctor
using the firm of Press-Ganey; patient compliments and complaints per
physician; adverse occurrences or malpractice experience per physician
and preventive medicine screening indicators.

Dr. Evslin also gave a macro view of the Clinic/Hospital's current status
and future.  These included being named one of the "Top 100 Hospitals"
in the nation, having substantial growth in revenue and services in the last
ten years and creating one of the best organized physician hospital
organizations in the state.  Dr. Evslin included that the System is not alone
in the fiscal crisis facing hospital systems although each component of the
System has a loss this fiscal year.

Dr. Evslin covered a number of actions that have occurred to date
including the Hospital's reorganization, elimination of physician PTO,
completion of the Camden Group initiated billing system reorganization and
replacing a number of physicians.  Actions that are underway include
satellite expansion plan, negotiating all payor contracts concurrently for
both the Clinic and Hospital as well as hiring replacement physicians for
orthopedics.

3                        March 11, 1999

44% ahead of budget. The Clinic FTE counts are below the MGMA averages and Dr. Evslin feels the counts are not above what they should be.

The Ultrasound department consolidation is completed.

The telemedicine implementation is underway. The equipment is on site. There are also two firms competing to provide electronic medical records service to the Clinic.

Dr. Evslin also reported that the Camden Group will be here to assist with physician compensation. The physicians are currently on a receipt formula, but a more up to date method would be RVUs. The RVU method is not based on pure productivity. It is about 80% productivity and 10% other factors such as peer satisfaction. The Camden Group is the same group that helped with the Strategic Plan. 74% of the physicians requested that an outside organization be brought in to help with the compensation. The Camden Group representative will come in and listen to what the physicians have to say, give some models that work elsewhere and help create a plan with physician input. The plan will be modified until there is a high satisfaction rate among the physicians.

Dr. Evslin reported that at the community meeting held in Kilauea, the consensus seems to be that the community would like to clinic enlarged. Dr. Evslin also spoke with Dr. Brownstein. Dr. Brownstein has indicated that he would like to phase out his clinic in Princeville. This may be an opportune time to have a KMC internist work with him in Princeville while he phases out his practice. Dr. Evslin has also spoke with Dr. Brownstein about alternative medicine. It may be good to organize a task force to look into this. Mr. Patton stated that there is a sense of urgency regarding the Kilauea Clinic. Something needs to be done to respond to the community's needs. Ms. Haneberg stated that it was very rewarding to have the meeting to get the community's input and that it may be a good idea to do the same thing in the other satellite clinic communities.

Dr. Evslin also brought up the subject of planning recruiting for the single physician specialties. Cardiology and Urology physicians from Oahu are coming to Kauai to give those specialty physicians some relief. Something needs to be done about Neurology. The number of patients that Dr. Bjornskov is seeing has increased. Her patient visits are at 2400 compared to the MGMA average of 1900. The wait time to see Dr. Bjornskov for a consultation is six weeks and seven weeks for a follow up. The Clinic could bring in a part time neurologist, possibly once a week to help with Dr. Bjornskov's workload. The physician would be an employee of the Clinic on the same salary formula as the KMC physicians. Dr. Evslin is asking for approval to begin the search

Board of Directors                    2                          May 13, 1999
Kauai Medical Clinic

**FINANCIALS**   Marie Czarnecki reviewed the Clinic financials for March.  February had a
net loss of $80,008 compared to a budgeted net income of $78,975.
Year-to-date, the Clinic had a net loss of $858,681 compared to a
budgeted loss of $1,70,333.  Fee for service gross revenue for the month
was $2,831,678 or 3.7% more than budget.  For the month, capitation
fees received were $492,898 or 7.5% less than budget.  Year to date
capitation fees were .2% more than budget.  Total net patient revenue for
the month was 5.0% more than budget.  Year to date net patient revenue
was 6.9% more than budget.  Total operating expenses for the month
were 12.5% more than budget.  Salaries, employee benefits, purchased
services, and supplies were all more than budget.  Year-to-date operating
expenses were 5.2% more than budget.  The cash balance increased
$624,112 for the month to $1,187,633.

