JANICE P. KIM          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON      7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, | ) CIVIL NO. CV 04-00596 ACK LEK<br>) (Federal and State - Qui Tam)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA | ) HEARING<br>) Date: March 27, 2007<br>) Time: 10:30 A.M.<br>) |

3

| | | |
|---|---|---|
| LEE A. EVSLIN, M.D. | ) | Trial Date: March 20, 2007 |
|       Defendants. | ) | Judge: Honorable Alan C. Kay |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

Kenneth S. Robbins, Esq.                                                        March 28, 2007
krobbins@robbinsandassociates.net,

Harry R. Silver, Esq.                                                                March 28, 2007
hsilver@pattonboggs.com

Sharon V. Lovejoy, Esq.                                                   March 28, 2007
slovejoy@starnlaw.com

<u>Served via First Class Mail</u>

Edwin D. Rauzi, Esq.                                                               March 28, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101
DATED:  Honolulu, Hawaii, March 28, 2007.

                                                                                           /s/ Rafael del Castillo

                                                                                        JANICE P. KIM
                                                                                        ARLEEN D. JOUXSON
                                                                                        RAFAEL G. DEL CASTILLO

                                                                                        Attorneys for Plaintiff
                                                                                        JAMES LOCKYER, M.D.