Printed: 11/29/99

# DECEMBER 1999
## WILCOX MEMORIAL HOSPITAL
## INTERNAL MEDICINE CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 SUTHERLAND FLORA | 3 HARRISON | 4 HOUGH (Backup – Harrison) |
| 5 HOUGH (Backup – Harrison) | 6 DUVAUCHELLE | 7 KHENG | 8 PIXLER | 9 HARRISON | 10 MCKNIGHT | 11 HOUGH (Backup - McKnight) |
| 12 HOUGH (Backup – McKnight) | 13 DUVAUCHELLE | 14 KHENG | 15 SUTHERLAND | 16 HARRISON | 17 DUVAUCHELLE | 18 FLORA (Backup - Duvauchelle) |
| 19 FLORA (Backup - Duvauchelle) | 20 KHENG | 21 LOCKYER | 22 PIXLER | 23 MCKNIGHT | 24 SUTHERLAND | 25 HOUGH (Backup - Pixler) |
| 26 HOUGH (Backup - Pixler) | 27 LOCKYER | 28 FLORA | 29 PIXLER | 30 MCKNIGHT | 31 LOCKYER |  |

**EXHIBIT L5**

# SEPTEMBER 2003

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 MCKNIGHT | 2 LOCKYER | 3 HARRISON | 4 BRAUN | 5 NETZER | 6 HOSPITALIST (Flora) |
| 7 HOSPITALIST (Flora) | 8 NOYES | 9 KHENG | 10 NETZER | 11 LOCKYER | 12 BRAUN | 13 HOSPITALIST (Harrison) |
| 14 HOSPITALIST (Harrison) | 15 FLORA | 16 DAD | 17 NOYES | 18 MCKNIGHT | 19 SUTHERLAND | 20 HOSPITALIST (Lockyer) |
| 21 HOSPITALIST (Lockyer) | 22 NETZER | 23 DAD | 24 BRAUN | 25 MCKNIGHT | 26 NOYES | 27 HOSPITALIST (Kheng) |
| 28 HOSPITALIST (Kheng) | 29 BRAUN | 30 DAD | | | | |

# WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

## OCTOBER 2003

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 NETZER | 2 MCKNIGHT | 3 KHENG | 4 HOSPITALIST (Dad) |
| 5 HOSPITALIST (Dad) | 6 FLORA | 7 LOCKYER | 8 KHENG | 9 NOYES | 10 MCKNIGHT | 11 HOSPITALIST (Braun) |
| 12 HOSPITALIST (Braun) | 13 HARRISON | 14 FLORA | 15 NOYES | 16 LOCKYER | 17 NETZER | 18 HOSPITALIST (Capelli) |
| 19 HOSPITALIST (Capelli) | 20 FLORA | 21 MCKNIGHT | 22 HARRISON | 23 LOCKYER | 24 BRAUN | 25 HOSPITALIST (Noyes) |
| 26 HOSPITALIST (Noyes) | 27 FLORA | 28 NETZER | 29 KHENG | 30 DAD | 31 HARRISON | |

# WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

## NOVEMBER 2003

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 HOSPITALIST (Lockyer) |
| 2 HOSPITALIST (Lockyer) | 3 BRAUN | 4 KHENG | 5 NETZER | 6 NOYES | 7 DAD | 8 HOSPITALIST (McKnight) |
| 9 HOSPITALIST (McKnight) | 10 FLORA | 11 LOCKYER | 12 BRAUN | 13 NOYES | 14 FLORA | 15 HOSPITALIST (Netzer) |
| 16 HUNTER (Netzer) | 17 DAD | 18 KHENG | 19 LOCKYER | 20 MCKNIGHT | 21 BRAUN | 22 HOSPITALIST (Harrison) |

(handwritten note on 6 NOYES cell: "6 pm till... McKnight")

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

### NOVEMBER 2003

| 23 HUNTER (Harrison) | 24 DAD | 25 NETZER | 26 KHENG | 27 NOYES | 28 HARRISON | 29 HOSPITALIST (Flora) |
|---|---|---|---|---|---|---|
| HUNTER (Flora) 30 | | | | | | |

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

### DECEMBER 2003

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 MCKNIGHT | 2 NETZER | 3 NOY | (ursday) ...UN | 5 HARRISON | 6 HOSPITALIST (Kheng) |
| 7 HOSPITALIST (Kheng) | 8 BRAUN | 9 NETZER | 10 BRAUN | 11 NOYES | 12 HARRISON | 13 HOSPITALIST (Capelli) |
| 14 HOSPITALIST (Capelli) | 15 NOYES | 16 DAD | 17 BRAUN | 18 MCKNIGHT | 19 NOYES | 20 HOSPITALIST (Dad) |
| 21 HOSPITALIST (Dad) | 22 LOCKYER | 23 NETZER | 24 LOCKYER | 25 KHENG | 26 MCKNIGHT | 27 HOSPITALIST (Braun) |
| 28 HOSPITALIST (Braun) | 29 NETZER | 30 MCKNIGHT | 31 DAD |  |  |  |

