| Date | Pat # | description | code | Patient name | charge |
|---:|---|---|---:|---|---:|
| 1/4/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 1/4/2000 | 616127 | 400 mc | Q9933 | Keuma Kazumi | 210.00 |
| 1/6/2000 | 54734 | 180 kap quest cap | 90782 | Ito Marlene | 0.00 |
| 1/6/2000 | 54734 | 180 kap quest cap | Q9928 | Ito Marlene | 0.00 |
| 1/18/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 1/18/2000 | 41012 | 410 mc hmo | Q9931 | Braun Rose | 210.00 |
| 1/18/2000 | 167588 | 400 mc | 90782 | Sheremeta Ni | 19.57 |
| 1/18/2000 | 167588 | 400 mc | J0570 | Sheremeta Ni | 23.00 |
| 1/25/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 1/25/2000 | 41012 | 410 mc hmo | Q9933 | Braun Rose | 210.00 |
| 1/25/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 1/25/2000 | 616127 | 400 mc | Q9933 | Keuma Kazumi | 210.00 |
| 2/1/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 2/1/2000 | 41012 | 410 mc hmo | Q9933 | Braun Rose | 210.00 |
| 2/1/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 2/1/2000 | 616127 | 400 mc | Q9934 | Keuma Kazumi | 210.00 |
| 2/8/2000 | 54734 | 180 kap quest cap | 90782 | Ito Marlene | 0.00 |
| 2/8/2000 | 54734 | 180 kap quest cap | Q9930 | Ito Marlene | 0.00 |
| 2/8/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 2/8/2000 | 616127 | 400 mc | Q9937 | Keuma Kazumi | 210.00 |
| 2/10/2000 | 54734 | 180 kap quest cap | 90782 | Ito Marlene | 0.00 |
| 2/10/2000 | 54734 | 180 kap quest cap | Q9936 | Ito Marlene | 0.00 |
| 2/22/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 2/22/2000 | 41012 | 410 mc hmo | Q9933 | Braun Rose | 210.00 |
| 2/29/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 2/29/2000 | 41012 | 410 mc hmo | Q9934 | Braun Rose | 210.00 |
| 3/2/2000 | 638618 | 400 mc | 90782 | Agueda Cathe | 19.57 |
| 3/2/2000 | 638618 | 400 mc | J3420 | Agueda Cathe | 4.00 |
| 3/7/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 3/7/2000 | 41012 | 410 mc hmo | Q9934 | Braun Rose | 210.00 |
| 3/7/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 3/7/2000 | 616127 | 400 mc | Q9934 | Keuma Kazumi | 126.00 |
| 3/16/2000 | 654297 | 400 mc | 99214 | Johnson Ralph | |
| 3/21/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 3/21/2000 | 616127 | 400 mc | Q9934 | Keuma Kazumi | 126.00 |
| 3/28/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 3/28/2000 | 41012 | 410 mc hmo | Q9934 | Braun Rose | 210.00 |
| 3/28/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 3/28/2000 | 616127 | 400 mc | Q9934 | Keuma Kazumi | 125.00 |
| 4/11/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 4/11/2000 | 41012 | 410 mc hmo | Q9933 | Braun Rose | 210.00 |
| 4/11/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 4/11/2000 | 616127 | 400 mc | Q9933 | Keuma Kazumi | 126.00 |
| 4/14/2000 | 38441 | 400 mc | 99214 | Cadaoas Paul | |
