JANICE P. KIM            3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON        7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>)<br>)<br>HAWAI'I PACIFIC HEALTH; )<br>KAUAI MEDICAL CLINIC; )<br>WILCOX MEMORIAL HOSPITAL; )<br>WILCOX HEALTH SYSTEM; AND )<br>WILLIAM A. EVSLIN, M.D. AKA ) | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>HEARING<br><br>Date:   March 27, 2007<br>Time:   10:30 A.M. |

3

| | |
|---|---|
| LEE A. EVSLIN, M.D. ) | Trial Date:  March 20, 2007 |
|         Defendants. ) | Judge:  Honorable Alan C. Kay |
| _____ ) | |

### CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Kenneth S. Robbins, Esq.<br>krobbins@robbinsandassociates.net, | March 28, 2007 |
| Harry R. Silver, Esq.<br>hsilver@pattonboggs.com | March 28, 2007 |
| Sharon V. Lovejoy, Esq.<br>slovejoy@starnlaw.com | March 28, 2007 |

<u>Served via First Class Mail</u>

Edwin D. Rauzi, Esq.                                                          March 28, 2007
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101
DATED:   Honolulu, Hawaii, March 28, 2007.


          /s/ Rafael del Castillo

    JANICE P. KIM
    ARLEEN D. JOUXSON
    RAFAEL G. DEL CASTILLO

    Attorneys for Plaintiff
    JAMES LOCKYER, M.D.