personal certification of the physician whose name appears as the supervising physician. If a physician personally furnishes a service and allows the employer to submit a claim for the service with a "signature on file" notation, the physician is implicitly agreeing that the certification embodied in the claim is correct. But if the physician is not aware that he or she was furnishing a service, there is in my opinion no basis for the employer to assert that the physician has made a personal certification that the service was medically necessary and furnished in compliance with Medicare's rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2007, in Washington, D.C.

_____
Terry S. Coleman