a.    The average ratio of receipts to charges pre-2003 equals 72%.

b.    The average ratio of receipts to charges in 2003 plummets to 49%.

c.    This is a significant dip in the collections by KMC for Dr. Lockyer's services in 2003 amounting to a 31% decline in collections of receipts to charges.

4.    The actual annualized trend shown by Dr. Lockyer's receipts in 2003 demonstrates that his production was increasing.   KMC's collections for his work decreased significantly giving the impression that he was not productive.

   I, Thomas A. Loudat, PhD., do declare under penalty of law that the forgoing is true and correct.

DATED:  Honolulu, Hawai`i, March 26, 2007

_____
THOMAS A. LOUDAT, PhD.