JANICE P. KIM          3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON          7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rdelcastillo@physicianslawfirm.com

Attorneys for James Lockyer, M.D.

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE<br>(DVD-R: Patient records provided by KMC on March 7&8, 2007 as follows: scanned: LK 387 Bates 1-4494; on CD from microfilm: LKCD Bates 1-10634.)<br><br>Trial Date: September 18, 2007<br>Judge: Honorable Alan C. Kay |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 2, 2007:

| | |
|---|---|
| KENNETH S. ROBBINS, ESQ.<br>ANDERSON MEYER, ESQ.<br>2200 Davies Pacific Center<br>Honolulu, HI 96813 | [X] By Hand-delivery |
| HARRY SILVER, Esq.<br>2550 M Street NW<br>Washington, D.C. 20037 | [X] By 1st Class Mail |
| SHARON V. LOVEJOY, ESQ.<br>STEPHANIE THOMPSON, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813 | [X] By Hand-delivery |
| EDWIN D. RAUZI, ESQ.<br>1501 4th Avenue, Suite 2600<br>Seattle, WA 98101 | [X] By 1st Class Mail |
| EDWARD H. KUBO, JR., ESQ.<br>HARRY YEE, ESQ.<br>United States Attorney<br>Room 6-100 PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 | [X] By Hand-delivery |

DATED:   Honolulu, Hawaii, April 2, 2007.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.