STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DEFENDANT LEE A. EVSLIN, M.D.'S *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBIT "A" TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007; DECLARATION OF STEPHANIE E.W. THOMPSON; EXHIBIT "A"; ORDER GRANTING *EX PARTE* MOTION TO FILE EXHIBIT "A" UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007; CERTIFICATE OF SERVICE<br><br>Trial Date: September 18, 2007 |

DEFENDANT LEE A. EVSLIN, M.D.'S *EX PARTE*
MOTIONTO FILE UNDER SEAL EXHIBIT "A" TO
THE PROTECTIVE ORDER,FILED JANUARY 8, 2007

Defendant LEE A. EVSLIN, M.D. ("Evslin"), by and through his undersigned counsel, hereby moves this Honorable Court, *ex parte,* for an Order to seal Exhibit "A" pursuant to the Protective Order, filed herein on January 8, 2007.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Section 11 of the Amended General Order Adopting Electronic Case Filing Procedures, filed February 1, 2006, and is based on the Protective Order, filed in this case on January 8, 2007, the declaration of counsel attached hereto, and the record and files herein.

DATED:   Honolulu, Hawaii, April 13, 2007.

　　　　　　　　　　　　　　　　　   /s/ Stephanie E.W. Thompson
　　　　　　　　　　　　　　　　　STEPHANIE E.W. THOMPSON

---

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. Hawaii Pacific Health, et al.*, DEFENDANT LEE A. EVSLIN, M.D.'S *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBIT "A" TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007