STARN ● O'TOOLE ● MARCUS & FISHER

A Law Corporation

SHARON V. LOVEJOY            5083-0
STEPHANIE E.W. THOMPSON      8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK (Federal and State – Qui Tam)<br><br>DECLARATION OF STEPHANIE E.W. THOMPSON; EXHIBIT "A" |

1

## **DECLARATION OF STEPHANIE E.W. THOMPSON**

I, STEPHANIE E.W. THOMPSON, declare as follows:

1. I am an attorney with the law firm of Starn O'Toole Marcus & Fisher, and am one of the attorneys for Defendant Lee Evslin, M.D. in connection with the above-entitled matter. I am licensed to practice law in the State of Hawai`i. I make this declaration on the basis of personal knowledge.

2. Pursuant to the Protective Order, filed herein on January 8, 2007, whenever disclosure of Confidential Information is to be made to anyone who is not counsel-of-record in the litigation, a current employee of a Party, or an agent of counsel of record in the litigation, the person must sign a copy of the Statement attached as Exhibit "A" thereto.

3. Each such Statement shall be considered the attorney work-product of the counsel who maintains such Statement.

4. Pursuant to the Protective Order, these signed Statement(s) shall be filed with the Court under seal and shall not be subject to disclosure, except upon order of the Court for good cause shown.

5. Defendant Lee A. Evslin, M.D. is moving in good faith and pursuant to this Court's Protective Order to file under seal a signed Statement, attached hereto as of Exhibit "A."

I, STEPHANIE E.W. THOMPSON, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 13, 2007.

/s/ Stephanie E.W. Thompson
STEPHANIE E.W. THOMPSON

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. Hawaii Pacific Health, et al.*, DECLARATION OF STEPHANIE E.W. THOMPSON

3