# EXHIBIT "A"

## (FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER, FILED ON JANUARY 8, 2007)