# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2007

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim, by phone<br>Rafael Del Castillo, by phone<br>Harry Yee |
| ATTYS FOR DEFT: | Harry Silver, by phone<br>Kenneth Robbins, by phone<br>John-Anderson Meyer, by phone<br>Sharon Lovejoy, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 4/19/2007 | TIME: | 9:40-9:45am |

COURT ACTION: EP: Status Conference. Discussion held regarding the April 18, 2007 letter sent to the court by Kenneth Robbins. The court will hold all deadlines in abeyance pending a Further Status Conference on 5/7/07 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager