TABLE OF CONTENTS

PAGE(S)

INTRODUCTION .................................................. 2

DISCUSSION .................................................... 3

I.   UNDERLYING FACTS ......................................... 3

II.  MOTION TO DISMISS STANDARD ............................... 6

    A.   Fed. R. Civ. P. 12(b) Allows Dismissal of Only
       Those Claims For Which Legal Relief is Impossible ... 6

    B.   Fraud Need Only be Pled With
       Particularity Sufficient to Apprise the
       Defendant of the General Fraudulent Scheme .......... 8

    C.   Rule 9(b) as Applied to Claims under the False
       Claims Act Does Not Require Pleading Specific
       Intent to Defraud .................................. 10

III. PLAINTIFF/ RELATORS HAVE SUFFICIENTLY PLED
     THE CLAIMS AGAINST THE DEFENDANTS UNDER
     THE FCA, WHICH CLAIMS SHOULD NOT BE DISMISSED ........... 12

    A.   Defendants Are On Notice and Have Full Control
       of the Evidence Necessary to Establish the Nature
       of Their Violations Under the False Claims Act ..... 12

    B.   Pleadings Which Provide General Notice of the
       Fraudulent Acts Involved Under the FCA May
       Not be Dismissed for Lack of Particularity ......... 16

    C.   Even if Rule 9(b) Were Applicable to FCA Claims,
       the Intent of the Rule is Satisfied in this Case ... 20

CONCLUSION ................................................... 22