TABLE OF AUTHORITIES

FEDERAL CASES                                          Page(s)

Aldridge v. Lily-Tulip, Inc., 741 F.Supp. 906
     (S.D. Ga. 1990), aff'd in part and rev'd in part on
     other grounds 953 F. 2d 587 (11th Cir. 1992) ............. 8

Balistreri v. Pacifica Police Department, 901 F.2d 696
     (9th Cir. 1990) ........................................ 7

Blackston v. State of Alabama, 30 F.3d 117 (11th Cir. 1994) ... 9

Cincinnati Gas & Electric Co. v. General Electric Co.,
     656 F.Supp. 49 (S.D. Ohio 1986) ........................ 16

Conley v. Gibson, 355 U.S. 41 (1957) ......................... 7

Cooper v. Pickett, 137 F.3d 616 (9th Cir. 1998) .............. 21

In re Craftmatic Securities Litigation, 890 F.2d 628
     (3rd Cir. 1990) ........................................ 20

De La Cruz v. Tormey, 582 F.2d 45 (9th Cir. 1978), cert.
     denied, 441 U.S. 965 (1979) ............................. 7

Decker v. GlenFed, Inc., 42 F.3d 1541 (9th Cir. 1994) ........ 8

Durham v. Business Management Associates, 847 F.2d 1505
     (11th Cir. 1988) ....................................... 9

Friedlander v. Nims, 755 F.2d 810 (11th Cir. 1985) ........... 9

Georgia Gulf Corp. v. Ward, 701 F.Supp. 1556 (N.D. Ga. 1987) . 21

Hill v. Morehouse Medical Associates, Inc., 2003 WL 22019936
     (11th Cir. 2003) ....................................... 20

Lovelace v. Software Spectrum Inc., 78 F.3d 1015
     (5th Cir. 1996) ........................................ 9

Michaels Building Co. v. Ameritrust Co., 848 F.2d 674
     (6th Cir. 1988) ........................................ 20

Moore v. Kayport Package Express, Inc., 885 F.2d 531

(9th Cir. 1989) .......................................... 20

Pharmacare v. Caremark, 965 F.Supp. 1411 (D. Hawaii 1996),
     quoting Wool v. Tandem Computers, Inc., 818 F.2d 1433
     (9th Cir. 1987) ....................................... 17

Robertson v. Dean Witter Reynolds, Inc., 749 F.2d 530
     (9th Cir. 1984) ........................................ 7

SEC v. Digital Lightwave, Inc., 196 F.R.D. 698
     (M.D. Fla. 2000), quoting SEC v. Physicians Guardian,
     72 F.Supp.2d 1342 ..................................... 9

Scheuer v. Rhodes, 416 U.S. 232 (1974) ...................... 7

Seville Industrial Machine v. Southmost Machine, 742
     F.2d 786 (3d Cir. 1984), cert. denied, 469 U.S. 1211
     (1985) ............................................... 20

Shah v. County of Los Angeles, 797 F.2d 743 (9th Cir. 1986) ... 7

Steiner v. Southmark, 734 F.Supp. 269 (N.D. Tex. 1990) ....... 16

U.S. ex rel. Mikes v. Straus, 853 F.Supp. 115 (S.D.N.Y.
     1994) ................................................ 16

In re United States Abatement Corp., 39 F.3d 556
     (5th Cir. 1994) ....................................... 9

United States ex rel. Butler v. Magellan Health Services,
     Inc., 74 F.Supp.2d 1201 (M.D. Fla. 1999) .............. 17

United States ex rel. Downy v. Corning, Inc., 118 F.Supp.2d
     1160 (D.N.M. 2000) .................................... 19

United States ex rel. Franklin v. Parke-Davis, 147
     F.Supp.2d 39 (D. Mass. 2001) ......................... 19

United States ex rel. Johnson v. Shell Oil Co., 183
     F.R.D. 204 (E.D. Tex. 1998) ...................... 17, 18

United States ex rel. McCarthy v. Straub Clinic and Hospital,
     Inc., 140 F.Supp.2d 1062 (D. Haw. 2001) ............... 17

United States ex rel. Pogue v. American Healthcorp, Inc.,

977 F.Supp. 1329 (M.D. Tenn. 1997) ..................... 19

United States ex rel. Thompson v. Columbia/HCA Healthcare
      Corp, 20 F.Supp.2d 1017 (S.D. Tex. 1998) ........ 16, 17, 18

Wenger v. Lumisy, Inc., 2 F.Supp.2d 1231 (N.D. Cal. 1998) .... 21

Wileman Brothers & Elliott, Inc. v. Giannini, 909 F.2d 332
      (9th Cir. 1990) ........................................ 7


FEDERAL STATUTES

31 U.S.C. § 3729 ........................................ passim

31 U.S.C. § 3729(a) ...................................... 3, 13

42 C.F.R. 415.22 ............................................ 2

42 C.F.R. 415.102 ........................................... 2

Fed. R. Civ. P. 9(b) ........................................ 8

Fed. R. Civ. P. 12(b) ....................................... 6