STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY           5083-0
STEPHANIE E.W. THOMPSON     8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 537-6100
Facsimile No. (808) 537-5434
slovejoy@starnlaw.com
sthompson@starnlaw.com

Attorneys for Defendant
LEE A. EVSLIN, M.D.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 3 2007
at 10 o'clock and __ min. __ M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAII PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. aka LEE A. EVSLIN, M.D.;<br><br>Defendants. | CIVIL NO. CV 04-00596 ACK LEK<br>(Federal and State – Qui Tam)<br><br>ORDER GRANTING *EX PARTE* MOTION TO FILE EXHIBIT "A" UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007 |

1

ORDER GRANTING DEFENDANT LEE A. EVSLIN, M.D.'S *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBIT "A" TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007

Based upon Defendant Lee A. Evslin, M.D.'s ("Evslin") *Ex Parte* Motion to File Under Seal Exhibit "A" to the Protective Order, Filed January 8, 2007, the declaration attached in support, the Protective Order, filed January 8, 2007, the record and files herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Lee A. Evslin, M.D.'s *Ex Parte* Motion to File Under Seal Exhibit "A" pursuant to the Protective Order, Filed January 8, 2007 is GRANTED.

IT IS FURTHER ORDERED that pursuant to the Protective Order, filed on January 8, 2007, the signed Exhibit "A" submitted by counsel *in camera* pursuant to the Protective Order shall, be filed with the Court under seal and shall not be subject to disclosure, except upon order of the Court for good cause shown.

//

//

//

//

DATED: Honolulu, Hawaii, _____APR 2 0 2007_____.

_____/s/_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

CIVIL NO. CV 04-00596 ACK/LEK, *US ex rel. Lockyer v. Hawaii Pacific Health, et al.*, ORDER GRANTING *EX PARTE* MOTION TO FILE EXHIBIT "A" UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER, FILED JANUARY 8, 2007