EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>    Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. 04 00596 ACK/LEK<br>(Federal and State - Qui Tam)<br><br>SUPPLEMENTAL DECLARATION OF HARRY YEE; EXHIBIT "B"; CERTIFICATE OF SERVICE |

SUPPLEMENTAL DECLARATION OF HARRY YEE

I, HARRY YEE, declare that:

1. I am the Assistant United States Attorney and assigned to the above case.

2. On April 24, 2007, I called Laurence Freedman, Patton & Boggs, counsel for Defendant HPH to discuss the pending

motion to dismiss.  During the course of our discussion, I raised an issue regarding other E&M billing codes (99212,99213, 99214, and 99215) and realized that a second spreadsheet with additional analysis perform by the Department of Health and Human Services, Office of the Inspector General, Audit Branch was not included in my original filing in opposition to this motion.  This additional spreadsheet matched doctors, patients and dates of services and shows that E&M 99212,99213, 99214, and 99215 codes were improperly billed in addition to chemotherapy.  I agreed to and did supply this spreadsheet to Mr. Freedman on April 24, 2007 by e-mail.  Attached Here to as Exhibit "B".

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

     DATED:  April 27, 2007, at Honolulu, Hawaii.

/s/ Harry Yee
_____
HARRY YEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>    Plaintiffs,<br>  vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Janice P. Kim | kimj054@hawaii.rr.com |
| Sharon V. Lovejoy | slovejoy@starnlaw.com |
| Kenneth S. Robbins | krobbins@robbinsandassociates.net |
| Harry R. Silver | hsilver@pattonboggs.com |
| Stephanie E.W. Thompson | sthompson@starnlaw.com |
| Rafael G. del Castillo | rafa@hawaii.rr.com |

<u>Served by First Class Mail</u>:

Edwin D. Rauzi
Davies Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101

Arleen P. Jouxson, Esq.
Jouxson-Meyers & del Castillo LLLC
302 California Avenue, Suite 209
Wahiawa, Hawaii  96786

 DATED:  April 27, 2007, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Harry Yee

        By_____
         HARRY YEE
         Assistant U.S. Attorney