# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/7/2007

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim<br>Rafael Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Harry Silver<br>John-Anderson Meyer |

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/7/2007 | TIME: | 10:10-10:15am |

COURT ACTION:  EP: Further Status Conference.  Harry Yee reported that Judge Kay dismissed the two remaining counts and dismissed the complaint without prejudice and granted 60 days to file an amended complaint.

Further Status Conference set 7/2/07 at 9:15am, Judge Chang.  Further Settlement Conference set on 5/18/07 before Judge Chang shall be vacated.

All other dates shall be held in abeyance pending the 7/2/07 Status Conference.

Submitted by: Shari Afuso, Courtroom Manager