# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00596ACK-KSC |
| CASE NAME: | James Lockyer, United States of America, ex rel. State of Hawaii, ex rel. in his own behalf Vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Harry Yee, Janice Kim, Arleen Jouxson and Rafael G. Del Castillo |
| ATTYS FOR DEFT: | Harry Silver and John-Anderson Meyer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-LG |
| DATE: | 05/07/2007 | TIME: | 9:37am-l0:02am |

COURT ACTION:  EP: [138]-Defendants' Hawaii Pacific Health Group Plan for Employees of Hawaii PacificHealth, Kauai Medical Clinic, Wilcox Health System and Wilcox Memorial Hospital Motion to Dismiss Fifth and Sixth Claims of First Amended Complaint and [140]-Defendant William A. Evslin's Motion for Joinder Re [138] Motion to Dismiss Fifth and Sixth Claims of First Amended Complaint-Oral Argument Held.

Motion is hereby Granted.  The Dismissal is without Prejudice.  The Government has 60 days to File an Amended Complaint.

Court to issue a written Order.

Submitted by Leslie L. Sai, Courtroom Manager