Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

ANNA ELENTO-SNEED          3412-1
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-5976
Email:     aes@ahfi.com

Attorney for Defendant
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAI`I, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf;<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.S. aka LEE A. EVSLIN, M.D.,<br><br>Defendants. | Civil No. 04-00596 ACK/LEK<br>(Federal and State – Qui Tam)<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL and ORDER; CERTIFICATE OF SERVICE** |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.6(b) of the United States District Court for the District of Hawai`i, Sharon V. Lovejoy, Stephanie E. W. Thompson and the law firm of Starn O`Toole Marcus & Fisher hereby withdraw as counsel for Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.

Anna Elento-Sneed and the law firm of Alston Hunt Floyd & Ing hereby make their appearance as counsel for Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D. in the above-entitled action.

DATED:  Honolulu, Hawai'i, May 3, 2007.

/s/Sharon V. Lovejoy
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
Starn O'Toole Marcus & Fisher
Withdrawing counsel


/s/Anna Elento-Sneed
ANNA ELENTO-SNEED
Alston Hunt Floyd & Ing
Appearing counsel

APPROVED BY:


/s/William A. Evslin, M.D.
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.
Defendant

APPROVED AND SO ORDERED:

644493v1 / 9999-1

2



  /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

---

*United States of America, et al. v. Hawa`i Pacific Health, et al.*
*Civil No. 04-00596 ACK/LEK*
***WITHDRAWAL AND SUBSTITUTION OF COUNSEL and ORDER***.

644493v1 / 9999-1

3