Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| ANNA ELENTO-SNEED | 3412-1 |
| BARABARA A. KRIEG | 8483-0 |

18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-5976
Email: aes@ahfi.com

Attorney for Defendant
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf;<br><br>        Plaintiffs,<br><br>  vs.<br><br>HAWAI`I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.S. aka LEE A. EVSLIN, M.D.,<br><br>        Defendants. | Civil No. 04-00596 ACK/KSC (Federal and State – Qui Tam)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Withdrawal and Substitution of Counsel and Order] |

645311v1 / 8775-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of Defendant William A. Evslin, M.D. aka Lee A. Evslin, M.D.'s Withdrawal and Substitution of Counsel and Order was served on the following parties at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| KENNETH S. ROBBINS, ESQ.<br>krobbins@robbinsandassociates.net | May 17, 2007 |
| SHARON V. LOVEJOY, ESQ.<br>slovejoy@starnlaw.com | May 17, 2007 |
| JANICE P. KIM, ESQ.<br>Kimjo54@hawaii.rr.com | May 17, 2007 |
| HARRY YEE, ESQ.<br>Harry.yee@usdoj.gove | May 17, 2007 |
| RAFAEL G. DEL CASTILLO, ESQ.<br>rafa@hawaii.rr.com | May 17, 2007 |
| HARRY SILVER, ESQ.<br>hsilver@pattonboggs.com | May 17, 2007 |
| STEPHANIE E.W. THOMPSON<br>sthompson@starnlaw.com | May 17, 2007 |
| JOHN-ANDERSON L. MEYER<br>ameyer@robbinsandassociates.net | May 17, 2007 |
| LAWRENCE J. FREEDMAN<br>lfreedman@pattonboggs.com | May 17, 2007 |

645311v1 / 8775-1

Served by depositing same in the U.S. mail, postage prepaid:

| | |
|---|---|
| ARLEEN D. JOUXSON-MEYERS, ESQ.<br>Jouxson-Meyers & Del Castillo, LLLC<br>302 California Avenue, Suite 209<br>Wahiawa, Hawaii 96786 | May 18, 2007 |
| CLARISSA Y. MALINAO<br>JOHN-ANDERSON L. MEYER<br>Robbins & Associates<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813 | May 18, 2007 |
| CLYDE Wm. MATSUI<br>Matsui Chung Sumida & Tsuchiyama<br>737 Bishop Street, Suite 1400<br>Honolulu, Hawaii 96813 | May 18, 2007 |
| EDWIN D. RAUZI<br>Davis Wright Tremaine LLP<br>1501 4th Avenue, Suite 2600<br>Seattle, Washington, 98101 | May 18, 2007 |

DATED: Honolulu, Hawai`i, May 18, 2007.

/s/ Barbara A. Krieg
ANNA M. ELENTO-SNEED
BARBARA A. KRIEG
Attorney for Defendant
WILLIAM A. EVSLIN, M.D. aka
LEE A. EVSLIN, M.D.