# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim<br>Rafael Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth Robinson<br>John-Anderson Meyer<br>Harry Silver, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 7/2/2007 | TIME: | 9:15-9:20am |

COURT ACTION:  EP: Further Status Conference.  Counsel advised the court that a Stipulation to Dismiss will be submitted to the court shortly.  Also, Mr. Robbins will prepare the final judgment.

Submitted by: Shari Afuso, Courtroom Manager