# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Janice Kim, by phone<br>Rafael Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth Robinson, by phone<br>John-Anderson Meyer<br>Harry Silver, by phone<br>Blake Oshiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 8/16/2007 | TIME: | 9:00-9:25am |

COURT ACTION:  EP:
1. Status Conference Re: language in stipulation for dismissal
2. Final Pretrial Conference

Discussion held regarding Counts 5 and 6 of the Complaint; each party bearing their own fees/costs; and the language change in the Stipulation.

Mr. Yee to review Mr. Robbins suggestion to delete the last sentence as to costs/fees.

Final Pretrial Conference set 9/10/07 at 9:15am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager