# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00596ACK-KSC |
| CASE NAME: | James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al. |
| ATTYS FOR PLA: | Rafael Del Castillo<br>Harry Yee |
| ATTYS FOR DEFT: | Kenneth Robinson<br>John-Anderson Meyer<br>Harry Silver, by phone<br>Anna Elento-Sneed |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 9/10/2007 | TIME: | 9:20-9:25am |

COURT ACTION: EP: Final Pretrial Conference. Final Pretrial Conference not held. Counsel informed the court that Mr. Robbins will submit a request for entry of final judgment so that the appeal can be taken.

Submitted by: Shari Afuso, Courtroom Manager