# MINUTES

CASE NUMBER: CV04-00596ACK-KSC

CASE NAME: James Lockyer, et al. vs. Hawaii Pacific Health Group Plan for Employees of Hawaii Pacific Health, et al.

ATTYS FOR PLA: Janice Kim, by phone

ATTYS FOR DEFT: Kenneth Robbins, by phone

INTERPRETER:

JUDGE: Kevin S. C. Chang        REPORTER: C5 - no record

DATE: 9/13/2007                 TIME: 10:00-10:05am

COURT ACTION: EP: Status Conference. Discussion held. The parties have no objection to the Clerk of Court entering Judgment pursuant to Orders issued by Judge Kay in this case.

Submitted by: Shari Afuso, Courtroom Manager