AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf,

Plaintiff(s),

V.

HAWAII PACIFIC HEALTH;
KAUAI MEDICAL CLINIC;
WILCOX MEMORIAL HOSPITAL;
WILCOX HEALTH SYSTEM; and
WILLIAM A. EVSLIN, M.D., aka
LEE A. EVSLIN, M.D.,

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIV. NO. 04-00596 ACK-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 27, 2007

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants' pursuant to the "Order Granting Defendants' Motions for Summary Judgment on Plaintiffs' Original Complaint Counts I-IV" filed on April 17, 2007 and "Order Granting Defendants' Motion to Dismiss the Fifth and Sixth Claims of the First Amended Complaint Without Prejudice and Granting Plaintiffs Leave to Amend" filed on May 8, 2007.

September 27, 2007
Date

SUE BEITIA
Clerk

(By) Deputy Clerk