JANICE P. KIM     3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON     7223
RAFAEL G. DEL CASTILLO   6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@hawaii.rr.com

Attorneys for James Lockyer, M.D.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*NOV 16 2007*
*at 2 o'clock and 25 min P M*
*SUE BEITIA, CLERK*

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>        Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br><br>        Defendants. | CIVIL NO. CV 04-00596 ACK/KSC<br>(Federal and State - Qui Tam)<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; EXHIBIT 1 [JUDGMENT]; CERTIFICATE OF SERVICE |

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE NINTH CIRCUIT

Plaintiffs, appeal to the. United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this case on September 27, 2007, and all interlocutory orders that gave rise to that judgment, including but not limited to the Order Granting Defendants' Motions for Summary Judgment on Plaintiffs' Original Complaint Counts I-IV filed in the United States District Court for the District of Hawaii on April 17, 2007 and Order Granting Defendants Motion to Dismiss Fifth and Sixth Claims of the First Amended Complaint Without Prejudice and Granting Plaintiffs Leave to Amend filed in the United States District Court for the District of Hawaii on May 8, 2007.

DATED:   Honolulu, Hawaii, November 15, 2007

JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO
Attorneys for Plaintiff
JAMES LOCKYER, M.D.