**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER; STATE OF HAWAII, ex rel. JAMES LOCKYER; and JAMES LOCKYER, in his own behalf, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV. NO. 04-00596 ACK-LEK |
| Plaintiff(s),<br>V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 27, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| HAWAII PACIFIC HEALTH;<br>KAUAI MEDICAL CLINIC;<br>WILCOX MEMORIAL HOSPITAL;<br>WILCOX HEALTH SYSTEM; and<br>WILLIAM A. EVSLIN, M.D., aka<br>LEE A. EVSLIN, M.D., | |
| Defendant(s). | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants' pursuant to the "Order Granting Defendants' Motions for Summary Judgment on Plaintiffs' Original Complaint Counts I-IV" filed on April 17, 2007 and "Order Granting Defendants' Motion to Dismiss the Fifth and Sixth Claims of the First Amended Complaint Without Prejudice and Granting Plaintiffs Leave to Amend" filed on May 8, 2007.

| September 27, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |