JANICE P. KIM             3436
Kaimuki Business Plaza
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
kimj054@hawaii.rr.com

ARLEEN D. JOUXSON         7223
RAFAEL G. DEL CASTILLO  6909
JOUXSON-MEYERS & DEL CASTILLO
Attorneys at Law, A Limited Liability Law Company
302 California Avenue, Suite 209
Wahiawa, Hawaii 96786
Telephone: (808) 621-8806
Fax: (808) 422-8772
rafa@hawaii.rr.com

Attorneys for James Lockyer, M.D.

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D. AND JAMES LOCKYER, M.D., in his own behalf,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; AND WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.<br>　　　　　Defendants. | CIVIL NO. CV 04-00596 ACK/KSC<br>(Federal and State - Qui Tam)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses via 1st class mail:

Edward H. Kubo, Jr.
United States Attorney
District of Hawaii

Harry Yee
Chief, Civil Section
300 Ala Moana Boulevard
Room 6-100 Honolulu, Hawai`i 96850

Attorneys for Plaintiff
United States of America


Kenneth S. Robbins, Esq.
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai`i 96813

Harry R. Silver, Esq.
Patton Boggs LLP
2550 M Street NW
Washington, D.C. 20037

Edwin D. Rauzi, Esq.
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA 98101

Attorneys for Defendants
Hawaii Pacific Health, Kauai Medical Clinic,
Wilcox Memorial Hospital, and Wilcox Health System

Anna Elento-Sneed, Esq.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813

Attorneys for
William A. Evslin, M.D., aka Lee A. Evslin, M.D.


DATED:   Honolulu, Hawaii, November 15, 2007.

_____
JANICE P. KIM
ARLEEN D. JOUXSON
RAFAEL G. DEL CASTILLO

Attorneys for Plaintiff
JAMES LOCKYER, M.D.