# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 241660 |
| Trans | 148456 |

Received From: **JOUXSON-MEYERS**
Case Number:
Reference Number: CV 04-596ACK

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

11/16/2007 02:30:34 PM    Deputy Clerk: lg/GB