ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 26 2007

at \_\_ o'clock and \_\_ min. \_\_ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>        Plaintiffs,<br>    vs.<br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>        Defendants. | CIVIL NO. 04 00596 ACK KSC (Federal and State - Qui Tam)<br><br>NOTICE OF APPEAL; EXHIBIT "A"; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE |

NOTICE OF APPEAL

Notice is hereby given that the United States of America, Plaintiff in the above-entitled matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on September 27, 2007, the Order Granting Defendants' Motions for Summary Judgment on

Case 1:04-cv-00596-ACK-KSC    Document 237    Filed 11/26/2007    Page 2 of 2

Plaintiffs' Original Complaint Counts I-IV filed on April 17, 2007, and the Order Granting Defendants' Motion to Dismiss the Firth and Sixth Claims of the First Amended Complaint Without Prejudice and Granting Plaintiffs Leave to Amend filed on May 8, 2007.

DATED:  November 26, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Harry Yee
HARRY YEE
Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America

2