IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES LOCKYER, M.D., STATE OF HAWAII, ex rel. JAMES LOCKYER, M.D. and JAMES LOCKYER, M.D., in his own behalf;<br><br>    Plaintiffs,<br><br>vs.<br><br>HAWAI'I PACIFIC HEALTH; KAUAI MEDICAL CLINIC; WILCOX MEMORIAL HOSPITAL; WILCOX HEALTH SYSTEM; and WILLIAM A. EVSLIN, M.D. AKA LEE A. EVSLIN, M.D.,<br><br>    Defendants. | CIVIL NO. 04 00596 ACK KSC<br>(Federal and State - Qui Tam)<br><br>REPRESENTATION STATEMENT |

REPRESENTATION STATEMENT

1. Attorneys for Plaintiff JAMES LOCKYER, M.D.

  JANICE P. KIM, ESQ.
  Kaimuki Business Plaza
  3615 Harding Avenue, Suite 206
  Honolulu, Hawaii 96816
  Telephone: (808) 732-0522
  Facsimile: (808) 735-0459
  Email: kim054@hawaii.rr.com

  ARLEEN D. JOUXSON, ESQ.
  RAFAEL G. DEL CASTILLO, ESQ.
  JOUXSON-MEYERS & DEL CASTILLO, ESQ.
  Attorneys at Law, A Limited Liability Law Company
  302 California Avenue, Suite 209
  Wahiawa, Hawaii 96786
  Telephone: (808) 621-8806
  Facsimile: (808) 422-8772
  Email: rafa@hawaii.rr.com

2.  Attorneys for Defendants HAWAII PACIFIC HEALTH, KAUAI MEDICAL CLINIC, WILCOX MEMORIAL HOSPITAL and WILCOX HEALTH SYSTEM

KENNETH S. ROBBINS, ESQ.
JOHN-ANDERSON L. MEYER, ESQ.
CLARISSA Y. MALINAO, ESQ.
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:
krobbins@robbinsandassociates.net
ameyer@robbinsandassociates.net

HARRY R. SILVER, ESQ.
LAURENCE J. FREEDMAN, ESQ.
Patton Boggs LLP
2550 M Street NW
Washington, D.C.  20037
Telephone:  (202) 457-6000
            (202) 457-6138
Facsimile:  (202) 457-6315
Email:  hsilver@pattonboggs.com
        lfreedman@pattonboggs.com

EDWIN D. RAUZI, ESQ.
Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600
Seattle, WA  98101
Telephone:  (206) 757-8129
Facsimile:  (206) 757-7127
Email:  edrauzi@dwt.com

3.  Attorneys for WILLIAM A. EVSLIN, M.D., aka LEE A. EVSLIN, M.D.

ANNA ELENTO-SNEED, ESQ.
BARBARA ANNE KRIEG, ESQ.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-5976
Email:  aes@ahfi.com
        bkrieg@ahfi.com

4.  Mediator                CLYDE W. MATSUI, ESQ.
                            Matsui Chung Sumida & Tsuchiyama
                            737 Bishop Street, Suite 1400
                            Honolulu, Hawaii  96813
                            Telephone:  (808) 536-3711

DATED:  November 26, 2007, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii


                            By _____
                               HARRY YEE
                               Assistant U.S. Attorney

                            Attorneys for Plaintiff
                            United States of America