ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____    U.S. District Court Case No.\_\_\_\_\_ CIVIL NO. 04-00596 ACK KSC \_\_\_\_\_

Short Case Title LOCKYER v. HAWAII PACIFIC HEALTH, ET AL. _____

Date Notice of Appeal Filed by Clerk of District Court_____ November 26, 2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 03 2007

at _/2_ o'clock and _3Y_ min. _9_ M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 03/27/2007 Motions Hearing | Debra Chun | Voir Dire |
| 05/07/2007 Motions Hearing | ESR-LG | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered December 3, 2007 _____    Estimated date for completion of transcript 01/03/08 _____

Print Name of Attorney ASSISTANT U.S. ATTORNEY HARRY YEE \_\_\_\_\_    Phone Number (808) 541-2850 \_\_\_\_\_

Signature of Attorney_____

Address UNITED STATES ATTORNEYS OFFICE, PJKK FEDERAL BLDG., 300 ALA MOANA BLVD, SUITE 6-100, HONOLULU HAWAII 96850 \_\_\_\_\_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____    BY: _____
(U.S. District Court Clerk)        (date)        DEPUTY CLERK