# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    United States of America, ex rel. James Lockyer, M.D., et al.,

vs. Hawaii Pacific Health, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** _07-17174_

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00596 ACK-KSC

II    **DATE NOTICE OF APPEAL FILED:**    November 16, 2007

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 11/16/07    **AMOUNT:** $455.00

**NOT PAID YET:**    **BILLED:**

**U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**    **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 0 3 2007
DISTRICT OF HAWAII

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of
the U.S. Court of Appeals Docket Fee.)