# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** United States of America, ex. Rel. James Lockyer, M.D., et al., vs. Hawaii Pacific Health, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER**: _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00596ACK-KSC

II  **DATE NOTICE OF APPEAL FILED:** November 26, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 11/16/07          **AMOUNT:** $455.00

**NOT PAID YET:**                         **BILLED:**

**U.S. GOVERNMENT APPEAL:**               **FEE WAIVED:**

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

**IF YES, SHOW DATE**:          **& ATTACH COPY OF ORDER/CJA**

WAS F.P. STATUS REVOKED:       DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)