UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 30 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES LOCKYER, M.D., United States of America, ex rel., State of Hawaii, ex rel, in his own behalf,<br><br>Plaintiff - Appellant,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAWAII PACIFIC HEALTH GROUP PLAN FOR EMPLOYEES OF HAWAII PACIFIC HEALTH; et al.,<br><br>Defendants - Appellees. | No. 07-17174<br><br>D.C. No. CV-04-00596-ACK/KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 04 2008
2:00pm
DISTRICT OF HAWAII

| | |
|---|---|
| JAMES LOCKYER, M.D., United States of America, ex rel., State of Hawaii, ex rel, in his own behalf,<br><br>Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>HAWAII PACIFIC HEALTH GROUP PLAN FOR EMPLOYEES OF HAWAII PACIFIC HEALTH; et al.,<br><br>Defendants - Appellees. | No. 07-17287<br><br>D.C. No. CV-04-00596-ACK<br>District of Hawaii,<br>Honolulu |

On January 28, 2008, a telephone conference was held with Circuit Mediator Peter W. Sherwood.

On or before March 7, 2008, counsel for appellant is requested to contact the Circuit Mediator to report on the status of the case.

These appeals are consolidated.

The briefing schedule previously set by the court is reset as follows: appellant shall file an opening brief on or before April 14, 2008; appellees shall

file an answering brief on or before May 14, 2008; appellant may file an optional reply brief on or before May 28, 2008.

FOR THE COURT

*(signature)*

Peter W. Sherwood
Circuit Mediator