**FILED**

UNITED STATES COURT OF APPEALS

APR 10 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES LOCKYER, M.D., United States of America, ex rel., State of Hawaii, ex rel, in his own behalf,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HAWAII PACIFIC HEALTH GROUP PLAN FOR EMPLOYEES OF HAWAII PACIFIC HEALTH; et al.,<br><br>    Defendants - Appellees. | No. 07-17174<br><br>D.C. No. CV-04-00596-ACK/KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 14 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| JAMES LOCKYER, M.D., United States of America, ex rel., State of Hawaii, ex rel, in his own behalf,<br><br>　　　　　Plaintiff,<br><br>　　　　and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellant,<br><br>　　v.<br><br>HAWAII PACIFIC HEALTH GROUP PLAN FOR EMPLOYEES OF HAWAII PACIFIC HEALTH; et al.,<br><br>　　　　　Defendants - Appellees. | No. 07-17287<br><br>D.C. No. CV-04-00596-ACK<br>District of Hawaii,<br>Honolulu |

Appellant's motion to dismiss Appeal No. 07-17287 only is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

　　　　　　　　　FOR THE COURT:

　　　　　　　　　By: Peter W. Sherwood
　　　　　　　　　Circuit Mediator

pws/mediation

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 10 2008

by: Deputy Clerk