Ms. Czarnecki stated that it will be difficult to maintain the margin due to
payors decreasing reimbursement.  It will be a challenge for the Clinic and
System.  The PGMA issue has not been resolved and Ms. Czarnecki does
not expect the System to get anything from this.

The System financials were also shared with the Board.  The System's net
income for the nine months ending March 31, 1999 was $2,699,538
compared to a budget of $1,050,886.

**PRESIDENT'S**   Dr. Evslin stated that the senior management teams of the Clinic and
**REPORT**        Hospital will be meeting off-site on Monday, May 17th to review the 30-
page strategic planning document and find ways to create revenue,
improve services and improve collection.

Dr. Evslin reported that the Clinic is looking at four initiatives with the help
of outside consultants.  The first is the reorganization of physician
compensation.  The second initiative is space planning/physician
manpower need over the next three years.  The third initiative is a
complete reorganization of the Clinic's Business Office.  The fourth
initiative is a reorganization of the Clinic's own organizational structure.
Two proposals from the Camden Group regarding the Business Office
reorganization and the space planning were included with the agenda and
minutes.

Dr. Evslin informed the Board about the issue regarding the HMSA Quest
program.  The Quest programs being offered on Kauai are AlohaCare,
Kapiolani Quest and HMSA.  KMC was unable to reach an agreement with
HMSA on reimbursement for Quest members.  The other Quest carriers
had agreed to keep their reimbursement at the same levels, but HMSA said
they were going to drop their reimbursement 17%.  Therefore, KMC will
only be accepting AlohaCare and Kapiolani Quest.  Dr. Evslin explained
that HMSA's fee for service contracts and other capitated contracts will
not be affected by this.

Confidential Pursuant to Protective Order                                    HPH-000094

Board of Directors                           3                           May 13, 1999
Kauai Medical Clinic

**RECRUITMENT**  Dr. Eric Yee reported that Dr. Cleofemarie Vergara, Internist, has
**UPDATE**       decided not to accept the offer presented to her.  A contract has also been
                 sent to Dr. David Liu, Internist.

                 Dr. Yee also reported that an offer was made to Dr. Tyler Chihara for
                 Podiatry.  Dr. Yee contacted Dr. Claire Futenma and she is willing to wait
                 and see what happens in about 10-12 months.

                 Dr. Scheinfeld, the nephrologist has not responded to calls from Dr. Yee.
                 Dr. Yee is trying to set up an interview with another nephrology candidate
                 whose wife is pursuing a master's degree.  He would therefore not be
                 available till after January 2000.  Dr. Patton felt it would be a good idea to
                 find out what her master's degree will be in.

                 A number of walk-in clinic physicians have been interviewed.  Dr. Yee
                 hopes to select a candidate by mid June 1999.

                 Candid inquiries about employment with KMC have been received from a
                 plastic surgeon and a neuro-surgeon.  Dr. Yee stated that Dr. Potter,
                 dermatologist, would be very interested in a Plastics/Dermatology practice
                 at Kukui Grove.

                 A neuro-surgeon, Dr. Jed Weber, is planning a visit to Kauai.  Dr. Yee
                 plans to set up some interviews while Dr. Weber is on island.  Dr. Weber
                 has been in practice for three years in Boulder Colorado and does mostly
                 cervical and back cases.  Dr. Weber feels that 90% of his work could be
                 done on island.  This would take some of the load off Dr. Bjornskov, who
                 is willing to pursue this possibility further.

                 Dr. Patton stated that talks continue with the Camden Group to assist the
                 Clinic in determining how large the Clinic will be.

**OTHER BUSINESS**  Dr. Sutherland stated that the Board may want to think about the meeting
                    schedule.  No decision will be made today because Dr. Edwards and
                    Robert Hee were not in attendance.

                    Mr. Dohrman asked about the status of the North Shore Clinic.  Dr. Patton
                    stated that Dr. Goodman has submitted the plans to his architect.  Nothing
                    further can be done until the plans return from the architect.  If there are
                    substantial changes, the process would start over again.