REVISED 12/3/03

# DECEMBER 2003

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 MCKNIGHT | 2 NETZER | 3 NOYES | 4 LOCKYER | 5 HARRISON | 6 HOSPITALIST (Kheng) |
| 7 HOSPITALIST (Kheng) | 8 BRAUN | 9 NETZER | 10 LOCKYER | 11 NOYES | 12 HARRISON | 13 HOSPITALIST (Capelli) |
| 14 HOSPITALIST (Capelli) | 15 NOYES | 16 DAD | 17 LOCKYER | 18 MCKNIGHT | 19 NOYES | 20 HOSPITALIST (Dad) |
| 21 HOSPITALIST (Dad) | 22 NETZER | 23 LOCKYER | 24 BRAUN | 25 KHENG | 26 MCKNIGHT | 27 HOSPITALIST (Braun) |
| 28 HOSPITALIST (Braun) | 29 NETZER | 30 MCKNIGHT | 31 DAD |  |  |  |

# JANUARY 2004

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 FLORA | 2 KHENG | 3 HOSPITALIST (Noyes) |
| 4 HOSPITALIST (Noyes) | 5 BRAUN | 6 LOCKYER | 7 NETZER | 8 DAD | 9 MCKNIGHT | 10 HOSPITALIST (Flora) |
| 11 HOSPITALIST (Flora) | 12 NOYES | 13 KHENG | 14 BRAUN | 15 LOCKYER | 16 DAD | 17 HOSPITALIST (Netzer) |
| 18 HOSPITALIST (Netzer) | 19 MCKNIGHT | 20 KHENG | 21 DAD | 22 BRAUN | 23 FLORA | 24 HOSPITALIST (Lockyer) |
| 25 HOSPITALIST (Lockyer) | 26 NETZER | 27 KHENG | 28 NOYES | 29 DAD | 30 BRAUN | 31 HOSPITALIST (McKnight) |

# FEBRUARY 2004

## WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 HOSPITALIST (McKnight) | 2 FLORA | 3 KHENG | 4 NETZER | 5 LOCKYER | 6 DAD | 7 HOSPITALIST (Braun) |
| 8 HOSPITALIST (Braun) | 9 MCKNIGHT | 10 PIXLER | 11 KHENG | 12 LOCKYER | 13 FLORA | 14 HOSPITALIST (Capelli) |
| 15 HOSPITALIST (Capelli) | 16 PIXLER | 17 DAD | 18 NETZER  CME CPC | 19 BRAUN | 20 FLORA | 21 HOSPITALIST (Pixler) |
| 22 HOSPITALIST (Pixler) | 23 DAD | 24 LOCKYER | 25 NETZER | 26 BRAUN | 27 FLORA | 28 HOSPITALIST (Kheng) |
| 29 HOSPITALIST (Kheng) | | | | | | |

# MARCH 2004

**WILCOX MEMORIAL HOSPITAL CALL SCHEDULE**

# MARCH 2004

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 DAD | 2 PIXLER | 3 NETZER | 4 BRAUN | 5 FLORA | 6 HOSPITALIST (Lockyer) |
| 7 HOSPITALIST (Lockyer) | 8 PIXLER | 9 DAD | 10 NETZER | 11 BRAUN | 12 KHENG | 13 HOSPITALIST (Flora) |
| 14 HOSPITALIST (Flora) | 15 LOCKYER | 16 PIXLER | 17 KHENG | 18 LOCKYER | 19 BRAUN | 20 HOSPITALIST (Netzer) |
| 21 HOSPITALIST (Netzer) | 22 FLORA | 23 KHENG | 24 BRAUN | 25 LOCKYER | 26 NETZER | 27 HOSPITALIST (Dad) |
| 28 HOSPITALIST (Dad) | 29 PIXLER | 30 KHENG | 31 BRAUN |  |  |  |

## APRIL 2004 — WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 LOCKYER | 2 FLORA *[handwritten]* | 3 HOSPITALIST (Pixler) |
| 4 HOSPITALIST (Pixler) | 5 DAD | 6 KHENG *OFF* | 7 NETZER | 8 PIXLER *[handwritten]* | 9 BRAUN *OFF* | 10 HOSPITALIST (Capelli) |
| 11 HOSPITALIST (Capelli) | 12 FLORA | 13 KHENG | 14 NETZER | 15 LOCKYER | 16 DAD *[handwritten]* | 17 HOSPITALIST (Braun) |
| 18 HOSPITALIST (Braun) | 19 NETZER | 20 DAD | 21 LOCKYER | 22 BRAUN | 23 FLORA | 24 HOSPITALIST (Kheng) |
| 25 HOSPITALIST (Kheng) | 26 DAD | 27 LOCKYER | 28 NETZER | 29 BRAUN | 30 FLORA |  |

# WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

## MAY 2004

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 HOSPITALIST (Netzer) |
| 2 HOSPITALIST (Netzer) | 3 DAD | 4 PIXLER | 5 KHENG | 6 BRAUN | 7 FLORA | 8 HOSPITALIST (Lockyer) |
| 9 HOSPITALIST (Lockyer) | 10 DAD | 11 PIXLER | 12 KHENG | 13 BRAUN | 14 NETZER | 15 HOSPITALIST (Dad) |
| 16 HOSPITALIST (Dad) | 17 PIXLER | 18 FLORA | 19 KHENG | 20 LOCKYER | 21 BRAUN | 22 HOSPITALIST (Flora) |



MAY 2004

WILCOX MEMORIAL HOSPITAL CALL SCHEDULE

| 23 HOSPITALIST (Flora) | 24 NETZER* | 25 PIXLER | 26 LOCKYER | 27 BRAUN | 28 KHENG | 29 HOSPITALIST (Capelli) |
| 30 HOSPITALIST (Capelli) | DAD*31 | | | | | |

REVISED IM CALL SCHEDULE (* Denotes changes) 4/23/04