| 4/14/2000 | 38441 | 400 mc | J0704 | Cadaoas Paul | 22.00 |
| 4/18/2000 | 54734 | 450 m caid | 90782 | Ito Marlene | 19.57 |
| 4/18/2000 | 54734 | 450 m caid | Q9934 | Ito Marlene | 126.00 |
| 4/20/2000 | EXP34762 | 400 mc | 99211 | Kaauwai Levi | |
| 4/20/2000 | EXP34762 | 400 mc | 96408 | Kaauwai Levi | 77.04 |
| 4/20/2000 | EXP34762 | 400 mc | 99211S | Kaauwai Levi | 36.00 |

**EXHIBIT L6**

| Date | Pat # | description | code | Patient name | charge |
|---|---|---|---|---|---|
| 4/20/2000 | EXP34762 | 400 mc | J1626 | Kaauwai Levi | 330.00 |
| 4/20/2000 | EXP34762 | 400 mc | J7050 | Kaauwai Levi | 42.00 |
| 4/20/2000 | EXP34762 | 400 mc | J1060 | Kaauwai Levi | 21.00 |
| 4/20/2000 | EXP34762 | 400 mc | J9293 | Kaauwai Levi | 300.00 |
| 4/20/2000 | EXP34762 | 400 mc | J9340 | Kaauwai Levi | 156.00 |
| 4/20/2000 | EXP34762 | 400 mc | J9360 | Kaauwai Levi | 48.00 |
| 4/20/2000 | EXP34762 | 400 mc | Q0136 | Kaauwai Levi | 420.00 |
| 4/20/2000 | EXP34762 | 400 mc | ZZJ1100 | Kaauwai Levi | 24.00 |
| 4/20/2000 | EXP729124 | 400 mc | 90782 | Wortmann Ral | 19.57 |
| 4/20/2000 | EXP729124 | 400 mc | J1440 | Wortmann Ral | 290.00 |
| 5/2/2000 | 616127 | 400 mc | 99214 | Keuma Kazumi | |
| 5/2/2000 | 616127 | 400 mc | Q9928 | Keuma Kazumi | 168.00 |
| 5/9/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 5/9/2000 | 616127 | 400 mc | Q9929 | Keuma Kazumi | 210.00 |
| 5/9/2000 | 43294 | 400 mc | 90782 | Texeira Will | 19.57 |
| 5/9/2000 | 43294 | 400 mc | J3420 | Texeira Will | 4.00 |
| 5/23/2000 | 43294 | 400 mc | 90782 | Texeira Will | 19.57 |
| 5/23/2000 | 43294 | 400 mc | J3420 | Texeira Will | 4.00 |
| 5/30/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 5/30/2000 | 41012 | 410 mc hmo | Q9933 | Braun Rose | 210.00 |
| 6/6/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 6/6/2000 | 41012 | 410 mc hmo | Q9935 | Braun Rose | 210.00 |
| 6/7/2000 | 60078 | 400 mc | 90782 | Lemi Ramona | 19.57 |
| 6/7/2000 | 60078 | 400 mc | Q9927 | Lemi Ramona | 126.00 |
| 6/13/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 6/13/2000 | 41012 | 410 mc hmo | Q9935 | Braun Rose | 210.00 |
| 6/14/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 6/14/2000 | 616127 | 400 mc | Q9929 | Keuma Kazumi | 210.00 |
| 6/16/2000 | EXP908618 | 400 mc | 90782 | Simmons Jame | 19.57 |
| 6/16/2000 | EXP908618 | 400 mc | Q9929 | Simmons Jame | 84.00 |
| 6/20/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 6/20/2000 | 41012 | 410 mc hmo | Q9934 | Braun Rose | 210.00 |
| 6/27/2000 | 41012 | 410 mc hmo | 90782 | Braun Rose | 19.57 |
| 6/27/2000 | 41012 | 410 mc hmo | Q9934 | Braun Rose | 210.00 |
| 6/27/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 6/27/2000 | 616127 | 400 mc | Q9932 | Keuma Kazumi | 210.00 |
| 8/7/2000 | 40878 | 410 mc hmo | 99211 | Inagaki Haru | |
| 8/7/2000 | 40878 | 410 mc hmo | Q9932 | Inagaki Haru | 210 |