                    Mr. Dohrman also asked about the use of consultants.  It was stated that
                    there does not seem to be the manpower or expertise on island to carry
                    out what the consultants have been able to.

                    The KMC billing system needs improvement.  The Camden Group would
                    charge about $180,000 plus some additional costs over eight months to
                    help with the reorganization of the Business office and install the

Confidential Pursuant to Protective Order                                          HPH-000095

the KMC Board meeting next month.

**PRESIDENT'S REPORT**

Dr. Evslin reported that projects have been put on hold until reports from the Camden Group are received. The Camden Group is assisting with the Clinic re-organization, physician compensation and space planning.

Mary Witt is on island from the Camden Group and will be assisting the Clinic with the re-organization. Dr. Evslin has also asked her to help with the Clinic's Medic billing system.

The re-organization would include changes in responsibilities for the Clinic administration and the role of the current physician advisory committee. The changes would also affect changing of the by-laws of the affiliation. This will be put on the agenda for the July meeting.

**FINANCIALS**

Marie Czarnecki reviewed the Clinic financials for April. The Clinic had a net loss of $188,116 compared to a budgeted loss of $3,543. Year-to-date, the Clinic had a net loss of $1,046,797 compared to a budgeted loss of $1,173,876. Fee for service gross revenue for the month was $2,543,382 or .2% more than budget. Contractuals were 36.8% of gross fee for service compared to a budget of 38.8%. Net fee for service patient revenue for the month was 3.1% more than budget. Year-to-date fee for service gross revenue is 5.6% more than budget. Contractuals are 37.7% of gross fee for service compared to a budget of 38.5%. For the month, capitation fees received were $28,596 or 5.8% less than budget. Year to date capitation fees were 1.3% less than budget. Total net patient revenue for the month was 1.0% more than budget. Year to date net patient revenue was 6.3% more than budget. Total operating expenses for the month were 10.4% more than budget. Salaries, employee benefits, purchased services, and supplies were all more than budget. Bad debt expense was $75,540 was less than budget due to an adjustment for aged accounts receivable. Year-to-date operating expenses were 5.7% more than budget. The cash balance increased $185,791 for the month to $1,373,425.

Expenses for locum tenens coverage contributed to the increase in the purchased services expenses. Positions that were expected to be filled have not been. There has also been FTE pressures due to construction, but this is expected to be a temporary situation.

Ms. Czarnecki stated that next year will be a challenge with reimbursement decreasing, loss of capitation and salary increases needing to be funded. The budget is currently being worked on and as it stands, the System is expected to lose $1 million next fiscal year.

The System financials were reviewed. The System's net income for the ten months ending April 30, 1999 was $2,514,227 compared to a budget of $1,290,319. However, the System operating income was a loss of

Board of Directors          3               June 10, 1999
Kauai Medical Clinic

$313,128.

**RECRUITMENT UPDATE**

Kelley Haneberg reported on recruitment in the absence of Dr. Yee. A walk-in Clinic physician is still being sought. The Professional Affairs Committee met to discuss the possibility of a neurosurgeon versus a neurologist. This issue was tabled. Dr. Tyler Chihara, the podiatrist, will start July 6th. The Clinic continues to recruit to fill two internists positions. A nephrologist is still being recruited for, however this will probably not happen this year.

**OTHER BUSINESS**

The subject of the meeting schedule was brought to the table. Thursdays are not good for many. A suggestion of the second Friday of each month was made. This suggestion seemed to work for those in attendance. The next meeting will be on Friday, July 9th. There will be no meeting in August.

Ms. Haneberg inquired on the interest of the Board to have Mary Witt of the Camden Group to speak at the September meeting. Ms. Witt will be on island for a few months to help with Clinic re-organization. She has spoken at MGMA meetings on physician practices. A suggestion was to have Ms. Witt speak about best practices.

Ms. Haneberg also stated that many of the Clinic managers do not know who serves on the KMC Board. She inquired on what would be the best way for the managers to get to know the Board and vice versa.