| 8/7/2000 | 34138 | 400 mc | 90782 | Ono Tsuneko | 19.57 |
| 8/7/2000 | 34138 | 400 mc | J1440 | Ono Tsuneko | 290 |
| 8/7/2000 | 607592 | 450 medicaid | 99211 | Perreira Dez | |
| 8/7/2000 | 607592 | 450 medicaid | 90782 | Perreira Dez | 19.57 |
| 8/7/2000 | 607592 | 450 medicaid | J1440 | Perreira Dez | 290 |
| 8/7/2000 | EXP 76801 | 400 mc | 96410 | Uyeda Naoto | 91.05 |
| 8/7/2000 | EXP 76801 | 400 mc | 96412 | Uyeda Naoto | 62.83 |
| 8/7/2000 | EXP 76801 | 400 mc | J1626 | Uyeda Naoto | 330 |
| 8/7/2000 | EXP 76801 | 400 mc | J3475 | Uyeda Naoto | 4 |
| 8/7/2000 | EXP 76801 | 400 mc | J3480 | Uyeda Naoto | 10 |
| 8/7/2000 | EXP 76801 | 400 mc | J7030 | Uyeda Naoto | 23 |
| 8/7/2000 | EXP 76801 | 400 mc | J7042 | Uyeda Naoto | 21 |

**EXHIBIT L6**

| Date | Pat # | description | code | Patient name | charge |
|---:|---|---|---:|---|---:|
| 8/7/2000 | EXP 76801 | 400 mc | J7050 | Uyeda Naoto | 21 |
| 8/7/2000 | EXP 76801 | 400 mc | J7060 | Uyeda Naoto | 21 |
| 8/7/2000 | EXP 76801 | 400 mc | J9062 | Uyeda Naoto | 370 |
| 8/7/2000 | EXP 76801 | 400 mc | J9201 | Uyeda Naoto | 900 |
| 8/7/2000 | EXP 76801 | 400 mc | Q0136 | Uyeda Naoto | 1050 |
| 8/7/2000 | EXP 76801 | 400 mc | ZZJ1100 | Uyeda Naoto | 24 |
| 9/1/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 9/1/2000 | 616127 | 400 mc | Q9933 | Keuma Kazumi | 210 |
| 9/26/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 9/26/2000 | 616127 | 400 mc | Q9935 | Keuma Kazumi | 210 |
| 10/3/2000 | 616127 | 400 mc | 90782 | Keuma Kazumi | 19.57 |
| 10/3/2000 | 616127 | 400 mc | G0008 | Keuma Kazumi | 15 |
| 10/3/2000 | 60078 | 400 mc | 90782 | Lemi Ramona | 19.57 |
| 10/3/2000 | 60078 | 400 mc | Q9930 | Lemi Ramona | 210 |
| 10/5/2000 | 60078 | 400 mc | 90782 | Lemi Ramona | 19.57 |
| 10/5/2000 | 60078 | 400 mc | Q9930 | Lemi Ramona | 210 |
| 10/26/2000 | 54734 | 450 m caid | 90782 | Ito Marlene | 19.57 |
| 10/26/2000 | 54734 | 450 m caid | Q9927 | Ito Marlene | 168 |
| 11/14/2000 | 54734 | 450 m caid | 90782 | Ito Marlene | 19.57 |
| 11/14/2000 | 54734 | 450 m caid | Z09927E | Ito Marlene | 219 |
| 11/16/2000 | 50902 | 400 mc | 90782 | Apana Christ | 19.57 |
| 11/16/2000 | 50902 | 400 mc | Q0136 | Apana Christ | 1260 |
| 11/16/2000 | CA124137 | 180 kap quest cap | J2912 | Boyd William | 0 |
| 11/16/2000 | 60078 | 400 mc | 99211 | Lemi Ramona | |
| 11/16/2000 | 60078 | 400 mc | 90780 | Lemi Ramona | 91.67 |
| 11/16/2000 | 60078 | 400 mc | J1750 | Lemi Ramona | 660 |
| 11/16/2000 | 60078 | 400 mc | J7050 | Lemi Ramona | 21 |
| 11/16/2000 | 60078 | 400 mc | 90780 | Lemi Ramona | 0 |
| 11/16/2000 | 60078 | 400 mc | J1750 | Lemi Ramona | 0 |
| 11/16/2000 | 60078 | 400 mc | J7050 | Lemi Ramona | 0 |
| 12/19/2000 | 43891 | 400 mc | 90782 | Sugawa Nance | 19.57 |
| 12/19/2000 | 43891 | 400 mc | Q9928 | Sugawa Nance | 210 |