The Clinic physicians have elected Richard Goodale, M.D. to serve on the Clinic Board as the additional KMC physician representative. His first meeting will be on July 9th.

**NEXT MEETING**

The next meeting of the Kauai Medical Clinic will be on July 9, 1999.

**ADJOURNMENT**

The meeting was adjourned at 12:55 p.m.

Secretary

# M I N U T E S

## BOARD OF DIRECTORS

## KAUAI MEDICAL CLINIC

### July 9, 1999

**CALL TO ORDER**   A meeting of the board of directors of the Kauai Medical Clinic was held at 3420 Kuhio Highway, Lihue, Kauai, Hawaii, on Friday, July 9, 1999.

**PRESENT**
David Pratt
Tom Canute
John Edwards, M.D.
Richard Goodale, M.D.
Robert Hee
Trinette Kaui
David Patton, Ph.D.
Thomas Williamson, M.D.
Eric Yee, M.D.
Geri Young, M.D.

**ABSENT**
Neal Sutherland, M.D., chair (excused)
Mal Dohrman (excused)
Lee Evslin, M.D. (excused)

**ALSO PRESENT**
Kelley Carswell-Haneberg
Marie Czarnecki
Helene Oyama
Ken Shimonishi
Mary Witt, Camden Group
Kari Yokota

The meeting was called to order at 12:00 p.m. by David Pratt in the absence of Neal Sutherland, M.D.

**MINUTES**   **VOTED:**   to approve the minutes of June 10, 1999 as circulated.

**CAMDEN GROUP**   Kelley Carswell-Haneberg introduced Mary Witt from the Camden Group. Ms. Witt will be on Kauai for five to eight months to assist KMC with reorganization and streamlining of the business affairs functions. She is encouraged because everyone is very receptive to suggestions she has. Ms. Witt has already started to do training with associates and has added to the training manual that currently exists. Training will also need to be done with the physicians.

**APPROVAL OF**   David Patton and Richard Goodale, M.D. were nominated as new
**NEW MEMBERS**   members to the Kauai Medical Clinic Board of Directors.

Confidential Pursuant to Protective Order

Board of Directors                        3                    September 10, 1999
Kauai Medical Clinic

shared with the physicians to help them better understand the dilemma
the System is facing. David Pratt thanked Dr. Evslin, Ms. Haneberg and
their staff for all the work put into reworking the budget.

**VOTED:**    to approve the Kauai Medical Clinic budget for the 1999-
              2000 fiscal year as presented.

**RECRUITMENT**    Dr. Yee reported that Missy Keyes-Saiki would be coordinating
**UPDATE**         recruitment from now on.

Dr. Nicholas Zina will be the new Walk-in Clinic physician. He will begin
work at the end of this month. Dr. Elizabeth Groshong, anesthesiologist,
has tendered her resignation effective August 31st.

Dr. Michael Diamant, anesthesiologist, has gone through the interview
process. Dr. Dianne Nguyen declined the internist position and will
continue as a locums until the position is filled. Dr. James Lockyer has
interviewed for the internist position and could start in November. There
have also been two candidates interviewed for a position in the Emergency
Room.

Dr. Yee reported that he will step down as medical director when his three
year term expires effective October 1st. The medical director's
responsibilities will be modified to that of an "Executive Director" position
which is expected to oversee staffing and scheduling, quality
management, the medical records committee and recruiting using only
two-half days per week (eight hours per week). Dr. Yee was thanked for
all his hard work during his tenure.

**PRESIDENT'S**    Dr. Evslin updated the Board on the Camden Group's initiatives. The
**REPORT**         administration reorganization is basically completed. Camden made
                   preliminary recommendations on the facility planning which were
                   summarized for the Board. The physicians felt that the Clinic was moving
                   in too many directions at one time, so they postponed voting on
                   conversion to an RVU formula for compensation. The Camden Group
                   suggested that the physicians look at targets instead. The major problem
                   in the business office reorganization is the personal time being used to
                   correct front office errors/omissions. The Camden Group has indicated
                   that this should be a "Get it right the first time initiative". This would
                   involve educating the physicians and their staff on correct coding.