| 1/5/2001 | 616127 | 400 mc | 90782 | Keuma Kazumi | 20.00 |
| 1/5/2001 | 616127 | 400 mc | Q9932 | Keuma Kazumi | 210.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | 90780 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | 96410 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | 96412 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J1100 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J1626 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J7050 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J7060 | Aceron Georg | 0.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J9045 | Aceron Georg | 1408.00 |
| 2/16/2001 | EXP627066 | 360 aloha care cap | J9201 | Aceron Georg | 1242.00 |
| 2/16/2001 | CA743565 | 400 mc | 96410 | Burchett Ron | 111.00 |
| 2/16/2001 | CA743565 | 400 mc | 96412 | Burchett Ron | 82.00 |
| 2/16/2001 | CA743565 | 400 mc | J1100 | Burchett Ron | 40.00 |
| 2/16/2001 | CA743565 | 400 mc | J1200 | Burchett Ron | 2.00 |
| 2/16/2001 | CA743565 | 400 mc | J1626 | Burchett Ron | 350.00 |
| 2/16/2001 | CA743565 | 400 mc | J2780 | Burchett Ron | 8.00 |
| 2/16/2001 | CA743565 | 400 mc | J7050 | Burchett Ron | 42.00 |

**EXHIBIT L6**

| Date | Pat # | description | code | Patient name | charge |
|---:|---|---|---:|---|---:|
| 2/16/2001 | CA743565 | 400 mc | J7060 | Burchett Ron | 35.00 |
| 2/16/2001 | CA743565 | 400 mc | J9265 | Burchett Ron | 1076.00 |
| 2/16/2001 | CA743565 | 400 mc | Q0136 | Burchett Ron | 1260.00 |
| 2/16/2001 | EXP103080 | 410 mc hmo | 99211 | Calkin Adela | |
| 2/16/2001 | EXP103080 | 410 mc hmo | Q9935 | Calkin Adela | 840.00 |
| 2/16/2001 | 108328 | 400 mc | J0640 | Doutt Thomas | 26.00 |
| 2/16/2001 | 108328 | 400 mc | J9190 | Doutt Thomas | 10.00 |
| 2/16/2001 | 108328 | 400 mc | Q0136 | Doutt Thomas | 1260.00 |
| 2/16/2001 | 908872 | 450 m caid | 99211 | Garcia Purit | |
| 2/16/2001 | 908872 | 450 m caid | 90780 | Garcia Purit | 92.00 |
| 2/16/2001 | 908872 | 450 m caid | 96410 | Garcia Purit | 111.00 |
| 2/16/2001 | 908872 | 450 m caid | 96412 | Garcia Purit | 82.00 |
| 2/16/2001 | 908872 | 450 m caid | J1100A | Garcia Purit | 1.00 |
| 2/16/2001 | 908872 | 450 m caid | J1200A | Garcia Purit | 2.00 |
| 2/16/2001 | 908872 | 450 m caid | J1626A | Garcia Purit | 342.00 |
| 2/16/2001 | 908872 | 450 m caid | J2780A | Garcia Purit | 8.00 |
| 2/16/2001 | 908872 | 450 m caid | J9265A | Garcia Purit | 1840.00 |
| 3/12/2001 | 60078 | 410 mc hmo | 90782 | Lemi Ramona | 20.00 |
| 3/12/2001 | 60078 | 410 mc hmo | Q9928 | Lemi Ramona | 420.00 |
| 3/15/2001 | 63671 | 410 mc hmo | J3420 | Corpuz Loren | 4.00 |
| 3/16/2001 | 54734 | 450 m caid | 90782 | Ito Marlene | 20.00 |
| 3/16/2001 | 54734 | 450 m caid | Q9936 B | Ito Marlene | 4370.00 |
| 3/19/2001 | 60078 | 410 mc hmo | 90782 | Lemi Ramona | 20.00 |
| 3/19/2001 | 60078 | 410 mc hmo | Q9928 | Lemi Ramona | 840.00 |