Dr. Goodale commented that the Kilauea Clinic building is inadequate for
the number of physicians practicing there. Dr. Evslin stated that the
Camden Group's suggestion is to find a more central location for the North
Shore Clinic. Their suggestion for the Koloa Clinic is to build another
building.

Confidential Pursuant to Protective Order

# MINUTES

## BOARD OF DIRECTORS

## KAUAI MEDICAL CLINIC

### February 11, 2000

**CALL TO ORDER**      A meeting of the board of directors of the Kauai Medical Clinic was held at 3420 Kuhio Highway, Lihue, Kauai, Hawaii, on Friday, February 11, 2000.

### PRESENT
Neal Sutherland, M.D.
Lee Evslin, M.D.
Richard Goodale, M.D.
Robert Hee
Trinette Kaui
David Patton, Ph.D.
Tom Rice
Eric Yee, M.D.
Geri Young, M.D.

### ABSENT
Tom Canute (excused)
Mal Dohrman (excused)
John Edwards, M.D. (excused)
Thomas Williamson, M.D. (absent)

### ALSO PRESENT
Phil Dalton, The Camden Group
Mary Witt, The Camden Group
Kelley Carswell-Haneberg
Helene Oyama
Julie Rukstad
Ken Shimonishi
Kari Yokota

The meeting was called to order at 12:00 p.m.

**ACCOUNTS RECEIVABLE INITIATIVE**      Phil Dalton and Mary Witt of the Camden Group were in attendance to give the Board a report on the accounts receivable initiative. Mr. Dalton explained that even a small percentage change can improve the bottom line.

He explained that the projected goals for this project were to improve cash, both short term and long term, improve operations and reorganize the department, enhance revenue and identify information system/software upgrades.

Confidential Pursuant to Protective Order                                         HPH-000115

Board of Directors                              3                        March 10, 2000
Kauai Medical Clinic

which they can return to full percentage of receipts for all production
which is greater than last year's.

The topic of compensation brings up the issue of the compensation
formula and guidelines the IRS is using. (These were distributed to the
Board)  Wilcox's counsel has recommended that physicians not be
involved in any decisions regarding physician compensation.  Physicians
are allowed to make recommendations, but can't stay for the discussion
and vote.  The Budget and Finance Committee has recommended that the
Clinic Board establish a compensation committee consisting of non-
physician Board members.  Dr. Evslin would sit on the committee, but not
vote on decisions.  Dr. Evslin would like to have the new compensation
formula in place by July 1st, which means that the committee would have
to pass something by the end of March since the physicians require a 90-
day notice for changes to the formula.

VOTED:      to establish a compensation committee as requested by the
            Budget and Finance Committee.

The committee will consist of Mal Dohrman, Tom Rice, Mr. Patton, Ms.
Rukstad and possibly Trinette Kaui.  Mr. Dohrman will contact Ms. Kaui
for her availability.  Dr. Evslin will be meeting with the general membership
within the next ten days, so the committee will need to meet before that.

The profiling system would measure the following: once a year peer to
peer review using the Kaiser form; twice a year patient survey by doctor
using the firm of Press-Ganey; patient compliments and complaints per
physician; adverse occurrences or malpractice experience per physician
and preventive medicine screening indicators.

Dr. Evslin also gave a macro view of the Clinic/Hospital's current status
and future.  These included being named one of the "Top 100 Hospitals"
in the nation, having substantial growth in revenue and services in the last
ten years and creating one of the best organized physician hospital
organizations in the state.  Dr. Evslin included that the System is not alone
in the fiscal crisis facing hospital systems although each component of the
System has a loss this fiscal year.

Dr. Evslin covered a number of actions that have occurred to date
including the Hospital's reorganization, elimination of physician PTO,
completion of the Camden Group initiated billing system reorganization and
replacing a number of physicians.  Actions that are underway include
satellite expansion plan, negotiating all payor contracts concurrently for
both the Clinic and Hospital as well as hiring replacement physicians for
orthopedics.

Confidential Pursuant to Protective Order                                    HPH-000120