| 3/21/2001 | 638618 | 400 mc | 90782 | Agueda Cathe | 20.00 |
| 3/21/2001 | 638618 | 400 mc | J3420 | Agueda Cathe | 4.00 |
| 3/29/2001 | 54734 | 450 m caid | 90782 | Ito Marlene | 20.00 |
| 3/29/2001 | 54734 | 450 m caid | Q9935F | Ito Marlene | 210.00 |
| 4/2/2001 | 60078 | 410 mc hmo | 90782 | Lemi Ramona | 20.00 |
| 4/2/2001 | 60078 | 410 mc hmo | Q9928 | Lemi Ramona | 840.00 |
| 4/9/2001 | 60078 | 410 mc hmo | 90782 | Lemi Ramona | 20.00 |
| 4/9/2001 | 60078 | 410 mc hmo | Q9928 | Lemi Ramona | 840.00 |
| 7/3/2001 | EXP36927 | 410/ mc hmo | 90780 | Hokushin Gra | 92.00 |
| 7/3/2001 | EXP36927 | 410/ mc hmo | 96408 | Hokushin Gra | 154.00 |
| 7/3/2001 | EXP36927 | 410/ mc hmo | J1626 | Hokushin Gra | 350.00 |
| 8/6/2001 | EXP627066 | 400/mc | J1440 | Aceron Georg | 316.00 |
| 8/6/2001 | 46686 | 410/ mc hmo | 99211 | Hilacion Phi | |
| 8/6/2001 | 46686 | 410/ mc hmo | 96400 | Hilacion Phi | 19.00 |
| 8/6/2001 | 46686 | 410/ mc hmo | J9217 | Hilacion Phi | 3276.00 |
| 8/6/2001 | EXP121605 | 410/ mc hmo | 96400 | Ignacio Fran | 19.00 |
| 8/6/2001 | EXP121605 | 410/ mc hmo | J9214 | Ignacio Fran | 69.00 |
| 8/6/2001 | EXP78642 | 400/mc | 99211 | Parraga Anto | |
| 8/6/2001 | EXP78642 | 400/mc | J1080 | Parraga Anto | 14.00 |
| 8/6/2001 | EXP78642 | 400/mc | J2430 | Parraga Anto | 1401.00 |
| 8/6/2001 | EXP78642 | 400/mc | J2912 | Parraga Anto | 30.00 |
| 8/6/2001 | EXP78642 | 400/mc | J7050 | Parraga Anto | 21.00 |
| 10/4/2001 | 60078 | 410/ mc hmo | 90782 | Lemi Ramona | 20.00 |
| 10/4/2001 | 60078 | 410/ mc hmo | Q9931 | Lemi Ramona | 1260.00 |
| 10/9/2001 | 60078 | 410/ mc hmo | 90782 | Lemi Ramona | 20.00 |
| 10/9/2001 | 60078 | 410/ mc hmo | Q9931 | Lemi Ramona | 1260.00 |

**EXHIBIT L6**

| Date | Pat # | description | code | Patient name | charge |
|---|---|---|---|---|---|
| 10/12/2001 | CA176051 | 400/mc | Q9934 | Polan Marcie | 588.00 |
| 11/1/2001 | 60078 | 410/ mc hmo | 90782 | Lemi Ramona | 20.00 |
| 11/1/2001 | 60078 | 410/ mc hmo | Q9935 | Lemi Ramona | 840.00 |
| 11/5/2001 | 752784 | 400/mc | 96410 | Hardt Henry | 111.00 |
| 11/5/2001 | 752784 | 400/mc | 96412 | Hardt Henry | 246.00 |
| 11/5/2001 | 752784 | 400/mc | J1200 | Hardt Henry | 2.00 |
| 11/5/2001 | 752784 | 400/mc | J2060 | Hardt Henry | 16.00 |
| 11/5/2001 | 752784 | 400/mc | J7050 | Hardt Henry | 42.00 |
| 11/5/2001 | 752784 | 400/mc | J7060 | Hardt Henry | 35.00 |
| 11/5/2001 | 752784 | 400/mc | J9310 | Hardt Henry | 6504.00 |
| 11/5/2001 | 778346 | 400/mc | 99211 | Isobe Annett | |
| 11/5/2001 | 778346 | 400/mc | 96410 | Isobe Annett | 111.00 |
| 11/5/2001 | 778346 | 400/mc | J1100 | Isobe Annett | 8.00 |
| 11/5/2001 | 778346 | 400/mc | J1626 | Isobe Annett | 350.00 |
| 11/5/2001 | 778346 | 400/mc | J1642 | Isobe Annett | 100.00 |
| 11/5/2001 | 778346 | 400/mc | J2912 | Isobe Annett | 30.00 |
| 11/5/2001 | 778346 | 400/mc | J7050 | Isobe Annett | 42.00 |
| 11/5/2001 | 778346 | 400/mc | J7060 | Isobe Annett | 35.00 |
| 11/5/2001 | 778346 | 400/mc | J9170 | Isobe Annett | 1046.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | 90784 | Kanehe Nanni | 80.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | 96408 | Kanehe Nanni | 77.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | J0640 | Kanehe Nanni | 25.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | J1260 | Kanehe Nanni | 280.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | J9190 | Kanehe Nanni | 5.00 |
| 11/5/2001 | 38503 | 410/ mc hmo | Q0136 | Kanehe Nanni | 1680.00 |
| 11/5/2001 | EXP78642 | 400/mc | 90782 | Parraga Anto | 20.00 |
| 11/5/2001 | EXP78642 | 400/mc | J1080 | Parraga Anto | 14.00 |
| 11/5/2001 | CA706797 | 180 kap quest cap | 90784 | Richardson L | 0.00 |
| 11/5/2001 | CA706797 | 180 kap quest cap | 96408 | Richardson L | 77.00 |
| 11/5/2001 | CA706797 | 180 kap quest cap | J9190 | Richardson L | 10.00 |
| 11/5/2001 | 36292 | 410/ mc hmo | 90784 | Rodrigues Ju | 40.00 |
| 11/5/2001 | 36292 | 410/ mc hmo | 96408 | Rodrigues Ju | 77.00 |
| 11/5/2001 | 36292 | 410/ mc hmo | J0640 | Rodrigues Ju | 26.00 |
| 11/5/2001 | 36292 | 410/ mc hmo | J2912 | Rodrigues Ju | 24.00 |
| 11/5/2001 | 36292 | 410/ mc hmo | J9190 | Rodrigues Ju | 10.00 |
| 12/11/2001 | 60078 | 410/ mc hmo | 90782 | Lemi Ramona | 20.00 |
| 12/11/2001 | 60078 | 410/ mc hmo | Q9936 | Lemi Ramona | 840.00 |
| 2/8/2002 | 92783 | 400 mc | 90782 | Leonard Mary | 20.00 |
| 2/8/2002 | 92783 | 400 mc | Q9933 | Leonard Mary | 920.00 |
| 2/26/2002 | 6092566 | 400 mc | 99211 | Henry John | |
| 2/26/2002 | 6092566 | 400 mc | 36430 | Henry John | 72.00 |
| 2/26/2002 | 6092566 | 400 mc | J7050 | Henry John | 40.00 |
| 5/8/2002 | 116058 | 410 mc hmo | 90780 | Gibson Danie | 92.00 |
| 5/8/2002 | 116058 | 410 mc hmo | 96410 | Gibson Danie | 111.00 |
| 5/8/2002 | 116058 | 410 mc hmo | J1100 | Gibson Danie | 15.00 |
| 5/8/2002 | 116058 | 410 mc hmo | J1626 | Gibson Danie | 350.00 |
| 5/8/2002 | 116058 | 410 mc hmo | J7050 | Gibson Danie | 40.00 |
| 5/8/2002 | 116058 | 410 mc hmo | J7060 | Gibson Danie | 21.00 |
| 5/8/2002 | 116058 | 410 mc hmo | J9170 | Gibson Danie | 1154.00 |
| 5/8/2002 | 752784 | 400 mc | 90780 | Hardt Henry | 92.00 |

**EXHIBIT L6**

5

| Date | Pat # | description | code | Patient name | charge |
|---|---|---|---|---|---:|
| 5/8/2002 | 752784 | 400 mc | 96410 | Hardt Henry | 111.00 |
| 5/8/2002 | 752784 | 400 mc | 96412 | Hardt Henry | 164.00 |
| 5/8/2002 | 752784 | 400 mc | J1200 | Hardt Henry | 4.00 |
| 5/8/2002 | 752784 | 400 mc | J2060 | Hardt Henry | 9.00 |
| 5/8/2002 | 752784 | 400 mc | J7050 | Hardt Henry | 40.00 |
| 5/8/2002 | 752784 | 400 mc | J7060 | Hardt Henry | 21.00 |
| 5/8/2002 | 752784 | 400 mc | J9310 | Hardt Henry | 6704.00 |
| 5/8/2002 | 103805 | 400 mc | J1642 | Kikuchi Will | 50.00 |
| 5/8/2002 | 103805 | 400 mc | J2912 | Kikuchi Will | 30.00 |
| 5/8/2002 | EXP 908762 | 400 mc | J1440 | Moreno Mary | 347.00 |
| 5/8/2002 | EXP 908762 | 400 mc | Q0136 | Moreno Mary | 1840.00 |
| 5/10/2002 | EXP 908762 | 400 mc | 90782 | Moreno Mary | 20.00 |
| 5/10/2002 | EXP 908762 | 400 mc | J1440 | Moreno Mary | 347.00 |
| 5/10/2002 | EXP 603657 | 400 mc | 90780 | Schultz Leno | 92.00 |
| 5/10/2002 | EXP 603657 | 400 mc | 96410 | Schultz Leno | 111.00 |
| 5/10/2002 | EXP 603657 | 400 mc | 96412 | Schultz Leno | 82.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J1100 | Schultz Leno | 15.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J1200 | Schultz Leno | 4.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J1626 | Schultz Leno | 350.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J1642 | Schultz Leno | 50.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J2780 | Schultz Leno | 8.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J2912 | Schultz Leno | 20.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J7050 | Schultz Leno | 40.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J7060 | Schultz Leno | 21.00 |
| 5/10/2002 | EXP 603657 | 400 mc | J9265 | Schultz Leno | 510.00 |
| 5/21/2002 | 139161 | 400 mc | 90782 | Hamada Richa | 20.00 |
| 5/21/2002 | 139161 | 400 mc | Q9926 | Hamada Richa | 368.00 |
| 6/7/2002 | 50902 | 400 mc | 90782 | Apana Christ | 20.00 |
| 6/7/2002 | 50902 | 400 mc | Q0136 | Apana Christ | 2760.00 |
| 6/7/2002 | EXP10706 | 410 mc hmo | 90782 | Minatoya His | 20.00 |
| 6/7/2002 | EXP10706 | 410 mc hmo | Q0136 | Minatoya His | 460.00 |
| 6/7/2002 | 48923 | 400 mc | 90780 | Pia George | 92.00 |
| 6/7/2002 | 48923 | 400 mc | 90781 | Pia George | 57.00 |
| 6/7/2002 | 48923 | 400 mc | 96410 | Pia George | 111.00 |
| 6/7/2002 | 48923 | 400 mc | 96412 | Pia George | 82.00 |
| 6/7/2002 | 48923 | 400 mc | J1200 | Pia George | 4.00 |
| 6/7/2002 | 48923 | 400 mc | J7030 | Pia George | 25.00 |
| 6/7/2002 | 48923 | 400 mc | J7050 | Pia George | 20.00 |
| 6/7/2002 | 48923 | 400 mc | J999901 | Pia George | 2691.00 |
| 3/13/2003 | 651380 | 400 -MEDICARE | 90782 | YAMADA EDWIN | 20.00 |
| 3/13/2003 | 651380 | 400 -MEDICARE | 31080 | YAMADA EDWIN | 16.00 |
| 3/18/2003 | 44486 | 400 -MEDICARE | 90784 | FUJIOKA SHIZ | 40 |
| 3/18/2003 | 44486 | 400 -MEDICARE | 30835 | FUJIOKA SHIZ | 30 |
| 3/18/2003 | 44486 | 400 -MEDICARE | 31642 | FUJIOKA SHIZ | 20.00 |
| 3/18/2003 | 44486 | 400 -MEDICARE | 32912 | FUJIOKA SHIZ | 6.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 90780 | -POTTS, RUSSEL | 92.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 90782 | -POTTS, RUSSEL | 20.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 96410 | -POTTS, RUSSEL | 111.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 31100 | -POTTS, RUSSEL | 25.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 31200 | -POTTS, RUSSEL | 4.00 |

**EXHIBIT L6**

| Date | Pat # | description | code | Patient name | charge |
|---|---|---|---|---|---|
| 5/21/2003 | 939876 | 400 -MEDICARE | 31626 | -POTTS, RUSSEL | 210.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 31680 | -POTTS, PJJSSEL | 8.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 37050 | -POTTS, RUSSEL | 40.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 37060 | -POTTS, RUSSEL | 21.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | 39170 | -POTTS, RUSSEL | 2308.00 |
| 5/21/2003 | 939876 | 400 -MEDICARE | Q0136 | -POTTS, RUSSEL | 1840.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J0640D | BRISTOL ANGE | 480.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J1100E | BRISTOL ANGE | 3.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J20608 | BRISTOL ANGE | 12.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J2405A | BRISTOL ANGE | 138.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J7050D | BRISTOL ANGE | 19.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | J9190B | BRISTOL ANGE | 11.00 |
| 5/22/2003 | 41693 | 170 HMSA QUEST FFS | Q136C | BRISTOL ANGE | 935.00 |
| 5/22/2003 | 76186 | 400 -MEDICARE | 90782 | -KING, PACIFIC | 20.00 |
| 5/22/2003 | 76186 | 400 -MEDICARE | Q0136 | -KING, PACIFIC | 1840.00 |
| 5/22/2003 | 48027 | 400 -MEDICARE | 90782 | Redacted | 20.00 |
| 5/22/2003 | 48027 | 400 -MEDICARE | Q0136 | Redacted | 920.00 |
| 5/23/2003 | 124198 | 400 -MEDICARE | J1642 | -ARANIO, LOREN | 50.00 |
| 5/23/2003 | 124198 | 400 -MEDICARE | J2912 | -ARANIO, LOREN | 30.00 |
| 5/23/2003 | 34371 | 410 -MEDICARE IIMO | 96400 | -BALDWIN, ANNE | 19.00 |
| 5/23/2003 | 34371 | 410 -MEDICARE HMO | G0001 | -BALDWIN, ANNE | 6.00 |
| 5/23/2003 | 34371 | 410 -MEDICARE HMO | J999902 | -BALDWIN, ANNE | 1614.00 |
| 5/23/2003 | 59632 | 410 -MEDICARE IIMO | 90782 | -FRE1TAS, JOAQ | 20.00 |
| 5/23/2003 | 59632 | 410 -MEDICARE HMO | Q0136 | -FRE1TAS, JOAQ | 920.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE HMO | 90780 | -SOARES, ALICE | 92.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE IIMO | J1100 | -SOARES, ALICE | 25.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE IIMO | J1642 | -SOARES, ALICE | 50.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE IIMO | J2405 | -SOARES, ALICE | 144.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE IIMO | J2912 | -SOARES, ALICE | 20.00 |
| 5/23/2003 | E34991 | 410 -MEDICARE HMO | J9201 | -SOARES, ALICE | 1449.00 |
| 9/3/2003 | 172112 | 410 MEDICARE HMO | J1080 | FIX WAYNE | 16.00 |
| 9/5/2003 | 651380 | 400 MEDICARE | 90782 | YAMADA EDWIN | 20.00 |
| 9/5/2003 | 651380 | 400 MEDICARE | J1080 | YAMADA EDWIN | 16.00 |
| 5(23/2003/ | E34991 | 410 -MEDICARE IIMO | 96410 | -SOARES, ALICE | 111.00 |

**EXHIBIT L6**